IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **GRAND JURY ORIGINAL** |
| | : | |
| | : | **VIOLATION:** |
| v. | : | |
| | : | |
| **NICHOLAS ABRAM SLATTEN,** | : | 18 U.S.C. § 1111 |
| | : | (Murder in the First Degree) |
| | : | |
| | : | |
| **Defendant.** | : | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### (Murder in the First Degree)

At all times relevant to this Indictment:

1. On or about September 16, 2007, the defendant, NICHOLAS ABRAM SLATTEN, was employed by the Armed Forces outside the United States, as defined in 18 U.S.C. § 3267(1), that is:

   a. The defendant was an employee and subcontractor of Blackwater Worldwide, a company contracting with the United States Department of State, who was employed to provide personal security services in the Republic of Iraq, which employment related to supporting the mission of the United States Department of Defense in the Republic of Iraq.

   b. The defendant was present and residing outside the United States in connection with his employment with Blackwater Worldwide.

1

    c.  The defendant was not a national of or ordinarily resident in the Republic of Iraq.

  2.  The conduct alleged in this Indictment occurred in and around the Nisur Square traffic circle in the city of Baghdad, in the Republic of Iraq.

  3.  The conduct alleged in this Indictment constitutes an offense that would be punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

  4.  The conduct alleged in this Indictment occurred outside of the jurisdiction of any particular State or district and, another joint offender known to the Grand Jury having been arrested in the District of Columbia, within the venue of the United States District Court for the District of Columbia, as provided by 18 U.S.C. § 3238.

  5.  On or about September 16, 2007, in the city of Baghdad, in the Republic of Iraq, the defendant, NICHOLAS ABRAM SLATTEN, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill the driver of a white Kia sedan, also known as Ahmed Haithem Ahmed Al Rubia'y, by shooting him, in violation of Title 18, United States Code Sections 3261(a)(1) and 1111.

(**Murder in the First Degree,** in violation of Title 18, United States Code, Sections 3261(a)(1), 1111.)

                      A TRUE BILL:

                       FOREPERSON

Attorney of the United States in
and for the District of Columbia