```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3      THE UNITED STATES OF AMERICA,)
                                     )
 4                   Plaintiff,      )
                                     )
 5      vs.                          )      File No:  CR 08-360
                                     )
 6      Paul Alvin Slough,           )
        Evan Shawn Liberty,          )
 7      Dustin Laurent Heard,        )
                                     )
 8                   Defendants.     )      Date:  July 30, 2014
                                            Time:  10:14 a.m.
 9
        ----------------------------        DAY 30 - A.M. Session
10
        THE UNITED STATES OF AMERICA,)
11                                   )
                     Plaintiff,      )
12                                   )      File No:  CR 14-107
        Vs.                          )
13                                   )
        Nicholas Abram Slatten,      )
14                                   )
                     Defendant.      )
15
        _____
16

17                    TRANSCRIPT OF JURY TRIAL
                            HELD BEFORE
18             THE HONORABLE ROYCE C. LAMBERTH
                   UNITED STATES DISTRICT JUDGE
19
        _____
20

21

22

        Court Reporter:           Vicki Eastvold, RMR, CRR
23                                Official Court Reporter
                                  U.S. Courthouse, Room 6722
24                                333 Constitution Avenue, NW
                                  Washington, DC  20001
25                                202-354-3242
```

```
 1     APPEARANCES:

 2
       For the Plaintiff:      Mr. Anthony Asuncion
 3                             Mr. John Crabb, Jr.
                               Mr. T. Patrick Martin
 4                             Mr. Christopher R. Kavanaugh
                               UNITED STATES ATTORNEY'S OFFICE
 5                             Criminal Division
                               555 Fourth Street, NW
 6                             Washington, DC   20530

 7
       For Defendant Slough:   Mr. Brian M. Heberlig
 8                             Ms. Linda C. Bailey
                               Mr. Michael J. Baratz
 9                             Mr. Scott P. Armstrong
                               STEPTOE & JOHNSON, LLP
10                             1330 Connecticut Avenue, NW
                               Washington, DC   20036
11

12     For Defendant Liberty:  Mr. William F. Coffield, IV
                               COFFIELD LAW GROUP, LLP
13                             1330 Connecticut Avenue, NW
                               Suite 220
14                             Washington, DC   20036

15
       For Defendant Heard:    Mr. David Schertler
16                             Ms. Janet Foster
                               SCHERTLER & ONORATO, LLP
17                             575 7th Street, NW, Suite 300 South
                               Washington, DC   20004
18

19     For Defendant Slatten:  Mr. Thomas G. Connolly
                               Mr. Steven A. Fredley
20                             HARRIS, WILTSHIRE & GRANNIS, LLP
                               1200 18th Street, NW, Suite 1200
21                             Washington, DC   20036

22

23

24

25
```

1

I N D E X

2

3

4   HASSAN JABER SALMAN

        Direct Examination (continuing) by Mr. Asuncion.....   4
5       Cross-Examination by Ms. Bailey.....................  15
        Redirect Examination by Mr. Asuncion...............  43
6
    JEREMY RIDGEWAY
7       Direct Examination..................................  51

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (Discussion at the bench on the record:)

 2              THE COURT:  Juror No. 9 is okay.  He's here this

 3     morning.  It was complete dehydration and was treated at the

 4     emergency room at GW.  He's feeling fine today.  They filled

 5     him up with a number of fluids and he'll keep drinking

 6     fluids today.  The doctor actually sort of said they think

 7     it was some peaches he ate that gave him the diarrhea.  They

 8     had 15 other cases at GW as well purchased from Giant.  I

 9     just told them not to eat peaches.  He will notify me if he

10     has any problems, but he doesn't expect any problem.

11              MR. ASUNCION:  Thank you, Your Honor.

12              (End of discussion at the bench.)

13

14              THE COURT:  You can bring your witness.

15              MR. ASUNCION:  Yes, Your Honor.

16              THE COURT:  Juror No. 9 has recovered and is

17     available to continue, so we're going to continue.

18

19              (NOTE:  The jury entering the courtroom at

20     10:16 a.m.)

21              THE COURT:  You may proceed, Mr. Asuncion.

22              MR. ASUNCION:  Thank you, Your Honor.

23                   DIRECT EXAMINATION (Continuing)

24     BY MR. ASUNCION:

25     Q.  Good morning, sir.
```

 1    A.   Good morning.

 2    Q.   Could you please reintroduce yourself to the ladies and

 3    gentlemen of the jury by stating your full name?

 4    A.   Hassan Jaber Salman Abdul Hussein.

 5    Q.   Now, sir, yesterday you explained to the jury that you

 6    are a practicing lawyer in Baghdad, right?

 7    A.   Yes.

 8    Q.   And that on September 16, 2007, you were heading to the

 9    Ministry of Justice for work, is that correct?

10    A.   Yes.

11    Q.   And if we could pull up what's in evidence as

12    Government's Exhibit 323, please.

13              And, sir, I believe you testified that you were

14    coming from the south, that is the Yarmouk area in this

15    general direction, is that right?

16    A.   Yes.

17    Q.   Now, at one point you described how your car came to a

18    stop as you were heading in that direction.  Do you remember

19    that?

20    A.   Yes.

21    Q.   If you are able, would you be able to point by touching

22    the screen where you believe your car was when it came to a

23    stop?

24    A.   Over there.

25    Q.   You've marked that with a blue dot.  I want to make sure

1    I understand what that blue dot represents.  That's where

2    you believe your car was when you came to a stop.

3    A.  It was around there.  It was very close to the circle.

4    Q.  And then you talked about at one point perceiving

5    gunfire coming from the Nisur Square area generally, right

6    in front of you?

7    A.  Yes, from the center of the square.

8    Q.  And then you -- at one point you described how you

9    turned to get away from that gunfire, is that correct?

10   A.  Yes.

11   Q.  And then you started heading back in this general

12   direction, is that correct?  That is, south back towards

13   Yarmouk.

14   A.  Yes.

15   Q.  Before you lost consciousness, do you know how far south

16   you got?

17   A.  You mean the distance from -- while I was standing --

18   Q.  Yes.  If you're able to.

19   A.  I think it was about ten meters.

20   Q.  Okay.  Just so I'm clear.  So ten meters after you

21   turned around is when you believe you lost consciousness?

22   A.  Yeah.  They shot me after I drove like for ten meters,

23   that's when I got shot and then I lost consciousness.

24   Q.  And can we see on this map the area generally that you

25   believe you were when you got shot?

1    A.  I was close to the circle.  I turned left.

2    Q.  Okay.  So just so we're clear, you've marked in the area

3    around the circle where you stopped?

4    A.  Yes.

5    Q.  And then you refer to turning left.  That is, turning

6    your car around left heading back towards the other way?

7    A.  Yes.

8    Q.  And it is your testimony that you drove for

9    approximately ten meters before you got shot, and soon

10   thereafter lost consciousness?

11   A.  No.  I turned, I drove for ten meters, that's when I got

12   shot.

13   Q.  All right.  So after you got shot, did you drive any

14   farther, if you recall?

15   A.  Yes.  I went farther.

16   Q.  How much farther were you able to get, if you know?

17   A.  I was trying to reach the hospital because I was very

18   close to the hospital.  But before I reached the hospital I

19   lost consciousness.

20   Q.  So you were closer to the hospital when you lost

21   consciousness, is that what you've just said?

22   A.  Yes.  I was very close to the hospital.

23   Q.  All right.  And the hospital is not -- is not on this

24   Government's Exhibit 323, is it?

25   A.  Yeah, I think it's not clear here, but it's like four to

1    five hundred meters from the center.

2    Q.  I'm sorry.  Go ahead.  Okay.  So it would be somewhere

3    off of the map.

4    A.  It's not too clear, so I cannot tell.

5    Q.  Okay.  Fair enough.  Now, is it your belief -- well,

6    first of all, did you see any helicopters out there that

7    day?

8    A.  Yes.

9    Q.  How many?

10   A.  I saw one.

11   Q.  And when is it that you first noticed this helicopter?

12   A.  It was above us before the incident.

13   Q.  Okay.  And I want to focus specifically on you and what

14   you remember.  You saw a helicopter.  First of all, were you

15   able to look up and see the helicopter?

16   A.  I stopped for like 15 to 18 minutes before the

17   shooting -- before the incident.  So I saw everything.  I

18   mean, I saw the armed vehicles --

19   Q.  Let me stop you right there.  I just want to make clear

20   I understand what you're saying.  When you stopped the very

21   first time, is it your testimony that you believe you were

22   stopped for 15 to 18 minutes?

23   A.  Yes.  I was looking at the clock at my car.

24   Q.  Okay.  And when you saw the helicopters, did you see any

25   people in the helicopters?

1    A.   No.   During the incident I didn't see anybody but later

2    on I saw them.

3    Q.   When you say later on, what are you talking about?

4    A.   When the shooting started and I turned to the left, then

5    I looked up and I saw a helicopter.   And I saw a person with

6    his feet down from the helicopter.

7    Q.   And sir, is it your belief that that person shot at you?

8    A.   Yes, I think so.

9    Q.   When you say think so, why do you think that this person

10   shot at you?

11   A.   Because the helicopter was shooting.

12   Q.   Okay.   I understand that's your belief.   Let me just

13   break that down a little bit.   What is it that you saw the

14   helicopter doing or your observations regarding that

15   helicopter that led you to believe -- or leads you to

16   believe -- that that helicopter shot at you specifically?

17   A.   He was very close to me.

18   Q.   Okay.   Apart from being very close to you -- and just so

19   I'm clear, when the helicopter is very close to you, that

20   heavy volume of gunfire that you talked about that was

21   coming from Nisur Square generally in your direction, was

22   that still going on?

23   A.   Yes, it was continuous.

24   Q.   I'm sorry?

25   A.   The shooting was continuous.

1    Q.  All right.  So I just want to make sure I understand

2    what you just described.  There's a helicopter that you see

3    flying which is close to you.

4    A.  It was close to me, yes.

5    Q.  And at the same time that you see that helicopter, the

6    gunfire that you've described, that random and heavy

7    gunfire, is still coming from the direction of the circle

8    towards you, is that right?

9    A.  Yes, it was there.

10   Q.  Okay.  And at that moment, is it fair to say that what

11   you're seeking to do is escape from the circle?

12   A.  Yes.

13   Q.  Is there anything else that you observed apart from the

14   fact that the helicopter was close to you at the time that

15   gunfire -- other gunfire was happening that suggests -- that

16   leads you to believe that the helicopter shot at you?

17         And let me just make it clear.  I'm referring

18   specifically to you.  Not what this helicopter might have

19   done with respect to any other targets.

20   A.  Later on when I left the hospital and I examined the

21   car, I saw there was a lot of bullets in the tires.

22   Q.  I understand.  But my question is, sir, apart from the

23   fact that the helicopter was close to you -- let me put it

24   this way.  Did you see any muzzle flashes coming from that

25   helicopter?

1    A.   No, I did not see.

2    Q.   And just by way of summary, you've described your

3    injuries and, in fact, showed the jury your injuries

4    yesterday, is that right?

5    A.   Yes.

6    Q.   Which includes a scar on your left arm?

7    A.   The left one, yes.

8    Q.   And sort of in front of that scar is the bullet where

9    you pointed which is still in your arm?

10   A.   Yes, still there.

11   Q.   So when you were shot, that bullet was coming from

12   behind you?

13   A.   Yes, from the back.

14   Q.   And you were also kind enough, gracious enough, to show

15   us your injury to your back.  You displayed that for the

16   jury yesterday?

17   A.   Yes.

18   Q.   And, again, that wound was inflicted from behind you, is

19   that right?  The bullet entered from behind you?

20   A.   All the shooting that I sustained was from the back.

21   Q.   Okay.  And I think before we broke yesterday I was going

22   to show you a number of exhibits, medical records.

23             And I think this is without objection?

24             MS. BAILEY:  No objection.

25             MR. ASUNCION:  434-L and M, Your Honor, moving

1    that into evidence?

2              THE COURT:   Received.

3              (Exhibits 434-L and 434-M received into evidence.)

4    BY MR. ASUNCION:

5    Q.  And first if we could please just show the first page of

6    Government's Exhibit 434-M.

7              And, sir, these are -- this is actually just the

8    first page of a number of other pages of medical records

9    that you provided to us, is that right?

10   A.  Yes.

11   Q.  And with very few exceptions, what follows is just a lot

12   of writing in Arabic, is that correct?

13   A.  Yes, it's in Arabic.

14   Q.  There was a translation done of that very first page

15   marked Emergency Unit Card.  It's in evidence, 434-L, if we

16   can show that to the --

17             THE INTERPRETER:   We need to change the battery.

18   Sorry.

19             (Pause.)

20   BY MR. ASUNCION:

21   Q.  And, sir, you recognize -- well, this is an English

22   translation of the first page of the medical record you

23   provided.  And I first want to direct everyone to --

24   A.  Yes.

25   Q.  -- the bottom left-hand corner.  That notes it's Hassan

1    Abdi, Arabic interpreter, who did the interpretation.  And

2    that's the court certified interpreter, Mr. Abdi, is right

3    next to you, is that right?

4            THE INTERPRETER:  Yes, that's my name.

5    Q.  And I want to just highlight this portion if I could.

6    And this report's just a very initial findings or

7    observations.  It reads first:  Bleeding wound, irregular?

8    A.  Yes.

9    Q.  The depth is unknown and it is in the back.  Do you see

10   that?

11   A.  Yes.

12   Q.  So in other words, the bullet had entered your back and

13   at that point its depth was unknown.  In other words, it was

14   still in your body.

15   A.  Yes.  I had surgery, actually, and they took it out from

16   my -- from my body.

17   Q.  So the bottom line is, there was no exit wound, right?

18   In your front.

19   A.  No.  They took it out through a surgery.

20   Q.  Okay.  And then the rest of that just describes the

21   wound that you displayed to us the other day to your arm

22   area.  Lengthy wound, 3-centimeter diameter, in the upper

23   arm and the depth is unknown.

24   A.  Yes.

25   Q.  Now, moving on to the last few exhibits we have here.

1    Showing 434-H, J and K to the defense?

2              MS. BAILEY:  No objection, Your Honor.

3              THE COURT:  Received.

4              (Exhibits 434-H, 434-J and 434-K received into

5    evidence.)

6    BY MR. ASUNCION:

7    Q.  Move that into evidence and display it to the jury at

8    this time, beginning first with Exhibit 434-K.

9              And sir, this is you at the hospital, I take it?

10   A.  Yes.

11   Q.  Do you know approximately when that picture was taken?

12   A.  It was the second day after the surgery.

13   Q.  Now, if we could publish Government's Exhibit 434-J,

14   please.

15             Is this also the second day after the surgery?

16   A.  No.  This was a few days later.  Because I could not sit

17   up the first few days.  I think this is probably the fourth

18   day.

19   Q.  I see.  And the young boy who's next to you, who's that,

20   if you know?

21   A.  This is my youngest son, Islam.

22   Q.  Finally, Government Exhibit 434-H.  And, sir, this is

23   still in the hospital, I take it?

24   A.  Yes.

25   Q.  And you talked about one of those -- that young boy

1    being your son.  Who is the other person in the picture, if

2    you know?

3    A.  My son-in-law.

4              MR. ASUNCION:  The Court's brief indulgence.

5              (Pause.)

6              MR. ASUNCION:  We have no further questions at

7    this time, Your Honor.

8              THE COURT:  Ms. Bailey?

9              MS. BAILEY:  May I proceed, Your Honor?

10                   CROSS- EXAMINATION

11   BY MS. BAILEY:

12   Q.  Good morning, sir.

13   A.  Good morning.

14   Q.  My name is Linda Bailey and I represent Paul Slough.

15   A.  I know you.

16   Q.  Yes.  I need to ask you a few more questions about this

17   case.

18   A.  Okay.

19   Q.  And as counsel reiterated this morning, you're, in fact,

20   a criminal law attorney yourself, correct?

21   A.  Yes.

22   Q.  Let's talk about September 16, 2007.  On that day, you

23   were driving a 1995 Daewoo, correct?

24   A.  Yes.

25   Q.  And when you got to Nisur Square, there was quite a bit

1    of traffic there.

2    A.  Yes.

3    Q.  And you stopped your car?

4    A.  Yes.

5    Q.  Andrej, could you please bring up Government's Exhibit

6    323?  And it's already been admitted.  I'm sorry.  Could we

7    switch over?  Thank you.

8             Now, sir, this event happened in 2007, so it's

9    been approximately seven years since it happened.

10   A.  Yes, ma'am.

11   Q.  Now, you testified on direct that your vehicle stopped

12   approximately up here, is that right?

13   A.  Yes.

14   Q.  But do you recall telling the government that, in fact,

15   your vehicle stopped near the exit from the bus stop back

16   here?

17   A.  Let me just explain something to you.  This map, it's

18   very small and doesn't have all the names, the exits, the

19   entrances to the Green Zone.  So it's not a very clear map.

20   Q.  Okay.  Understood.  Andrej, could you blow up just this

21   portion -- I'm sorry.  Let's go a little bit lower.  Okay.

22   Perfect.  Could you center that for us?  Thank you.

23             All right.  It's a little bit closer now.

24   A.  Yes.

25   Q.  Now, does that help your memory that when you spoke with

1     the FBI -- let me give you some markers here first.  Here's

2     Nisur Square traffic circle.  Here's the lower part of

3     the -- whoops, let me clear that.  Here's the lower part of

4     the traffic circle.  And here's a bus stop.  And this right

5     here is the median for the bus stop, okay?

6     A.  Is this the bus stop?

7     Q.  This is the bus stop right here.  Okay.  Then there's a

8     median that runs along right there.  Okay?  So we all know

9     where we are.

10          Now, does that help refresh your recollection that

11    you told the FBI that when you stopped your car, you stopped

12    near the exit of the bus stop approximately there?

13    A.  I passed the bus stop.

14    Q.  Uh-huh.  So the bus stop's right here, and you passed

15    it, and you stopped your car right where the access road

16    near the bus stop joins back up with the main road.

17    A.  Yes.

18    Q.  Yes.  That's correct.

19    A.  Yes.

20    Q.  Okay.  Thank you.  And you agree with this dot, where

21    it's placed?

22    A.  I was very close to the circle.  I was the third vehicle

23    to the -- in the middle of the circle, so I was very close.

24    Yeah, and if you think the bus stop is very far from the

25    center of the circle, that's not the case.  It's like five,

1    six meters.  Or maybe this map is giving you -- it's

2    misleading you or something, but that's not the case.

3    Q.  But my question --

4    A.  I'm sorry.  I'm sorry.  So in the map it looks like they

5    are very far away from each other, but that's not the case.

6    In reality they're very close.

7    Q.  I understand, sir.  My question is, do you agree that

8    that dot is roughly where you were that day?

9    A.  Yeah, I think this is wrong because I was very close to

10   the circle.  I was by the police, the traffic police booth,

11   so I wasn't here.  I was up in the --

12   Q.  Okay.  Do you recall telling the FBI that you stopped

13   your car near the exit of where the bus stop came out?

14   A.  Yes.  I said that, but I'm again telling you that the

15   bus stop and the center of the circle, they are very close

16   to each other.  They are very close.

17   Q.  I understand that you're saying this, where the bus stop

18   is, and the circle are very close.  And in between there,

19   this is where you stopped, right?

20   A.  No.  I stopped there.  That's very close to the police

21   traffic -- the booth for the police traffic.  So that's

22   where I stopped.

23   Q.  Do you remember telling the FBI that you stopped near

24   where the bus stop road exited onto the main road?

25              MR. ASUNCION:  Asked and answered, Your Honor.

1           THE COURT:  Sustained.

2    BY MS. BAILEY:

3    Q.  You don't recall saying that?

4           MR. ASUNCION:  Same objection, Your Honor.

5           THE COURT:  Sustained.

6    BY MS. BAILEY:

7    Q.  Okay.  Do you recall the first time you met with the

8    FBI, drawing a diagram for the FBI?

9    A.  I remember I did that, but I don't remember when was it,

10   like how long ago.

11   Q.  Okay.  If we could just for the witness bring up Defense

12   Exhibit 2677.  If you could blow up this section right here.

13          Now, sir, do you recognize this as your signature?

14   A.  Yes.

15   Q.  And could you expand it?

16          And do you recognize this as the diagram that you

17   drew for the FBI?

18   A.  Yes.

19          MS. BAILEY:  Okay.  Your Honor, at this time I'd

20   like to offer Defense Exhibit 2677?

21          MR. ASUNCION:  If I could have a moment,

22   Your Honor.

23          (Pause.)

24          MR. ASUNCION:  I have no objection, Your Honor.

25          THE COURT:  Received.

1           (Exhibit 2677 received into evidence.)

2     BY MS. BAILEY:

3     Q.  Andrej, if you could focus in right here.  Now, we

4     discussed that you drove a 1995 white Prince Daewoo,

5     correct?

6     A.  Yes.

7     Q.  Do you recall drawing for the FBI your vehicle here and

8     how it turned left and went this way?

9     A.  Yes.

10    Q.  So that is the correct placement.

11    A.  Yes.

12    Q.  Thank you.

13    A.  But to let you know, that's not my handwriting there.

14    Q.  That's fine.  Okay.  So we have you here is where we --

15    excuse me.  Correct it.  Here is the box that we just --

16    it's harder than it looks.  There you go.  There's the box

17    that we just highlighted.  Okay.

18           Now, as you discussed with government counsel, you

19    stopped your car, and then you were stopped for

20    approximately 15 to 18 minutes before any gunfire began,

21    correct?

22    A.  Yes.

23    Q.  Now, you testified that you began to turn around after

24    the gunfire began, is that correct?

25    A.  Yes.

1    Q.  Now, you've been interviewed by news reporters many

2    times for this case, right?

3    A.  Yes.

4    Q.  And since then you've read some of the news stories

5    containing your interviews.

6    A.  Yes.

7    Q.  And you've even printed some of them out and provided

8    them to the FBI.

9    A.  Yes.

10   Q.  Okay.  And among those news stories that -- excuse me --

11   among those interviews, you gave some interviews to Reuters.

12   A.  Yes.

13   Q.  And the first time that you spoke with Reuters was

14   shortly after the incident while you were still in the

15   hospital.

16   A.  Yes.

17   Q.  It was probably the first time you spoke with reporters.

18   A.  No, actually before that I had interviews with Chinese

19   and Japanese media.

20   Q.  Okay.  In any event, if it was in the hospital, it was

21   before you spoke with the Iraqi National Police.

22   A.  Yes.

23   Q.  Okay.

24   A.  I never spoke to the national police until today.

25   Q.  You say you've never spoken to the Iraqi National

1   Police?

2   A.  No, never.  Just only in their headquarters.

3   Q.  Yes.  But not in the hospital.

4   A.  No, it wasn't the hospital.

5   Q.  When you spoke with Reuters in the hospital, do you

6   recall telling them that you'd turned around and driven 100

7   feet or 30 meters when they started shooting?

8   A.  No.  Ten meters.

9   Q.  Okay.  So you don't recall telling them that.

10  A.  No.  I only said ten meters.  I don't remember.

11  Q.  You don't remember saying that.  Let me see if I can

12  refresh your memory.

13          Just for the witness, Andrej, could I have

14  Defense Exhibit 2669?  And if we could go to the third page,

15  in the third full paragraph, and if you could just highlight

16  that for Mr. Salman.  And if you could start with the second

17  sentence here and just translate that to him.  So if you

18  could start here.

19  A.  No, there is no 100 meters.  It was ten meters.  Ten

20  meters.

21  Q.  Okay.  Do you remember telling them that you continued

22  to drive fast and approached an Iraqi army checkpoint which

23  also open fired on you for fear you were a suicide bomber?

24  A.  That's not true.

25  Q.  That's not true.  So you deny telling them that.

1    A.  I'm just telling the truth.  I'm under oath so I'm

2    telling the truth.

3    Q.  I understand.  And the truth is you say you did not tell

4    them that.

5    A.  No, I did not tell them that, and also I did not see a

6    checkpoint.

7    Q.  Do you remember telling them that you hit a nearby truck

8    full of gas cylinders and that is when the soldiers came and

9    took you to the hospital?

10            THE INTERPRETER:  I'm sorry.  Can you repeat that?

11   BY MS. BAILEY:

12   Q.  Sure.  Do you remember telling them that you hit a

13   nearby truck full of gas cylinders and that is when the

14   soldiers came and took you to the hospital?

15   A.  I mean, that's what the soldiers who helped me said, but

16   I did not say that.  They said that's what happened, but I

17   did not say that.  Because I don't know.  I have no

18   knowledge about that.

19   Q.  Ultimately -- we'll wait for the interpreter.  That's

20   fine.

21            (NOTE:  Switching interpreters.)

22   Q.  You ready?

23            But at some point you did decide to turn around.

24   After the gunfire started, you testified that at that point

25   you decided to turn around.

1    A.  I did answer, yes.

2    Q.  But you didn't turn around right away because you

3    thought you were far enough away that you would not be shot.

4    A.  Yes.

5    Q.  Okay.  But unfortunately, you did end up getting shot,

6    correct?

7    A.  Yes.

8    Q.  And that was after you turned.

9    A.  Correct.

10   Q.  So you've completed your entire turn and you drive ten

11   meters.  Is that your testimony?

12   A.  Correct.

13   Q.  Andrej, could you bring back 2677?

14          Okay.  So here we are.  Whoop.  I don't know how

15   to undo that.  It has a brightness square on the screen

16   that's blocking my view.  Thank you.

17          So we start out here, and then you turn around and

18   drive ten meters.  Whoop.  Let me --

19   A.  Yes.

20   Q.  Is that fair?

21   A.  Yes.

22   Q.  Okay.  Chris, may I have the diagram for the government,

23   5001?  If you could put it up.  Thank you.

24          Permission to publish?

25   Q.  All right.  Let's tilt this a little bit for our

1    witness.

2              All right.  So we started out here.  And then if

3    you look on the screen where you just agreed you ended up,

4    you turned left and then about parallel with the wall to the

5    girls school.

6    A.  Yes.

7    Q.  Okay.  Thank you.  All right.  And after you drove those

8    ten meters and you got to that position, that's the first

9    time that you're shot.

10   A.  Yes.

11   Q.  But you didn't see who shot you because it came from

12   behind you.

13   A.  Correct.  Didn't see anyone.

14   Q.  Okay.  But you do know that it came through the

15   passenger side.

16   A.  Correct.

17   Q.  Now, despite your injuries, at this point you continue

18   to drive towards the hospital in this direction.

19   A.  Yes.

20   Q.  And at some point during that time you see a helicopter

21   or two circling overhead.

22   A.  I saw one myself.

23   Q.  You saw one.  You saw the helicopter shooting at cars.

24   A.  Yes.

25   Q.  Including your own.

```
 1    A.  I think so.

 2    Q.  Okay.  The helicopters pursued you as you drove to the

 3    hospital.

 4    A.  Actually, I saw it facing towards me, face-to-face.  I

 5    was seeing it from my windshield.

 6    Q.  Okay.  And you believed they were shooting at you.

 7    A.  I think so.

 8    Q.  You saw a man sitting with his legs hanging out the

 9    left-hand side of the helicopter.

10    A.  Yes.

11    Q.  Okay.  And you believed that he fired four shots into

12    the front of your car.

13    A.  Three, not four.

14    Q.  Okay.  So he fired three shots into the front of your

15    car.

16    A.  Yes.

17    Q.  Okay.  And the helicopter continued to fire at you until

18    your car crashed and flipped over.

19    A.  That was before, because when that happened I had passed

20    out and lost consciousness.

21    Q.  Okay.  So the helicopter fired at you right before that

22    happened.

23    A.  No.  The shots that were -- from that firing hit the

24    front windshield.

25    Q.  Okay.  And after that happened is when your car crashed
```

1    and turned over.

2    A.  I don't remember crashing or even turning over because I

3    was not conscious.

4    Q.  Okay.  So you lost consciousness after the helicopters

5    but before you crashed.

6    A.  It's all a matter of seconds.  The helicopter did the

7    action and then moved -- flying over my head and then moving

8    proceeding forward, within seconds passed out.

9    Q.  Now, in one of your early interviews with the

10   government, did someone tell you not to talk about the

11   helicopters anymore?

12   A.  Yes.  In the U.S. embassy.

13   Q.  I'm sorry?

14   A.  Yes.  In the U.S. embassy.

15   Q.  Just to be clear, it was not anyone at this table

16   (indicating).

17   A.  No.

18   Q.  It was in one of the very early interviews.

19   A.  Approximately after three months from the incident.

20   Q.  Okay.  In fact, you had an argument about it that got

21   pretty heated.

22   A.  It got to a degree where they said that, If you keep on

23   persisting that you saw a helicopter, that we will not give

24   you any permission to go and testify in Washington.  It got

25   to a degree where I sarcastically replied to him and I said,

1   Well, let's just say that I was not even shot by the U.S.,

2   and there was no incidents, no anything, and let's just even

3   forget the whole thing.  And the man replied, Are you making

4   fun of me?

5          THE INTERPRETER:  The man replied to him.

6   A.  He said, Up until now I've been respecting you in the

7   way I've been treating you, so please reciprocate.  And I

8   told him, I'm in my own home, in my own country.  I always

9   respect myself.

10  Q.  Okay.

11  A.  And it went on like this back and forth between us.

12  Q.  Okay.  And that was the first -- one of the times you

13  met with the FBI after the incident.

14  A.  This man was not FBI.

15  Q.  Was not FBI.  He was with them?

16  A.  This is an embassy personnel.

17  Q.  Okay.  But it was someone who said that if you did

18  not -- if you insisted on bringing up the helicopters, you

19  would not be called to testify.

20  A.  Correct.

21  Q.  After you lost consciousness, military personnel from a

22  checkpoint got you out of your car, correct?

23  A.  Yes.  From what I remember, they pulled me out, put me

24  on the street.  It was a very warm day and I noticed that

25  the hot pavement was what scorched my face a little bit that

1    made me come to my senses somewhat.  And when I flinched.

2    Someone said, This one's not dead, he's alive.  And I

3    murmured and I said, I'm attorney Hassan Jaber, you've seen

4    me.  I'm known.  You've seen me on interviews on TV.

5    Q.  And when they got you out, they broke your windshield to

6    get you out.

7    A.  Yes.

8    Q.  Now, you testified that you believed that you've

9    developed diabetes as a result of this incident.

10   A.  Yes.

11   Q.  But didn't you have diabetes when you were in the

12   hospital?

13   A.  No.  This only came about after the incident.

14   Q.  Andrej, would you please pull up what's already been

15   admitted as Government's Exhibit 434-M?

16          Okay.  Now, sir, you recognize this as your

17   medical record, correct?

18   A.  Yes.

19   Q.  Andrej, could you please go to page 14?

20          Now, some of this is in Arabic but there's a

21   little bit that's in English.  And if we turn to page 14, if

22   you could just translate this.  Your medical records

23   indicate that you were a diabetic patient.  So at the time

24   you were in the hospital, is it fair to say you already had

25   diabetes?

1    A.  Before I did not have.  But during the incident and

2    after, that's when.

3    Q.  So you're saying you developed it after the incident.

4    A.  Yes.

5          MS. BAILEY:  Court's indulgence a moment.

6          (Pause.)

7          MS. BAILEY:  Thank you.

8    BY MS. BAILEY:

9    Q.  All right.  Now, the second time you met with the FBI in

10   October 2007 you brought your car to them, correct?

11   A.  Yes.  My son did.

12   Q.  Okay.  And you went with him.

13   A.  Yes.

14   Q.  Okay.  How did you all get there?  Did you drive there?

15   A.  In the same car.

16   Q.  In that car.  Okay.  And as we've discussed, you drive a

17   1995 Daewoo.

18   A.  I wasn't driving.  I was hit.

19   Q.  Yes.  I'm sorry.  The car itself is a 1995 Daewoo?

20   A.  Yes.

21   Q.  So when you testified yesterday that it was brand new,

22   did you mean that it was brand new to you?

23   A.  It was a very new car.  Very little use.

24   Q.  Okay.

25   A.  And I was in the incident.  And I turned back, didn't

1    imagine that I was --

2    Q.  I'm sorry, I don't have a question pending.  Now, the

3    FBI wanted to purchase a car -- the car from you, but you

4    did not allow them to purchase it, correct?

5    A.  Yes.  They were going to pay a very low value for

6    what -- for what I thought.

7    Q.  Okay.  But you did allow them to take pictures of your

8    car.

9    A.  Yes.

10   Q.  And you stayed with them while they took the pictures.

11   A.  Yes.  I was sitting on the side and they were the ones

12   photographing.

13   Q.  Okay.  By the time you brought your car to the FBI,

14   you'd already had some repairs done to it, correct?

15   A.  I wasn't aware.  My son was the one who went and did

16   some repairs on the car.

17   Q.  But repairs were done.

18   A.  Yes.

19   Q.  The rear quarter panel was welded.

20   A.  Correct.

21   Q.  And that welding went over a possible bullet strike.

22   A.  Yes.

23   Q.  Okay.  The rear seat was removed.

24   A.  No.

25   Q.  "No."  Andrej, could you pull up Defense Exhibit 3186?

1              So this is a picture of your -- oh, I'm sorry --

2      actually, yes.  And I'm sorry.  This is without objection,

3      Your Honor.

4              THE DEPUTY CLERK:  Is it in evidence?

5              MS. BAILEY:  Yes, I'd like to offer it into

6      evidence without objection?

7              THE COURT:  Received.

8              (Exhibit 3186 received into evidence.)

9              THE WITNESS:  This was removed while I was

10     visiting at the FBI.

11     BY MS. BAILEY:

12     Q.  So the FBI took the back seat out of your vehicle.

13     A.  Yes.  They were the ones.

14     Q.  Okay.  And you can see here that the front passenger

15     seat was also removed?

16     A.  I don't recall.

17     Q.  Okay.  So you don't know if your son did that or the FBI

18     did that.

19     A.  No.  It was under repair.

20     Q.  Yes.  But the FBI didn't remove the passenger seat while

21     you were there.

22     A.  I don't recall that, but the rear seat --

23              THE INTERPRETER:  He was pointing to the screen.

24     A.  -- was the ones that the FBI did remove from the

25     vehicle.

1    Q.   Okay.  You also -- I'm sorry.  The front bumper was also

2    replaced on your vehicle?

3    A.   Yes.  A new one.

4    Q.   And some other damage was repaired.

5    A.   The front portion of the vehicle actually had to be

6    completely severed and removed and replaced.  We still have

7    it, the front portion that was cleanly cut off.

8    Q.   The front bumper.

9    A.   No, the whole engine area, the whole front portion from

10   the fenders on forward, the radiators, the engine block

11   area, the front lights, of course.  Up until the windshield.

12   The windshield, also.  The hood of the car, all of it was

13   all replaced.

14   Q.   But those weren't all replaced by the time you went to

15   the FBI.  They were just replaced later.

16   A.   Yes, correct.

17   Q.   Okay.  Now, before the repairs were done to your

18   vehicle, someone took a video of your vehicle that we saw

19   yesterday, correct?

20   A.   Yes.

21   Q.   Okay.

22              MS. BAILEY:  Your Honor, at this time I'd like to

23   admit Defense Exhibits 3472 through 3476, 3479 through 3480,

24   and 3483 all without objection.

25              THE COURT:  They're received.

```
 1                    (Exhibits 3472 through 3476, 3479 through 3480,

 2          and 3483 received into evidence.)

 3                    MS. BAILEY:  I would also like to admit 3495,

 4          3496, 3497, 3499 and 3485 all without objection.

 5                    THE COURT:  Received.

 6                    (Exhibits 3495, 3496, 3497, 3499 and 3485

 7          received into evidence.)

 8          BY MS. BAILEY:

 9          Q.  Andrej, would you please bring up Defense Exhibit 3475?

10                    Now, sir, this is the rear passenger quadrant of

11          your car, correct?

12          A.  Yes, that is the round right there.

13          Q.  Okay.  And this is the bullet hole -- or, excuse me --

14          the possible round hole that you saw yesterday.

15          A.  Yes.

16          Q.  Andrej, could you bring up 3495, which has also been

17          admitted?

18                    Do you recognize that this is the inside of your

19          trunk, sir?

20          A.  Yes.

21          Q.  And you've pointed out there's one and actually two

22          holes on the inside of this trunk, correct?

23          A.  Yes.

24          Q.  And let's bring up Defense Exhibit 3496.  Okay.  And

25          this is just a closer picture of those same holes.  Here
```

1    they are.  And you can kind of tell that there's some damage

2    here, is that correct?

3    A.  Yes.

4    Q.  Okay.  Andrej, would you bring up Defense Exhibit 3497?

5              Now, this is just the lid of the trunk of your

6    car, right?

7    A.  Yes.

8    Q.  And there aren't any bullet holes in here.

9    A.  Correct.

10   Q.  Okay.  Now let's look at Defense Exhibit 3499.  Okay.

11   And this is just the rear end of your car.  Now, aside from

12   this welding stripe, there's no significant damage to the

13   back end of your car.

14   A.  Yes.

15   Q.  Okay.  Now, the rear windshield is broken, correct?

16   A.  Yes.

17   Q.  But you don't know how it got broken?

18   A.  All the rounds and the shots came from the windshield.

19   Q.  In fact, do you recall telling the FBI that you didn't

20   know if any bullets hit the rear windshield?

21   A.  No.

22   Q.  You don't recall telling the FBI that?

23             Just for the witness, Andrej, if you could bring

24   up Defense Exhibit 2680.  If you could go to page 1, the

25   fifth paragraph.

1        And, sir, if you could just translate from here to

2   here.

3   A.   That is incorrect.  I did not say anything like that.

4   Q.   Okay.  Thank you.  You can put that down.

5        All right.  Let's look at Defense Exhibit 3474.

6   Sir, this is the back seat of your vehicle before the FBI

7   took it out, correct?

8        I'm sorry, yes.  If we could publish to the jury.

9   This has already been admitted.

10       This is the back seat of your vehicle?

11  A.   Yes.

12  Q.   You see this hole coming out of the back seat?

13  A.   Yes.

14  Q.   Okay.  It's roughly the other side of where those holes

15  were in the trunk.

16  A.   Yes.

17  Q.   Look at Defense Exhibit 3473.

18       THE DEPUTY CLERK:  That is in?

19  BY MS. BAILEY:

20  Q.   And that's already admitted.  Thank you.

21       This is just another picture of the same hole.

22  You can see the shoulder of the driver's seat here and the

23  hole there.  Is that correct?

24  A.   Yes.

25  Q.   Let's move to Defense Exhibit 3472.  This is a picture

1    of the driver's seat, right?

2    A.  No, that is my seat, actually.

3    Q.  The driver's side seat?  Where you were sitting when you

4    got shot?

5    A.  Yes.  Correct.

6    Q.  And you can see there's a hole just a little to the

7    right of center right here.

8    A.  Yes.

9    Q.  And so this hole is actually a relatively straight line

10   to that hole, and the holes in the trunk that came in the

11   car.

12              MR. ASUNCION:  We're objecting.

13              MS. BAILEY:  Okay, withdrawn.  Okay.

14              Can I have the Elmo, please?

15   BY MS. BAILEY:

16   Q.  Sir, this is just a diagram of -- may I have the Elmo,

17   please?

18              THE DEPUTY CLERK:  Is it in evidence?

19   BY MS. BAILEY:

20   Q.  Now, sir, this is just a diagram of your car.

21              MR. ASUNCION:  We're going to object now.  I think

22   I know where counsel's going.

23              MS. BAILEY:  May we approach?

24              THE COURT:  Yes.

25

```
 1                (Discussion at the bench on the record:)
 2           MS. BAILEY:  So what I plan to do is use the
 3      diagram and have him confirm with the pictures where the
 4      holes are, confirm that you can draw a straight line through
 5      those holes, and then just show the straight line through
 6      the holes.
 7           THE COURT:  What is he adding to that?
 8           MS. BAILEY:  I'm sorry?
 9           THE COURT:  What is he adding to that?
10           MS. BAILEY:  What he adds to -- well, he confirms
11      that that's where the holes are, that that's where --
12           THE COURT:  He's done that.
13           MS. BAILEY:  And then I'm going to take the line
14      and put it where he has positioned his vehicle on the board
15      to show where the line goes from the straight line that's
16      created by those three holes.
17           THE COURT:  What is it you're asking him?  You're
18      asking him if that line -- if he could draw that straight
19      line?  I don't know what you're asking.
20           MS. BAILEY:  I'm asking him to confirm the
21      placement of the holes on the diagram.
22           THE COURT:  Okay.
23           MS. BAILEY:  Confirm that it's a straight shot
24      through all of those, and then confirm where --
25           THE COURT:  Okay.  The objection to that question
```

1    is sustained.

2              MS. BAILEY:  Okay.  Then I think --

3              MR. HEBERLIG:  This is the exact same thing the

4    government did with Mr. Kinani to show the location where

5    his son was injured in the backseat.  They had him look at

6    the photographs, and they had the rods through there and

7    illustrated while he was on the stand with the jury --

8              THE COURT:  I don't think I heard an objection to

9    that, did I?

10             MR. HEBERLIG:  I think we did.

11             MS. BAILEY:  So you don't object.

12             MR. HEBERLIG:  I thought Mr. Asuncion was

13   objecting.

14             THE COURT:  To your -- you said it came in.  I

15   didn't hear an objection as I recall.

16             MS. BAILEY:  Oh, I see.

17             MR. HEBERLIG:  Okay, I understand, all right.

18             (End of discussion at the bench.)

19

20             MS. BAILEY:  Can we go back to the computer?

21   Thanks.

22             THE DEPUTY CLERK:  For the jury?

23   BY MS. BAILEY:

24   Q.  For the jury.  The rest have been admitted.

25             Andrej, can you please bring up Defense Exhibit

1      3483?  3483?  Thanks.

2              Okay.  Now, sir, this is a picture of your vehicle

3      before the repairs were completed, correct?  And this is the

4      passenger side?

5      A.  Yes.

6      Q.  Okay.  And you can see that these windows are not

7      broken.

8      A.  I don't recall.

9      Q.  Okay.  But you can see actually in this picture the

10     reflection in the windows and tell that they're not broken.

11     A.  I'm not seeing glass.

12     Q.  Okay.  Let's look at Defense Exhibit 3480.  Now, sir,

13     this is a picture of the driver's side of your car, correct?

14     A.  Yes.

15     Q.  And this is a hole in the frame of the window, in the

16     rear window of the driver's side.

17     A.  Yes.  Correct.

18     Q.  Could we turn to Defense Exhibit 3479, also already

19     admitted?

20             All right.  This is just a closer picture of the

21     same hole.

22     A.  That's correct.

23     Q.  And you can see that the hole is here and then there's

24     all sorts of damage coming out back there.

25     A.  Yes.  It's a bullet round hole.

1    Q.  I'm sorry?

2    A.  It's a bullet round hole.

3    Q.  And you can see that this triangular window is broken.

4    A.  Yes.  It's broken.

5    Q.  Okay.  Andrej, could you please bring up Defense Exhibit

6    3485?

7            Okay.  Now, this is a picture of your car after it

8    was repaired and brought to the FBI, correct?

9    A.  Yes.  After some repairs.

10   Q.  Yes.  And before it was brought to the FBI -- I mean,

11   this is at the time it was brought to the FBI.

12   A.  Yes, that's correct.

13   Q.  And you can see that this hole has been repaired.

14   A.  Actually, that's an entire new door.

15   Q.  It's a new door.  So that entire door is new?  Okay?

16   A.  Yes.  Correct.

17   Q.  And the hole is gone, obviously.

18           THE INTERPRETER:  He's pointing to the bumper and

19   the new parts that were -- entirely new parts added to the

20   car.

21   Q.  So just to be clear, that hole is gone, but you didn't

22   fix the windshield, correct?

23   A.  Yes, correct.

24   Q.  Okay.  And you didn't fix the rear windshield.

25   A.  Yes.  Correct.

1  Q.  And you didn't fix the hood of your car?

2  A.  Correct.

3  Q.  And we're not even sure where the passenger seat is.

4  A.  I have no idea about that one.

5  Q.  Okay.  So the two -- but the interior of your car was

6  not repaired.

7  A.  No.  That would be actually -- usually the last stage

8  would be the upholstery of the inside of the car.

9  Q.  So then your answer is, no, it was not repaired.

10  A.  Correct.  It was not repaired.

11  Q.  But the two areas that were repaired are the bullet hole

12  here and the bullet hole on the right passenger quadrant of

13  your car.  That's what you decided to fix.

14  A.  The things that we fixed were the exterior, which were

15  the -- the bullet holes that were mentioned and the large

16  pieces of the vehicle that were -- that were damaged, but

17  not the inside, no.

18  Q.  Not the inside or the hood or the windshield.

19  A.  That's correct.

20  Q.  Okay.

21        MS. BAILEY:  No further questions, Your Honor.

22        THE COURT:  Other counsel?

23        MR. ASUNCION:  Yes, Your Honor.  May I proceed,

24  Your Honor?

25

1          <u>REDIRECT EXAMINATION</u>

2      BY MR. ASUNCION:

3      Q.  Sir, let me just ask you.  I just have very few

4      questions for you at this point, but I just want to cover

5      first this discussion that you had a number of years ago

6      with someone at the United States embassy.  An American

7      associated with the United States embassy.  Do you remember

8      that line of questions?

9      A.  Fine.  Okay.

10     Q.  And if I understood your testimony correctly, the gist

11     of it was this person, this American with the United States

12     embassy, said something along the lines to you that if you

13     continue to talk about helicopters, you would not be called

14     to testify.  Is that a fair summary?

15     A.  That's correct.

16     Q.  And to state the obvious, you have flown several

17     thousand miles to be here to testify about what occurred to

18     you on September 16, 2007, right?

19     A.  That's correct.

20     Q.  And to state the obvious, you've testified at some

21     length about your observations relating to helicopters,

22     isn't that correct?

23     A.  That's correct.

24     Q.  And as Ms. Bailey accurately pointed out, that person

25     that you spoke to many years ago at the embassy wasn't

1    anyone at the table I was seated at, correct?

2    A.  No one here.

3    Q.  It wasn't me or any one of the other assistant United

4    States attorneys with the Department of Justice who had that

5    conversation with you, correct?

6    A.  No, no one, sir.

7    Q.  As a matter of fact --

8              MS. BAILEY:  Objection, Your Honor.

9    BY MR. ASUNCION:

10   Q.  As a matter of fact --

11             THE COURT:  Overruled.

12   BY MR. ASUNCION:

13   Q.  -- it is the United States Department of Justice that

14   has asked you to come to testify in this case, isn't that

15   correct?

16   A.  Yes, correct.

17   Q.  Now, you've testified about believing that you were --

18   after you stopped right around the circle, I believe your

19   testimony was that you were stopped there for roughly 15 to

20   18 minutes before the gunfire started?

21   A.  Yes, correct.

22   Q.  And you are absolutely certain about that fact.

23   A.  Yes.  It's under oath, sir.

24   Q.  Just as certain as you are that this helicopter shot at

25   you.  Is that a fair statement?

1   A.  Yes, correct.

2   Q.  Now, sir, is it fair to say that this occurred very,

3   very quickly?  This whole sequence of events actually

4   occurred quite quickly?

5   A.  Yes, correct.

6   Q.  And, is it fair to say that when you saw this

7   helicopter, you had already been shot in the arm?

8   A.  Yes.  From what I recall, yes.

9   Q.  You'd already been shot in the back?

10  A.  The shot in the back, I'm not completely sure was it

11  from the helicopter, was it from -- not very crisp and

12  precise on that one.

13  Q.  I understand.  But once you were shot -- between those

14  two wounds -- you started to bleed, right?

15  A.  Yes, correct.

16  Q.  Your number one concern at that point was getting away

17  from that circle as quickly as you could, isn't that right?

18  A.  Yes, correct.

19  Q.  Your number one concern was getting away from that heavy

20  and random gunfire that was coming from the Nisur Square

21  area, isn't that correct?

22  A.  That's correct.

23  Q.  For all you knew, you were going to die that day, is

24  that a fair statement?

25  A.  Absolutely, yes.

1    Q.  And is it fair to say that one thing -- one thing that

2    you can be absolutely certain about is that you were shot on

3    September 16, 2007, isn't that correct?

4    A.  Yes.

5    Q.  And you have the scars to prove it.

6    A.  Yes.

7              MR. ASUNCION:  Thank you, no further questions.

8              THE COURT:  We'll take our morning recess.  You

9    may step down.

10             (Witness excused.)

11             (Break in the proceedings at 11:37 a.m.).

12

13             (Upon resuming at 11:53 a.m. outside the presence

14   of the jury.)

15             MR. ASUNCION:  Your Honor, counsel for our next

16   witness, William Sullivan, who represents Mr. Ridgeway,

17   needs to address the Court.

18             THE COURT:  All right.  Good morning.

19             MR. SULLIVAN:  Good morning, Your Honor.  Nice to

20   see you again.  William Sullivan on behalf of Jeremy

21   Ridgeway.

22             I think initially I need to approach with defense

23   counsel *ex parte* without the government on this issue.  But

24   I don't think it should remain *ex parte*, and I'm happy to

25   discuss that with you at your convenience.

1                  THE COURT:  All right.

2

3                  (Defense *ex parte* conference at the bench,

4        including Mr. Sullivan, on the record.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5              (Defense *ex parte* conference at the bench,

6      including Mr. Sullivan, on the record.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5    (Defense *ex parte* conference at the bench,

6 including Mr. Sullivan, on the record.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11          (End of discussion at the bench.)

12

13          THE COURT:  You want to get your witness?

14          MR. ASUNCION:  Yes, Your Honor.

15          THE COURT:  I did conduct my *in camera* review of

16   the Ridgeway materials that the government gave me *in camera*

17   *ex parte* last time and I see nothing that would be

18   produceable under *Brady*.

19          MR. SCHERTLER:  Thank you, Your Honor.

20

21          (NOTE:  The jury entering the courtroom at

22   11:59 a.m.)

23          THE COURT:  Government may call your next witness.

24          MR. ASUNCION:  At this time the United States

25   calls to the stand Jeremy Ridgeway.

1      JEREMY RIDGEWAY,

2      after having been first duly

3      sworn upon oath, was examined

4      and testified as follows:

5      DIRECT EXAMINATION

6  BY MR. ASUNCION:

7  Q.  Good afternoon, sir.

8  A.  Good afternoon.

9  Q.  In a loud and clear voice can you please introduce

10  yourself to the ladies and gentlemen of the jury by stating

11  your full name and spelling your last name for the record?

12  A.  Jeremy P. Ridgeway, R-I-D-G-E-W-A-Y.

13  Q.  Showing what's been marked as Government Exhibit 497 to

14  the defense --

15      And we're moving that into evidence without

16  objection.  Your Honor.

17      THE COURT:  Received.

18      (Exhibit 497 received into evidence.)

19  BY MR. ASUNCION:

20  Q.  Can we have that published to the jury, please?

21      Sir, you see that exhibit on your screen?

22  A.  I do.

23  Q.  Is that your picture with your full name?

24  A.  Yes, sir.

25  Q.  Sir, at this moment, are you under any medication?

1    A.  At this moment, I'm not.

2    Q.  Do you usually take prescription medication?

3    A.  Yes, I do.

4    Q.  Does this include Wellbutrin for depression?

5    A.  Yes, sir.

6    Q.  Xanax for anxiety?

7    A.  Yes, sir.

8    Q.  Morphine for your back?

9    A.  Yes, sir.

10   Q.  When is the last time you took any of -- any

11   prescription medication?

12   A.  Yesterday and last night.

13   Q.  Are you thinking clearly this afternoon?

14   A.  Yes, sir.

15   Q.  Has that medication -- does it typically impair in any

16   way your ability to think or understand?

17   A.  Not that I know of, no.

18   Q.  Mr. Ridgeway, did you plead guilty in this case?

19   A.  I did.

20   Q.  Why?

21   A.  Because I am guilty.

22              MR. ASUNCION:  Government's moving into evidence

23   -- well, first showing to the defense -- Government Exhibit

24   497-I.

25              MR. HEBERLIG:  No objection, Your Honor.

```
1                    THE COURT:  Received.

2                    (Exhibit 497-I received into evidence.)

3        BY MR. ASUNCION:

4        Q.  497-I.  And, sir, you recognize this to be your plea

5        agreement?

6        A.  Yes, sir.  It's a little hard to read.  It's not clear.

7        Q.  Sure.  We can get that enlarged.

8                    And this is a letter dated November 15, 2008?

9        A.  Yes, sir.

10       Q.  From the United States Department of Justice.  That is,

11       the United States Attorney for the District of Columbia?

12       A.  Yes, sir.

13       Q.  And it is a letter addressed to a William Sullivan who

14       is your attorney, is that correct?

15       A.  Yes, sir.

16       Q.  And if we could turn to 497-I0009, which is page 9 of

17       that exhibit.

18                    And, sir, do you recognize under -- at the bottom

19       here, defendant's acceptance, that's your signature?

20       A.  Yes, sir.

21       Q.  Dated November 18, 2008?

22       A.  Yes, sir.

23       Q.  And if we could flip to the second page 497-I0010.

24                    And that is signed by your counsel, is that

25       correct?
```

1    A.  Yes, sir.

2    Q.  Did you, in fact, plead guilty in the United States

3    District Court for the District of Columbia -- that is, this

4    courthouse -- in 2008?

5    A.  Yes, sir.

6    Q.  Now let's flip back to the first page, if we could.

7    497-I.  Okay.  Under the first paragraph if we could have

8    that enlarged.  I'm sorry.  The second paragraph under

9    Charges, please.

10          So, again, this is a plea letter which sets forth

11   the plea agreement between the United State's Attorneys

12   Office for the District of Columbia and the National

13   Security Division of the Department of Justice, with you.

14   Is that right?  This whole document.

15   A.  Yes, sir.

16   Q.  And in particular, on paragraph 1, that reflects the

17   charges to which you pled guilty, is that correct?

18   A.  Yes, sir.

19   Q.  Okay.  And I'll just go ahead and read that, and I have

20   a couple follow-up questions.

21          Your client -- that is you -- agrees to waive

22   indictment and plead guilty to Counts 1 and 2 of a two-count

23   criminal information to be filed in the United States

24   District Court for the District of Columbia, charging you

25   with voluntary manslaughter and attempt to commit

1    manslaughter.  Is that right?  You understand that?

2    A.  I do.  I understand that.

3    Q.  You, actually, eventually -- we'll get to it in a

4    minute, but there was a criminal information that was filed

5    and you pled guilty.

6    A.  Yes, sir, I did.

7    Q.  And you accepted responsibility.

8    A.  I have.

9    Q.  Are the potential penalties spelled out in this plea

10   agreement as far as you know?

11   A.  I believe it is.

12   Q.  I'll direct your attention to paragraph 2 of this plea

13   agreement which is on the next page.

14          And this reads:  Your client -- that is you,

15   Mr. Ridgeway -- understand that the charge of voluntary

16   manslaughter carries a potential penalty of not more than

17   ten years of imprisonment, a $250,000 fine, and three years

18   of supervised release.  You understand that.

19   A.  Yes, sir, I do.

20   Q.  You understand, Mr. Ridgeway, that the charge of attempt

21   to commit manslaughter carries a potential penalty of not

22   more than seven years of imprisonment.  Do you understand

23   that?

24   A.  Yes, sir, I do.

25   Q.  And I want to move on to paragraph 7 which is on page 4.

1    If we could just highlight that first paragraph under 7.

2    And I'm going to read a portion of that.

3              Your client -- that is you, Mr. Ridgeway --

4    understands that even if the United States informs the Court

5    of the nature and extent of your client's cooperation -- and

6    we'll talk more about that in a second -- the United States,

7    that is the Department of Justice, reserves its full right

8    of allocution for purposes of sentencing in this matter.  In

9    particular, the United States reserves its right to

10   recommend a specific period of incarceration and fine up to

11   the maximum sentence of incarceration and fine allowable by

12   law.

13             Do you understand that?

14   A.  Yes, sir, I do.

15   Q.  What does that mean to you?

16   A.  It means you reserve the right to -- whether or not --

17   hard to explain.  But my -- depending on my cooperation and

18   my truthfulness, whether or not the Department of Justice

19   will submit a letter of cooperation on my behalf --

20   Q.  But --

21   A.  -- to the judge.

22   Q.  -- part of the point in this paragraph is even with all

23   of the cooperation, which we'll talk about in a moment, the

24   United States, the government, still reserves its right to

25   allocute to the fullest.

1    A.  Yes.  I understand that.

2    Q.  So let's talk about that cooperation.  Is that spelled

3    out in paragraph 11 of the plea agreement?  And that would

4    be on page 5.  Do you see that?

5    A.  I do now.

6    Q.  So that's a long paragraph that talks about your

7    obligations as part of this cooperation plea agreement.  Do

8    you understand that?

9    A.  Yes, sir, I do.

10   Q.  What do you believe -- when we distill it down to its

11   essence -- what do you believe you're obligated to do under

12   this cooperation plea agreement?

13   A.  In a nutshell, only to tell the truth regarding the

14   incident, September 16, 2007, at Nisur Square in Iraq.

15   Q.  If we could just highlight the third paragraph.

16          You see that, Mr. Ridgeway?

17   A.  Yes, sir, I do.

18   Q.  And it reads:  Your client -- that is you -- shall

19   testify fully and truthfully before any grand jury in the

20   District of Columbia and elsewhere and at all trials of

21   cases or other court proceedings in the District of Columbia

22   and elsewhere at which your client's testimony may be deemed

23   relevant by the United States.

24          Do you see that?

25   A.  Yes, sir, I do.

1    Q.  So part of your cooperation involves testifying

2    truthfully before a grand jury?

3    A.  Yes, sir.

4    Q.  Part of your testimony includes what you're doing here

5    today, which is testifying in a trial --

6    A.  Yes, sir.

7    Q.  -- before the ladies and gentlemen of this jury and

8    Judge Lamberth?

9    A.  Yes, sir.

10   Q.  I want to direct your attention now to paragraph 17

11   which is on -- starts out on page 8.  And I'll go ahead and

12   read that.  And it continues on to the next page.

13           No other agreements, promises, understandings or

14   representations have been made by the parties other than

15   those contained in writing herein, nor will any such

16   agreements, promises -- and it continues on the next page --

17   understandings or representations be made unless committed

18   to writing and signed by your client, your client's counsel,

19   and an assistant United States attorney for the District of

20   Columbia, or made by the parties on the record before the

21   Court.

22           You've seen that paragraph before, obviously?

23   A.  Yes, sir, I have.

24   Q.  And tell us in your own words what that means to you.

25   A.  Well, what it means is there are no other agreements

 1   other than the four corners of this document.

 2   Q.  Sir, what is it that you hope to get out of this

 3   cooperation plea agreement?

 4   A.  I would hope for leniency with the Court.  But, you

 5   know, most of all I want to be able to just move on with my

 6   life.

 7   Q.  Has anyone promised you what your actual sentence would

 8   be?

 9   A.  No, sir.

10   Q.  Mr. Ridgeway, do you expect to go to jail?

11   A.  I'm mentally prepared.

12   Q.  What is your understanding of who will actually sentence

13   you?

14   A.  The judge in this case, Judge Lamberth.

15   Q.  Why did you decide to plead guilty and cooperate in this

16   case?

17   A.  Oh, for start, I am guilty.  I did commit a crime.  It's

18   complicated.  I felt remorse.  I felt guilt.  A lot of

19   guilt.  And I couldn't move on unless I -- I couldn't move

20   on unless I got it -- I told my side of the story.  I needed

21   -- I needed to tell what happened that day.

22   Q.  Did considerations regarding your family come into play,

23   weigh in, in terms of deciding to accept responsibility?

24   A.  Certainly.

25   Q.  What do you mean by that?

1    A.   I have a wife and two small children.

2    Q.   Did you think about how their memories of you might be

3    shaped by your acceptance of responsibility and cooperating

4    with the government in this case?

5    A.   Yes.   I wanted them to know that I did something right

6    in the end after doing something bad, horrible.

7    Q.   Now, after you pled guilty in 2008, did you meet with

8    agents from the FBI?

9    A.   I did.

10   Q.   And just so we're clear, this is after you'd actually

11   pled guilty?

12   A.   I'm sorry.   Can you ask the question one more --

13   Q.   After you pled guilty, you actually -- you met with FBI

14   agents.

15   A.   I did.

16   Q.   And there were times that you were not totally truthful

17   with them.

18   A.   That is correct.

19   Q.   Not to mince words, there were times that you lied to

20   them.

21   A.   Yes, sir, I did.

22   Q.   What is it that you lied about?

23   A.   I lied about seeing gunfire, muzzle flashes, in Nisur

24   Square.

25   Q.   Why did you continue to lie about that?

1    A.  Quite frankly, I didn't -- I didn't trust the

2    government, I didn't trust my own lawyers, I didn't trust

3    Blackwater.  I was scared.  I felt maybe I needed to hold on

4    to something.  You know, part of me wanted to get that -- a

5    very big part of me wanted to get it out, get the truth out,

6    but there was a block.  It was just very hard to get out.

7    And with my faith.  And I knew there was a point where if I

8    didn't come wholly clean, fully clean, in my story -- I

9    needed to repent.

10   Q.  So let me -- let me just break that down a little bit.

11   Do you recall approximately when you decided to come totally

12   clean and tell the complete truth to law enforcement?

13   A.  I'm not sure.  I don't recall the date.  Maybe you could

14   refresh my memory around the time.  I really don't recall.

15   Q.  Would that have been sometime around the fall of 2009?

16   A.  That sounds about right.

17   Q.  Approximately?

18   A.  Yes, sir.

19   Q.  And just so we can break it down, in your mind what is

20   it that persuaded you to come clean and tell the complete

21   truth?

22   A.  Well, it was my faith.  My faith, and quite frankly I

23   was looking at -- I wasn't telling the truth, and if I

24   continued to lie I knew that the government would exercise

25   their right to tear up my agreement.

1    Q.  So part of your concern was that if you continued to lie

2    the plea agreement would not be in place?

3    A.  That was part of my concern.

4    Q.  And did you consult with people like your wife?

5    A.  I did.

6    Q.  And your priest?

7    A.  I did.

8    Q.  And since then, as far as you know, have you ever told

9    the FBI that was something less than your best memory of

10   what occurred on that day?

11   A.  Not intentionally, no, sir.

12   Q.  If we could bring up for the witness only Government's

13   Exhibit B28.

14            Actually -- I mis-marked it, Your Honor.  It's

15   9936-B for the witness only.

16            And, sir --

17            We're moving into evidence without objection?

18            MR. HEBERLIG:  No objection.

19            MR. ASUNCION:  Publish that for the jury?

20            THE COURT:  Received.

21            (Exhibit 9936-B received into evidence.)

22   BY MR. ASUNCION:

23   Q.  All right.  We referred a number of times already this

24   morning -- this afternoon -- to a criminal information.  Is

25   this the criminal information that you were referring to

1   that related to your plea agreement?

2   A.  It's hard to read, but I believe it is.  It's not clear.

3   Q.  And, again, if you could just -- you see the caption?

4   If we could have that blown up just so Mr. Ridgeway can get

5   a better look at it.  Yes, please.

6            Can you see that better, now?

7   A.  Yes, sir, I do.

8   Q.  That's United States of America versus Jeremy P.

9   Ridgeway?

10  A.  Yes, sir.

11  Q.  All right.  And if we could just now scroll down to the

12  bottom half of that, please.

13           And just so we're all clear, this was part of an

14  official court document that was actually filed during your

15  plea proceeding?

16  A.  Yes, sir.

17  Q.  And it reads at this portion that I've just blown up:

18  The United States Attorney charges that at all times

19  relevant to this information, paragraph 1, on or about

20  September 16, 2007, defendant Jeremy P. Ridgeway was

21  employed by the armed forces outside the United States, as

22  defined in 18 U.S.C., Section --

23           MR. SCHERTLER:  Can we approach?

24           THE COURT:  Yes.

25

```
 1                (Discussion at the bench on the record:)
 2           MR. HEBERLIG:  Depending on where counsel is
 3    going, this is obviously the central MEJA allegation in the
 4    case.  As long as it's framed with questions posed and that
 5    this is an allegation that the United States alleged to
 6    which he accepted, it hasn't been some sort of court
 7    finding.
 8                My concern is that highlighting that language that
 9    is in the paragraph I think we were about to read would
10    suggest to the jury that that's been established by a court
11    by accepting his plea.  And I think if the government wants
12    to bring out sort of the nature of this document, that's
13    fine.  But if not, perhaps some guidance from the Court.
14    Because I'm concerned it could leave the impression with the
15    jury that there's been a finding that employment for
16    Blackwater is in support of the mission of the Department of
17    Defense, which is essentially a disputed issue.
18           MR. SCHERTLER:  I'd just go a little bit further.
19    I would ask for a court-clarifying instruction for the jury,
20    if this is introduced into evidence, that -- I haven't
21    thought about how to phrase it.  But that this is not
22    evidence related to the issue concerning these defendants.
23           MR. ASUNCION:  I'm more than happy to make it
24    clear that with respect to Ridgeway himself, and only
25    Ridgeway, this is his supporting criminal information.
```

 1              MR. HEBERLIG:  Yeah.  As long as this is something

 2      that the United States asked you to agree to and --

 3              MR. ASUNCION:  That's fair enough.

 4              MR. HEBERLIG:  That's okay.

 5              (End of discussion at the bench.)

 6

 7      BY MR. ASUNCION:

 8      Q.  All right.  Mr. Ridgeway, just so we're entirely clear,

 9      this was filed as part of your plea proceeding.  Only you.

10      We're only talking about you, right?

11      A.  That is my understanding.

12      Q.  Okay.  And what I'm about to -- I'm simply going to read

13      this into the record.  But that is something you agreed to.

14      No one else.  You agreed to that relates to you.  Is that

15      fair?

16      A.  Yes, sir.

17      Q.  Okay.  So I'm just going to go ahead just for the

18      benefit of the record and read this into the record:

19              On or about September 16, 2007, defendant Jeremy

20      P. Ridgeway was employed by the armed forces outside the

21      United States as defined in 18 U.S.C., Section 3267.  That

22      is, the defendant was an -- the defendant was an employee

23      and a subcontractor of Blackwater Worldwide, a company

24      contracting with the United States Department of State, who

25      was employed to provide personal security service in the

1    Republic of Iraq, which employment related to supporting the

2    mission of the United States Department of Defense in the

3    Republic of Iraq.  B, the defendant was present and residing

4    outside the United States in connection with his employment

5    with Blackwater Worldwide.  C, the defendant was not a

6    national --

7              THE COURT:  Page on the --

8              MR. ASUNCION:  I'm sorry.

9    BY MR. ASUNCION:

10   Q.  C, the defendant was not a national of nor ordinarily

11   resident in the Republic of Iraq.

12             The conduct alleged in the information occurred in

13   and around the Nisur Square traffic circle in the city of

14   Baghdad in the Republic of Iraq.  The conduct alleged in the

15   information constitutes offenses each of which would be

16   punishable by imprisonment for more than one year if the

17   conduct had been engaged in within the special maritime and

18   territorial jurisdiction of the United States.  4, the

19   conduct alleged in this information occurred outside the

20   jurisdiction of any particular state or district and within

21   the venue of the United States District Court for the

22   District of Columbia as provided by 18 U.S.C., Section 3238.

23             Count 1 relates to a voluntary manslaughter, and

24   that's in paragraph 5, which reads:  On or about September

25   16, 2007, defendant Jeremy P. Ridgeway and other joint

```
 1    offenders known to the United States Attorney unlawfully and

 2    intentionally upon a sudden quarrel and heat of passion did

 3    commit voluntary manslaughter as defined by 18 U.S.C.,

 4    Section 1112, by killing Mahassin Mohssen Kadhum Al-Khazali.

 5              Do you see that?

 6    A.  Yes, sir, I do.

 7    Q.  If we could move to the second count, please, on the

 8    second page which relates to attempt to commit manslaughter.

 9    On paragraph 6:

10              On or about September 16, 2007, defendant Jeremy

11    P. Ridgeway and the other joint offenders known to the

12    United States Attorney, unlawfully and intentionally upon a

13    sudden quarrel and heat of passion did attempt to commit

14    manslaughter by attempting to kill Abdul Wahab Abdul Qadar

15    Al-Qalamchi.

16              You see that?

17    A.  Yes, sir, I to.

18    Q.  Sir, you know the name of your -- of the victim in Count

19    1, do you remember that person's name?

20    A.  Yes, I do.

21    Q.  What's her name?

22    A.  Dr. Al-Khazali.

23    Q.  Now, I think you've said that one of the things that was

24    going through your mind when you pled guilty was family

25    considerations.  Thinking about your family, right?
```

1    A.  Yes, sir.

2    Q.  Were you thinking about her family when you shot in her

3    direction?

4    A.  No, sir, I was not.

5    Q.  Do you know now that she was a mother?

6    A.  Yes, sir, I do.

7    Q.  Do you know now that she was a wife?

8    A.  Yes, sir, I do.

9    Q.  And do you recall the name of the victim for the second

10   count to which you pled guilty?

11   A.  Yes, sir, I do.

12   Q.  Were you thinking about his family when you shot at him?

13   A.  No, sir, I was not.

14   Q.  Do you understand that you actually wounded him?

15   A.  Yes, sir.

16   Q.  Do you know that he's a father and a husband?

17   A.  Yes, sir.

18   Q.  Were you thinking about your family when you shot at

19   them?

20   A.  No, sir, I was not thinking.

21   Q.  Mr. Ridgeway, how old are you?

22   A.  43.

23   Q.  Where did you grow up?

24   A.  Long Island, New York.

25   Q.  You don't have to give us an address, but where do you

1    live now?  What part of the country?

2    A.  Southern California.

3    Q.  How long have you lived in the southern California area?

4    A.  Over 20 years.

5    Q.  And you mentioned that you have a wife and two children?

6    A.  Yes, sir.

7    Q.  Since pleading guilty, are you working?

8    A.  No, sir.

9    Q.  What is it that you do with your time?

10   A.  I do some volunteer work for my church.  I spend time

11   with my son and help him with Scouts.  I did volunteer work

12   at the school that my kids go to.  But other than that, I

13   haven't done much.

14   Q.  I don't want to jump too far ahead, but is it right that

15   at one point you applied to be a contractor with Blackwater?

16   A.  Yes, sir, I did.

17   Q.  And did you provide them with basic biographical

18   information including your education, work history and

19   military experience?

20   A.  Yes, sir, I did.

21   Q.  If we could pull up for the witness only Government's

22   Exhibit 497-H0050.  And we're going to move that into

23   evidence.  497-H0050.

24           MR. HEBERLIG:  No objection, Your Honor.

25           THE COURT:  Received.

```
 1              (Exhibit 497-H0050 received into evidence.)
 2     BY MR. ASUNCION:
 3     Q.  And if we could just -- first of all, you recognize this
 4     page to be part of the information that you provided to
 5     Blackwater as part of your application?
 6     A.  Yes, sir.  It appears that way.  It's just a little hard
 7     to read on the screen.
 8     Q.  Let's begin first -- because it lists, again, all the
 9     things I talked about.  Your work history and your
10     education.  Let's begin first with education at the very
11     bottom.
12              All right.  So it says here you went to a high
13     school.  What was the name of the high school?
14     A.  Port Jefferson.  Earl L. Vandermeulen High School in
15     Port Jefferson, New York.
16     Q.  And when is it you graduated?
17     A.  In 1989.
18     Q.  And it lists some college.  Palomar College, Miramar
19     College.  When is it that you went to these colleges?
20     A.  I'm not sure when I went to Palomar College, what year
21     that was.  It was here in -- it was in California.  And
22     Miramar College I was there from -- in 1994-1995.
23     Q.  And then it refers to a center, Police Officers
24     Standards and Training.  What is that?
25     A.  It's the San Diego Police Academy at Miramar College.
```

1    Q.  How long did you spend there?

2    A.  From August of -- of 1994 to January of -- of 1995, sir.

3    Q.  If we could pull up the previous page.  I guess --

4    actually, what I'm going to do is -- with the Court's

5    indulgence.

6              (Pause.)

7              MR. ASUNCION:  At this point, Your Honor, we're

8    going to move into evidence Government Exhibit 49-H0049.

9              MR. HEBERLIG:  No objection.

10             THE COURT:  Received.

11             (Exhibit 49-H0049 received into evidence.)

12   BY MR. ASUNCION:

13   Q.  Okay.  If we could just enlarge the part here, please.

14   The general experience.

15             All right.  Do you see that, Mr. Ridgeway?

16   A.  Yes, sir.

17   Q.  All right.  That first entry reflects U.S. Army -- is it

18   National Guard -- California?

19   A.  Yes, sir.

20   Q.  And that is from July of 2000 until -- when is it that

21   you actually completed your service with the national guard?

22   A.  April 2007.

23   Q.  And just -- at this point just in summary way what is it

24   that you did with the national guard?

25   A.  I was an infantryman and a combat engineer.

1    Q.  What does that mean?  Tell us just some of the things

2    that you were doing when you were with the national guard.

3    A.  When I first went into the national guard, I was

4    attached to an air assault infantry unit.  And we trained in

5    infantry tactics.  And then it's -- I don't recall the year,

6    sometime in 2002, I believe, I changed units to be a combat

7    engineer, which I was originally in my past experience.

8    Which is -- combat engineer, we'd be -- typically breach

9    obstacles or prepare obstacles that -- to help either

10   advance or delay the enemy.

11   Q.  Were you issued a weapon as part of your service with

12   the guard?

13   A.  Yes, sir.

14   Q.  What was it?

15   A.  I was issued several.  An M-4, M-16, A-2 and A-4, M-249,

16   and the M-240, amongst others.

17   Q.  Now at the very beginning of your military career --

18   that began in when?

19   A.  May of 1989.

20   Q.  And was there a period soon thereafter that you were

21   discharged?

22   A.  Yes, sir, there was.

23   Q.  And initially was it an honorable discharge?

24   A.  It was a general discharge.

25   Q.  What does that mean?

 1    A.  It means I had gotten in trouble.  And I was discharged

 2    from the Army.  It wasn't dishonorable, but it wasn't

 3    honorable.

 4    Q.  What is it that you -- what is it that you did or didn't

 5    do?

 6    A.  I had missed formations, I was disrespectful to a

 7    non-commissioned officer, and I left our post while on

 8    restriction without permission.

 9    Q.  Did that eventually -- your discharge eventually get

10    upgraded?

11    A.  Yes, sir, it did.

12    Q.  And how did that happen?

13    A.  I had applied to have it upgraded.  And I had to go

14    through a long process and meet with the board of -- a

15    traveling Army board.  And it was upgraded.  I don't recall

16    the year.

17    Q.  Well, how old were you at that time when you first were

18    a combat engineer?  You said it was 1989?

19    A.  I was 18.

20    Q.  So after your discharge, what did you do?  Did you work

21    a number of different jobs?

22    A.  I did.

23    Q.  And what -- as outlined here in this exhibit?

24    A.  That looks about right.  I did some other odd jobs here

25    and there.  But looks about right.

1    Q.  So these are just -- you were, for example, working at a

2    deli, working at a -- was it a pizza parlor?

3    A.  I did.  I worked at a deli, I worked at a pizzeria, I

4    did some construction that wasn't on here.  Also worked at

5    the barnyard as a yard hand and some light sales.

6    Q.  If we could move forward to what I believe is already in

7    evidence 497-H0050.  Can we publish that to the jury?  And

8    if we could just highlight the portion we haven't yet talked

9    about, please.

10            Now, beginning at the top.  So just to set the

11   context.  You are being asked for specific experience to

12   support your application as a Blackwater contractor, is that

13   right?

14   A.  Yes, sir, I was.

15   Q.  All right.  And the very first entry is -- relates to

16   your service with the national guard, March 2004 through --

17   is it March 2005?

18   A.  I'm sorry.  Can you repeat the question?

19   Q.  Yes.  I mean, the dates listed here are 3/2004 to

20   3/2005.

21   A.  Yes, sir.

22   Q.  And it says U.S. Army National Guard.  And can you just

23   interpret the rest of that for us?  What does that say or

24   mean?

25   A.  C Company was the company that I was in.  1/185.

1   Q.  Mr. Ridgeway, I'm sorry.  Can you just keep your voice

2   up?

3   A.  I'm sorry.  A part of the -- it said after the

4   California National Guard I was in C Company, Charlie

5   Company, 1/185 Infantry of the 81st combat brigade.  And the

6   12/B squad leader.  I was actually -- at the time I was 11

7   Bravo squad leader in Iraq.

8   Q.  And I'm going to go ahead and start reading the

9   information you provided.  And if there's something that is

10  inaccurate, I want you to let us know.  All right?

11  A.  Yes, sir.

12  Q.  As squad leader -- were you a squad leader?

13  A.  Yes, sir.

14  Q.  I was in charge of providing and managing a security

15  detail designed to provide protection to high-ranking

16  military officials while visiting the mayor of -- is it

17  An-Nassariya?  Several times weekly.

18          So far true?

19  A.  It's not accurate.

20  Q.  What is inaccurate?

21  A.  Several times weekly.  I'd only done it a few times.

22  Q.  Sir, you have to keep your voice up.

23  A.  I had only done it a few times.

24  Q.  Okay.  So it says throughout your time with the guard.

25  You'd only done it a few times.  A few times, period.

 1     A.  Well, maybe more than a few times.  Maybe five to six,

 2     seven times.  But it was not on a weekly basis.

 3     Q.  All right.  Responsibilities included armed protection

 4     in an extreme hostile environment, route analysis, route

 5     reconnaissance, emergency evacuation, convoy operations,

 6     vehicle escorts, establish sniper and counter sniper teams,

 7     develop and organize contingency plans, coordinate with

 8     coalition and local forces as well as supporting elements

 9     such as QRF and air/medical evacuation, conduct constant

10     rehearse -- conduct constant rehearsals and pre-combat

11     inspections.

12                 Anything inaccurate there?

13     A.  It's exaggerated a bit.  I didn't -- I was not solely

14     responsible for doing that.  There are people that were

15     above me that handled most of those things.  I did a lot of

16     the rehearsals and I was making sure my team had the gear

17     and the equipment ready to do those missions.  But it was a

18     bit of a combined effort.

19     Q.  I'll continue reading on.

20                 On a personal security detail mission, I would

21     conduct a route reconnaissance, establish rally points and

22     medical evacuation points, prepare a map overlay, and gather

23     intelligence from S-2 and G-2.

24                 First of all, what are S-2 and G-2?

25     A.  That would be, basically, intelligence.

1    Q.  Anything that I've just read that's inaccurate?

2    A.  I didn't always do those things.  Usually it would be my

3    platoon leader or higher that would do those things, but I

4    would go over it with the guys in my squad.

5    Q.  All right.  So you would participate but you weren't

6    actually leading?

7    A.  Most of the time, that's correct.

8    Q.  While on mission, I would provide convoy security.  And

9    when dismounted I would stay close with -- I would stay

10   close with however it was we were guarding for however long

11   necessary.

12              Anything inaccurate there?

13   A.  I suppose that sounds about right.

14   Q.  We did approximately four PSD missions per week for the

15   first eight months, then about two per week for the last

16   four months.  The remaining time was spent on combat

17   patrols.

18              Anything inaccurate that I just read?

19   A.  The amount is not accurate.

20   Q.  What do you mean?

21   A.  It's grossly exaggerated.  I did not -- I did not do

22   four PSD missions per week for the first eight months and

23   then two per week for the last -- it's not -- not even

24   close.

25   Q.  So if you were not to exaggerate, how should that read?

1    A.  More like one a month, sir.

2    Q.  And the remaining time was spent on combat patrols.  Is

3    that right?

4    A.  Yes.

5    Q.  I mean, that's accurate?

6    A.  Yes, sir.

7              MR. ASUNCION:  I don't know if it's a good time,

8    Your Honor.  I could go on.

9              THE COURT:  We'll take our luncheon recess.  Don't

10   talk about the case.  We'll come back at 2:00.

11             MR. HEBERLIG:  Your Honor, can we approach?

12             THE COURT:  The jury may be excused.

13             (NOTE:  The jury exiting the courtroom at

14   12:41 p.m.)

15

16             (Discussion at the bench on the record:)

17             MR. HEBERLIG:  I just want to note an objection.

18   This is all brand new to us.  The fact that he lied on his

19   application to Blackwater about his military experience and

20   background obviously goes to the core of his credibility.

21   There's not one word of it in -- about the fourteen 302's

22   and three transcripts we've received in this case.  I mean,

23   this is the key witness in the case.  I'm flabbergasted.

24             MR. ASUNCION:  Again, I think he's explained his

25   -- what he refers to as exaggerations.  This was something

1    that, again, we found out about quite recently.  I don't

2    think -- again, the defense has it.  They've had this file.

3    As soon as I received it, I handed it off to them.  They can

4    certainly cross-examine him on this.

5           MR. HEBERLIG:  There's been no hand-off.  We heard

6    it on the stand for the first time.  They've certainly been

7    prepping him for days.  It's inconceivable to me that for

8    the very first time in this man's three -- take that back --

9    seven, six, year cooperation this is the first it's come out

10   in preparing for trial?  That's flabbergasting.  I'm

11   stunned.  I mean, is there anything else that we're going to

12   see that came out in trial preparation that we're going to

13   get for the first time on the stand?  I certainly think we

14   deserve to know before we go home tonight so that we can

15   prepare for it tomorrow.

16           THE COURT:  I agree.

17           MR. HEBERLIG:  Thank you, Your Honor.

18           (End of discussion at the bench.)

19

20           (Break in the proceedings at 12:42 p.m.)

21

22

23

24

25

1      **CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3

4

5      I, VICKI EASTVOLD, do hereby certify that the

6   above and foregoing constitutes a true and accurate

7   transcript of my stenographic notes and is a full, true and

8   complete transcript of the proceedings to the best of my

9   ability.

10    Dated this 30th day of July, 2014.

11

12                  s/Vicki Eastvold

                    Official Court Reporter

13                United States Courthouse

                    Room 6722

14                333 Constitution Avenue, NW

                    Washington, DC   20001

15

16

17

18

19

20

21

22

23

24

25

## $

**$250,000** [1] - 55:17

## 0

**08-360** [1] - 1:5

## 1

**1** [6] - 35:24, 54:16, 54:22, 63:19, 66:23, 67:19
**1/185** [2] - 74:25, 75:5
**100** [2] - 22:6, 22:19
**10:14** [1] - 1:8
**10:16** [1] - 4:20
**11** [2] - 57:3, 75:6
**1112** [1] - 67:4
**11:37** [1] - 46:11
**11:53** [1] - 46:13
**11:59** [1] - 50:22
**12/B** [1] - 75:6
**1200** [2] - 2:20
**12:41** [1] - 78:14
**12:42** [1] - 79:20
**1330** [2] - 2:10, 2:13
**14** [2] - 29:19, 29:21
**14-107** [1] - 1:12
**15** [7] - 3:5, 4:8, 8:16, 8:22, 20:20, 44:19, 53:8
**16** [9] - 5:8, 15:22, 43:18, 46:3, 57:14, 63:20, 65:19, 66:25, 67:10
**17** [1] - 58:10
**18** [10] - 8:16, 8:22, 20:20, 44:20, 53:21, 63:22, 65:21, 66:22, 67:3, 73:19
**18th** [1] - 2:20
**1989** [3] - 70:17, 72:19, 73:18
**1994** [1] - 71:2
**1994-1995** [1] - 70:22
**1995** [5] - 15:23, 20:4, 30:17, 30:19, 71:2

## 2

**2** [2] - 54:22, 55:12
**20** [1] - 69:4
**2000** [1] - 71:20
**20001** [2] - 1:24, 80:14
**20004** [1] - 2:17
**2002** [1] - 72:6
**20036** [3] - 2:10, 2:14, 2:21
**2004** [1] - 74:16
**2005** [1] - 74:17
**2007** [12] - 5:8, 15:22, 16:8, 30:10, 43:18, 46:3, 57:14, 63:20, 65:19, 66:25, 67:10, 71:22
**2008** [4] - 53:8, 53:21, 54:4,

60:7
**2009** [1] - 61:15
**2014** [2] - 1:8, 80:10
**202-354-3242** [1] - 1:25
**20530** [1] - 2:6
**220** [1] - 2:13
**2669** [1] - 22:14
**2677** [4] - 19:12, 19:20, 20:1, 24:13
**2680** [1] - 35:24
**2:00** [1] - 78:10

## 3

**3-centimeter** [1] - 13:22
**3/2004** [1] - 74:19
**3/2005** [1] - 74:20
**30** [3] - 1:8, 1:9, 22:7
**300** [1] - 2:17
**302's** [1] - 78:21
**30th** [1] - 60:12
**3186** [2] - 31:25, 32:8
**323** [3] - 5:12, 7:24, 16:6
**3238** [1] - 66:22
**3267** [1] - 65:21
**333** [2] - 1:24, 80:14
**3472** [3] - 33:23, 34:1, 36:25
**3473** [1] - 36:17
**3474** [1] - 36:5
**3475** [1] - 34:9
**3476** [2] - 33:23, 34:1
**3479** [3] - 33:23, 34:1, 40:18
**3480** [3] - 33:23, 34:1, 40:12
**3483** [4] - 33:24, 34:2, 40:1
**3485** [1] - 34:4, 34:6, 41:6
**3495** [3] - 34:3, 34:6, 34:16
**3496** [1] - 34:4, 34:6, 34:24
**3497** [3] - 34:4, 34:6, 35:4
**3499** [3] - 34:4, 34:6, 35:10

## 4

**4** [3] - 3:4, 55:25, 66:18
**43** [2] - 3:5, 68:22
**434-H** [3] - 14:1, 14:4, 14:22
**434-J** [2] - 14:4, 14:13
**434-K** [2] - 14:4, 14:8
**434-L** [3] - 11:25, 12:3, 12:15
**434-M** [3] - 12:3, 12:6, 29:15
**49-H0049** [2] - 71:8, 71:11
**497** [2] - 51:13, 51:18
**497-H0050** [4] - 69:22, 69:23, 70:1, 74:7
**497-I** [4] - 52:24, 53:2, 53:4, 54:7
**497-I0009** [1] - 53:16
**497-I0010** [1] - 53:23

## 5

**5** [2] - 57:4, 66:24
**5001** [1] - 24:23
**51** [1] - 3:7
**555** [1] - 2:5
**575** [1] - 2:17

## 6

**6** [1] - 67:9
**6722** [2] - 1:23, 80:13

## 7

**7** [2] - 55:25, 56:1
**7th** [1] - 2:17

## 8

**8** [1] - 58:11
**81st** [1] - 75:5

## 9

**9** [3] - 4:2, 4:16, 53:16
**9936-B** [2] - 62:15, 62:21

## A

**A-2** [1] - 72:15
**A-4** [1] - 72:15
**a.m** [4] - 1:8, 4:20, 46:13, 50:22
**A.M** [1] - 1:9
**a.m.)** [1] - 46:11
**Abdi** [1] - 13:1
**abdi** [1] - 13:2
**Abdul** [2] - 5:4, 67:14
**ability** [2] - 52:16, 80:9
**able** [6] - 5:21, 6:18, 7:16, 8:15, 59:5
**Abram** [1] - 1:13
**absolutely** [3] - 44:22, 45:25, 46:2
**Academy** [1] - 70:25
**accept** [1] - 59:23
**acceptance** [2] - 53:19, 60:3
**accepted** [2] - 55:7, 64:6
**accepting** [1] - 64:11
**access** [1] - 17:15
**accurate** [4] - 75:19, 77:19, 78:5, 80:6
**accurately** [1] - 43:24
**action** [1] - 27:7
**actual** [1] - 59:7
**added** [1] - 41:19
**adding** [2] - 38:7, 38:9
**address** [2] - 46:17, 68:25
**addressed** [1] - 53:13

**adds** [1] - 38:10
**admit** [2] - 33:23, 34:3
**admitted** [7] - 16:6, 29:15, 34:17, 36:9, 36:20, 39:24, 40:19
**advance** [1] - 72:10
**afternoon** [4] - 51:7, 51:8, 52:13, 62:24
**agents** [2] - 60:8, 60:14
**ago** [2] - 19:10, 43:5, 43:25
**agree** [4] - 17:20, 18:7, 65:2, 79:16
**agreed** [3] - 25:3, 65:13, 65:14
**agreement** [11] - 53:5, 54:11, 55:10, 55:13, 57:3, 57:7, 57:12, 59:3, 61:25, 62:2, 63:1
**agreements** [3] - 58:13, 58:16, 58:25
**agrees** [1] - 54:21
**ahead** [6] - 8:2, 54:19, 58:11, 65:17, 69:14, 75:8
**air** [1] - 72:4
**air/medical** [1] - 76:9
**Al** [3] - 67:4, 67:15, 67:22
**Al-Khazali** [1] - 67:4, 67:22
**Al-Qalamchi** [1] - 67:15
**alive** [1] - 29:2
**allegation** [2] - 64:3, 64:5
**alleged** [4] - 64:5, 66:12, 66:14, 66:19
**allocute** [1] - 56:25
**allocution** [1] - 56:8
**allow** [2] - 31:4, 31:7
**allowable** [1] - 56:11
**Alvin** [1] - 1:6
**America** [1] - 63:8
**AMERICA** [2] - 1:3, 1:10
**American** [2] - 43:6, 43:11
**amount** [1] - 77:19
**An-Nassariya** [1] - 75:17
**analysis** [1] - 76:4
**Andrej** [14] - 16:5, 16:20, 20:3, 22:13, 24:13, 29:14, 29:19, 31:25, 34:9, 34:16, 35:4, 35:23, 39:25, 41:5
**answer** [2] - 24:1, 42:9
**answered** [1] - 18:25
**Anthony** [1] - 2:2
**anxiety** [1] - 52:6
**apart** [3] - 9:18, 10:13, 10:22
**aPPEARANCES** [1] - 2:1
**application** [3] - 70:5, 74:12, 78:19
**applied** [2] - 69:15, 73:13
**approach** [4] - 37:23, 46:22, 63:23, 78:11
**approached** [1] - 22:22

**April** [1] - 71:22
**Arabic** [4] - 12:12, 12:13, 13:1, 29:20
**area** [9] - 5:14, 6:5, 6:24, 7:2, 13:22, 33:9, 33:11, 45:21, 69:3
**areas** [1] - 42:11
**argument** [1] - 27:20
**arm** [5] - 11:6, 11:9, 13:21, 13:23, 45:7
**armed** [4] - 8:18, 63:21, 65:20, 76:3
**Armstrong** [1] - 2:9
**Army** [4] - 71:17, 73:2, 73:15, 74:22
**army** [1] - 22:22
**aside** [1] - 35:11
**assault** [1] - 72:4
**assistant** [2] - 44:3, 58:19
**associated** [1] - 43:7
**Asuncion** [3] - 2:2, 4:21, 39:12
**ASUNCION** [40] - 4:11, 4:15, 4:22, 4:24, 11:25, 12:4, 12:20, 14:6, 15:4, 15:6, 18:25, 19:4, 19:21, 19:24, 37:12, 37:21, 42:23, 43:2, 44:9, 44:12, 46:7, 46:15, 50:14, 50:24, 51:6, 51:19, 52:22, 53:3, 62:19, 62:22, 64:23, 65:3, 65:7, 66:8, 66:9, 70:2, 71:7, 71:12, 78:7, 78:24
**Asuncion....** [1] - 3:4
**Asuncion..............** [1] - 3:5
**ate** [1] - 4:7
**attached** [1] - 72:4
**attempt** [4] - 54:25, 55:20, 67:8, 67:13
**attempting** [1] - 67:14
**attention** [2] - 55:12, 58:10
**attorney** [4] - 15:20, 29:3, 53:14, 58:19
**Attorney** [4] - 53:11, 63:18, 67:1, 67:12
**ATTORNEY'S** [1] - 2:4
**attorneys** [1] - 44:4
**Attorneys** [1] - 54:11
**August** [1] - 71:2
**available** [1] - 4:17
**Avenue** [4] - 1:24, 2:10, 2:13, 80:14
**aware** [1] - 31:15

**B**

**B28** [1] - 62:13
**background** [1] - 78:20
**backseat** [1] - 39:5
**bad** [1] - 60:6

**Baghdad** [2] - 5:6, 66:14
**Bailey** [4] - 2:8, 15:8, 15:14, 43:24
**BAILEY** [35] - 11:24, 14:2, 15:9, 15:11, 19:2, 19:6, 19:19, 20:2, 23:11, 30:5, 30:7, 30:8, 32:5, 32:11, 33:22, 34:3, 34:8, 36:19, 37:13, 37:15, 37:19, 37:23, 38:2, 38:8, 38:10, 38:13, 38:20, 38:23, 39:2, 39:11, 39:16, 39:20, 39:23, 42:21, 44:8
**Bailey....................** [1] - 3:5
**Baratz** [1] - 2:8
**barnyard** [1] - 74:5
**basic** [1] - 69:17
**basis** [1] - 76:2
**battery** [1] - 12:17
**BEFORE** [1] - 1:17
**began** [4] - 20:20, 20:23, 20:24, 72:18
**begin** [2] - 70:8, 70:10
**beginning** [2] - 14:8, 72:17, 74:10
**behalf** [2] - 46:20, 56:19
**behind** [4] - 11:12, 11:18, 11:19, 25:12
**belief** [3] - 8:5, 9:7, 9:12
**bench** [12] - 4:1, 4:12, 38:1, 39:18, 47:3, 48:5, 49:5, 50:11, 64:1, 65:5, 78:16, 79:18
**benefit** [1] - 65:18
**best** [2] - 62:9, 80:8
**better** [2] - 63:5, 63:6
**between** [4] - 18:18, 28:11, 45:13, 54:11
**big** [1] - 61:5
**biographical** [1] - 69:17
**bit** [11] - 9:13, 15:25, 16:21, 16:23, 24:25, 28:25, 29:21, 61:10, 64:18, 76:13, 76:18
**Blackwater** [8] - 61:3, 64:16, 65:23, 66:5, 69:15, 70:5, 74:12, 78:19
**bleed** [1] - 45:14
**bleeding** [1] - 13:7
**block** [2] - 33:10, 61:6
**blocking** [1] - 24:16
**blow** [2] - 16:20, 19:12
**blown** [2] - 63:4, 63:17
**blue** [2] - 5:25, 6:1
**board** [3] - 38:14, 73:14, 73:15
**body** [2] - 13:14, 13:16
**bomber** [1] - 22:23
**booth** [2] - 18:10, 18:21
**bottom** [5] - 12:25, 13:17, 53:18, 63:12, 70:11

**box** [2] - 20:15, 20:16
**boy** [2] - 14:19, 14:25
**Brady** [1] - 50:18
**brand** [3] - 30:21, 30:22, 78:18
**Bravo** [1] - 75:7
**breach** [1] - 72:8
**break** [3] - 9:13, 61:10, 61:19
**Break** [2] - 46:11, 79:20
**Brian** [1] - 2:7
**brief** [1] - 15:4
**brigade** [1] - 75:5
**brightness** [1] - 24:15
**bring** [13] - 4:14, 16:5, 19:11, 24:13, 34:9, 34:16, 34:24, 35:4, 35:23, 39:25, 41:5, 62:12, 64:12
**bringing** [1] - 28:18
**broke** [2] - 11:21, 29:5
**broken** [6] - 35:15, 35:17, 40:7, 40:10, 41:3, 41:4
**brought** [5] - 30:10, 31:13, 41:8, 41:10, 41:11
**bullet** [12] - 11:8, 11:11, 11:19, 13:12, 31:21, 34:13, 35:8, 40:25, 41:2, 42:11, 42:12, 42:15
**bullets** [2] - 10:21, 35:20
**bumper** [3] - 33:1, 33:8, 41:18
**bus** [14] - 16:15, 17:4, 17:5, 17:6, 17:7, 17:12, 17:13, 17:14, 17:16, 17:24, 18:13, 18:15, 18:17, 18:24
**BY** [27] - 4:24, 12:4, 12:20, 14:6, 15:11, 19:2, 19:6, 20:2, 23:11, 30:8, 32:11, 34:8, 36:19, 37:15, 37:19, 39:23, 43:2, 44:9, 44:12, 51:6, 51:19, 53:3, 62:22, 65:7, 66:9, 70:2, 71:12

**C**

**California** [5] - 69:2, 69:3, 70:21, 71:18, 75:4
**camera** [2] - 50:15, 50:16
**cannot** [1] - 8:4
**caption** [1] - 63:3
**car** [40] - 5:17, 5:22, 6:2, 7:6, 8:23, 10:21, 16:3, 17:11, 17:15, 18:13, 20:19, 26:12, 26:15, 26:18, 26:25, 28:22, 30:10, 30:15, 30:16, 30:19, 30:23, 31:3, 31:8, 31:13, 31:16, 33:12, 34:11, 35:6, 35:11, 35:13, 37:11, 37:20, 40:13, 41:7, 41:20, 42:1, 42:5, 42:8, 42:13
**Card** [1] - 12:15

**career** [1] - 72:17
**carries** [2] - 55:16, 55:21
**cars** [1] - 25:23
**case** [14] - 15:17, 17:25, 18:2, 18:5, 21:2, 44:14, 52:18, 59:14, 59:16, 60:4, 64:4, 78:10, 78:22, 78:23
**cases** [2] - 4:8, 57:21
**center** [7] - 6:7, 8:1, 16:22, 17:25, 18:15, 37:7, 70:23
**central** [1] - 64:3
**certain** [3] - 44:22, 44:24, 46:2
**certainly** [4] - 59:24, 79:4, 79:6, 79:13
**CERTIFICATE** [1] - 80:1
**certified** [1] - 13:2
**certify** [1] - 80:5
**change** [1] - 12:17
**changed** [1] - 72:6
**charge** [3] - 55:15, 55:20, 75:14
**Charges** [1] - 54:9
**charges** [2] - 54:17, 63:18
**charging** [1] - 54:24
**Charlie** [1] - 75:4
**checkpoint** [3] - 22:22, 23:6, 28:22
**children** [2] - 60:1, 69:5
**Chinese** [1] - 21:18
**Chris** [1] - 24:22
**Christopher** [1] - 2:4
**church** [1] - 69:10
**circle** [16] - 6:3, 7:1, 7:3, 10:7, 10:11, 17:2, 17:4, 17:22, 17:23, 17:25, 18:10, 18:15, 18:18, 44:18, 45:17, 66:13
**circling** [1] - 25:21
**city** [1] - 66:13
**clarifying** [1] - 64:19
**clean** [4] - 61:8, 61:12, 61:20
**cleanly** [1] - 33:7
**clear** [18] - 6:20, 7:2, 7:25, 8:4, 8:19, 9:19, 10:17, 16:19, 17:3, 27:15, 41:21, 51:9, 53:6, 60:10, 63:2, 63:13, 64:24, 65:8
**clearly** [1] - 52:13
**CLERK** [4] - 32:4, 36:18, 37:18, 39:22
**client** [5] - 54:21, 55:14, 56:3, 57:18, 58:18
**client's** [3] - 56:5, 57:22, 58:18
**clock** [1] - 8:23
**close** [22] - 6:3, 7:1, 7:18, 7:22, 9:17, 9:18, 9:19, 10:3, 10:4, 10:14, 10:23, 17:22, 17:23, 18:6, 18:9,

18:15, 18:16, 18:18, 18:20, 77:9, 77:10, 77:24
**closer** [4] - 7:20, 16:23, 34:25, 40:20
**coalition** [1] - 76:8
**Coffield** [1] - 2:12
**COFFIELD** [1] - 2:12
**college** [1] - 70:18
**College** [5] - 70:18, 70:19, 70:20, 70:22, 70:25
**colleges** [1] - 70:19
**COLUMBIA** [1] - 1:1
**Columbia** [8] - 53:11, 54:3, 54:12, 54:24, 57:20, 57:21, 58:20, 66:22
**combat** [8] - 71:25, 72:6, 72:8, 73:18, 75:5, 76:10, 77:16, 78:2
**combined** [1] - 76:18
**coming** [9] - 5:14, 6:5, 9:21, 10:7, 10:24, 11:11, 36:12, 40:24, 45:20
**commissioned** [1] - 73:7
**commit** [6] - 54:25, 55:21, 59:17, 67:3, 67:8, 67:13
**committed** [1] - 58:17
**Company** [3] - 74:25, 75:4, 75:5
**company** [2] - 65:23, 74:25
**complete** [4] - 4:3, 61:12, 61:20, 80:8
**completed** [3] - 24:10, 40:3, 71:21
**completely** [2] - 33:6, 45:10
**complicated** [1] - 59:18
**computer** [1] - 39:20
**concern** [5] - 45:16, 45:19, 62:1, 62:3, 64:8
**concerned** [1] - 64:14
**concerning** [1] - 64:22
**conduct** [8] - 50:15, 66:12, 66:14, 66:17, 66:19, 76:9, 76:10, 76:21
**conference** [3] - 47:3, 48:5, 49:5
**confirm** [5] - 38:3, 38:4, 38:20, 38:23, 38:24
**confirms** [1] - 38:10
**Connecticut** [2] - 2:10, 2:13
**connection** [1] - 66:4
**Connolly** [1] - 2:19
**conscious** [1] - 27:3
**consciousness** [9] - 6:15, 6:21, 6:23, 7:10, 7:19, 7:21, 26:20, 27:4, 28:21
**considerations** [2] - 59:22, 67:25
**constant** [2] - 76:9, 76:10
**constitutes** [2] - 66:15, 80:6
**Constitution** [2] - 1:24,

80:14
**construction** [1] - 74:4
**consult** [1] - 62:4
**contained** [1] - 58:15
**containing** [1] - 21:5
**context** [1] - 74:11
**contingency** [1] - 76:7
**continue** [6] - 4:17, 25:17, 43:13, 60:25, 76:19
**continued** [4] - 22:21, 26:17, 61:24, 62:1
**continues** [2] - 58:12, 58:16
**Continuing** [1] - 4:23
**continuing** [1] - 3:4
**continuous** [2] - 9:23, 9:25
**contracting** [1] - 65:24
**contractor** [2] - 69:15, 74:12
**convenience** [1] - 46:25
**conversation** [1] - 44:5
**convoy** [2] - 76:5, 77:8
**cooperate** [1] - 59:15
**cooperating** [1] - 60:3
**cooperation** [10] - 56:5, 56:17, 56:19, 56:23, 57:2, 57:7, 57:12, 58:1, 59:3, 79:9
**coordinate** [1] - 76:7
**core** [1] - 78:20
**corner** [1] - 12:25
**corners** [1] - 59:1
**correct** [68] - 5:9, 6:9, 6:12, 12:12, 15:20, 15:23, 17:18, 20:5, 20:10, 20:15, 20:21, 20:24, 24:6, 24:9, 24:12, 25:13, 25:16, 28:20, 28:22, 29:17, 30:10, 31:4, 31:14, 31:20, 33:16, 33:19, 34:11, 34:22, 35:2, 35:9, 35:15, 36:7, 36:23, 37:5, 40:3, 40:13, 40:17, 40:22, 41:8, 41:12, 41:16, 41:22, 41:23, 41:25, 42:2, 42:10, 42:19, 43:15, 43:19, 43:22, 43:23, 44:1, 44:5, 44:15, 44:16, 44:21, 45:1, 45:5, 45:15, 45:18, 45:21, 45:22, 46:3, 53:14, 53:25, 54:17, 60:18, 77:7
**correctly** [1] - 43:10
**counsel** [8] - 15:19, 20:18, 42:22, 46:15, 46:23, 53:24, 58:18, 64:2
**counsel's** [1] - 37:22
**count** [3] - 54:22, 67:7, 68:10
**Count** [2] - 66:23, 67:18
**counter** [1] - 76:6
**country** [2] - 28:8, 69:1
**Counts** [1] - 54:22
**couple** [1] - 54:20
**course** [1] - 33:11

**COURT** [42] - 1:1, 4:2, 4:14, 4:16, 4:21, 12:2, 14:3, 15:8, 19:1, 19:5, 19:25, 32:7, 33:25, 34:5, 37:24, 38:7, 38:9, 38:12, 38:17, 38:22, 38:25, 39:8, 39:14, 42:22, 44:11, 46:8, 46:18, 47:1, 50:13, 50:15, 50:23, 51:17, 53:1, 62:20, 63:24, 66:7, 69:25, 71:10, 78:9, 78:12, 79:16, 80:1
**court** [6] - 13:2, 57:21, 63:14, 64:6, 64:10, 64:19
**Court** [11] - 1:22, 1:23, 46:17, 54:3, 54:24, 56:4, 58:21, 59:4, 64:13, 66:21, 80:12
**Court's** [3] - 15:4, 30:5, 71:4
**court-clarifying** [1] - 64:19
**courthouse** [1] - 54:4
**Courthouse** [2] - 1:23, 80:13
**courtroom** [3] - 4:19, 50:21, 78:13
**cover** [1] - 43:4
**CR** [2] - 1:5, 1:12
**Crabb** [1] - 2:3
**crashed** [3] - 26:18, 26:25, 27:5
**crashing** [1] - 27:2
**created** [1] - 38:16
**credibility** [1] - 78:20
**crime** [1] - 59:17
**criminal** [6] - 15:20, 54:23, 55:4, 62:24, 62:25, 64:25
**Criminal** [1] - 2:5
**crisp** [1] - 45:11
**Cross** [1] - 3:5
**cross** [1] - 79:4
**CROSS** [1] - 15:10
**Cross-Examination** [1] - 3:5
**cross-examine** [1] - 79:4
**CRR** [1] - 1:22
**cut** [1] - 33:7
**cylinders** [2] - 23:8, 23:13

# D

**Daewoo** [4] - 15:23, 20:4, 30:17, 30:19
**damage** [4] - 33:4, 35:1, 35:12, 40:24
**damaged** [1] - 42:16
**date** [1] - 61:13
**Date** [1] - 1:8
**Dated** [1] - 80:10
**dated** [2] - 53:8, 53:21
**dates** [1] - 74:19
**David** [1] - 2:15
**DAY** [1] - 1:9
**days** [3] - 14:16, 14:17, 79:7
**DC** [7] - 1:24, 2:6, 2:10, 2:14,

2:17, 2:21, 80:14
**dead** [1] - 29:2
**decide** [2] - 23:23, 59:15
**decided** [3] - 23:25, 42:13, 61:11
**deciding** [1] - 59:23
**deemed** [1] - 57:22
**defendant** [9] - 63:20, 65:19, 65:22, 66:3, 66:5, 66:10, 66:25, 67:10
**Defendant** [5] - 1:14, 2:7, 2:12, 2:15, 2:19
**defendant's** [1] - 53:19
**defendants** [1] - 64:22
**Defendants** [1] - 1:8
**defense** [8] - 14:1, 46:22, 47:3, 48:5, 49:5, 51:14, 52:23, 79:2
**Defense** [19] - 19:11, 19:20, 22:14, 31:25, 33:23, 34:9, 34:24, 35:4, 35:10, 35:24, 36:5, 36:17, 36:25, 39:25, 40:12, 40:18, 41:5, 64:17, 66:2
**defined** [3] - 63:22, 65:21, 67:3
**degree** [2] - 27:22, 27:25
**dehydration** [1] - 4:3
**delay** [1] - 72:10
**deli** [2] - 74:2, 74:3
**deny** [1] - 22:25
**Department** [9] - 44:4, 44:13, 53:10, 54:13, 56:7, 56:18, 64:16, 65:24, 66:2
**depression** [1] - 52:4
**depth** [3] - 13:9, 13:13, 13:23
**DEPUTY** [4] - 32:4, 36:18, 37:18, 39:22
**described** [5] - 5:17, 6:8, 10:2, 10:6, 11:2
**describes** [1] - 13:20
**deserve** [1] - 79:14
**designed** [1] - 75:15
**despite** [1] - 25:17
**detail** [2] - 75:15, 76:20
**develop** [1] - 76:7
**developed** [2] - 29:9, 30:3
**diabetes** [3] - 29:9, 29:11, 29:25
**diabetic** [1] - 29:23
**diagram** [7] - 19:8, 19:16, 24:22, 37:16, 37:20, 38:3, 38:21
**diameter** [1] - 13:22
**diarrhea** [1] - 4:7
**die** [1] - 45:23
**Diego** [1] - 70:25
**different** [1] - 73:21
**direct** [4] - 12:23, 16:11, 55:12, 58:10

**DIRECT** [2] - 4:23, 51:5
**Direct** [2] - 3:4, 3:7
**direction** [7] - 5:15, 5:18, 6:12, 9:21, 10:7, 25:18, 68:3
**discharge** [4] - 72:23, 72:24, 73:9, 73:20
**discharged** [2] - 72:21, 73:1
**discuss** [1] - 46:25
**discussed** [3] - 20:4, 20:18, 30:16
**Discussion** [4] - 4:1, 38:1, 64:1, 78:16
**discussion** [6] - 4:12, 39:18, 43:5, 50:11, 65:5, 79:18
**dishonorable** [1] - 73:2
**dismounted** [1] - 77:9
**display** [1] - 14:7
**displayed** [2] - 11:15, 13:21
**disputed** [1] - 64:17
**disrespectful** [1] - 73:6
**distance** [1] - 6:17
**distill** [1] - 57:10
**DISTRICT** [3] - 1:1, 1:1, 1:18
**district** [1] - 66:20
**District** [11] - 53:11, 54:3, 54:12, 54:24, 57:20, 57:21, 58:19, 66:21, 66:22
**Division** [2] - 2:5, 54:13
**doctor** [1] - 4:6
**document** [4] - 54:14, 59:1, 63:14, 64:12
**done** [10] - 10:19, 12:14, 31:14, 31:17, 33:17, 38:12, 69:13, 75:21, 75:23, 75:25
**door** [3] - 41:14, 41:15
**dot** [4] - 5:25, 6:1, 17:20, 18:8
**down** [8] - 9:6, 9:13, 36:4, 46:9, 57:10, 61:10, 61:19, 63:11
**Dr** [1] - 67:22
**draw** [2] - 38:4, 38:18
**drawing** [2] - 19:8, 20:7
**drew** [1] - 19:17
**drinking** [1] - 4:5
**drive** [7] - 7:13, 22:22, 24:10, 24:18, 25:18, 30:14, 30:16
**driven** [1] - 22:6
**driver's** [5] - 36:22, 37:1, 37:3, 40:13, 40:16
**driving** [2] - 15:23, 30:18
**drove** [6] - 6:22, 7:8, 7:11, 20:4, 25:7, 26:2
**duly** [1] - 51:2
**during** [4] - 9:1, 25:20, 30:1, 63:14
**Dustin** [1] - 1:7

**E**

**earl** [1] - 70:14
**early** [2] - 27:9, 27:18
**EASTVOLD** [1] - 80:5
**Eastvold** [2] - 1:22, 80:12
**eat** [1] - 4:9
**education** [3] - 69:18, 70:10
**effort** [1] - 76:18
**eight** [2] - 77:15, 77:22
**either** [1] - 72:9
**elements** [1] - 76:8
**Elmo** [2] - 37:14, 37:16
**elsewhere** [2] - 57:20, 57:22
**embassy** [7] - 27:12, 27:14, 28:16, 43:6, 43:7, 43:12, 43:25
**emergency** [2] - 4:4, 76:5
**Emergency** [1] - 12:15
**employed** [3] - 63:21, 65:20, 65:25
**employee** [1] - 65:22
**employment** [3] - 64:15, 66:1, 66:4
**End** [5] - 4:12, 39:18, 50:11, 65:5, 79:18
**end** [4] - 24:5, 35:11, 35:13, 60:6
**ended** [1] - 25:3
**enemy** [1] - 72:10
**enforcement** [1] - 61:12
**engaged** [1] - 66:17
**engine** [2] - 33:9, 33:10
**engineer** [4] - 71:25, 72:7, 72:8, 73:18
**English** [2] - 12:21, 29:21
**enlarge** [1] - 71:13
**enlarged** [2] - 53:7, 54:8
**entered** [2] - 11:19, 13:12
**entering** [2] - 4:19, 50:21
**entire** [3] - 24:10, 41:14, 41:15
**entirely** [2] - 41:19, 65:8
**entrances** [1] - 16:19
**entry** [2] - 71:17, 74:15
**environment** [1] - 76:4
**equipment** [1] - 76:17
**escape** [1] - 10:11
**escorts** [1] - 76:6
**essence** [1] - 57:11
**essentially** [1] - 64:17
**establish** [2] - 76:6, 76:21
**established** [1] - 64:10
**evacuation** [3] - 76:5, 76:9, 76:22
**Evan** [1] - 1:6
**event** [2] - 16:8, 21:20
**events** [1] - 45:3
**eventually** [3] - 55:3, 73:9

**evidence** [26] - 5:11, 12:1, 12:3, 12:15, 14:5, 14:7, 20:1, 32:4, 32:6, 32:8, 34:2, 34:7, 37:18, 51:15, 51:18, 52:22, 53:2, 62:17, 62:21, 64:20, 64:22, 69:23, 70:1, 71:8, 71:11, 74:7
**ex** [6] - 46:23, 46:24, 47:3, 48:5, 49:5, 50:17
**exact** [1] - 39:3
**exaggerate** [1] - 77:25
**exaggerated** [2] - 76:13, 77:21
**exaggerations** [1] - 78:25
**EXAMINATION** [4] - 4:23, 15:10, 43:1, 51:5
**Examination** [3] - 3:4, 3:5, 3:5
**Examination.......................
............** [1] - 3:7
**examine** [1] - 79:4
**examined** [2] - 10:20, 51:3
**example** [1] - 74:1
**exceptions** [1] - 12:11
**excuse** [3] - 20:15, 21:10, 34:13
**excused** [2] - 46:10, 78:12
**exercise** [1] - 61:24
**exhibit** [3] - 51:21, 53:17, 73:23
**Exhibit** [36] - 5:12, 7:24, 12:6, 14:8, 14:13, 14:22, 16:5, 19:12, 19:20, 20:1, 22:14, 29:15, 31:25, 32:8, 34:9, 34:24, 35:4, 35:10, 35:24, 36:5, 36:17, 36:25, 39:25, 40:12, 40:18, 41:5, 51:13, 51:18, 52:23, 53:2, 62:13, 62:21, 69:22, 70:1, 71:8, 71:11
**Exhibits** [4] - 14:4, 33:23, 34:1, 34:6
**exhibits** [3] - 11:22, 12:3, 13:25
**exit** [4] - 13:17, 16:15, 17:12, 18:13
**exited** [1] - 18:24
**exiting** [1] - 78:13
**exits** [1] - 16:18
**expand** [1] - 19:15
**expect** [2] - 4:10, 59:10
**experience** [5] - 69:19, 71:14, 72:7, 74:11, 78:19
**explain** [2] - 16:17, 56:17
**explained** [2] - 5:5, 78:24
**extent** [1] - 56:5
**exterior** [1] - 42:14
**extreme** [1] - 76:4

**F**

**face** [3] - 26:4, 28:25
**face-to-face** [1] - 26:4
**facing** [1] - 26:4
**fact** [12] - 10:14, 10:23, 11:3, 15:19, 16:14, 27:20, 35:19, 44:7, 44:10, 44:22, 54:2, 78:18
**fair** [12] - 8:5, 10:10, 24:20, 29:24, 43:14, 44:25, 45:2, 45:6, 45:24, 46:1, 65:3, 65:15
**faith** [3] - 61:7, 61:22
**fall** [1] - 61:15
**family** [6] - 59:22, 67:24, 67:25, 68:2, 68:12, 68:18
**far** [8] - 6:15, 17:24, 18:5, 24:3, 55:10, 62:8, 69:14, 75:18
**fast** [1] - 22:22
**father** [1] - 68:16
**FBI** [30] - 17:1, 17:11, 18:12, 18:23, 19:8, 19:17, 20:7, 21:8, 28:13, 28:14, 28:15, 30:9, 31:3, 31:13, 32:10, 32:12, 32:17, 32:20, 32:24, 33:15, 35:19, 35:22, 36:6, 41:8, 41:10, 41:11, 60:8, 60:13, 62:9
**fear** [1] - 22:23
**feet** [2] - 9:6, 22:7
**felt** [3] - 59:18, 61:3
**fenders** [1] - 33:10
**few** [10] - 12:11, 13:25, 14:16, 14:17, 15:16, 43:3, 75:21, 75:23, 75:25, 76:1
**fifth** [1] - 35:25
**file** [1] - 79:2
**File** [2] - 1:5, 1:12
**filed** [4] - 54:23, 55:4, 63:14, 65:9
**filled** [1] - 4:4
**finally** [1] - 14:22
**findings** [1] - 13:6
**fine** [8] - 4:4, 20:14, 23:20, 43:9, 55:17, 56:10, 56:11, 64:13
**fire** [1] - 26:17
**fired** [4] - 22:23, 26:11, 26:14, 26:21
**firing** [1] - 26:23
**first** [39] - 8:6, 8:11, 8:14, 8:21, 12:5, 12:8, 12:14, 12:22, 12:23, 13:7, 14:8, 14:17, 17:1, 19:7, 21:13, 21:17, 25:8, 28:12, 43:5, 51:2, 52:23, 54:6, 54:7, 56:1, 70:3, 70:8, 70:10, 71:17, 72:3, 73:17, 74:15,

76:24, 77:15, 77:22, 79:6, 79:8, 79:9, 79:13
**five** [3] - 8:1, 17:25, 76:1
**fix** [4] - 41:22, 41:24, 42:1, 42:13
**fixed** [1] - 42:14
**flabbergasted** [1] - 78:23
**flabbergasting** [1] - 79:10
**flashes** [2] - 10:24, 60:23
**flinched** [1] - 29:1
**flip** [2] - 53:23, 54:6
**flipped** [1] - 26:18
**flown** [1] - 43:16
**fluids** [2] - 4:5, 4:6
**flying** [2] - 10:3, 27:7
**focus** [2] - 8:13, 20:3
**follow** [1] - 54:20
**follow-up** [1] - 54:20
**follows** [2] - 12:11, 51:4
**FOR** [1] - 1:1
**forces** [3] - 63:21, 65:20, 76:8
**foregoing** [1] - 80:6
**forget** [1] - 28:3
**formations** [1] - 73:6
**forth** [2] - 28:11, 54:10
**forward** [3] - 27:8, 33:10, 74:6
**Foster** [1] - 2:16
**four** [7] - 7:25, 26:11, 26:13, 59:1, 77:14, 77:16, 77:22
**fourteen** [1] - 78:21
**fourth** [1] - 14:17
**Fourth** [1] - 2:5
**frame** [1] - 40:15
**framed** [1] - 64:4
**frankly** [2] - 61:1, 61:22
**Fredley** [1] - 2:19
**front** [13] - 6:6, 11:8, 13:18, 26:12, 26:14, 26:24, 32:14, 33:1, 33:5, 33:7, 33:8, 33:9, 33:11
**full** [8] - 5:3, 22:15, 23:8, 23:13, 51:11, 51:23, 56:7, 80:7
**fullest** [1] - 56:25
**fully** [2] - 57:19, 61:8
**fun** [1] - 28:4

### G

**G-2** [2] - 76:23, 76:24
**gas** [2] - 23:8, 23:13
**gather** [1] - 76:22
**gear** [1] - 76:16
**general** [4] - 5:15, 6:11, 71:14, 72:24
**generally** [3] - 6:5, 6:24, 9:21
**gentlemen** [3] - 5:3, 51:10,

58:7
**Giant** [1] - 4:8
**girls** [1] - 25:5
**gist** [1] - 43:10
**glass** [1] - 40:11
**Government** [4] - 14:22, 51:13, 52:23, 71:8
**government** [13] - 16:14, 20:18, 24:22, 27:10, 39:4, 46:23, 50:16, 50:23, 56:24, 60:4, 61:2, 61:24, 64:11
**Government's** [8] - 5:12, 7:24, 12:6, 14:13, 16:5, 29:15, 62:12, 69:21
**government's** [1] - 52:22
**gracious** [1] - 11:14
**graduated** [1] - 70:16
**grand** [2] - 57:19, 58:2
**GRANNIS** [1] - 2:20
**Green** [1] - 16:19
**grossly** [1] - 77:21
**GROUP** [1] - 2:12
**grow** [1] - 68:23
**Guard** [3] - 71:18, 74:22, 75:4
**guard** [7] - 71:21, 71:24, 72:2, 72:3, 72:12, 74:16, 75:24
**guarding** [1] - 77:10
**guess** [1] - 71:3
**guidance** [1] - 64:13
**guilt** [2] - 59:18, 59:19
**guilty** [14] - 52:18, 52:21, 54:2, 54:17, 54:22, 55:5, 59:15, 59:17, 60:7, 60:11, 60:13, 67:24, 68:10, 69:7
**gunfire** [13] - 6:5, 6:9, 9:20, 10:6, 10:7, 10:15, 20:20, 20:24, 23:24, 44:20, 45:20, 60:23
**guys** [1] - 77:4
**GW** [2] - 4:4, 4:8

### H

**half** [1] - 63:12
**hand** [4] - 12:25, 26:9, 74:5, 79:5
**hand-off** [1] - 79:5
**handed** [1] - 79:3
**handled** [1] - 76:15
**handwriting** [1] - 20:13
**hanging** [1] - 26:8
**happy** [2] - 46:24, 64:23
**hard** [5] - 53:6, 56:17, 61:6, 63:2, 70:6
**harder** [1] - 20:16
**HARRIS** [1] - 2:20
**Hassan** [3] - 5:4, 12:25, 29:3
**HASSAN** [1] - 3:4

**head** [1] - 27:7
**heading** [4] - 5:8, 5:18, 6:11, 7:6
**headquarters** [1] - 22:2
**hear** [1] - 39:15
**Heard** [2] - 1:7, 2:15
**heard** [2] - 39:8, 79:5
**heat** [2] - 67:2, 67:13
**heated** [1] - 27:21
**heavy** [3] - 9:20, 10:6, 45:19
**Heberlig** [1] - 2:7
**HEBERLIG** [15] - 39:3, 39:10, 39:12, 39:17, 52:25, 62:18, 64:2, 65:1, 65:4, 69:24, 71:9, 78:11, 78:17, 79:5, 79:17
**HELD** [1] - 1:17
**helicopter** [27] - 8:11, 8:14, 8:15, 9:5, 9:6, 9:11, 9:14, 9:15, 9:16, 9:19, 10:2, 10:5, 10:14, 10:16, 10:18, 10:23, 10:25, 25:20, 25:23, 26:9, 26:17, 26:21, 27:6, 27:23, 44:24, 45:7, 45:11
**helicopters** [9] - 8:6, 8:24, 8:25, 26:2, 27:4, 27:11, 28:18, 43:13, 43:21
**help** [4] - 16:25, 17:10, 69:11, 72:9
**helped** [1] - 23:15
**hereby** [1] - 80:5
**herein** [1] - 58:15
**high** [3] - 70:12, 70:13, 75:15
**High** [1] - 70:14
**high-ranking** [1] - 75:15
**higher** [1] - 77:3
**highlight** [3] - 13:5, 22:15, 56:1, 57:15, 74:8
**highlighted** [1] - 20:17
**highlighting** [1] - 64:8
**himself** [1] - 64:24
**history** [2] - 69:18, 70:9
**hit** [5] - 23:7, 23:12, 26:23, 30:18, 35:20
**hold** [1] - 61:3
**hole** [18] - 34:13, 34:14, 36:12, 36:21, 36:23, 37:6, 37:9, 37:10, 40:15, 40:21, 40:23, 40:25, 41:2, 41:13, 41:17, 41:21, 42:11, 42:12
**holes** [12] - 34:22, 34:25, 35:8, 36:14, 37:10, 38:4, 38:5, 38:6, 38:11, 38:16, 38:21, 42:15
**home** [2] - 28:8, 79:14
**Honor** [30] - 4:11, 4:15, 4:22, 11:25, 14:2, 15:7, 15:9, 18:25, 19:4, 19:19, 19:22, 19:24, 32:3, 33:22, 42:21, 42:23, 42:24, 44:8, 46:15,

46:19, 50:14, 50:19, 51:16, 52:25, 62:14, 69:24, 71:7, 78:8, 78:11, 79:17
**HONORABLE** [1] - 1:18
**honorable** [2] - 72:23, 73:3
**hood** [3] - 33:12, 42:1, 42:18
**hope** [1] - 59:2, 59:4
**horrible** [1] - 60:6
**hospital** [20] - 7:17, 7:18, 7:20, 7:22, 7:23, 10:20, 14:9, 14:23, 21:15, 21:20, 22:3, 22:4, 22:5, 23:9, 23:14, 25:18, 26:3, 29:12, 29:24
**hostile** [1] - 76:4
**hot** [1] - 28:25
**hundred** [1] - 8:1
**husband** [1] - 68:16
**Hussein** [1] - 5:4

### I

**idea** [1] - 42:4
**illustrated** [1] - 39:7
**imagine** [1] - 31:1
**impair** [1] - 52:15
**impression** [1] - 64:14
**imprisonment** [3] - 55:17, 55:22, 66:16
**IN** [1] - 1:1
**inaccurate** [6] - 75:10, 75:20, 76:12, 77:1, 77:12, 77:18
**incarceration** [2] - 56:10, 56:11
**incident** [12] - 8:12, 8:17, 9:1, 21:14, 27:19, 28:13, 29:9, 29:13, 30:1, 30:3, 30:25, 57:14
**incidents** [1] - 28:2
**include** [1] - 52:4
**included** [1] - 76:3
**includes** [2] - 11:6, 58:4
**including** [5] - 25:25, 47:4, 48:6, 49:6, 69:18
**inconceivable** [1] - 79:7
**incorrect** [1] - 76:3
**indicate** [1] - 29:23
**indicating)** [1] - 27:16
**indictment** [1] - 54:22
**indulgence** [3] - 15:4, 30:5, 71:5
**Infantry** [1] - 75:5
**infantry** [2] - 72:4, 72:5
**infantryman** [1] - 71:25
**inflicted** [1] - 11:18
**information** [12] - 54:23, 55:4, 62:24, 62:25, 63:19, 64:25, 66:12, 66:15, 66:19, 69:18, 70:4, 75:9
**informs** [1] - 56:4

**initial** [1] - 13:6
**injured** [1] - 39:5
**injuries** [3] - 11:3, 25:17
**injury** [1] - 11:15
**inside** [5] - 34:18, 34:22, 42:8, 42:17, 42:18
**insisted** [1] - 28:18
**inspections** [1] - 76:11
**instruction** [1] - 64:19
**intelligence** [2] - 76:23, 76:25
**intentionally** [3] - 62:11, 67:2, 67:12
**interior** [1] - 42:5
**interpret** [1] - 74:23
**interpretation** [1] - 13:1
**INTERPRETER** [6] - 12:17, 13:4, 23:10, 28:5, 32:23, 41:18
**interpreter** [3] - 13:1, 13:2, 23:19
**interpreters** [1] - 23:21
**interviewed** [1] - 21:1
**interviews** [7] - 21:5, 21:11, 21:18, 27:9, 27:18, 29:4
**introduce** [1] - 51:9
**introduced** [1] - 64:20
**involves** [1] - 58:1
**Iraq** [6] - 57:14, 66:1, 66:3, 66:11, 66:14, 75:7
**Iraqi** [3] - 21:21, 21:25, 22:22
**irregular** [1] - 13:7
**Islam** [1] - 14:21
**Island** [1] - 68:24
**issue** [3] - 46:23, 64:17, 64:22
**issued** [2] - 72:11, 72:15
**itself** [1] - 30:19
**IV** [1] - 2:12

### J

**Jaber** [2] - 5:4, 29:3
**JABER** [1] - 3:4
**jail** [1] - 59:10
**Janet** [1] - 2:16
**January** [1] - 71:2
**Japanese** [1] - 21:19
**Jefferson** [2] - 70:14, 70:15
**JEREMY** [2] - 3:6, 51:1
**Jeremy** [8] - 46:20, 50:25, 51:12, 63:8, 63:20, 65:19, 66:25, 67:10
**jobs** [2] - 73:21, 73:24
**John** [1] - 2:3
**JOHNSON** [1] - 2:9
**joins** [1] - 17:16
**joint** [2] - 66:25, 67:11
**Jr** [1] - 2:3

**JUDGE** [1] - 1:18
**judge** [2] - 56:21, 59:14
**Judge** [2] - 58:8, 59:14
**July** [3] - 1:8, 71:20, 80:10
**jump** [1] - 69:14
**jurisdiction** [2] - 66:18, 66:20
**Juror** [2] - 4:2, 4:16
**JURY** [1] - 1:17
**jury** [24] - 4:19, 5:3, 5:5, 11:3, 11:16, 14:7, 36:8, 39:7, 39:22, 39:24, 46:14, 50:21, 51:10, 51:20, 57:19, 58:2, 58:7, 62:19, 64:10, 64:15, 64:19, 74:7, 78:12, 78:13
**Justice** [7] - 5:9, 44:4, 44:13, 53:10, 54:13, 56:7, 56:18

### K

**Kadhum** [1] - 67:4
**Kavanaugh** [1] - 2:4
**keep** [4] - 4:5, 27:22, 75:1, 75:22
**key** [1] - 78:23
**Khazali** [2] - 67:4, 67:22
**kids** [1] - 69:12
**kill** [1] - 67:14
**killing** [1] - 67:4
**Kinani** [1] - 39:4
**kind** [2] - 11:14, 35:1
**knowledge** [1] - 23:18
**known** [3] - 29:4, 67:1, 67:11

### L

**ladies** [3] - 5:2, 51:10, 58:7
**Lamberth** [2] - 58:8, 59:14
**LAMBERTH** [1] - 1:18
**language** [1] - 64:8
**large** [1] - 42:15
**last** [8] - 13:25, 42:7, 50:17, 51:11, 52:10, 52:12, 77:15, 77:23
**Laurent** [1] - 1:7
**LAW** [1] - 2:12
**law** [4] - 15:3, 15:20, 56:12, 61:12
**lawyer** [1] - 5:6
**lawyers** [1] - 61:2
**leader** [5] - 75:6, 75:7, 75:12, 77:3
**leading** [1] - 77:6
**leads** [2] - 9:15, 10:16
**leave** [1] - 64:14
**led** [1] - 9:15
**left** [12] - 7:1, 7:5, 7:6, 9:4, 10:20, 11:6, 11:7, 12:25, 20:8, 25:4, 26:9, 73:7
**left-hand** [2] - 12:25, 26:9

**legs** [1] - 26:8
**length** [1] - 43:21
**lengthy** [1] - 13:22
**leniency** [1] - 59:4
**less** [1] - 62:9
**letter** [4] - 53:8, 53:13, 54:10, 56:19
**Liberty** [2] - 1:6, 2:12
**lid** [1] - 35:5
**lie** [3] - 60:25, 61:24, 62:1
**lied** [4] - 60:19, 60:22, 60:23, 78:18
**life** [1] - 59:6
**light** [1] - 74:5
**lights** [1] - 33:11
**Linda** [2] - 2:18, 15:14
**line** [10] - 13:17, 37:9, 38:4, 38:5, 38:13, 38:15, 38:18, 38:19, 43:8
**lines** [1] - 43:12
**listed** [1] - 74:19
**lists** [2] - 70:8, 70:18
**live** [1] - 69:1
**lived** [1] - 69:3
**LLP** [4] - 2:9, 2:12, 2:16, 2:20
**local** [1] - 76:8
**location** [1] - 39:4
**look** [8] - 8:15, 25:3, 35:10, 36:5, 36:17, 39:5, 40:12, 63:5
**looked** [1] - 9:5
**looking** [2] - 8:23, 61:23
**looks** [4] - 18:4, 20:16, 73:24, 73:25
**lost** [9] - 6:15, 6:21, 6:23, 7:10, 7:19, 7:20, 26:20, 27:4, 28:21
**loud** [1] - 51:9
**low** [1] - 31:5
**lower** [3] - 16:21, 17:2, 17:3
**luncheon** [1] - 78:9

### M

**M-16** [1] - 72:15
**M-240** [1] - 72:16
**M-249** [1] - 72:15
**M-4** [1] - 72:15
**ma'am** [1] - 16:10
**Mahassin** [1] - 67:4
**main** [2] - 17:16, 18:24
**man** [4] - 26:8, 28:3, 28:5, 28:14
**man's** [1] - 79:8
**managing** [1] - 75:14
**manslaughter** [6] - 54:25, 55:1, 55:16, 55:21, 66:23, 67:3, 67:8, 67:14
**map** [7] - 6:24, 8:3, 16:17,

16:19, 18:1, 18:4, 76:22
**March** [2] - 74:16, 74:17
**maritime** [1] - 66:17
**marked** [5] - 5:25, 7:2, 12:15, 51:13, 62:14
**markers** [1] - 17:1
**Martin** [1] - 2:3
**materials** [1] - 50:16
**matter** [4] - 27:6, 44:7, 44:10, 56:8
**maximum** [1] - 56:11
**mayor** [1] - 75:16
**mean** [15] - 6:17, 8:18, 23:15, 30:22, 41:10, 56:15, 59:25, 72:1, 72:25, 74:19, 74:24, 77:20, 78:5, 78:22, 79:11
**means** [4] - 56:16, 58:22, 58:25, 73:1
**media** [1] - 21:19
**median** [2] - 17:5, 17:8
**medical** [6] - 11:22, 12:8, 12:22, 29:17, 29:22, 76:22
**medication** [4] - 51:25, 52:2, 52:11, 52:15
**meet** [2] - 60:7, 73:14
**MEJA** [1] - 64:3
**memories** [1] - 60:2
**memory** [4] - 16:25, 22:12, 61:14, 62:9
**mentally** [1] - 59:11
**mentioned** [2] - 42:15, 69:5
**met** [4] - 19:7, 28:13, 30:9, 60:13
**meters** [16] - 6:19, 6:20, 6:22, 7:9, 7:11, 8:1, 18:1, 22:7, 22:8, 22:10, 22:19, 22:20, 24:11, 24:18, 25:8
**Michael** [1] - 2:8
**middle** [1] - 17:23
**might** [2] - 10:18, 60:2
**miles** [1] - 43:17
**military** [5] - 28:21, 69:19, 72:17, 75:16, 78:19
**mince** [1] - 60:19
**mind** [2] - 61:19, 67:24
**Ministry** [1] - 5:9
**minute** [1] - 55:4
**minutes** [4] - 8:16, 8:22, 20:20, 44:20
**Miramar** [3] - 70:18, 70:22, 70:25
**mis** [1] - 62:14
**mis-marked** [1] - 62:14
**misleading** [1] - 18:2
**missed** [1] - 73:6
**mission** [4] - 64:16, 66:2, 76:20, 77:8
**missions** [3] - 76:17, 77:14, 77:22

**Mohssen** [1] - 67:4
**moment** [6] - 10:10, 19:21, 30:5, 51:25, 52:1, 56:23
**month** [1] - 78:1
**months** [4] - 27:19, 77:15, 77:16, 77:22
**morning** [10] - 4:3, 4:25, 5:1, 15:12, 15:13, 15:19, 46:8, 46:18, 46:19, 62:24
**morphine** [1] - 52:8
**most** [3] - 59:5, 76:15, 77:7
**mother** [1] - 68:5
**move** [10] - 14:7, 36:25, 55:25, 59:5, 59:19, 67:7, 69:22, 71:8, 74:6
**moved** [1] - 27:7
**moving** [6] - 11:25, 13:25, 27:7, 51:15, 52:22, 62:17
**MR** [58] - 4:11, 4:15, 4:22, 4:24, 11:25, 12:4, 12:20, 14:6, 15:4, 15:6, 18:25, 19:4, 19:21, 19:24, 37:12, 37:21, 39:3, 39:10, 39:12, 39:17, 42:23, 43:2, 44:9, 44:12, 46:7, 46:15, 46:19, 50:14, 50:19, 50:24, 51:6, 51:19, 52:22, 52:25, 53:3, 62:18, 62:19, 62:22, 63:23, 64:2, 64:18, 64:23, 65:1, 65:3, 65:4, 65:7, 66:8, 66:9, 69:24, 70:2, 71:7, 71:9, 71:12, 78:7, 78:17, 78:24, 79:5, 79:17
**MS** [35] - 11:24, 14:2, 15:9, 15:11, 19:2, 19:6, 19:19, 20:2, 23:11, 30:5, 30:7, 30:8, 32:5, 32:11, 33:22, 34:3, 34:8, 36:19, 37:13, 37:15, 37:19, 37:23, 38:2, 38:8, 38:10, 38:13, 38:20, 38:23, 39:2, 39:11, 39:16, 39:20, 39:23, 42:21, 44:8
**murmured** [1] - 29:3
**muzzle** [2] - 10:24, 60:23

**N**

**name** [11] - 5:3, 13:4, 15:14, 51:11, 51:23, 67:18, 67:19, 67:21, 68:9, 70:13
**names** [1] - 16:18
**Nassariya** [1] - 75:17
**National** [6] - 21:21, 21:25, 54:12, 71:18, 74:22, 75:4
**national** [8] - 21:24, 66:6, 66:10, 71:21, 71:24, 72:2, 72:3, 74:16
**nature** [2] - 56:5, 64:12
**near** [5] - 16:15, 17:12, 17:16, 18:13, 18:23

**nearby** [2] - 23:7, 23:13
**necessary** [1] - 77:11
**need** [3] - 12:17, 15:16, 46:22
**needed** [4] - 59:20, 59:21, 61:3, 61:9
**needs** [1] - 46:17
**never** [3] - 21:24, 21:25, 22:2
**new** [10] - 30:21, 30:22, 30:23, 33:3, 41:14, 41:15, 41:19, 78:18
**New** [2] - 68:24, 70:15
**news** [3] - 21:1, 21:4, 21:10
**next** [7] - 13:3, 14:19, 46:15, 50:23, 55:13, 58:12, 58:16
**Nice** [1] - 46:19
**Nicholas** [1] - 1:13
**night** [1] - 52:12
**Nisur** [8] - 6:5, 9:21, 15:25, 17:2, 45:20, 57:14, 60:23, 66:13
**non** [1] - 73:7
**non-commissioned** [1] - 73:7
**NOTE** [4] - 4:19, 23:21, 50:21, 78:13
**note** [1] - 78:17
**notes** [2] - 12:25, 80:7
**nothing** [1] - 50:17
**noticed** [2] - 8:11, 28:24
**notify** [1] - 4:9
**November** [2] - 53:8, 53:21
**number** [8] - 4:5, 11:22, 12:8, 43:5, 45:16, 45:19, 62:23, 73:21
**nutshell** [1] - 57:13
**NW** [7] - 1:24, 2:5, 2:10, 2:13, 2:17, 2:20, 80:14

**O**

**oath** [3] - 23:1, 44:23, 51:3
**object** [2] - 37:21, 39:11
**objecting** [2] - 37:12, 39:13
**objection** [20] - 11:23, 11:24, 14:2, 19:4, 19:24, 32:2, 32:6, 33:24, 34:4, 38:25, 39:8, 39:15, 44:8, 51:16, 52:25, 62:17, 62:18, 69:24, 71:9, 78:17
**obligated** [1] - 57:11
**obligations** [1] - 57:7
**observations** [3] - 9:14, 13:7, 43:21
**observed** [1] - 10:13
**obstacles** [2] - 72:9
**obvious** [2] - 43:16, 43:20
**obviously** [4] - 41:17, 58:22, 64:3, 78:20
**occurred** [6] - 43:17, 45:2,

45:4, 62:10, 66:12, 66:19
**October** [1] - 30:10
**odd** [1] - 73:24
**OF** [5] - 1:1, 1:3, 1:10, 1:17, 80:1
**offenders** [2] - 67:1, 67:11
**offenses** [1] - 66:15
**offer** [2] - 19:20, 32:5
**Office** [1] - 54:12
**OFFICE** [1] - 2:4
**officer** [1] - 73:7
**Officers** [1] - 70:23
**Official** [1] - 1:23
**official** [2] - 63:14, 80:12
**OFFICIAL** [1] - 80:1
**officials** [1] - 75:16
**old** [2] - 68:21, 73:17
**once** [1] - 45:13
**one** [30] - 5:17, 6:4, 6:8, 8:10, 11:7, 14:25, 25:22, 25:23, 27:9, 27:18, 28:12, 31:15, 33:3, 34:21, 42:4, 44:2, 44:3, 44:6, 45:12, 45:16, 45:19, 46:1, 60:12, 65:14, 66:16, 67:23, 69:15, 78:1, 78:21
**one's** [1] - 29:2
**ones** [3] - 31:11, 32:13, 32:24
**ONORATO** [1] - 2:16
**open** [1] - 22:23
**operations** [1] - 76:5
**ordinarily** [1] - 66:10
**organize** [1] - 76:7
**originally** [1] - 72:7
**outlined** [1] - 73:23
**outside** [5] - 46:13, 63:21, 65:20, 66:4, 66:19
**overhead** [1] - 25:21
**overlay** [1] - 76:22
**overruled** [1] - 44:11
**own** [5] - 25:25, 28:8, 58:24, 61:2

**P**

**p.m** [2] - 78:14, 79:20
**page** [21] - 12:5, 12:8, 12:14, 12:22, 22:14, 29:19, 29:21, 35:24, 53:16, 53:23, 54:6, 55:13, 55:25, 57:4, 58:11, 58:12, 58:16, 66:7, 67:8, 70:4, 71:3
**pages** [1] - 12:8
**Palomar** [2] - 70:18, 70:20
**panel** [1] - 31:19
**paragraph** [18] - 22:15, 35:25, 54:7, 54:8, 54:16, 55:12, 55:25, 56:1, 56:22, 57:3, 57:6, 57:15, 58:10,

58:22, 63:19, 64:9, 66:24, 67:9
**parallel** [1] - 25:4
**parlor** [1] - 74:2
**part** [18] - 17:2, 17:3, 56:22, 57:7, 58:1, 58:4, 61:4, 61:5, 62:1, 62:3, 63:13, 65:9, 69:1, 70:4, 70:5, 71:13, 72:11, 75:3
**parte** [6] - 46:23, 46:24, 47:3, 48:5, 49:5, 50:17
**participate** [1] - 77:5
**particular** [3] - 54:16, 56:9, 66:20
**parties** [2] - 58:14, 58:20
**parts** [2] - 41:19
**passed** [4] - 17:13, 17:14, 26:19, 27:8
**passenger** [7] - 25:15, 32:14, 32:20, 34:10, 40:4, 42:3, 42:12
**passion** [2] - 67:2, 67:13
**past** [1] - 72:7
**patient** [1] - 29:23
**Patrick** [1] - 2:3
**patrols** [2] - 77:17, 78:2
**Paul** [2] - 1:6, 15:14
**Pause** [5] - 12:19, 15:5, 19:23, 30:6, 71:6
**pavement** [1] - 28:25
**pay** [1] - 31:5
**peaches** [2] - 4:7, 4:9
**penalties** [1] - 55:9
**penalty** [2] - 55:16, 55:21
**pending** [1] - 31:2
**people** [3] - 8:25, 62:4, 76:14
**per** [4] - 77:14, 77:15, 77:22, 77:23
**perceiving** [1] - 6:4
**perfect** [1] - 16:22
**perhaps** [1] - 64:13
**period** [3] - 56:10, 72:20, 75:25
**permission** [3] - 24:24, 27:24, 73:8
**persisting** [1] - 27:23
**person** [6] - 9:5, 9:7, 9:9, 15:1, 43:11, 43:24
**person's** [1] - 67:19
**personal** [2] - 65:25, 76:20
**personnel** [2] - 28:16, 28:21
**persuaded** [1] - 61:20
**photographing** [1] - 31:12
**photographs** [1] - 39:6
**phrase** [1] - 64:21
**picture** [12] - 14:11, 15:1, 32:1, 34:25, 36:21, 36:25, 40:2, 40:9, 40:13, 40:20, 41:7, 51:23

**pictures** [3] - 31:7, 31:10, 38:3
**pieces** [1] - 42:16
**pizza** [1] - 74:2
**pizzeria** [1] - 74:3
**place** [1] - 62:2
**placed** [1] - 17:21
**placement** [2] - 20:10, 38:21
**Plaintiff** [3] - 1:4, 1:11, 2:2
**plan** [1] - 38:2
**plans** [1] - 76:7
**platoon** [1] - 77:3
**play** [1] - 59:22
**plea** [14] - 53:4, 54:10, 54:11, 55:9, 55:12, 57:3, 57:7, 57:12, 59:3, 62:2, 63:1, 63:15, 64:11, 65:9
**plead** [4] - 52:18, 54:2, 54:22, 59:15
**pleading** [1] - 69:7
**pled** [7] - 54:17, 55:5, 60:7, 60:11, 60:13, 67:24, 68:10
**point** [16] - 5:17, 5:21, 6:4, 6:8, 13:13, 23:23, 23:24, 25:17, 25:20, 43:4, 45:16, 56:22, 61:7, 69:15, 71:7, 71:23
**pointed** [3] - 11:9, 34:21, 43:24
**pointing** [2] - 32:23, 41:18
**points** [2] - 76:21, 76:22
**police** [5] - 18:10, 18:20, 18:21, 21:24
**Police** [4] - 21:21, 22:1, 70:23, 70:25
**port** [1] - 70:14
**Port** [1] - 70:15
**portion** [8] - 13:5, 16:21, 33:5, 33:7, 33:9, 56:2, 63:17, 74:8
**posed** [1] - 64:4
**position** [1] - 25:8
**positioned** [1] - 38:14
**possible** [2] - 31:21, 34:14
**post** [1] - 73:7
**potential** [3] - 55:9, 55:16, 55:21
**practicing** [1] - 5:6
**pre** [1] - 76:10
**pre-combat** [1] - 76:10
**precise** [1] - 45:12
**preparation** [1] - 79:12
**prepare** [3] - 72:9, 76:22, 79:15
**prepared** [1] - 59:11
**preparing** [1] - 79:10
**prepping** [1] - 79:7
**prescription** [2] - 52:2, 52:11
**presence** [1] - 46:13

**present** [1] - 66:3
**pretty** [1] - 27:21
**previous** [1] - 71:3
**priest** [1] - 62:6
**Prince** [1] - 20:4
**printed** [1] - 21:7
**problem** [1] - 4:10
**problems** [1] - 4:10
**proceed** [3] - 4:21, 15:9, 42:23
**proceeding** [3] - 27:8, 63:15, 65:9
**proceedings** [4] - 46:11, 57:21, 79:20, 80:8
**process** [1] - 73:14
**produceable** [1] - 50:18
**promised** [1] - 59:7
**promises** [2] - 58:13, 58:16
**protection** [2] - 75:15, 76:3
**prove** [1] - 46:5
**provide** [4] - 65:25, 69:17, 75:15, 77:8
**provided** [6] - 12:9, 12:23, 21:7, 66:22, 70:4, 75:9
**providing** [1] - 75:14
**PSD** [2] - 77:14, 77:22
**Publish** [1] - 62:19
**publish** [4] - 14:13, 24:24, 36:8, 74:7
**published** [1] - 51:20
**pull** [5] - 5:11, 29:14, 31:25, 69:21, 71:3
**pulled** [1] - 28:23
**punishable** [1] - 66:16
**purchase** [2] - 31:3, 31:4
**purchased** [1] - 4:8
**purposes** [1] - 56:8
**pursued** [1] - 26:2
**put** [5] - 10:23, 24:23, 28:23, 36:4, 38:14

## Q

**Qadar** [1] - 67:14
**Qalamchi** [1] - 67:15
**QRF** [1] - 76:9
**quadrant** [1] - 34:10, 42:12
**quarrel** [2] - 67:2, 67:13
**quarter** [1] - 31:19
**questions** [8] - 15:6, 15:16, 42:21, 43:4, 43:8, 46:7, 54:20, 64:4
**quickly** [3] - 45:3, 45:4, 45:17
**quite** [5] - 15:25, 45:4, 61:1, 61:22, 79:1

## R

**R-I-D-G-E-W-A-Y** [1] - 51:12

**radiators** [1] - 33:10
**rally** [1] - 76:21
**random** [2] - 10:6, 45:20
**ranking** [1] - 75:15
**reach** [1] - 7:17
**reached** [1] - 7:18
**read** [13] - 21:4, 53:6, 54:19, 56:2, 58:12, 63:2, 64:9, 65:12, 65:18, 70:7, 77:1, 77:18, 77:25
**reading** [2] - 75:8, 76:19
**reads** [5] - 13:7, 55:14, 57:18, 63:17, 66:24
**ready** [2] - 23:22, 76:17
**reality** [1] - 18:6
**really** [1] - 61:14
**rear** [9] - 31:19, 31:23, 32:22, 34:10, 35:11, 35:15, 35:20, 40:16, 41:24
**received** [24] - 12:2, 12:3, 14:3, 14:4, 19:25, 20:1, 32:7, 32:8, 33:25, 34:2, 34:5, 34:7, 51:17, 51:18, 53:1, 53:2, 62:20, 62:21, 69:25, 70:1, 71:10, 71:11, 78:22, 79:3
**recently** [1] - 79:1
**recess** [2] - 46:8, 78:9
**reciprocate** [1] - 28:7
**recognize** [8] - 12:21, 19:13, 19:16, 29:16, 34:18, 53:4, 53:18, 70:3
**recollection** [1] - 17:10
**recommend** [1] - 56:10
**reconnaissance** [2] - 76:5, 76:21
**record** [14] - 4:1, 12:22, 29:17, 38:1, 47:4, 48:6, 49:6, 51:11, 58:20, 64:1, 65:13, 65:18, 78:16
**records** [3] - 11:22, 12:8, 29:22
**recovered** [1] - 4:16
**REDIRECT** [1] - 43:1
**Redirect** [1] - 3:5
**refer** [1] - 7:5
**referred** [1] - 62:23
**referring** [2] - 10:17, 62:25
**refers** [2] - 70:23, 78:25
**reflection** [1] - 40:10
**reflects** [2] - 54:16, 71:17
**refresh** [2] - 17:10, 22:12, 61:14
**regarding** [3] - 9:14, 57:13, 59:22
**rehearsals** [2] - 76:10, 76:16
**rehearse** [1] - 76:10
**reintroduce** [1] - 5:2
**reiterated** [1] - 15:19
**related** [3] - 63:1, 64:22, 66:1

**relates** [4] - 65:14, 66:23, 67:8, 74:15
**relating** [1] - 43:21
**relatively** [1] - 37:9
**release** [1] - 55:18
**relevant** [2] - 57:23, 63:19
**remain** [1] - 46:24
**remaining** [2] - 77:16, 78:2
**remember** [14] - 5:18, 8:14, 18:23, 19:9, 22:10, 22:11, 22:21, 23:7, 23:12, 27:2, 28:23, 43:7, 67:19
**remorse** [1] - 59:18
**remove** [2] - 32:20, 32:24
**removed** [4] - 31:23, 32:9, 32:15, 33:6
**repair** [1] - 32:19
**repaired** [7] - 33:4, 41:8, 41:13, 42:6, 42:9, 42:10, 42:11
**repairs** [6] - 31:14, 31:16, 31:17, 33:17, 40:3, 41:9
**repeat** [2] - 23:10, 74:18
**repent** [1] - 61:9
**replaced** [5] - 33:2, 33:6, 33:13, 33:14, 33:15
**replied** [3] - 27:25, 28:3, 28:5
**report's** [1] - 13:6
**Reporter** [3] - 1:22, 1:23, 80:12
**REPORTER** [1] - 80:1
**reporters** [2] - 21:1, 21:17
**represent** [1] - 15:14
**representations** [2] - 58:14, 58:17
**represents** [2] - 6:1, 46:16
**Republic** [4] - 66:1, 66:3, 66:11, 66:14
**reserve** [1] - 56:16
**reserves** [3] - 56:7, 56:9, 56:24
**resident** [1] - 66:11
**residing** [1] - 66:3
**respect** [3] - 10:19, 28:9, 64:24
**respecting** [1] - 28:6
**responsibilities** [1] - 76:3
**responsibility** [3] - 55:7, 59:23, 60:3
**responsible** [1] - 76:14
**rest** [3] - 13:20, 39:24, 74:23
**restriction** [1] - 73:8
**result** [1] - 29:9
**resuming** [1] - 46:13
**Reuters** [3] - 21:11, 21:13, 22:5
**review** [1] - 50:15
**RIDGEWAY** [2] - 3:6, 51:1
**Ridgeway** [23] - 46:16,

46:21, 50:16, 50:25, 51:12, 52:18, 55:15, 55:20, 56:3, 57:16, 59:10, 63:4, 63:9, 63:20, 64:24, 64:25, 65:8, 65:20, 66:25, 67:11, 68:21, 71:15, 75:1
**RMR** [1] - 1:22
**road** [4] - 17:15, 17:16, 18:24
**rods** [1] - 39:6
**room** [1] - 4:4
**Room** [2] - 1:23, 80:13
**roughly** [3] - 18:8, 36:14, 44:19
**round** [4] - 34:12, 34:14, 40:25, 41:2
**rounds** [1] - 35:18
**route** [3] - 76:4, 76:21
**ROYCE** [1] - 1:18
**runs** [1] - 17:8

## S

**S-2** [2] - 76:23, 76:24
**s/Vicki** [1] - 80:12
**sales** [1] - 74:5
**SALMAN** [1] - 3:4
**Salman** [2] - 5:4, 22:16
**San** [1] - 70:25
**sarcastically** [1] - 27:25
**saw** [19] - 8:10, 8:14, 8:17, 8:18, 8:24, 9:2, 9:5, 9:13, 10:21, 25:22, 25:23, 26:4, 26:8, 27:23, 33:18, 34:14, 45:6
**scar** [2] - 11:6, 11:8
**scared** [1] - 61:3
**scars** [1] - 46:5
**Schertler** [1] - 2:15
**SCHERTLER** [4] - 2:16, 50:19, 63:23, 64:18
**school** [4] - 25:5, 69:12, 70:13
**School** [1] - 70:14
**scorched** [1] - 28:25
**Scott** [1] - 2:9
**Scouts** [1] - 69:11
**screen** [6] - 5:22, 24:15, 25:3, 32:23, 51:21, 70:7
**scroll** [1] - 63:11
**seat** [13] - 31:23, 32:12, 32:15, 32:20, 32:22, 36:6, 36:10, 36:12, 36:22, 37:1, 37:2, 37:3, 42:3
**seated** [1] - 44:1
**second** [10] - 14:12, 14:15, 22:16, 30:9, 53:23, 54:8, 56:6, 67:7, 67:8, 68:9
**seconds** [2] - 27:6, 27:8
**section** [1] - 19:12
**Section** [4] - 63:22, 65:21,

66:22, 67:4
**Security** [1] - 54:13
**security** [4] - 65:25, 75:14, 76:20, 77:8
**see** [38] - 6:24, 8:6, 8:15, 8:24, 9:1, 10:2, 10:5, 10:24, 11:1, 13:9, 14:19, 22:11, 23:5, 25:11, 25:13, 25:20, 32:14, 36:12, 36:22, 37:6, 39:16, 40:6, 40:9, 40:23, 41:3, 41:13, 46:20, 50:17, 51:21, 57:4, 57:16, 57:24, 63:3, 63:6, 67:5, 67:16, 71:15, 79:12
**seeing** [3] - 26:5, 40:11, 60:23
**seeking** [1] - 10:11
**senses** [1] - 29:1
**sentence** [4] - 22:17, 56:11, 59:7, 59:12
**sentencing** [1] - 56:8
**September** [9] - 5:8, 15:22, 43:18, 46:3, 57:14, 63:20, 65:19, 66:24, 67:10
**sequence** [1] - 45:3
**service** [4] - 65:25, 71:21, 72:11, 74:16
**Session** [1] - 1:9
**set** [1] - 74:10
**sets** [1] - 54:10
**seven** [4] - 16:9, 55:22, 76:2, 79:9
**several** [4] - 43:16, 72:15, 75:17, 75:21
**severed** [1] - 33:6
**shall** [1] - 57:18
**shaped** [1] - 60:3
**Shawn** [1] - 1:6
**shooting** [4] - 8:17, 9:4, 9:11, 9:25, 11:20, 22:7, 25:23, 26:6
**shortly** [1] - 21:14
**shot** [27] - 6:22, 6:23, 6:25, 7:9, 7:12, 7:13, 9:7, 9:10, 9:16, 10:16, 11:11, 24:3, 24:5, 25:9, 25:11, 28:1, 37:4, 38:23, 44:24, 45:7, 45:9, 45:10, 45:13, 46:2, 68:2, 68:12, 68:18
**shots** [4] - 26:11, 26:14, 26:23, 35:18
**shoulder** [1] - 36:22
**show** [7] - 11:14, 11:22, 12:5, 12:16, 38:5, 38:15, 39:4
**showed** [1] - 11:3
**showing** [3] - 14:1, 51:13, 52:23
**side** [9] - 25:15, 26:9, 31:11, 36:14, 37:3, 40:4, 40:13,

40:16, 59:20
**signature** [2] - 19:13, 53:19
**signed** [2] - 53:24, 58:18
**significant** [1] - 35:12
**simply** [1] - 65:12
**sit** [1] - 14:16
**sitting** [3] - 26:8, 31:11, 37:3
**six** [3] - 18:1, 76:1, 79:9
**Slatten** [2] - 1:13, 2:19
**Slough** [3] - 1:6, 2:7, 15:14
**small** [2] - 16:18, 60:1
**sniper** [1] - 76:6
**soldiers** [3] - 23:8, 23:14, 23:15
**solely** [1] - 76:13
**someone** [5] - 27:10, 28:17, 29:2, 33:18, 43:6
**sometime** [2] - 61:15, 72:6
**somewhat** [1] - 29:1
**somewhere** [1] - 8:2
**son** [8] - 14:21, 15:1, 15:3, 30:11, 31:15, 32:17, 39:5, 69:11
**son-in-law** [1] - 15:3
**soon** [3] - 7:9, 72:20, 79:3
**sorry** [23] - 8:2, 9:24, 12:18, 16:6, 16:21, 18:4, 23:10, 27:13, 30:19, 31:2, 32:1, 32:2, 33:1, 36:8, 38:8, 41:1, 54:8, 60:12, 66:8, 74:18, 75:1, 75:3
**sort** [4] - 4:6, 11:8, 64:6, 64:12
**sorts** [1] - 40:24
**sounds** [2] - 61:16, 77:13
**south** [3] - 5:14, 6:12, 6:15
**South** [1] - 2:17
**southern** [2] - 69:2, 69:3
**special** [1] - 66:17
**specific** [2] - 56:10, 74:11
**specifically** [3] - 8:13, 9:16, 10:18
**spelled** [2] - 55:9, 57:2
**spelling** [1] - 51:11
**spend** [2] - 69:10, 71:1
**spent** [2] - 77:16, 78:2
**spoken** [1] - 21:25
**squad** [5] - 75:6, 75:7, 75:12, 77:4
**Square** [6] - 6:5, 9:21, 15:25, 17:2, 45:20, 57:14, 60:24, 66:13
**square** [2] - 6:7, 24:15
**stage** [1] - 42:7
**stand** [4] - 39:7, 50:25, 79:6, 79:13
**Standards** [1] - 70:24
**standing** [1] - 6:17
**start** [5] - 22:16, 22:18,

24:17, 59:17, 75:8
**started** [7] - 6:11, 9:4, 22:7, 23:24, 25:2, 44:20, 45:14
**starts** [1] - 58:11
**State** [1] - 65:24
**state** [3] - 43:16, 43:20, 66:20
**State's** [1] - 54:11
**statement** [2] - 44:25, 45:24
**STATES** [5] - 1:1, 1:3, 1:10, 1:18, 2:4
**States** [30] - 43:6, 43:7, 43:11, 44:4, 44:13, 50:24, 53:10, 53:11, 54:2, 54:23, 56:4, 56:6, 56:9, 56:24, 57:23, 58:19, 63:8, 63:18, 63:21, 64:5, 65:2, 65:21, 65:24, 66:2, 66:4, 66:18, 66:21, 67:1, 67:12, 80:13
**stating** [2] - 5:3, 51:10
**stay** [2] - 77:9
**stayed** [1] - 31:10
**stenographic** [1] - 80:7
**step** [1] - 46:9
**STEPTOE** [1] - 2:9
**Steven** [1] - 2:19
**still** [9] - 9:22, 10:7, 11:9, 11:10, 13:14, 14:23, 21:14, 33:6, 56:24
**stop** [17] - 5:18, 5:23, 6:2, 8:19, 16:15, 17:4, 17:5, 17:6, 17:7, 17:12, 17:13, 17:16, 17:24, 18:13, 18:15, 18:17, 18:24
**stop's** [1] - 17:14
**stopped** [19] - 7:3, 8:16, 8:20, 8:22, 16:3, 16:11, 16:15, 17:11, 17:15, 18:12, 18:19, 18:20, 18:22, 18:23, 20:19, 44:18, 44:19
**stories** [2] - 21:4, 21:10
**story** [2] - 59:20, 61:8
**straight** [6] - 37:9, 38:4, 38:5, 38:15, 38:18, 38:23
**Street** [3] - 2:5, 2:17, 2:20
**street** [1] - 28:24
**strike** [1] - 31:21
**stripe** [1] - 35:12
**stunned** [1] - 79:11
**subcontractor** [1] - 65:23
**submit** [1] - 56:19
**sudden** [2] - 67:2, 67:13
**suggest** [1] - 64:10
**suggests** [1] - 10:15
**suicide** [1] - 22:23
**Suite** [3] - 2:13, 2:17, 2:20
**Sullivan** [5] - 46:16, 46:20, 47:4, 48:6, 49:6, 53:13
**SULLIVAN** [1] - 46:19
**summary** [3] - 11:2, 43:14,

71:23
**supervised** [1] - 55:18
**support** [2] - 64:16, 74:12
**supporting** [3] - 64:25, 66:1, 76:8
**suppose** [1] - 77:13
**surgery** [4] - 13:15, 13:19, 14:12, 14:15
**sustained** [4] - 11:20, 19:1, 19:5, 39:1
**switch** [1] - 16:7
**Switching** [1] - 23:21
**sworn** [1] - 51:3

**T**

**table** [2] - 27:15, 44:1
**tactics** [1] - 72:5
**talks** [1] - 57:6
**targets** [1] - 10:19
**team** [1] - 76:16
**teams** [1] - 76:6
**tear** [1] - 61:25
**ten** [13] - 6:19, 6:20, 6:22, 7:9, 7:11, 22:8, 22:10, 22:19, 24:10, 24:18, 25:8, 55:17
**terms** [1] - 59:23
**territorial** [1] - 66:18
**testified** [9] - 5:13, 16:11, 20:23, 23:24, 29:8, 30:21, 43:20, 44:17, 51:4
**testify** [6] - 27:24, 28:19, 43:14, 43:17, 44:14, 57:19
**testifying** [2] - 58:1, 58:5
**testimony** [7] - 7:8, 8:21, 24:11, 43:10, 44:19, 57:22, 58:4
**THE** [55] - 1:1, 1:1, 1:10, 1:18, 4:2, 4:14, 4:16, 4:21, 12:2, 12:17, 13:4, 14:3, 15:8, 19:1, 19:5, 19:25, 23:10, 28:5, 32:4, 32:7, 32:9, 32:23, 33:25, 34:5, 36:18, 37:18, 37:24, 38:7, 38:9, 38:12, 38:17, 38:22, 38:25, 39:8, 39:14, 39:22, 41:18, 42:22, 44:11, 46:8, 46:18, 47:1, 50:13, 50:15, 50:23, 51:17, 53:1, 62:20, 63:24, 66:7, 69:25, 71:10, 78:9, 78:12, 79:16
**thereafter** [2] - 7:10, 72:20
**they've** [1] - 79:2
**They've** [1] - 79:6
**thinking** [6] - 52:13, 67:25, 68:2, 68:12, 68:18, 68:20
**third** [4] - 17:22, 22:14, 22:15, 57:15
**Thomas** [1] - 2:19

**thousand** [1] - 43:17
**three** [7] - 26:13, 26:14, 27:19, 38:16, 55:17, 78:22, 79:8
**throughout** [1] - 75:24
**tilt** [1] - 24:25
**tires** [1] - 10:21
**today** [4] - 4:4, 4:6, 21:24, 58:5
**tomorrow** [1] - 79:15
**tonight** [1] - 79:14
**took** [9] - 13:15, 13:19, 23:9, 23:14, 31:10, 32:12, 33:18, 36:7, 52:10
**top** [1] - 74:10
**totally** [2] - 60:16, 61:11
**touching** [1] - 5:21
**towards** [5] - 6:12, 7:6, 10:8, 25:18, 26:4
**traffic** [7] - 16:1, 17:2, 17:4, 18:10, 18:21, 66:13
**trained** [1] - 72:4
**Training** [1] - 70:24
**transcript** [2] - 80:7, 80:8
**TRANSCRIPT** [1] - 1:17
**transcripts** [1] - 78:22
**translate** [3] - 22:17, 29:22, 36:1
**translation** [2] - 12:14, 12:22
**traveling** [1] - 73:15
**treated** [1] - 4:3
**treating** [1] - 28:7
**TRIAL** [1] - 1:17
**trial** [3] - 58:5, 79:10, 79:12
**trials** [1] - 57:20
**triangular** [1] - 41:3
**trouble** [1] - 73:1
**truck** [2] - 23:7, 23:13
**true** [5] - 22:24, 22:25, 75:18, 80:6, 80:7
**trunk** [5] - 34:19, 34:22, 35:5, 36:15, 37:10
**trust** [2] - 61:1, 61:2
**truth** [8] - 23:1, 23:2, 23:3, 57:13, 61:5, 61:12, 61:21, 61:23
**truthful** [1] - 60:16
**truthfully** [2] - 57:19, 58:2
**truthfulness** [1] - 56:18
**trying** [1] - 7:17
**turn** [9] - 20:23, 23:23, 23:25, 24:2, 24:10, 24:17, 29:21, 40:18, 53:16
**turned** [11] - 6:9, 6:21, 7:1, 7:11, 9:4, 20:8, 22:6, 24:8, 25:4, 27:11, 30:25
**turning** [3] - 7:5, 27:2
**TV** [1] - 29:4
**two** [10] - 25:21, 34:21, 42:5,

42:11, 45:14, 54:22, 60:1, 69:5, 77:15, 77:23
**two-count** [1] - 54:22
**typically** [2] - 52:15, 72:8

**U**

**U.S** [6] - 1:23, 27:12, 27:14, 28:1, 71:17, 74:22
**U.S.C** [4] - 63:22, 65:21, 66:22, 67:3
**ultimately** [1] - 23:19
**under** [10] - 23:1, 32:19, 44:23, 50:18, 51:25, 53:18, 54:7, 54:8, 56:1, 57:11
**understandings** [2] - 58:13, 58:17
**understood** [2] - 16:20, 43:10
**undo** [1] - 24:15
**unfortunately** [1] - 24:5
**unit** [1] - 72:4
**Unit** [1] - 12:15
**UNITED** [5] - 1:1, 1:3, 1:10, 1:18, 2:4
**United** [31] - 43:6, 43:7, 43:11, 44:3, 44:13, 50:24, 53:10, 53:11, 54:2, 54:11, 54:23, 56:4, 56:6, 56:9, 56:24, 57:23, 58:19, 63:8, 63:18, 63:21, 64:5, 65:2, 65:21, 65:24, 66:2, 66:4, 66:18, 66:21, 67:1, 67:12, 80:13
**units** [1] - 72:6
**unknown** [2] - 13:9, 13:13, 13:23
**unlawfully** [2] - 67:1, 67:12
**unless** [3] - 58:17, 59:19, 59:20
**Up** [1] - 28:6
**up** [37] - 4:5, 5:11, 8:15, 9:5, 14:17, 16:5, 16:12, 16:20, 17:16, 18:11, 19:11, 19:12, 24:5, 24:23, 25:3, 28:18, 29:14, 31:25, 33:11, 34:9, 34:16, 34:24, 35:4, 35:24, 39:25, 41:5, 54:20, 56:10, 61:25, 62:12, 63:4, 63:17, 68:23, 69:21, 71:3, 75:2, 75:22
**upgraded** [3] - 73:10, 73:13, 73:15
**upholstery** [1] - 42:8
**upper** [1] - 13:22

**V**

**value** [1] - 31:5
**Vandermeulen** [1] - 70:14

**vehicle** [16] - 16:11, 16:15, 17:22, 20:7, 32:12, 32:25, 33:2, 33:5, 33:18, 36:6, 36:10, 38:14, 40:2, 42:16, 76:6
**vehicles** [1] - 8:18
**venue** [1] - 66:21
**versus** [1] - 63:8
**VICKI** [1] - 80:5
**Vicki** [1] - 1:22
**victim** [2] - 67:18, 68:9
**video** [1] - 33:18
**view** [1] - 24:16
**visiting** [2] - 32:10, 75:16
**voice** [3] - 51:9, 75:1, 75:22
**volume** [1] - 9:20
**voluntary** [4] - 54:25, 55:15, 66:23, 67:3
**volunteer** [2] - 69:10, 69:11
**vs** [2] - 1:5, 1:12

**W**

**Wahab** [1] - 67:14
**wait** [1] - 23:19
**waive** [1] - 54:21
**wall** [1] - 25:4
**wants** [1] - 64:11
**warm** [1] - 28:24
**Washington** [8] - 1:24, 2:6, 2:10, 2:14, 2:17, 2:21, 27:24, 80:14
**weapon** [1] - 72:11
**week** [4] - 77:14, 77:15, 77:22, 77:23
**weekly** [3] - 75:17, 75:21, 76:2
**weigh** [1] - 59:23
**welded** [1] - 31:19
**welding** [2] - 31:21, 35:12
**Wellbutrin** [1] - 52:4
**white** [1] - 20:4
**whole** [5] - 28:3, 33:9, 45:3, 54:14
**wholly** [1] - 61:8
**whoop** [2] - 24:14, 24:18
**whoops** [1] - 17:3
**wife** [4] - 60:1, 62:4, 68:7, 69:5
**William** [4] - 2:12, 46:16, 46:20, 53:13
**WILTSHIRE** [1] - 2:20
**window** [3] - 40:15, 40:16, 41:3
**windows** [2] - 40:6, 40:10
**windshield** [11] - 26:5, 26:24, 29:5, 33:11, 33:12, 35:15, 35:18, 35:20, 41:22, 41:24, 42:18
**withdrawn** [1] - 37:13

**Witness** [1] - 46:10
**witness** [12] - 4:14, 19:11,
  22:13, 25:1, 35:23, 46:16,
  50:13, 50:23, 62:12, 62:15,
  69:21, 78:23
**WITNESS** [1] - 32:9
**word** [1] - 78:21
**words** [4] - 13:12, 13:13,
  58:24, 60:19
**Worldwide** [2] - 65:23, 66:5
**wound** [5] - 11:18, 13:7,
  13:17, 13:21, 13:22
**wounded** [1] - 68:14
**wounds** [1] - 45:14
**writing** [3] - 12:12, 58:15,
  58:18

## X

**Xanax** [1] - 52:6

## Y

**yard** [1] - 74:5
**Yarmouk** [2] - 5:14, 6:13
**year** [5] - 66:16, 70:20, 72:5,
  73:16, 79:9
**years** [7] - 16:9, 43:5, 43:25,
  55:17, 55:22, 69:4
**yesterday** [8] - 5:5, 11:4,
  11:16, 11:21, 30:21, 33:19,
  34:14, 52:12
**York** [2] - 68:24, 70:15
**young** [2] - 14:19, 14:25
**youngest** [1] - 14:21
**yourself** [3] - 5:2, 15:20,
  51:10

## Z

**Zone** [1] - 16:19