IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

       Government,               CR No. 08-360

                              Washington, DC
    vs.                     July 31, 2014
                              10:10 a.m.
PAUL SLOUGH,
EVAN LIBERTY,
DUSTIN HEARD,                Day 31
       Defendants.
_____

UNITED STATES OF AMERICA,

       Government,               CR No. 14-107

                              Washington, DC
    vs.                     July 9, 2014
                              10:10 a.m.
NICHOLAS SLATTEN,
       Defendant.           Day 31
_____/


TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Anthony Asuncion, Esquire
                      John Crabb, Jr., Esquire
                      T. Patrick Martin, Esquire
                      Christopher R. Kavanaugh, Esq.
                      David Joseph Mudd, Esquire
                      U.S. ATTORNEY'S OFFICE
                      Criminal Division
                      555 Fourth Street, NW
                      Washington, DC 20530
                      (202) 252-7786
                      anthony.asuncion@usdoj.gov

For Defendant Slough:          Brian Matthew Heberlig, Esquire
                               Bruce Charles Bishop, Esquire
                               Linda C. Bailey, Esquire
                               Michael Jeremy Baratz, Esquire
                               Scott P. Armstrong, Esquire
                               STEPTOE & JOHNSON LLP
                               1330 Connecticut Avenue, NW
                               Washington, DC 20036
                               (202) 429-3000
                               Fax: (202) 429-3902
                               bheberlig@steptoe.com


For Defendant Liberty:         William F. Coffield, IV, Esquire
                               COFFIELD LAW GROUP, LLP
                               1330 Connecticut Avenue, NW
                               Suite 220
                               Washington, DC 20036
                               (202) 429-4799
                               WCoffield@coffieldlawgroup.com


For Defendant Heard:           David Schertler, Esquire
                               Janet Foster, Esquire
                               SCHERTLER & ONORATO LLP
                               575 7th Street, N.W.
                               Suite 300 South
                               Washington, DC 20004
                               (202) 628-4199
                               Fax: (202) 628-4177
                               dschertler@schertlerlaw.com


For Defendant Slatten:         Thomas Gerard Connolly, Esquire
                               Steven A. Fredley, Esquire
                               HARRIS, WILTSHIRE & GRANNIS, LLP
                               1200 18th Street, NW
                               Suite 1200
                               Washington, DC 20036
                               (202) 730-1339
                               Fax: (202) 730-1301
                               tconnolly@wiltshiregrannis.com

ALSO PRESENT:

For Jeremy Ridgeway:        William M. Sullivan, Esquire
                           PILLSBURY, WINTHROP, SHAW,
                             PITTMAN, LLP
                           2300 N Street, NW
                           Washington, DC  20037
                           202-663-8027


Court Reporter:            Lisa M. Foradori, RPR, FCRR
                           Official Court Reporter
                           U.S. Courthouse, Room 6706
                           333 Constitution Avenue, NW
                           Washington, DC  20001
                           (202) 354-3269


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

I N D E X

WITNESS                                                    PAGE

For the Government:

JEREMY RIDGEWAY (Resumed)

Direct Examination by Mr. Asuncion                          10

Cross-Examination by Mr. Heberlig                           63

1                     P R O C E E D I N G S

2            MR. ASUNCION:  May we approach, briefly?

3            THE COURT:  All right.  Go ahead and bring the jury

4    in in the meantime.

5    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

6            MR. ASUNCION:  Your Honor, obviously after our

7    dialogue yesterday we certainly took your concerns very, very

8    seriously.  In an exercise of an abundance of caution, we went

9    back and went through our files, and as well as consulted with

10   agents and other attorneys who were present at trial

11   preparation conferences with this witness just to ensure that

12   all *Brady*, *Giglio* and anything impacting on this witness's

13   credibility had already been turned over.

14            We've confirmed that nothing, that --

15            THE COURT:  Go ahead and bring the jury.

16            MR. ASUNCION:  -- nothing that fits in that

17   category had not been disclosed.  We went through a lot of

18   mental gymnastics to figure out whether something may arguably

19   be disclosed, and I think there are two things that fit in

20   that category.

21            First, although it's abundantly clear, in all of

22   the discovery that we provided to the defense, including Grand

23   Jury transcripts, that Mr. Ridgeway did not fire east -- in

24   the direction east of the circle.  Your Honor may recall that

25   Adam Frost testified that he believed that he fired at a

1    tanker truck east of the circle.

2            For the first time, this weekend, I believe, we

3    expressly asked him whether he fired at the tanker truck and

4    his response was no.  Again, for whatever that's worth, we

5    disclose that to the defense.

6            THE COURT:  Okay.

7            MR. ASUNCION:  And, second, with respect to the

8    issue of PTSD, and, one, the fact that he had it, and two, the

9    fact that he lied to Blackwater on his application about it.

10   And that is a fact that we presented to the Grand Jury.  And

11   that was Grand Jury dated May 9th of '13, and we disclosed it

12   to the defense, I believe, July 30th of '13.  It was cross --

13   it was the subject of cross-examination during the Kastigar

14   hearing in December of last year.

15           However, in an exercise of extra caution, I asked

16   Mr. Sullivan, that is, counsel for Mr. Ridgeway, to review any

17   materials he had obtained from Blackwater which may impact on

18   Ridgeway's credibility.  He reported to me that he found a

19   document, and I have it here, it's called a Blackwater

20   Security Consulting Medical Screening Form, that he thought

21   might be responsive.  We have checked our files on the trial

22   and the filter side, and as far as we can tell we have never

23   received it, despite the fact that we did service on

24   Blackwater.

25           In any event, there are three areas here -- it's a

1    questionnaire, and Mr. Ridgeway responds falsely with respect

2    to the mental health concerns.  He replies "no" and it should

3    have been "yes."  Seen or treated by a mental health

4    professional in the past three years, he replies "no," it

5    should have been "yes," according to his counsel.

6              And on the third page of this:  During the past

7    year have you sought counseling or care for your mental

8    health?  And the answer is "no" when it should have been

9    "yes."

10             THE COURT:  You may be seated.

11             MR. ASUNCION:  Mr. Sullivan proffered to me that he

12   believed, in any event, that all the defense lawyers have been

13   provided these materials because that's how he obtained these

14   materials.  I did meet with Mr. Heberlig this morning and

15   showed him the document.  And, Brian, you can correct me if

16   I'm wrong, but I believe that they had that in their

17   possession.  But I just want to make sure that, you know,

18   we've done our best to search for this document and make it

19   available to the defense.

20             THE COURT:  All right.

21             MR. HEBERLIG:  That's correct.  We did have that

22   document and didn't have the other information, but that was a

23   fair assumption from his Grand Jury and prior statements,

24   so...

25             THE COURT:  All right.

1          MR. CONNOLLY:  Mr. Frost and Mr. Murphy have

2   testified under oath that he observed Jeremy Ridgeway shoot

3   two people southwest of the circle.  Two people who were

4   unarmed and one of them has their arms up.

5          Has the Government inquired of Mr. Ridgeway whether

6   he shot those people or not?  Because that is material,

7   whether he says yes or no.

8          MR. MARTIN:  Your Honor, my understanding of his

9   testimony will be that he believes Mr. Heard shot one of those

10  individuals because Mr. Heard said after the fact, when he

11  referenced the man in the dishdasha, "I smoked that guy."  And

12  I don't believe he would say he shot the two individuals.  I

13  think he would say, "I was shooting in that area, I don't

14  remember any specific individuals."  But as to that dishdasha

15  man, he did not shoot him, and Mr. Heard, in an after-the-fact

16  admission, according to Mr. Ridgeway, said, "I smoked that

17  man."

18          MR. CONNOLLY:  So my question was, have they asked

19  Mr. Ridgeway -- the two people that Frost and Murphy had

20  Ridgeway shooting -- have they asked him whether he, in fact,

21  shot him?  Because if he says no, it's a material discrepancy

22  between Murphy and Frost's testimony, which we should know

23  about.  And if he says yes, it's a discrepancy of what he said

24  in the past.  But that's the kind of information we should

25  know before we have a cross-examination of Ridgeway about

1    whether -- what he's going to say about that.

2            MR. MARTIN:  And Mr. Asuncion can jump in here as

3    well, but what we asked Mr. Ridgeway, both in the Grand Jury

4    and subsequent to that, and even before that, is:  What did

5    you do and who specifically do you remember shooting?  And you

6    will hear from Mr. Ridgeway just already that he specifically

7    remembered shooting the woman in the car, the doctor.  He

8    specifically remembers shooting shots at somebody who was

9    hiding behind the white car -- shots at that person's feet.

10   And I think that was a man that you'll hear about today.

11           And you'll specifically hear about this dishdasha

12   man or the man dressed, running back and forth.  He does not

13   specifically recall shooting anybody else, or shooting at

14   anybody else.  He does -- he's very fulsome in the things he

15   shot at.  So, I think we covered a lot of that.

16           THE COURT:  All right.

17   SIDEBAR DISCUSSION CONCLUDED

18           THE COURT:  Good morning, ladies and gentlemen.

19           JURORS IN UNISON:  Good morning, Your Honor.

20           MR. MARTIN:  Your Honor, can I just move in a

21   couple exhibits here?

22           THE COURT:  Yes.

23           MR. MARTIN:  I think without objection the

24   Government is moving in Exhibit 498B, which was --

25           MR. COFFIELD:  No objection.

1          MR. MARTIN:  Thank you.  And 7995B.

2          MR. COFFIELD:  No objection.

3          THE COURT:  Received:

4          MR. MARTIN:  Thank you, Your Honor.

5          (Thereupon, Government's Exhibit No. 498B

6      and 7995B were received in evidence.)

7          THE COURT:  You may resume the stand.

8  Thereupon,

9                  JEREMY P. RIDGEWAY,

10  the witness, having been previously duly sworn, was examined

11  and testified as follows:

12          THE COURT:  All right, Mr. Asuncion, you may

13  proceed.

14          MR. ASUNCION:  Yes.  Thank you, Your Honor.

15              DIRECT EXAMINATION (Cont'd)

16  BY MR. ASUNCION:

17   Q.   Good morning, Mr. Ridgeway.

18   A.   Good morning, sir.

19   Q.   Could you please reintroduce yourself to the ladies and

20  gentlemen of the jury by stating your full name?

21   A.   Jeremy Peter Ridgeway.

22   Q.   Now, when we left off yesterday afternoon you were

23  describing hand movements inside of the white Kia.  Do you

24  remember that?

25   A.   Yes, sir, I do.

1    Q.    And you testified that you shot in that direction?

2    A.    Yes, sir, I did.

3    Q.    How long did it take from the time that you saw the

4    hand movement until you shot in that direction?

5    A.    It was rather instant, within a second.

6    Q.    What was going through your mind, if anything, during

7    that period?

8    A.    Sir, I just -- I saw the hand movements in the vehicle,

9    and I fired.

10   Q.    Did you believe those hand movements represented a

11   threat to you?

12   A.    Not in and off itself, no, sir, I did not.

13   Q.    So why did you fire?

14   A.    It was a lack of judgment, sir.

15   Q.    At about this time, do you perceive anyone else from

16   Raven 23 to be firing?

17   A.    Yes, sir, I did.

18   Q.    Who was it that you perceived to be firing at that

19   point?

20   A.    Dustin Heard, sir.

21   Q.    And how was it that you perceived him to be firing?

22   A.    Initially it was I -- I hear his weapon being fired.

23   Q.    And what do you do after you hear his weapon being

24   fired?

25   A.    I see his weapon being fired.

1          MR. ASUNCION:  Your Honor, at this time, without

2   objection, the Government moves into evidence Government's

3   Exhibit 3053.

4          THE COURT:  Received.

5          (Thereupon, Government's Exhibit No. 3053

6      was received in evidence.)

7          MR. ASUNCION:  If we could have it published to the

8   jury, please.

9   BY MR. ASUNCION:

10   Q.    Sir, do you recognize this type of vehicle?

11   A.    Yes, sir, I do.

12   Q.    What is it?

13   A.    It appears to be a South African, from what I know, a

14   South African Puma.

15   Q.    Is that the type of vehicle you were in on

16   September 16th of 2007?

17   A.    Yes, sir.

18   Q.    And are you able to, why don't you just orient the

19   jury, and again, you can point to things on the screen, where

20   were you?

21   A.    I was in the front turret, sir, right here

22   (indicating).

23   Q.    And about how far -- how tall would you be, how much of

24   your body would you be able to see, can you point that out on

25   this exhibit?

1    A.   I'm sorry, would you repeat the question, sir?  I'm not

2    quite sure.

3    Q.   Right, sure.  As you're -- I assume part of your body

4    is above this vehicle; is that right?

5    A.   That's correct, sir.

6    Q.   Okay.  Your torso, presumably?

7    A.   Yes, sir.

8    Q.   All right.  And so far, as a general matter, where

9    would your head be on this, if you were to draw a line?

10   A.   Sir, my waist would be about here where my body armor

11   would start.  My head would be, depending on how tall, if you

12   measure the distance there, up there.

13   Q.   All right.  So this would, just so we're all clear,

14   that's the front turret?

15   A.   Yes, sir.

16   Q.   Okay.  And do you see the rear turret?

17   A.   I do, sir.

18   Q.   Who was there on September 16, 2007?

19   A.   Dustin Heard, sir.

20   Q.   And just again, so we're all clear, if you can go

21   through that same exercise, just point out where the turret is

22   and a rough estimation of where his head would be?

23   A.   About the same, sir.  His waist would be, and sir, this

24   is just an estimate, waist would be approximately here, head

25   would be about here or so (indicating).

1    Q.    So I just want to make sure we understand, when you're

2  both in the turret, approximately how far away are you from

3  one another?

4    A.    Sir, I would estimate three feet.

5    Q.    And this part of the vehicle, what is that, if you

6  know?

7    A.    Appears -- I believe it's the air conditioning unit,

8  sir.

9    Q.    When you looked over to see Mr. Heard firing, did you

10  see in which direction he was firing?

11    A.    I did, sir.

12    Q.    Which direction was that?

13    A.    It appears to be south and with an easterly direction,

14  sir.

15    Q.    And we talked about that white Kia yesterday, would it

16  have been to the right or the left of the white Kia, if you

17  know?

18    A.    It would have been to the left of the Kia from my

19  vantage -- my view.

20    Q.    Did Mr. Heard saying anything that he was firing at

21  that you would hear?

22    A.    No, sir, he did not.

23    Q.    What did you do?

24    A.    After I observed him firing his 240, his M-240, I

25  transitioned from my M-4 to my M-240, and I began firing in

1   the same direction.

2   Q.   Why did you transition into the 240?

3   A.   I made that decision based, I saw him firing his 240,

4   and I did the same thing, sir.

5   Q.   As you were firing, were you able to positively

6   identify a target?

7   A.   No, sir, I was not.

8   MR. ASUNCION:  If we could have just a moment to

9   get this exhibit marked?

10   May I approach the witness?

11   THE COURT:  Yes.

12   BY MR. ASUNCION:

13   Q.   Now, Mr. Ridgeway, what I want you to do, do you

14   recognize this diagram, the rough schematic of the south of

15   the circle?

16   A.   Yes, sir, I do.

17   Q.   Okay.  And are you able to with that black marker draw

18   the approximate location of your vehicle at the time that you

19   were firing along with Mr. Heard?

20   A.   Yes, sir, an approximate.

21   Q.   Go ahead and do that?

22   A.   (Witness complies.)

23   Q.   Can you make a rectangle?

24   A.   Yes, sir.  (Witness complies.)

25   Q.   Now, are you able to see -- you testified that you're

1    able -- are you able to observe generally where Mr. Heard is

2    firing?

3      A.   Yes, sir, I was.

4      Q.   All right.  Could you take that red marker and draw the

5    approximate line of fire?

6      A.   (Witness complies.)

7      Q.   And just so we're clear, you've drawn --

8              MR. ASUNCION:  If we can switch over to the ELMO,

9    please.

10             MR. SCHERTLER:  Exhibit number, please?

11             MR. ASUNCION:  497K.  497K.

12             THE COURT:  Without objection, 497K is received.

13             (Thereupon, Government's Exhibit No. 497K

14        was received in evidence.)

15   BY MR. ASUNCION:

16     Q.   And just so we're clear.  That rectangle is your

17   vehicle, at least where you put it?

18     A.   Yes, sir.

19     Q.   And that red line is -- is that the line of fire both

20   you and Mr. Heard or just Mr. Heard?

21     A.   It would be both of us originally.  Again, I saw

22   Mr. Heard firing, it's not exact, but it's an approximate.

23     Q.   What is in front of this, what is it that is generally

24   located here as you're firing?

25     A.   It's a road, sir.

1    Q.    What else is on that road?

2    A.    The vehicles, sir.

3    Q.    Did you perceive any of those vehicles that were in the

4    line of fire to be a threat?

5    A.    No, sir, I did not.

6    Q.    Did you make any observations regarding the vehicles,

7    what they were doing as you were firing?

8    A.    The vehicles were -- yes, I did, sir.

9    Q.    Tell us about that?

10   A.    The vehicles were not moving.

11   Q.    How long did you fire in that direction?

12   A.    I would say about four or five seconds, sir.

13   Q.    Four or five seconds, so how many rounds would you have

14   fired in four or five seconds?

15   A.    Well, they were short bursts, about, I would say about

16   three bursts, three to four bursts, sir.

17   Q.    At the time that you were firing in that general

18   direction, were you thinking about who might be on the

19   receiving end of those bullets?

20   A.    I was not, sir, no.

21   Q.    Are you familiar with -- how would you describe the

22   destructive power of an M-240?

23   A.    Deadly, sir.

24   Q.    What happened next?

25   A.    At that point I hit the back window of -- or a window,

1   it could have been a windshield.  I thought it appeared to be

2   the back, but I'm not sure.  I broke the glass of that

3   vehicle, and I stopped firing.

4   Q.   I'm not sure I follow.  Why did you stop firing?

5   A.   Sir, I had hit a vehicle, the vehicle, it looked -- it

6   looked, it appeared to be the same type vehicles that -- the

7   Blackwater Suburbans we use.  And, I don't know, sir, there

8   was a connection there in my mind and I stopped firing.

9   Q.   Did you see the impacts on that vehicle?

10  A.   Other than the glass breaking, sir, no, I did not.

11  Q.   Did you see any of the impacts that your bullets were

12  firing before that?

13  A.   I had not.

14  Q.   After you stopped, is Mr. Heard still firing?

15  A.   Yes, sir.

16  Q.   Now, apart from Mr. Heard during this period, did you

17  perceive anyone else from Raven 23 to be firing?

18  A.   There was some fire coming from the convoy, but I

19  couldn't -- I couldn't tell at that point who from.

20  Q.   And when you say "coming from the convoy," how was it

21  that you know it was coming from the convoy?

22  A.   I can hear it, it's consistent with the types of

23  weapons that our convoy uses.

24  Q.   Now, was there a point that a pen flare during this

25  caught your attention?

19

1    A.    Yes, sir.

2    Q.    Tell us about that?

3    A.    A pen flare had -- it had been fired, and it -- it hit

4  the area within my turret and -- or at least appeared that

5  way, and I saw it, I smelled it, it was consistent with

6  everything that I know to be a pen flare.

7    Q.    Where did you see this pen flare?

8    A.    It was between Dustin Heard and I.

9          MR. ASUNCION:  So if we could go back to

10 Government's Exhibit Number 3053, please, on the laptop.

11 BY MR. ASUNCION:

12   Q.    And where was this pen flare that you saw?

13   A.    It was up here in the turret, it hit somewhere within

14 my -- a piece of metal, something it hit, or at least it

15 appeared that way.  It went nearby me, in my direction.

16   Q.    And then did you see where it went?

17   A.    I couldn't judge which way it went, no, sir, after

18 that.

19   Q.    Did you see its movement at all?

20   A.    I caught a glimpse of it, yes, sir.

21   Q.    And describe the movement?

22   A.    It was just a red flash, sir.

23          MR. SCHERTLER:  I'm sorry, I didn't hear it.

24          THE WITNESS:  It was a red flash, sir.

25          MR. SCHERTLER:  Red flash?

1              THE WITNESS:  Yes, sir.

2    BY MR. ASUNCION:

3      Q.   After you saw that red flash, did you see anything else

4    of that pen flare?

5      A.   Pardon me.

6      Q.   After you saw the red flash, did you see anything else

7    of that pen flare?

8      A.   No, sir.

9      Q.   Did Mr. Heard react at all when you reacted?

10     A.   I don't recall, sir.

11            MR. ASUNCION:  Your Honor, we're moving in without

12   objection Government's Exhibit 497B.

13            THE COURT:  Received.

14            (Thereupon, Government's Exhibit No. 497B

15       was received in evidence.)

16   BY MR. ASUNCION:

17     Q.   Now, Mr. Ridgeway, do you recognize this picture?

18     A.   Yes, sir.

19     Q.   Okay.  First of all, starting with this person, do you

20   know who that is?

21     A.   I'm sorry, I forget his name, sir, country music star.

22     Q.   All right.  Where was this picture taken?

23            MR. SCHERTLER:  We'll stipulate it's Toby Keith.

24            THE WITNESS:  Toby Keith.

25

BY MR. ASUNCION:

Q.   Where was this picture taken, Mr. Ridgeway, if you know?

A.   It was at the -- it was in Baghdad at one of the palaces, I forgot the name of the palace, sir.

Q.   Okay.  Is this -- so is this part of man camp or not?

A.   No, sir.

Q.   All right.  And do you know approximately when this picture was taken?

A.   Prior to September 16th, sir.

Q.   And what I'd like to do is just go through the exercise of going through each individual, and if you recognize that person, just let us know who that person is?

A.   Okay, sir.

Q.   You can just go ahead and point and go through the list.

A.   This gentleman, I don't know his name.

Q.   Okay.

A.   This gentleman is Nick Poulus.  This gentleman is Matt Murphy.  I believe -- excuse me, this may be Doc, I'm sorry, I'm having a hard time remembering his name, our doc, our medic on our team.

Q.   Part of Raven 23?

A.   Yes, sir.  This gentleman, I don't know his name.  This gentleman, I do not know his name.  This gentleman is Don, and

1    I forget his last name.  This gentleman, I do not know his

2    name.  This gentleman, I do not know him.

3          This is Dustin Heard.  Mark Mealy.  I do not know this

4    gentleman.  This is Robert Stebbings.

5    Q.    Now, as far as Dustin Heard goes, do you see his pocket

6    over there?

7    A.    Yes, sir.

8    Q.    Okay.  And do you know what's contained in that pocket?

9    A.    In this pouch, sir?

10   Q.    Are you able to see any pen flare cartridges?

11   A.    Yes, sir.

12   Q.    Where are they?

13   A.    The silver, the two silver cartridges appear to be pen

14   flare cartridges, sir.

15   Q.    Do you know how Mr. Heard typically carried his pen

16   flares?

17   A.    Typically the way I remember it, sir, he carried it

18   on -- it was a type of retractable -- almost like an ID card

19   holder, from the way I recall.  And this is how he carried it

20   on his equipment.

21   Q.    And was that the -- is that where you carried your pen

22   flares?

23   A.    I'm not sure, sir, I don't recall.

24   Q.    Now, was there a point that a tow out was involved,

25   setting up a tow out?

1    A.    Yes, there was.

2    Q.    Tell us about that?

3    A.    I look over to my right and I observe one of the

4    vehicles, the rear door of one of those vehicles opening, and

5    they're attempting to hook up the command vehicle to the -- to

6    that vehicle with a tow strap.

7    Q.    And tell us what you observed when that happened?

8    A.    I observed one of the fire team members in the back of

9    that vehicle exit the vehicle, and from the way I recall, they

10   were setting up a tow.

11   Q.    How long did that take, more or less?

12   A.    I'd say under a minute, sir, that's the way it appeared

13   to me, it was quick.

14   Q.    When they were setting up the tow, where was your

15   focus, what were you looking at?

16   A.    I was looking both -- pretty much from the southeast to

17   the southwest.

18   Q.    Did you see any threats when you were looking in that

19   area?

20   A.    No, sir, I did not.

21   Q.    Did you see any muzzle flashes?

22   A.    No, sir.

23   Q.    What's the next thing that happened?

24   A.    Vehicles begin the tow out.  We head out of the traffic

25   circle.

1    Q.   Now, as you were leaving the traffic circle, south of

2    the circle, did you see any armed Iraqi police?

3    A.   At that point, I did not.

4    Q.   At one point, as you're exiting the south and heading

5    north, did you see anyone you believed was an armed Iraqi

6    police person?

7    A.   At one point I did, we were north of the circle.

8    Q.   All right.  Well, tell us about that.  What is it that

9    you observed?

10   A.   I observed an armed Iraqi police officer with a machine

11   gun over his shoulder.

12   Q.   Where was he heading, if you can tell?

13   A.   We were north of the traffic circle, he was heading

14   south to the traffic circle.

15   Q.   And that belt, the belt fed machine gun, how was he

16   carrying it?

17   A.   He was carrying it over his shoulder, sir.

18   Q.   Which way was he headed?

19   A.   He was heading south, sir.

20   Q.   Did you ever see that person point his weapon at you?

21   A.   No, sir, he did not.

22   Q.   Did you ever see that person point his weapon at

23   anyone?

24   A.   No, sir, he did not.

25   Q.   What was your impression of what he was trying to do as

1  he was heading south of the circle?

2  A.   It appeared he was just -- I'm not sure, sir, he didn't

3  appear to be a threat at all to me, he was maybe going to

4  help, I'm not sure.

5  Q.   Well, did you tell Mr. Heard -- what did you tell

6  Mr. Heard, if anything, when you saw him?

7  A.   I don't remember what I verbally said to him.  I

8  believe I made a hand signal just to watch.

9          MR. SCHERTLER:  I didn't hear.

10          MR. CONNOLLY:  I didn't hear.

11          THE COURT:  Would you repeat that?

12          THE WITNESS:  Yes, sir.  I believe I made a hand

13  signal similar to "watch" (indicating).

14          MR. ASUNCION:  May I approach the Court briefly,

15  Your Honor?

16  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

17          MR. ASUNCION:  This is terribly embarrassing, and I

18  was up literally all night just making sure -- I was going

19  through a mountain of evidence and files that we have, but

20  apparently I only have -- my outline is back at the office.

21  I apologize for this, if I could have time -- actually, I

22  think I can print one downstairs.

23          THE COURT:  Okay.

24          MR. SCHERTLER:  It happens.

25  SIDEBAR DISCUSSION CONCLUDED

```
 1              THE COURT:  We're going to take a short recess.
 2    JURY ESCORTED OUT OF THE COURTROOM AT 10:40 A.M.
 3    BRIEF RECESS AT 10:40 A.M.
 4                         AFTER RECESS
 5              THE COURT:  You can bring in the jury.
 6              (Whereupon, Jeremy Ridgeway resumed the
 7         witness stand).
 8    JURY ESCORTED INTO THE COURTROOM AT 10:55 A.M.
 9              THE COURT:  All right, you may be seated.
10              All right.  Mr. Asuncion, you may proceed.
11                    DIRECT EXAMINATION (Cont'd)
12    BY MR. ASUNCION:
13     Q.   Before we get totally north of the circle,
14    Mr. Ridgeway, yesterday I believe you testified about
15    observing explosions or hearing explosions.  Do you remember
16    that?
17     A.   Yes, sir, I do.
18     Q.   All right.  So, can you tell us about that.  What is it
19    that you actually observed?
20     A.   I observed explosions consistent to be from M-203
21    explosions, detonations.
22     Q.   Okay.  Well, let me step back, then, and understand
23    where in the sequence of events this occurs.
24     A.   It would have been, sir, it would have been after --
25    after I saw -- right prior to firing at the white Kia at
```

1    Dr. Al-Khazali after I fired.  I observed approximately three

2    explosions in short –– within a few seconds of each other.

3      Q.   And is this –– do you observe –– why do you say –– when

4    you say you observe it, what is it, do you see it, do you hear

5    it or both?

6      A.   I see it and hear it.

7      Q.   Okay.  And are you able to tell from which direction

8    it's coming?

9      A.   I see the explosions, no, I'm not able to tell which

10   direction it's coming from.

11     Q.   Well, can you tell whether it's coming from the convoy

12   or at the convoy?

13     A.   I believe it was coming from the convoy, sir.

14     Q.   So, just –– I just want to be sure.  So you talked

15   about the hand.

16     A.   Yes, sir.

17     Q.   And is it after that or during that you observed these

18   explosions?

19     A.   It was both, just prior to and after as well, sir.

20     Q.   After you heard those explosions, did you get to see

21   the white Kia?

22     A.   Yes, sir, I did see the white Kia.

23     Q.   And how did the white Kia appear to you?

24     A.   The white Kia was engulfed in flames, sir.

25               MR. ASUNCION:  And if we could publish to the jury

1    what's already in evidence Government's Exhibit 4518.

2    BY MR. ASUNCION:

3      Q.    And, sir, do you recognize that vehicle?

4      A.    Yes, sir, I do.

5      Q.    And what does it appear to be?

6      A.    It appears to be on fire, sir.

7      Q.    Does that -- do you believe that you've seen that car

8    before?

9      A.    That is consistent with the white Kia, sir.

10     Q.    So, just so we understand the sequence, after these

11   explosions, what is it that happens, what's the next thing

12   that you remember happening?

13     A.    After these explosions?  Oh, it's all right around the

14   time that I see Dustin Heard firing and then I begin firing

15   myself.  So it's all within that same time.

16     Q.    And what is it that happens after you stop firing?

17     A.    The tow out -- well, shortly after that, there's the

18   tow out, sir.  We brought up the pen flare already, and then

19   the tow out, sir.

20     Q.    So your observations regarding the pen flare happens

21   before or after the tow out?

22     A.    Before, sir.

23     Q.    And after the tow out, what is the route that the

24   convoy takes?

25     A.    We proceed east through the traffic circle and then

1    north into the counterflow lane, that's the southbound lane.

2            MR. ASUNCION:  And if we could pull up Government's

3    Exhibit 323, please.

4    BY MR. ASUNCION:

5     Q.   So why don't you just again, just using your finger,

6    sort of map out the route and tell us what's going on as

7    you're going north of the circle?

8     A.   Yes, sir.  As we were doing the tow out with the

9    vehicles, we head in this direction (indicating), that's how I

10   remember it.  There was some type of obstruction, I believe it

11   was a concrete barrier of some sort, and I do recall some

12   concertina wire in -- it was either next to the concrete

13   barrier, but did not completely obstruct us from exiting out

14   in a northerly direction into the counterflow lane, which

15   means the southbound.  We were counterflow, they were going

16   southbound, we were heading northbound.

17    Q.   And when you hit the northbound lane, tell us what you

18   observed, what happens?

19    A.   When we arrived -- well, when we were in counterflow,

20   that's when I saw the Iraqi police officer with the machine

21   gun over his shoulder.

22    Q.   So could you just put an X or just a mark where you

23   believe you were when you made that observation?

24    A.   I believe it was in the -- approximately in that area,

25   sir.

1    Q.   All right.  And are you able to map out the direction
2    that you saw this person going?
3    A.   I can give you a general direction in which way I saw
4    him traveling.
5    Q.   Sure.
6    A.   He was heading in that direction, sir.
7    Q.   How close is -- did he get to your vehicle?
8    A.   Sir, maybe approximately 10 feet or so.
9    Q.   Did you interact with that individual at all?
10   A.   No, sir.
11   Q.   And just so we're all clear, are you in convoy
12   formation or is there some space -- well, first of all, are
13   you in convoy formation at that point?
14   A.   I believe so, sir.
15   Q.   How far --
16   A.   I'm not really sure what you mean by convoy.  A typical
17   convoy?
18   Q.   Well, are you in the same order that you were when you
19   arrived, one, two, three and four vehicles?
20   A.   I believe, I'm not quite clear on the two -- which
21   vehicle was towing the command, I'm not quite sure on that,
22   but I was the rear vehicle, and the command was in front of
23   me.
24   Q.   When you get to -- after your observations regarding
25   that Iraqi police officer, what is traffic like north of the

1    circle?

2       A.   It's very congested.

3       Q.   When you say "very congested," what do you mean?  How

4    quickly are you moving?

5       A.   We're, for the most part, we're at a standstill, sir.

6       Q.   And just take us step-by-step, what happens next?

7       A.   We are attempting to -- after I see that the Iraqi

8    police officer walking or he had started to run, we were

9    trying to get traffic -- we were basically on the curb or

10   right next to the curb, there was vehicles parked, but we were

11   on the curb side of that road.  I guess you'd say the east,

12   east side of that road.  We were just trying to get vehicles

13   to -- to keep going south so we can find a way to eventually

14   cross over into the -- the proper northbound lane.

15      Q.   So how long would you estimate that you were at a

16   standstill?

17      A.   I'd say maybe a minute or so, sir, I'm not -- it was a

18   long time ago, this just seemed -- at the time it didn't seem

19   all that long, but it could have been long.

20      Q.   All right.  So was there a point that traffic started

21   to move again?

22      A.   A little bit, yes, sir.  It was -- we -- once we get

23   the cars, some would move, some wouldn't.  They did the best

24   they could.

25      Q.   How is it that you got cars to move?

1    A.    We were just waving them, trying to wave them past us.

2    Q.    Tell us what happens next?

3    A.    When we were at a standstill, a vehicle had hit my --

4    or my vehicle, we made contact of some sort of the vehicle

5    that was directly adjacent to me that was against the curb.

6    And I was facing the west side of the road trying to get

7    traffic to go past us.  I feel the contact, and I turn in my

8    turret over, I see the vehicle touching our vehicle, and I

9    fire several rounds into the -- into the hood of -- the roof

10   of that vehicle, sir.

11   Q.    So just so we have our bearings.  You're heading in

12   that general direction?

13   A.    Yes, sir.

14   Q.    All right.  And this vehicle that you've described, is

15   it on your left or your right?

16   A.    It is on my left side, sir.

17   Q.    And do you recall what it looked like, what color it

18   was?

19   A.    It was a white vehicle sir.

20   Q.    And how was it that you fired, can you just demonstrate

21   for us?  You're in your turret?

22   A.    Yes, sir.

23   Q.    Are you able to demonstrate for us how it was that you

24   were able to fire at this vehicle?

25   A.    Yes, sir I could.

1  Q.   Can you, with the permission of the Court, can you do

2  that?

3  A.   Yes.  Should I stand, sir?

4          MR. ASUNCION:  Please.

5          THE WITNESS:  I'm standing, I'm facing this way.

6  I feel the impact and I turn.  I see the vehicle next to me.

7  I lean over and I fire, I believe about three to four rounds,

8  sir (indicating).

9  BY MR. ASUNCION:

10  Q.   So the distance between -- first of all, the distance

11  between your vehicle and that vehicle was approximately what?

12  A.   They were connecting, they were touching, sir.

13  Q.   And the distance between your weapon and the roof of

14  that vehicle was approximately what?

15  A.   Maybe two feet, three feet, sir, I'm not sure.

16  Q.   Did you hit the car?

17  A.   Yes, sir, I did.

18  Q.   What part do you believe you hit?

19  A.   The roof, the roof, sir.

20  Q.   Just so we're all clear, which weapon did you use?

21  A.   I used my M-4, sir.

22  Q.   And before you fired, did you see any of the occupants

23  of the vehicle?

24  A.   No, sir, I did not.

25  Q.   Was there anything about that vehicle that you felt

1    threatened by?

2        A.    No, sir.

3        Q.    From the point in which you felt your vehicles touch

4    until you fired, how much time are we talking about?

5        A.    Within just enough time for me to turn and fire, sir.

6        Q.    What were you thinking when you were turning and

7    firing?

8        A.    Sir, I wasn't thinking much.  It was more of an

9    instinctive-type thing.  I just turned and I fired.

10       Q.    Do you regret firing?

11       A.    Yes, sir, I do.

12       Q.    And why is that?

13       A.    I based that decision solely on our vehicles

14   connecting, you know, it was a congested street, those things

15   are going to happen.  So, I should have taken that into

16   account and I did not.

17       Q.    Did you see what happened to anyone inside of the car?

18       A.    At that point, I did not.

19       Q.    Did you continue to observe the car after you shot into

20   it?

21       A.    Yes, sir, I did.

22       Q.    Tell us about your observations, what happened next?

23       A.    The occupant of the vehicle, who I know now to be

24   Mr. Wahab (phonetic), exited the vehicle, and he put his arms

25   on top of the vehicle.  It appeared to be a -- had a cell

1   phone with him or it looked like a cell phone.

2   Q.   What did you do?

3   A.   I believe I fired approximately three rounds at him.

4   Q.   Why?

5   A.   Again, sir, it was not a good justification for it.  It

6   was more instinctive, I just -- I fired, sir, and I shouldn't

7   have.

8   Q.   Did he make any moves that you perceived to be a

9   threat?

10   A.   No, sir.

11   Q.   Could you tell whether you hit him?

12   A.   I did not hit him, sir.

13   Q.   Why do you say that?

14   A.   I would have seen the impact, I was looking right at

15   him.

16   Q.   Do you -- did you see where your rounds impacted?

17   A.   I saw -- I knew the direction that my weapon was

18   oriented to, so it -- while I did not see them impact, I know

19   where they hit, they landed.

20   Q.   Now, when you were firing at him, was he -- where was

21   he in relation to where you were?  In other words, left, right

22   or in front of you?

23   A.   He was to the -- well, he was face -- we were facing

24   each other, sir.

25   Q.   Could you tell what was behind him when you fired?

1    A.    Yes, sir.

2    Q.    What was that?

3    A.    It was the sidewalk, sir, and it was either a building

4  or a type of barrier or something, sidewalk, sir.

5    Q.    Did you see any individuals behind him?

6    A.    There was an Iraqi policeman standing right next to him

7  to his -- as he was facing me, to his right.

8    Q.    Did you strike him, if you know?

9    A.    No, I wasn't even -- no.

10   Q.    Did you observe any vehicles behind them?

11   A.    There were not any vehicles.

12   Q.    What's the next thing that you remember happening?

13   A.    Sir, I hear automatic gunfire from our convoy, I look

14  over and I observe Mr. Slough firing in what appeared to be

15  the westerly direction.

16   Q.    How far ahead was Mr. Slough from you?

17   A.    Sir, he was a vehicle's length, I suppose.

18   Q.    Was there anything obstructing your view of him?

19   A.    At that time, not that I know of.  I could -- oh, from

20  me to him, no, no, sir, I could clearly see him.

21   Q.    Could you see where he was firing?

22   A.    Yes, sir.

23   Q.    What did you observe?

24   A.    Well, I didn't see -- it was kind of a hard question.

25  I didn't see anything there, there was nothing there.

1    Q.   And when you say "nothing there," did you see anything

2    around where he was firing?

3    A.   A building, sir, yes, sir.  This was a mosque.

4    Q.   Could you describe the direction in relation to you,

5    was Mr. Slough facing to his left, to his right, how would you

6    describe that?

7    A.   Well, the vehicle is facing northbound so he was turned

8    facing to the left side of that vehicle, which would have been

9    somewhat westerly direction.

10   Q.   Okay.  So if you were or Mr. Slough, when were you

11   heading in a northerly direction, are you going to be able to

12   demonstrate for us how you observed him shooting?

13   A.   Yes, sir.

14   Q.   Okay.  Can you do that?

15        THE COURT:  (Nodded affirmatively.)

16        THE WITNESS:  Maybe -- could you rephrase the

17   question?  I'm a little --

18        MR. ASUNCION:  Sure.

19        THE WITNESS:  -- how I saw how he was firing?

20   BY MR. ASUNCION:

21   Q.   Yeah, I mean, you did your demonstration about how you

22   shot, and now are you able to, if you can, are you able to do

23   a demonstration about your observations about how he was

24   holding his weapon and the direction he was firing?

25   A.   Yes, sir, I could.  (Demonstrating.)  He was firing with

1   his weapon in the westerly direction.

2       Q.   Could you tell whether it was automatic or

3   semiautomatic fire?

4       A.   I believe it was fully automatic, sir.

5       Q.   So just so we're all clear, you've described at various

6   points how you saw Dustin Heard fire; is that right?

7       A.   Yes, sir.

8       Q.   And you've described at various points how you observed

9   Mr. Slough fire?

10      A.   Yes, sir.

11      Q.   In terms of the volume of overall fire that you

12  witnessed that day, would you say Mr. Slough fired more or

13  less than you did?

14      A.   I would say more.

15      Q.   And in relation to you and Mr. Heard, who would you say

16  fired more that day?

17      A.   I'd say more, sir.

18      Q.   I'm sorry?

19      A.   I would say more.

20      Q.   Who fired more?

21      A.   Mr. Heard, sir.

22      Q.   Than you and Slough or just you or can you tell?

23      A.   I would just say both of us, sir, yes.

24      Q.   That, just so we're clear, that Heard fired more than

25  you and Mr. Slough?

1    A.    That's correct, sir.

2    Q.    Based on your vantage point and observations, did you

3  see Mr. Slatten fire that day?

4    A.    No, sir, I did not.

5    Q.    Based on your vantage point and observations, did you

6  see Mr. Liberty fire that day?

7    A.    No, sir, I did not.

8    Q.    Based on your vantage point and observations, did you

9  see Mr. Jimmy Watson fire that day?

10   A.    No, sir, I did not.

11   Q.    And based on your vantage point and observations, did

12 you see Mr. Ball fire?

13   A.    No, sir, I did not.

14   Q.    And incidentally, Dean Wagler, was he in your vehicle?

15   A.    Yes, sir, he was.

16   Q.    Do you know whether he fired, based on your

17 observations, his weapon that day?

18   A.    I don't have any knowledge to that, sir.

19   Q.    Did you observe any helicopters around Nisur Square at

20 any point during the time you just described for us?

21   A.    Yes, sir, I did.

22   Q.    And what kind of helicopters were they, do you know who

23 they were associated with?

24   A.    They were Blackwater Little Birds, sir.

25   Q.    How many, if you remember?

1    A.    I recall seeing two, sir.

2    Q.    At what point in the sequence of events do you recall

3    seeing these helicopters?

4    A.    It was while we in the traffic circle.  At what point,

5    I'm not quite sure.

6    Q.    So you're not sure whether you were south, west or

7    north or all of the above?  In terms of when you observed the

8    helicopter.

9    A.    It was while we were in the actual traffic circle, sir.

10   Q.    Okay.  At any point on September 16th of 2007, did you

11   see anyone pointing, that is, an Iraqi pointing a gun at you?

12   A.    I did not, sir.

13   Q.    At any point on September 16th of 2007, did you witness

14   any incoming fire, that is, fire coming at the convoy?

15   A.    No, sir, I did not.

16   Q.    At any point on September 16th of 2007, did you hear

17   anything that sounded to you like AK-47 fire?

18   A.    No, sir, I did not.

19   Q.    At any point on that day while you were in the circle,

20   did you see anyone running in the direction of the convoy,

21   running at the convoy?

22   A.    No, sir I did not.

23         Sir, would you rephrase that question?  I'm --

24   directly, are you asking directly at our convoy?

25   Q.    Right.  Well, let me phrase it this way.  After the

1   gunfire started, what did you see people doing?

2       A.   They were running either away or in different

3   directions, but not towards the convoy.

4       Q.   How long did it take for you to get back to the Green

5   Zone, to camp?

6       A.   Once we cleared the counterflow into the regular flow,

7   I would estimate under 15 minutes, sir.

8       Q.   Once you got back to the camp, did you see your other

9   teammates getting out of their trucks?

10      A.   Yes, sir, I did.

11      Q.   Did you at one point have an opportunity to speak to

12  Mr. Heard?

13      A.   Yes, sir, I did.

14      Q.   Tell us about that?

15      A.   The conversation was -- I had asked him if he had seen

16  the guy, as I referred to him as a man dress, it was the

17  gentleman I was referring to in the dishdasha.  Mr. Heard

18  said, "Yeah, I smoked that guy."

19      Q.   What did you understand that to mean?

20      A.   That he killed him.

21      Q.   Did you say anything in response to that?

22      A.   I don't recall, I may have, I'm not sure.

23      Q.   Did he say whether this man was armed?

24      A.   He did not.

25      Q.   What was his tone when he said that to you?

1   A.   I would say matter of fact.  Just no particular tone

2   that I recall.

3   Q.   Was there a time that you had a conversation with him

4   regarding his sleeve?

5   A.   Yes, sir.

6   Q.   When did that occur?

7   A.   It was in -- in the Patriot's parking lot as well.

8   Q.   During the same conversation or was there a

9   separation --

10   A.   It was the same conversation, yes, sir.

11   Q.   Tell us about that.

12   A.   He just showed me his sleeve and said, I don't remember

13   his exact words, but he referred to -- to the effect that it

14   was a tracer that caused a burn in his sleeve.

15   Q.   And had you seen a tracer around that day?

16   A.   No, sir, I had not.

17   Q.   Did you know what he might have been referring to?

18   A.   I believed it to be the pen flare, the pen flare, sir.

19   Q.   Why did you believe it to be the pen flare?

20   A.   Because at one point I saw -- from what I had known of

21   a pen flare to go off, it sounded like a pen flare, it smelled

22   like a pen flare, it visually was consistent with a pen flare.

23   Q.   Could you tell whether Mr. -- first of all, what part

24   of his sleeve did he -- did he refer you to a particular piece

25   of his clothing?

```
 1     A.    Yes, sir, he did.

 2     Q.    And what was that?

 3     A.    It was the right part of his right arm sleeve.

 4     Q.    Tell us your observations about that sleeve?

 5     A.    It had a burn hole in it, sir.  The way I recall, it

 6   was -- it was going down, sir.

 7     Q.    Could you tell whether he was wounded in any way?

 8     A.    I don't recall.

 9     Q.    Did you see Mr. Heard in the days after, the days and

10   weeks after this incident?

11     A.    Yes, sir, I did.

12     Q.    How would you describe his demeanor?

13     A.    Rather nervous.

14     Q.    Anything else about his demeanor that you remember, how

15   he was acting?

16     A.    Just very, very nervous, sir.

17     Q.    Now, did you also see at the Patriot's parking lot

18   after arriving back from Nisur Square Mr. Liberty?

19     A.    Yes, sir, I did.

20     Q.    What was his demeanor like once you saw him at

21   Patriot's parking lot?

22     A.    He was a bit excited, energetic, I guess would be the

23   word.

24     Q.    Did you get to speak to him about what he had done in

25   the circle?
```

1    A.    Yes, sir, I did.

2    Q.    Tell us about that conversation?

3    A.    We were walking from -- we were leaving -- we were

4  already out of Patriot's parking lot, we were heading back to

5  our rooms, and at one point we stopped near the mess hall

6  where we eat, and Evan Liberty told me that he did another

7  Gray 55, and he went on to explain he had his weapon on his

8  lap, his M-4 on his lap, out the porthole, on full auto, in

9  the traffic circle.

10   Q.    And just so we're clear, you didn't actually personally

11 observe him firing the gun; right?

12   A.    No, sir, I did not.

13   Q.    Okay.  Who else was present during this conversation,

14 if you remember?

15   A.    I believe Mr. Slatten and Mr. Heard were there.  There

16 may have been others, I don't recall.

17   Q.    What was your reaction when you heard Mr. Liberty

18 saying that?

19   A.    He was like, oh, you did another Gray 55.

20   Q.    Did he describe for you any enemy insurgents that he

21 had shot?

22   A.    He did not.

23   Q.    Did he at any time during that conversation mention to

24 you enemy insurgents?

25   A.    No, sir, he did not.

1    Q.    Did he at any time during that conversation mention

2    hearing or seeing AK-47 rounds?

3    A.    No, sir, he did not.

4    Q.    Within a few days after the incident, did you have a

5    conversation with Mr. Liberty regarding a YouTube video he had

6    received?

7    A.    Yes, sir, I did.

8    Q.    Tell the ladies and gentlemen of the jury what you

9    remember about that?

10   A.    We -- I was leaving the mess hall area, and we

11   were right near our living quarters, and he was walking the

12   opposite direction towards me.  I believe I may have been with

13   a friend of mine, Vance McGee, and I think Mr. Liberty may

14   have been with Justin Helig (phonetic), I'm not quite one

15   hundred percent sure, but he had said to me that his brother

16   had sent him a YouTube link, and in that link there was a

17   video of M-4 magazines on the ground with Liberty written on

18   them, and M-203 rounds on the ground.  They must have fallen

19   out the vehicle when he opened the door when Mr. Watson was

20   pumping M-203 rounds into the circle.

21   Q.    So let me just break that down.  What is the first

22   thing you remember him saying about this YouTube video?

23   A.    I'm sorry?

24   Q.    Okay.  How was it that this video, tell us how it first

25   came up, what is that you remember him saying?

1    A.   I don't remember how the conversation started.  I think

2    he was -- that was probably the start of the conversation, you

3    know, kind of like, oh, man, type thing.

4    Q.   And what did you respond, how did you respond to that?

5    A.   Well, he had said to me, how am I going to explain

6    this?  I told them I didn't fire.  I believe I told him you

7    could -- you could say that we all interchanged magazines.  It

8    could have been somebody else's mag with his name on it or I

9    believe I said you could just say it's for liberty as in

10   liberty and freedom, you know, not his.

11        MR. ASUNCION:  With the Court's brief indulgence.

12        (Pause.)

13        MR. COFFIELD:  Your Honor, can we approach briefly?

14        THE COURT:  All right.

15   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

16        MR. COFFIELD:  Your Honor, as the Court knows, I

17   previously raised an objection about this.  I think counsel

18   has elicited the testimony that they said they would elicit.

19   I think if we go any deeper into this we're going to really,

20   really get into some problems.  And I would ask that if the

21   Government is planning on going any further on this discussion

22   that we understand where they're going on it before we proceed

23   in front of the jury.

24        MR. ASUNCION:  My understanding is I would have

25   some latitude to at least ask the question:  By them, who did

1  you believe he was referring to?

2          MR. COFFIELD:  And that's DOS, and that runs into a

3  huge problem.

4          THE COURT:  Sustained.

5          MR. COFFIELD:  Thank you.

6  SIDEBAR DISCUSSION CONCLUDED

7          MR. ASUNCION:  I'm sorry, Your Honor, I'm going to

8  need guidance on this.  Can I approach?

9          THE COURT:  All right.

10  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

11          MR. ASUNCION:  I think without referring to the

12  fact that they're DS agents, I think the fact that Ridgeway is

13  going to say -- he's providing him with viable false

14  exculpatory statements is something I should be allowed to get

15  into before this jury.

16          THE COURT:  You just did.

17          MR. COFFIELD:  Absolutely.

18          THE COURT:  What is it additional you want to ask

19  him?

20          MR. ASUNCION:  Well, I don't know if it's that

21  crystal clear that what he's doing is providing excuses for

22  him to provide to this other --

23          THE COURT:  Everybody heard that.

24          MR. ASUNCION:  Very well.

25  SIDEBAR DISCUSSION CONCLUDED

1   BY MR. ASUNCION:

2    Q.   Now, sir, going back to Patriot's parking lot right

3   after you got back, did you have any interactions with

4   Mr. Slatten?

5              MR. CONNOLLY:  I'm sorry, I just cannot hear.

6              THE COURT:  He said if there was any interaction

7   with Mr. Slatten when they came back.

8              MR. CONNOLLY:  Okay.

9              THE WITNESS:  In Patriot's parking lot?

10  BY MR. ASUNCION:

11   Q.   Well, how about after the shooting, when you're back at

12  man camp, at any point did you have some interactions with

13  Mr. Slatten?

14   A.   There was, yes, sir.

15   Q.   Tell us about that?

16   A.   We were -- it was after the conversation with

17  Mr. Liberty, and I had a conversation with Mr. Slatten.

18   Q.   And just so we're clear, you mean the YouTube

19  conversation or the other conversation relating to Mr. Liberty

20  in terms of timing?

21   A.   It would have been the first conversation the day of

22  the incident, sir.

23   Q.   I got it, okay.  So tell us about that.  Where did you

24  see Mr. Slatten and what happened?

25   A.   We were walking together, our rooms are within a row or

1   two apart.  The -- the -- they were in rows.  The living

2   quarters, they were in rows, his living quarters were a row or

3   two behind mine.

4        Q.    Tell us about what you said and what you heard?

5        A.    Mr. -- I don't remember how we -- what prompted the

6   conversation, but Mr. Slatten had told me that he had shot

7   someone that was taking aim on the convoy.

8        Q.    Did he describe what happened to the man's body or

9   anything else that you remember?

10       A.    Yes, sir, he did.

11       Q.    Okay.  So to the best, I know it's been a long time

12  since then, but to the best of your recollection, what are

13  some of the other things you remember him saying during that

14  conversation?

15       A.    Sir, he said he had popped his grape and he slumped

16  forward.

17       Q.    How would you describe Mr. Slatten's demeanor when he

18  said that?

19       A.    It wasn't -- nothing that sticks out in my mind, it

20  wasn't excited or solemn about it, not one way or another.

21       Q.    Were there times after September 16th of 2007 that you

22  were playing poker with Mr. Slatten that the subject of the

23  shooting came up?

24       A.    Yes, sir.  I'm sorry, sir, could you repeat the

25  question?

1    Q.   Sure.  Are there times after the September 16th

2  incident that you played poker with Slatten and the subject of

3  what occurred in Nisur Square came up?

4    A.   I believe we were playing poker, I don't know if

5  Mr. Slatten was with -- playing poker at the time.  But it's

6  typically in the evenings we play poker, and we may have been,

7  yes, there was conversations.

8              MR. CONNOLLY:  Your Honor, may we approach?

9              THE COURT:  All right.

10  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

11             MR. CONNOLLY:  Your Honor, seven years in this

12  case, and all the discovery we received, we've had one

13  conversation in discovery where he says repeatedly exactly

14  what he just said right there.  Slatten said a guy, an armed

15  guy was shooting at him and he took him out.

16             Now apparently there's some other conversation that

17  he wants to get into that I have never been provided any

18  discovery on in any fashion.

19             MR. ASUNCION:  I believe this is from the filter

20  302, Your Honor.  What I intend to get into is that

21  Mr. Slatten said they needed to talk to Mealy, Murphy, Frost

22  and Krueger.  And that Slatten went to each of their rooms to

23  plead his case.

24             MR. CONNOLLY:  Does he know that Slatten went to

25  each room?  Was he with him?

 1              MR. ASUNCION:  I'm sorry?

 2              MR. CONNOLLY:  Was he with Slatten?

 3              THE COURT:  That Slatten said that?

 4              MR. ASUNCION:  Yes.

 5              MR. CONNOLLY:  Slatten said that he went to each

 6    room?

 7              MR. ASUNCION:  That's what I have, it's in the

 8    filter 302.

 9              MR. CONNOLLY:  All right.  We'll deal with it on

10    cross.

11              MR. ASUNCION:  May 7th, 2013, page 2.  I'll

12    doublecheck.

13              MR. CONNOLLY:  You're asking him:  Did Mr. Slatten

14    say anything else about what happened at Nisur Square?  This

15    is not about what happened at Nisur Square.

16              MR. ASUNCION:  That's fine.  I can lead him, if

17    that's the objection.

18              THE COURT:  All right.

19    SIDEBAR DISCUSSION CONCLUDED

20    BY MR. ASUNCION:

21      Q.   Mr. Ridgeway, was there a point that you were in a room

22    with Mark Mealy, Matthew Murphy -- actually, strike that.

23           Was there a point that you heard Mr. Slatten say to you

24    that -- and others, that they needed to talk to Mark Mealy,

25    Matthew Murphy, Adam Frost and Jeremy Krueger?

1    A.    Sir, he had said he was going to go -- he was going to
2    talk to them.
3    Q.    Okay.  So tell us about this conversation, where were
4    you or did he say it to you or did you just overhear this?
5    A.    No, there was a few of us that were there.  He had said
6    that he was going to go talk to them about the incident.  We
7    had come to know that they were upset about the incident, and
8    he had concerns.
9          He had told us that, well, we were talking, and I had
10   the attitude, I was like, you know, kind of screw them, and
11   the other guys didn't share that opinion.  They were, for
12   instance, Slatten said he wanted to go talk to them and more
13   or less to explain his side of the story.
14   Q.    Now, at that point how were you treating Mealy, Murphy
15   and Frost?
16   A.    How was I?
17   Q.    Yeah.
18   A.    I was not friendly towards them.
19   Q.    Why not?
20   A.    I was upset that they were going to pursue the
21   incident.
22   Q.    When you say "pursue the incident," what do you mean?
23   A.    Take it to a higher authority.
24   Q.    And I just want to make sure that we all understand
25   what you mean by taking it to the higher authority.

1     A.    To an authority that would be able to form a criminal

2     investigation or --

3     Q.    Now, let me take you back to, again, the time after the

4     shooting, back at man camp, soon thereafter, did you have a

5     conversation with Mr. Slough?

6     A.    Yes, sir, I did.

7     Q.    Where did that conversation occur?

8     A.    It was in the man camp.

9     Q.    At what point in time are we talking about?

10    A.    It would have been after the incident, within a few

11    days, it may have been the evening of or within a few days

12    after, sir.

13    Q.    And can you describe for us what you remember about

14    that conversation, what was said?

15    A.    Yes, sir.  Mr. Slough, he was somewhat remorseful, he

16    had said, I feel like this is my fault, and he apologized.

17    Q.    How would you describe his demeanor?

18    A.    He seemed upset.

19    Q.    Let's talk about Jimmy Watson.  And again, just so

20    we're clear, based on what you observed, did you or did you

21    not observe Mr. Watson firing on September 16 of 2007?

22    A.    No, sir, I did not.

23    Q.    The night of the incident, did you meet in Watson's

24    room?

25    A.    Yes, sir, I did.

1    Q.    Who do you recall being there?

2    A.    Of the defendants, I believe Mr. Slough, Mr. Heard, I'm

3    not sure if Mr. Slatten was there, and a few other members

4    of -- within the man camp, I'm not sure.

5    Q.    If you remember, what did Watson tell you?

6    A.    Watson had said that he had -- well, he had started off

7    with that we -- Mr. Mealy and Mr. Frost, Mr. Murphy and

8    Mr. Krueger had went to his room and said that they had

9    witnessed murder, they had witnessed atrocities, and were

10   visibly, extremely upset.

11   Q.    Did he tell you about any interactions he had had with

12   Nick Poulus?

13   A.    He had said that they took his -- his -- well, we knew

14   he took his weapon away, there was some conversation regarding

15   that, yes, sir.

16   Q.    And did you get a sense of how Watson reacted to that?

17   A.    It appeared that he was -- he may be in jeopardy of

18   losing his job, sir.

19   Q.    At the same meeting, did Watson tell you what it is he

20   had done on September 16th, 2007?

21   A.    Yes, sir, he did.

22   Q.    What is it that he said he did?

23   A.    He said that while he was sitting in the passenger seat

24   next to Mr. Liberty, Mr. Liberty had opened the door.  He had

25   leaned over Mr. Liberty and fired several or pumped several

1 M-203 rounds into south of the -- south.

2   Q.   Did Watson ever mentioning to you hearing any AK-47

3 rounds?

4   A.   No, sir, no, he did not.

5   Q.   Did Watson ever mention to you seeing any AK --

6          MR. CONNOLLY:  Objection to Watson's statements or

7 absence of statements, Your Honor.

8          THE COURT:  Sustained.

9 BY MR. ASUNCION:

10   Q.   What is it that Watson told you specifically?

11   A.   He had said that he pumped them two or three rounds.

12   Q.   Did he say anything relating to a story?

13          MR. CONNOLLY:  Objection, Your Honor.

14          THE COURT:  Overruled.

15          THE WITNESS:  I'm not -- a story?

16 BY MR. ASUNCION:

17   Q.   Well, did he suggest to you in any way that you should

18 be saying something?

19   A.   Oh, yes, sir.  He did say that because of the fact that

20 Mr. Mealy and Mr. Murphy and Mr. Frost and Mr. Krueger had

21 come in there and the interactions that he had in the head

22 shed, that we need to keep our stories straight.

23   Q.   And when you heard that, what did that mean to you?

24   A.   To me it meant I need to justify, you know, more so

25 justify my actions and keep it consistent.

1    Q.   Did you see the Bearcat after the incident?

2    A.   Yes, sir, I did.

3    Q.   And when was that?

4    A.   When we returned to Patriot's parking lot, sir.

5    Q.   Did you see some mark on the left side of that Bearcat?

6    A.   Yes, sir, I did.

7    Q.   After you heard Watson talking about having fired that

8  203, what, if anything, did you think as it related to the

9  Bearcat?

10    A.   I suspected that it would -- that it may have been

11  M-203 rounds that were detonating and possibly he had tossing

12  hand grenades, frags.

13           MR. ASUNCION:  Your Honor, shall I continue or --

14           THE COURT:  Yeah.

15           MR. ASUNCION:  Okay.

16  BY MR. ASUNCION:

17    Q.   Now, while still in Patriot's parking lot, was there a

18  time that Frost asked you what you were firing at?

19    A.   Yes, sir.

20    Q.   Who was present when you were asked that?

21    A.   There were several people present, exactly who, I'm not

22  sure.

23    Q.   Well, do you remember anyone, does anyone come to mind

24  who was there besides Frost?

25    A.   No, sir, I don't recall.

1    Q.   All right.  What is it that you remember Frost saying
2  to you?
3    A.   He was -- wanted to know what I was firing at, and then
4  specifically he saw me firing at the dishdasha, the man in the
5  dishdasha, at his feet or near his feet, wanted to know why.
6    Q.   What did you say?
7    A.   I said that he was crouching behind the vehicle, there
8  was a lot of fire, and he had no business being there.  I was
9  trying to get his attention to get him out of -- away from
10  the -- from that vehicle.
11    Q.   Did you say anything along the lines that you were
12  shooting at enemy combatants?
13    A.   I may have, I just don't recall.
14    Q.   But just so we're clear, did you lie to Adam Frost when
15  you talked to him about what you did?
16    A.   I may have, sir.
17    Q.   And what do you recall that lie to be?
18    A.   I don't recall, sir.  I was attempting to justify my
19  actions to him, but I don't recall exactly what he had asked
20  me, and I don't recall what I had told him.
21            MR. ASUNCION:  With the Court's indulgence.
22            (Pause.)
23  BY MR. ASUNCION:
24    Q.   Did you some time after the incident, I'm just talking
25  about you, make a statement to a Department of State agent?

1    A.    Yes, sir, I did.

2    Q.    And do you recall approximately how many times you made

3    statements to such an agent?

4    A.    Regarding the Department of State, sir?

5    Q.    Yes.  About this incident?

6    A.    More than once, sir.

7    Q.    And were these oral statements or written statements or

8    both?

9    A.    I believe both.

10   Q.    Were you truthful with these agents when you described

11   your actions at Nisur Square?

12   A.    Not completely, no, sir, I was not.

13   Q.    When you say "not completely" what is it that you lied

14   about, if you remember?

15   A.    I lied about receiving incoming fire and observing

16   threats.

17   Q.    You did that why?

18   A.    I did that to justify my actions and the actions of my

19   team members.

20   Q.    Was there a point that you picked out a specific

21   location where you observed incoming fire?

22   A.    Would you repeat the question, sir?

23   Q.    Sure.  Did you refer to muzzle flashes when you spoke

24   to those agents?

25   A.    Yes, I did.

1   Q.   And where is it -- first of all, was that true, did you

2   observe muzzle flashes on that day?

3   A.   At no point during the day did I observe muzzle

4   flashes, no, sir.

5   Q.   And with respect to muzzle flashes, did you tell them,

6   when you were lying, the direction you believed those muzzle

7   flashes were coming from?

8   A.   I had told the agents that I saw muzzle flashes to the

9   southwest.

10   Q.   And in your mind --

11        MR. ASUNCION:  If we could pull up Government's

12   Exhibit 323?

13   BY MR. ASUNCION:

14   Q.   All right.  In your mind, when you were making that

15   lie, what area were you thinking when you say southwest?

16   A.   I was referring to this general vicinity, sir.

17   Q.   Why is it that you picked out that general vicinity?

18   A.   I overheard Mr. Vargas or he may have told me directly,

19   but I'm fairly certain I had overheard him saying that there

20   were shooters to the southwest.

21   Q.   When is it that you believe you overheard him saying

22   that?

23   A.   I believe it was in the Patriot's parking lot directly

24   after the incident.

25   Q.   And is this the same lie that you told for some time

1  including to FBI agents?

2    A.   Yes, sir, it was.

3    Q.   When is it that, in your mind, at least, you understood

4  that this was not a justifiable shooting?

5    A.   Immediately, sir.

6    Q.   Did you at first expect that there would be a serious

7  investigation?

8    A.   I wasn't sure, sir.  It crossed my mind.

9    Q.   At one point did you begin to realize that this had

10  become a big incident, international incident?

11    A.   International incident, I would say within 24 to 72

12  hours after the incident, somewhere in that range.

13    Q.   At one point did you learn that the FBI would be

14  involved?

15    A.   At one point I did, yes, sir.

16    Q.   When is it that you became aware that the FBI would be

17  involved?

18    A.   I'm not sure, sir.  It was after -- several days, maybe

19  a week, I'm not sure.

20    Q.   And what was your mindset then when you heard that?

21    A.   I was nervous.

22    Q.   In your mind, did you think that somehow this might

23  just go away?

24    A.   Not more than I thought it would not go away.

25    Q.   And at one point you came to realize that, in fact, it

1   was not going to go away; is that right?

2     A.   Yes, sir.

3              MR. ASUNCION:  And I believe it's without

4   objection, well, I'll pull up for the witness Government

5   Exhibit 497G?

6              MR. HEBERLIG:  No objection.

7              THE COURT:  Let's go ahead and take our -- we'll

8   take a 10-minute recess.  Get some more in before lunch.

9   JURY ESCORTED OUT OF THE COURTROOM AT 11:51 A.M.

10  BRIEF RECESS AT 11:51 A.M.

11                        AFTER RECESS

12             (Thereupon, Jeremy Ridgeway resumed the

13         witness stand.)

14  JURY ESCORTED INTO THE COURTROOM AT 12:05 P.M.

15             THE COURT:  You may be seated.

16             All right, Mr. Asuncion, you may proceed.

17             MR. ASUNCION:  If we could -- we're moving into

18  evidence without objection Government's Exhibit 497G.

19             THE COURT:  Received.

20             (Thereupon, Government's Exhibit No. 497G

21         was received in evidence.)

22                  DIRECT EXAMINATION (Cont'd)

23  BY MR. ASUNCION:

24    Q.   So, in fact, Mr. Ridgeway, this didn't just go away,

25  did it?

1    A.    No, sir, it did not.

2    Q.    And do you recognize Government's Exhibit 49G [sic] to

3    be a warrant for your arrest signed by then Chief Judge

4    Royce C. Lambert?  Do you see that?

5    A.    Yes, sir, I do.

6    Q.    You understand that, and that was issued on

7    November 18th of 2008?

8    A.    Yes, sir.

9    Q.    And, in fact, on that same day you were arrested by FBI

10   Agent John Patarini, is that correct, and his name is on the

11   bottom of this?

12   A.    Yes, sir.

13   Q.    And that occurred in the District of Columbia?

14   A.    Yes, sir.

15   Q.    So were you formally placed under arrest by those FBI

16   agents and then formally booked; is that your memory?

17   A.    Yes, sir.

18   Q.    And that all occurred in Washington, D.C.?

19   A.    Yes, sir.

20   Q.    All right.  Mr. Ridgeway, I just want to make sure we

21   understand what you testified about today.

22         You didn't see any insurgents that day at all?

23   A.    No, sir, I did not.

24   Q.    And you didn't see anyone at all firing at your convoy

25   that day?

1    A.   No, sir, I did not.

2    Q.   And you didn't see anyone or anything that you

3 perceived to be an imminent threat to you that day?

4    A.   No, sir, I did not.

5    Q.   But you nonetheless decided to shoot?

6    A.   Yes, sir, I did.

7    Q.   And do you understand that you were shooting at unarmed

8 people?

9    A.   I do understand that, sir.

10    Q.   Is that a day you wish you could take back?

11    A.   Yes, sir.

12         MR. ASUNCION:  We have no further questions, Your

13 Honor.

14         THE COURT:  All right.

15         MR. HEBERLIG:  Can we switch over to the defense

16 computer, please?

17         Court's indulgence for just one moment.

18         (Pause.)

19         MR. HEBERLIG:  Can I proceed, Your Honor?

20         THE COURT:  You may.

21                     CROSS-EXAMINATION

22 BY MR. HEBERLIG:

23    Q.   Good afternoon, sir.

24    A.   Good afternoon.

25    Q.   I'm Brian Heberlig, and I represent Paul Slough.

1    A.    Yes, sir.

2    Q.    And I've had an opportunity on one prior occasion to

3  ask you questions; is that correct?

4    A.    Yes, sir.

5    Q.    Do you remember we had a hearing before this case?

6    A.    Yes, sir, I recall that.

7    Q.    But other than that, you and I have not met or spoke

8  before?

9    A.    Not that I recall.

10   Q.    Sir, I'd like to begin with your military employment,

11 if I could.  I'm correct that prior to joining Blackwater you

12 served in the United States Army?

13   A.    Yes, sir, I did.

14   Q.    And you joined sometime around 1989?

15   A.    Say again, sir?

16   Q.    Did you join sometime around 1989?

17   A.    Yes, sir.

18   Q.    And you spent about a year and a half in the Army;

19 correct?

20   A.    Yes, sir, that's true.

21   Q.    Where were you stationed?

22   A.    In Korea, sir.

23   Q.    Okay.  And did you see any combat during that tour?

24   A.    No, sir, I did not.

25   Q.    And after a year and a half the Army discharged you for

1    misconduct; correct?

2       A.    Yes, sir, they did.

3       Q.    And I wrote some notes during your testimony yesterday.

4    You said one of the reasons was you missed formations?

5       A.    Yes, sir.

6       Q.    And what does that mean?

7       A.    Typically we would have formations in the mornings, in

8    afternoons, at the end of the day, and I missed some

9    formations.

10      Q.    All right.  And you also said you were disrespectful to

11   a noncommissioned officer?

12      A.    I was, sir.

13      Q.    What does that mean?

14      A.    I talked back to a superior, sir.

15      Q.    On more than one occasion?

16      A.    One that I know of.

17      Q.    And you also said you left your post while on

18   restriction without permission; correct?

19      A.    Yes, sir.

20      Q.    And tell us what that means?

21      A.    I was on restriction, it may have been for the

22   disrespect to the noncommissioned officer.  I was confined to

23   our small post, our camp, and I left anyway.

24      Q.    And where did you go?

25      A.    Into town.

1    Q.    Out for a night on the town?

2    A.    Yes, sir.

3    Q.    Now, the Army doesn't just kick someone out based on a

4    first offense; right?

5    A.    No, sir.

6    Q.    You engaged in a pattern of misconduct that led to your

7    discharge; right?

8    A.    Yes, that's true.

9    Q.    And after you're discharged from the Army, am I right

10   that you went home and you worked some odd jobs for awhile?

11   A.    Yes, sir, I did.

12   Q.    Moved from New York to California?

13   A.    Yes, sir, I did.

14   Q.    And then in 2002, you joined the National Guard;

15   correct?

16   A.    No, sir.

17   Q.    When did you join the National Guard?

18   A.    It was 2000.

19   Q.    2000.  Okay.  How long were you in the Guard?

20   A.    From 2000 to 2007, sir.

21   Q.    And part of that service was in Iraq; correct?

22   A.    Yes, sir.

23   Q.    And among other things, you provided security on some

24   of the coalition military bases?

25   A.    Yes, sir.

1 Q. And after you returned from Iraq, but before you were

2 hired by Blackwater, am I correct that you were diagnosed with

3 post traumatic stress disorder?

4 A. Yes, sir.

5 Q. That's otherwise known as PTSD; right?

6 A. Yes, sir.

7 Q. And if you were back from Iraq, am I right that would

8 have been sometime in 2005?

9 A. Yes, sir.

10 Q. And what were the symptoms you were experiencing?

11 A. I was having trouble sleeping, I was having anxiety

12 problems, concentration.  Distance from my family, that sort

13 of thing.

14 Q. So you went to see a mental health professional?

15 A. Yes, sir.

16 Q. And you received some treatment for your PSTD [sic];

17 correct?

18 A. Sir, it's PTSD.

19 Q. PTSD, I'm sorry.  You received some treatment?

20 A. I did, sir.

21 Q. Both counseling and medication?

22 A. Yes, sir.

23 Q. All right.  So let me move now to a topic that came up

24 during your examination yesterday, and that is your Blackwater

25 job application.  Okay?

1   A.   Yes, sir.

2   Q.   Am I right that you applied in 2006?

3   A.   Yes, sir, I believe so.

4   Q.   And that application asked you for some of your

5   biographical information?

6   A.   Yes, sir.

7   Q.   And one of the things it asked you for was your prior

8   military service or other experience that might show that

9   you're qualified for the job you were applying for; correct?

10  A.   Yes, it did, sir.

11  Q.   And you understand that the job you were applying for

12  would involve providing protective services to State

13  Department officials; correct?

14  A.   Yes.

15  Q.   And that that was under a federal contract?

16  A.   Yes, sir.

17  Q.   So let's take a look at the document the prosecutor

18  showed you yesterday.

19       MR. HEBERLIG:  Your Honor, this was admitted as

20  Government Exhibit 497H0050.  I have it in our system under

21  just a different number, which I'll identify for the record,

22  that's Defense Exhibit 1013, page 50, 050.  I'd ask if we

23  could publish that to the jury at this time?

24       THE COURT:  You may.

25

 1             MR. HEBERLIG:  Okay.  Why don't we highlight this
 2   top paragraph up here.
 3   BY MR. HEBERLIG:
 4    Q.   Sir, this is the document we were taking a look at,
 5   that you were taking a look at yesterday with the prosecutor
 6   that came from your Blackwater job application; correct?
 7    A.   Yes, sir.
 8    Q.   And this is the paragraph that purports to summarize
 9   your experience in the National Guard from March of 2004 to
10   March of 2005; correct?
11    A.   Yes.
12             MR. HEBERLIG:  Hang on one second.
13             I do have paper copies I could give to the two
14   jurors in the front if that would help, Your Honor.
15             THE JUROR:  There it is.
16             MR. HEBERLIG:  There we go.
17   BY MR. HEBERLIG:
18    Q.   Okay, Mr. Ridgeway, I think what I was asking about is
19   this paragraph that's displayed on the screen in front of you
20   is the biographical information that you supplied to
21   Blackwater in your effort to get this job; correct?
22    A.   Yes, sir.
23    Q.   And just to cut to the chase, as you talked about
24   yesterday, you lied in describing your prior history with the
25   National Guard; correct?

1 A. I had exaggerated, yes, sir.

2 Q. You did what?

3 A. Ago exaggerated, and I had lied.

4 Q. Okay.  Well, you say you exaggerated, you lied?

5 A. In some of the areas, it was an exaggeration, I had

6 done some of those things, but the amount of times that I had

7 done some of those things was not correct.

8 Q. I just want to make sure I understand here.  You

9 believe that an exaggeration and the manner in which you

10 exaggerated on this form was a lie or not?

11 A. It's a lie, sir, okay, I'll agree with you.

12 Q. All right.  So, this top paragraph here is purporting

13 to summarize your most recent military experience prior to

14 applying to Blackwater; correct?

15 A. Yes, sir.

16 Q. And one of the things you said, if we can highlight

17 this first sentence here, as squad leader, down to -- there we

18 go (indicating).

19  One of the things you said was that as a squad leader

20 you were in charge of managing a security detail, assigned to

21 provide protection to high ranking military officials while

22 visiting the mayor of -- is that a city?

23 A. Yes, sir.

24 Q. Several times weekly.  And that's the information you

25 submitted on this form; correct?

1    A.    Yes, sir.

2    Q.    And that was a lie?

3    A.    Yes, sir.

4    Q.    You said, in fact, you'd only done it five to seven

5    times, period?

6    A.    That's about right, sir, yes.

7    Q.    So several times a week for a year would be in the

8    ballpark of 150 security missions; right?

9    A.    That's correct, sir.

10   Q.    But you'd actually only done it five to seven times,

11   period?

12   A.    Yes, sir.

13   Q.    Now, is that an exaggeration or a lie?

14   A.    That would be a lie, sir.

15   Q.    Now, the rest of this paragraph, you've got some other

16   things that I believe you described as exaggerations yesterday

17   or lies.  Let's look at the last one, the "we did

18   approximately," and you talked about this in your direct

19   examination as well.  And you said, "We did approximately four

20   PSD missions," and that means private security detail

21   missions; right?

22   A.    Yes, sir.

23   Q.    The type of work you understand you were applying for

24   to perform with Blackwater?

25   A.    Yes, sir.

1    Q.   The type of experience they might want to know whether

2  an application and actually performed before?

3    A.   Yes, sir.

4    Q.   You said you did four missions per week for the first

5  eight months, and then about two per week for the last four;

6  correct?

7    A.   Yes, sir.

8    Q.   And by my math, that's roughly 160 missions that you

9  represented in this form; correct?

10   A.   Yes, sir.

11   Q.   And you told us yesterday that, in fact, you did one

12  per month or 12 missions total?

13   A.   That's about right, sir.

14   Q.   And yesterday you said that was a gross exaggeration?

15   A.   I did, sir.

16   Q.   You came not even close to performing that many

17  missions?

18   A.   Yes, sir, you're right.

19        MR. HEBERLIG:  Now, let's pull this portion down,

20  but leave the page up.  And why don't we highlight this

21  section in here (indicating).

22  BY MR. HEBERLIG:

23   Q.   All right.  This is also on that page of biographical

24  information that you provided.  How about here, any

25  exaggerations or inaccuracies here?

1    A.   I don't see any, sir.

2    Q.   So that stuff's all good.  Is that what you're saying?

3    A.   Pardon me?

4    Q.   That stuff you actually did?

5    A.   Yes, sir.  That looks about right.

6    Q.   Take that one down.  How about down here, first aid

7    training, did you do that?

8    A.   I did do combat life saving.

9    Q.   All right, so that's not a lie?

10   A.   No, sir.

11        MR. HEBERLIG:  All right.  We can take that

12   document down.

13   BY MR. HEBERLIG:

14   Q.   Let's talk about another aspect of your Blackwater

15   application.  One of the questions on your Blackwater

16   employment application asked if you suffered from PTSD;

17   correct?

18   A.   I do recall them asking me.

19   Q.   Or any other mental health issues; right?

20   A.   Yes, sir.

21   Q.   And when you completed that form you answered the

22   question in the negative; right?

23   A.   That's correct.

24   Q.   You said that you did not suffer from PTSD or any other

25   mental health issues; right?

1    A.    Sir, I recall the question being more on the lines of

2    have I received mental health services within the last 12

3    months, I don't recall them being specific about PTSD, I said

4    no, but I had lied.

5    Q.    You lied?

6    A.    Yes, sir.

7    Q.    Why don't we take a look at the form.

8           MR. HEBERLIG:  For the witness only.  Defense

9    Exhibit 2272.  And I'd offer it, Your Honor?

10          MR. ASUNCION:  No objection.

11          THE COURT:  What was the number?

12          MR. HEBERLIG:  2272.

13          THE COURT:  Received.

14          (Thereupon, Defense Exhibit No. 2272 was

15      received in evidence.)

16          MR. HEBERLIG:  All right.  Let's just first

17   highlight the top portion up here.  (Indicating).

18   BY MR. HEBERLIG:

19   Q.    All right, sir, you can see that that's your name

20   there; correct?

21   A.    Yes, sir.

22          MR. HEBERLIG:  Can we publish this to the jury,

23   please?

24          THE COURT:  Yes.

25

1    BY MR. HEBERLIG:

2    Q.   All right.  The title of this document is "Blackwater

3    Security Consulting Medical Screening Form"; correct?

4    A.   Yes, sir.

5    Q.   And there's your name?

6    A.   Yes, sir.

7    Q.   And some other information?

8         MR. HEBERLIG:  Let's take that down and go a little

9    further down in the document.  Down to here (indicating).

10   BY MR. HEBERLIG:

11   Q.   That's your signature?

12   A.   Yes, sir, it is.

13   Q.   And it's dated October 31st, 2006?

14   A.   Yes, sir.

15   Q.   And you certified that you had truthfully and

16   completely answered all questions; correct?

17   A.   Yes, sir.

18   Q.   But, in fact, that was a lie?

19   A.   I'd have to look at the document, I'm not sure what it

20   says on it.

21   Q.   Do you need to look at the document to tell me that you

22   lied on the form?

23   A.   Well, would you mind showing it to me, sir?

24   Q.   I'd be happy to.

25   A.   Thank you, sir.

1    Q.   Why don't we start with this question right here.   You

2    see these are yes or no questions; correct?

3    A.   Appears that way, sir.

4    Q.   And the question asked is, "Currently have or have

5    had."  Let's start with the one at the top.   "Do you currently

6    have or have you had any mental health concerns?"  And your

7    answer?

8    A.   Was no, sir.

9    Q.   Was that true or false?

10   A.   Not entirely accurate, sir.

11   Q.   It's a lie, isn't it?

12   A.   It wasn't at the point, it wasn't an overall concern

13   for me.  I was not -- I didn't feel it was an overwhelming

14   concern.

15   Q.   So at the time you didn't feel like your posttraumatic

16   stress disorder was of concern to Blackwater?

17   A.   It may have been a concern to them, I'll be honest

18   about that.

19   Q.   Well, let's see what else have they might have asked

20   for on this form.

21   A.   Yes, sir.

22   Q.   Look a couple down.  "Have you currently have or have

23   had seen or been treated by a mental health professional in

24   the last three years."  Do you see that one?

25   A.   Yes, sir.

1    Q.    And what was your answer?

2    A.    My answer was no, sir.

3    Q.    And that is a flat out lie; correct?

4    A.    Yes, sir, it is.

5    Q.    Because you had seen a mental health professional in

6    the very recent past prior to filling out this form?

7    A.    Yes, sir, that's correct.

8    Q.    And you were under active treatment for PTSD; correct?

9    A.    I believe I was.

10   Q.    Now, at the time you filled out this form you lied on

11   the form because you believe you would not have gotten the job

12   had you completed it accurately; isn't that fair to say?

13   A.    Yes, sir.

14   Q.    And you wanted this job, didn't you?

15   A.    Yes, sir, I needed it.

16   Q.    Getting the job was important to you?

17   A.    Yes, sir, I needed a job.

18   Q.    So were you willing to lie to get something that was

19   important to you?

20   A.    I needed a job, yes, sir.

21   Q.    And you were willing to lie to get it; correct?

22   A.    I lied to get it, yes, sir.

23   Q.    And it was important to you to do that?

24   A.    I needed the job, yes, it was important.

25   Q.    Now, Blackwater, in fact, hired you; correct?

1    A.    Yes, sir.

2    Q.    Based on your fraudulent application?

3    A.    Yes, sir.

4    Q.    And you were eventually deployed by Blackwater to

5    Baghdad; right?

6    A.    Yes, sir, I was.

7    Q.    Was that at the end of 2006?

8    A.    Yes, sir, it was.

9    Q.    And I think you said you were there for New Year's Day

10   of 2007?

11   A.    I remember being there for New Year's Day, yes, sir.

12         MR. HEBERLIG:  You can take that form down, Andrej.

13   BY MR. HEBERLIG:

14   Q.    All right, sir, now we're going to get to the details

15   of what happened in Nisur Square in a little while, but I want

16   to take you first to what happened after the incident.  Okay?

17   A.    Yes, sir.

18   Q.    And on direct examination you talked about this topic,

19   but one of the things that happened after September 16th, 2007

20   is you gave a statement to investigators; correct?

21   A.    Yes, sir, I did.

22   Q.    On September 18th, two days after the incident, you

23   provided a written statement to investigators about your

24   actions during the Nisur Square incident; right?

25   A.    Would you repeat the date, sir?

1    Q.    September 18, 2007.

2    A.    It sounds, the date sounds about right.

3          MR. HEBERLIG:  For the witness only, I'd like to

4    pull up Defense Exhibit 220.  Can you just highlight the top

5    right about here (indicating)?

6    BY MR. HEBERLIG:

7    Q.    You recognize this document, sir?

8    A.    Yes, sir, I do.

9    Q.    It's familiar to you?

10   A.    Yes, sir.

11   Q.    And it's your statement?

12   A.    Yes, sir.

13         MR. HEBERLIG:  I'd offer it, Your Honor.

14         MR. ASUNCION:  No objection.

15         THE COURT:  Received.

16         (Thereupon, Defense Exhibit No. 220 was

17     received in evidence.)

18         MR. HEBERLIG:  All right.  Can we publish it to the

19   jury?  Thank you, sir.

20   BY MR. HEBERLIG:

21   Q.    Let's just start up at the top here.  You see that the

22   date on it is September 18, 2007; correct?

23   A.    Yes, sir, I see that.

24   Q.    And it says, "I, Jeremy Ridgeway, hereby make the

25   following statement."  Do you see that portion?

1    A.   Yes, sir, I do.

2    Q.   And then there's the name of an agent in there, David

3    Motley; correct?

4    A.   Yes, sir.

5    Q.   And he's a law enforcement agent with the Department of

6    State?

7    A.   I believe he was.

8    Q.   And you recall when you submitted the statement you

9    actually had to go in person to turn it in to the

10   investigators?

11   A.   I do remember.

12   Q.   And do you remember being administered an oath by those

13   investigating officers?

14   A.   I believe I was.

15   Q.   And you actually signed the statement in front of them;

16   correct?

17   A.   Yes, sir.

18        MR. HEBERLIG:   Now, let's turn to the last page of

19   the document, please, which I believe is the third page.  And

20   let's just highlight from the top, all the way from the top,

21   please.  Thank you.

22   BY MR. HEBERLIG:

23   Q.   Again, that is your signature, sir; correct?

24   A.   Yes, sir.

25   Q.   And it's again dated September 18, 2007?

1    A.   Yes, sir.

2    Q.   And the oath is actually written at the top of the

3    document; correct?

4    A.   Yes, sir.

5    Q.   It says, "I hereby swear or affirm that the information

6    contained in this statement is the truth, to the best of my

7    knowledge."  Do you see that?

8    A.   Yes, sir, I do.

9    Q.   And you did swear that oath before you signed and

10   submitted this statement?

11   A.   Yes, sir, I did.

12   Q.   And that's similar to the oath you gave before

13   testifying here in the last two days?

14   A.   Yes, sir.

15   Q.   And this statement that you submitted you now say is

16   filled with lies, correct?

17   A.   There are lies in it, yes, sir.

18   Q.   In this statement --

19        MR. HEBERLIG:  You can take this page down and turn

20   back to the second page.

21   BY MR. HEBERLIG:

22   Q.   And I'll highlight some specifics in a minute.  But

23   generally speaking, in this statement you defended your

24   actions; correct?

25   A.   Yes, sir, I did.

1    Q.   And you said all the shots that you fired at Nisur

2    Square were in response to legitimate threats; right?

3    A.   I believe I did, yes, sir.

4    Q.   You didn't identify a single shot in this statement

5    that was unjustified; right?

6    A.   That's correct, sir.

7    Q.   And you didn't say in any place in the statement that

8    your actions were unreasonable, excessive or lawful?

9    A.   That's correct, sir.

10   Q.   You described various threats that you saw in the

11   traffic circle; right?

12   A.   Yes, sir.

13   Q.   One of them was a white sedan heading toward the

14   convoy?

15   A.   Yes, sir.

16   Q.   And another was seeing muzzle flashes signifying

17   incoming gunfire coming from the southwest?

18   A.   Yes, sir.

19   Q.   And you say now that those were lies?

20   A.   They were, sir.

21   Q.   All right.  Well, we're going to come back to the

22   details of the statement in a moment.  But let me take you

23   forward a couple of days, in fact, only one day from the

24   incident.  You know that the incident occurred on

25   September 16th of 2007; correct?

1    A.    That's correct.

2    Q.    So I want to take you to September 17th of the same

3    year.  And do you recall on that day telling people important

4    to you that you had done nothing wrong in Nisur Square?

5    A.    I had told, yes, yes, I do.

6    Q.    Well, let me be specific.  Do you remember telling that

7    to your father?

8    A.    Yes.

9    Q.    Your father's name was Frank; correct?

10   A.    Yes, sir.

11   Q.    And on September 16th, 2007, he was a member of the

12   military?

13   A.    Yes, sir.

14   Q.    He was a --

15   A.    He worked for the military.

16   Q.    Pardon me?

17   A.    He worked for the military, yes, sir.

18   Q.    Was he a Marine?

19   A.    He was a retired Marine.

20   Q.    And you told him the day after the engagement you did

21   nothing wrong out there; right?

22   A.    That's correct, sir.

23           MR. HEBERLIG:  Let's for the witness only pull up

24   Defense Exhibit 4100R.  And if we can just enlarge this area

25   here (indicating).

1  BY MR. HEBERLIG:

2  Q.   Sir, do you recognize this to be an e-mail that you

3  sent to your father on September 17, 2007?

4  A.   Looks familiar, sir, yes.

5           MR. HEBERLIG:  I'd offer it, Your Honor.

6           MR. ASUNCION:  No objection.

7           THE COURT:  Received.

8           (Thereupon, Defense Exhibit No. 4100R was

9      received in evidence.)

10 BY MR. HEBERLIG:

11 Q.   Okay, sir, the way this one works it goes from the

12 bottom up.  You see there on the bottom portion of this page

13 there's a message written by a Frank Ridgeway.  Do you see

14 that?

15 A.   Yes, sir, I do.

16 Q.   And that's your father?

17 A.   Yes, sir.

18 Q.   And he wrote to you, "Imagine my surprise when I saw

19 this headline this morning," and the headline reads, "Iraq

20 lifts security firm's license after shooting kills civilians."

21 Do you see that?

22 A.   Yes, sir.

23 Q.   And he wrote, "How does this effect [sic] you?"  Right?

24 A.   Yes, sir.

25 Q.   And you answered him on September 17th at 8:49 a.m.

1    A.    Appears that time.

2    Q.    Can you read what you said to him?

3    A.    Says, "We do not operate under a license to begin with,

4    we operate directly as DOS personnel.  DOS may choose to get

5    rid of us; however, we did nothing wrong, so I assume this

6    will blow over."

7    Q.    And DOS is a reference to the Department of State;

8    correct?

9    A.    Yes, sir.

10   Q.    So your words to him the morning after this event

11   was -- were, "We did not nothing wrong so I assume this will

12   blow over"; right?

13   A.    Yes, sir.

14   Q.    And you didn't limit what you said to him to your own

15   actions, did you?

16   A.    I said "we," so.

17   Q.    You defended the actions of the entire convoy, "we did

18   nothing wrong," that's what you said; right?

19   A.    Yes, sir, I did.

20   Q.    And you say now that statement was a lie?

21   A.    Yes, it was.

22         MR. HEBERLIG:  You can take that down.

23   BY MR. HEBERLIG:

24   Q.    Now, you returned home from Baghdad sometime in early

25   October 2007; correct?

1    A.    Yes, sir.

2    Q.    And it was around that time, give or take, that you

3    learn that the FBI had begun to investigate the events at

4    Nisur Square; right?

5    A.    Yes, I did.

6    Q.    You understood it to be a criminal investigation?

7    A.    I was -- I suspected.

8    Q.    And in short order you hired a lawyer to represent you?

9    A.    No, sir, I didn't hire a lawyer, I was --

10   Q.    You were -- a lawyer was made available to you and you

11   employed him to defend you in this investigation; correct?

12   A.    Yes, sir.

13   Q.    And the investigation lasted several months?

14   A.    Sir, the investigation has been going on for years.

15   I'm not sure I understand what you mean.

16   Q.    Well, do you remember at some point during -- you got

17   home in the fall of 2007; correct?

18   A.    Yes, sir.

19   Q.    All right.  Now, moving into 2008.

20   A.    Yes, sir.

21   Q.    Do you remember at some point during the summer of 2008

22   that you received a target letter from the prosecutors who

23   were investigating the matter?

24   A.    I remember receiving one, I'm not sure of the date,

25   sir.

 1              MR. HEBERLIG:  Why don't we pull up for witness

 2   only Defense Exhibit 2296R.

 3              Court's indulgence.

 4              (Pause.)

 5              MR. HEBERLIG:  My mistake.  2296 without the R.

 6   All right, if we could just highlight the top portion to about

 7   the first paragraph.

 8   BY MR. HEBERLIG:

 9    Q.   All right, sir, do you recognize this to be a letter

10   addressed to you from prosecutors with the United States

11   Attorney's Office in the District of Columbia?

12    A.   Yes, sir, I see that.

13              MR. HEBERLIG:  I'd offer this, 2296 at this time,

14   Your Honor.

15              MR. ASUNCION:  No objection.

16              THE COURT:  Received.

17              (Thereupon, Defense Exhibit No. 2296 was

18        received in evidence.)

19              MR. HEBERLIG:  All right.  And actually, are you

20   able to pull up a little bit higher, Andrej?  Just to the

21   first paragraph, that's great.

22   BY MR. HEBERLIG:

23    Q.   All right, sir.  So, the date of this letter is

24   June 2nd, 2008; correct?

25    A.   Yes, sir.

1    Q.    It's addressed to you; right?

2    A.    Yes, sir.

3    Q.    And it's from prosecutors with the U.S. Attorney's

4    Office here in the District of Columbia?

5    A.    Yes, sir.

6    Q.    And the subject of the letter is, "Invitation to

7    testify before the Grand Jury."  Do you see that, the Re: line

8    right here?

9    A.    Oh, yes, sir, I'm sorry, I was looking lower.

10    Q.    That's okay.

11         MR. HEBERLIG:  Let's enlarge the third paragraph,

12    please.  Can you put it a little bit higher up on the screen?

13    BY MR. HEBERLIG:

14    Q.    All right, sir, this paragraph states, "Please be

15    advised that your actions on September 16, 2007, are under

16    scrutiny by the Grand Jury, and you are therefore considered a

17    target of the investigation.  Although we welcome your

18    testimony in this case, and the Grand Jury is very interested

19    in hearing your version of events, you are not under any

20    obligation to testify."

21         Did I read that accurately?

22    A.    Yes, sir.

23    Q.    And you received this letter at the time; correct?

24    A.    I remember receiving that letter, yes, sir.

25    Q.    So by this letter on June 2nd, 2008, you were formally

1    notified that you were a target of the Grand Jury

2    investigation; right?

3       A.   Yes, sir.

4       Q.   And you understood that to mean that the prosecutors

5    believed that they had sufficient evidence to charge you with

6    a crime related to the Nisur Square incident; right?

7       A.   Yes, sir.

8       Q.   And the letter invited you to testify in the Grand

9    Jury; did it not?

10      A.   Yes, sir, it did.

11      Q.   But at that time you did not agree to testify in the

12   Grand Jury?

13      A.   I believe so, no, I did not.

14      Q.   The only time that you testified in the Grand Jury was

15   later in May of 2013?

16      A.   Correct, sir.

17      Q.   After you'd already cut your deal with the prosecutors?

18      A.   Sir, yes, sir.

19      Q.   Now, you understood at the time you received this

20   letter that the defendants in this case had received similar

21   letters around the same time?

22      A.   I believe so.

23      Q.   And it was sometime after this target letter -- strike

24   that.

25           Sometime after this target letter, but before your

1    first meeting with the prosecutors and the FBI you gained an

2    understanding of the type of charges you were facing; correct?

3        A.    I believe so, sir, yes, I started to understand.

4        Q.    And you understood that those potential charges related

5    to killing or wounding Iraqi citizens during the Nisur Square

6    incident?

7        A.    Yes, sir.

8        Q.    And you understood that one of the potential charges

9    carried a 30 year mandatory minimum sentence?

10       A.    Yes, sir, at some point I was aware of that.

11       Q.    Prior to first meeting with the prosecutors, you

12   learned that; correct?

13       A.    It sounds about right, yes, sir.

14       Q.    And the threatened charge that carried that 30 year

15   mandatory minimum was a weapons charge; correct?

16       A.    Yes, sir.

17       Q.    It involved using an automatic firearm during a crime

18   of violence; right?

19       A.    Yes, sir.

20       Q.    Now, you used an automatic firearm during the Nisur

21   Square incident; did you not?

22       A.    I did, sir.

23       Q.    You had two firearms in Nisur Square; right?

24       A.    Sir, I had three.

25       Q.    I stand corrected.  I was thinking of the automatic

 1   firearms.  You had two of those; right?

 2   A.    Yes, sir.

 3   Q.    One was an M-4 rifle?

 4   A.    Yes, sir.

 5   Q.    And one was an M-240 Bravo machine gun?

 6   A.    Yes, sir.

 7   Q.    And both of those weapons were fired by you in Nisur

 8   Square; correct?

 9   A.    Yes, sir.

10   Q.    And both of those weapons were issued to you by the

11   Department of State to do your job; correct?

12   A.    Yes, sir.

13   Q.    And you understood that you faced this 30-year

14   mandatory sentence for using automatic weapons in Nisur Square

15   that had been issued to you by the State Department; did you

16   not?

17   A.    Yes, I did.

18   Q.    Now, you understood that if you were convicted of this

19   weapons offense, the Judge had no discretion whatsoever, you

20   had to be sentenced to 30 years in prison; right?

21   A.    That was my understanding.

22   Q.    You were in your late 30s at the time; were you not?

23   A.    I believe so, yes.

24   Q.    So you would not have gotten out of prison until you

25   were in your late 60s; right?

 1    A.    Yes, sir.

 2    Q.    You have two children; do you not?

 3    A.    Yes, sir, I do.

 4    Q.    What were their ages in the summer of 2008?

 5    A.    My son was two, my daughter was, I don't know, eight, I

 6  believe.

 7    Q.    You wanted to see your kids grow up, didn't you?

 8    A.    Of course.

 9    Q.    This threatened 30-year mandatory minimum sentence

10  would have prevented you from seeing your kids grow up?

11    A.    Yes, sir.

12    Q.    This threatened 30-year mandatory minimum sentence

13  caused you great concern?

14    A.    Yes, sir, it did.

15    Q.    It was a major factor that led you to try to cut a deal

16  with the Government in this case; am I correct?

17    A.    It certainly played a factor, yes, sir.

18    Q.    And it was thereafter in the summer of 2008 that you

19  directed your lawyers to pursue a possible resolution of the

20  investigation; am I correct?

21    A.    Sir, would you repeat the dates, sir?

22    Q.    It was after you learned that one of the threatened

23  charges carried with it a 30-year mandatory minimum sentence

24  that you directed your lawyers to pursue a possible resolution

25  of the investigation?

1    A.   We –– yeah, we –– we pursued, yes, my lawyers and I

2    pursued.

3    Q.   Okay.  Well, let's talk about that.

4         MR. HEBERLIG:  And we can take this document down,

5    Andrej.

6    BY MR. HEBERLIG:

7    Q.   Am I right that your lawyers contacted the prosecutors

8    on your behalf to begin those discussions in the summer

9    of 2008?

10   A.   That is my understanding.

11   Q.   And during those first discussions you told the

12   prosecutors through your ––

13   A.   Sorry, sir, I apologize.  Would you back up, what date

14   did you ––

15   Q.   July or August 2008, does that seem correct to you?

16   A.   Sir, I just remember it being a little later in the

17   year, but at one point.

18   Q.   In a moment I may be able to refresh your memory on

19   that.

20   A.   Okay.

21   Q.   In any event, during those first discussions you told

22   the prosecutors through your lawyers that you had done nothing

23   wrong in Nisur Square; correct?

24   A.   I did, sir.

25   Q.   And you maintained to the prosecutors that you acted

1   honorably, courageously and responsibly at every point during

2   the Nisur Square incident; correct?

3       A.   I represented that, yes, sir.

4            MR. HEBERLIG:  If we could pull up for the witness

5   Defense Exhibit 1025, please.

6   BY MR. HEBERLIG:

7       Q.   Do you recognize this document, sir?

8            MR. HEBERLIG:  Perhaps we can highlight this

9   portion (indicating).

10  BY MR. HEBERLIG:

11      Q.   Do you recognize this to be a letter that your lawyers

12  sent on your behalf?

13      A.   It appears that way, sir.

14      Q.   And it's dated August 14, 2008?

15      A.   Yes, sir.

16           MR. HEBERLIG:  I'd offer it at this time, Your

17  Honor?

18           MR. ASUNCION:  Objection.

19           THE COURT:  I'll take it at the bench.

20  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS.

21           MR. ASUNCION:  If Mr. Heberlig is planning some

22  sort of impeachment, I don't think he can be impeached with

23  this -- Ridgeway's lawyer's letter.

24           MR. SULLIVAN:  No foundation.

25           MR. HEBERLIG:  Obviously, he just said he

1   recognized the letter and he authorizes the letter —— to send

2   it on his behalf.  It's written by his lawyer.  It's a letter

3   in which he not only maintained that he conducted himself

4   honorably, courageously and responsibly.  But then he goes on

5   to describe in great detail some of the threats that were

6   faced that day.  It's direct impeachment.  It's obviously ——

7            MR. SULLIVAN:  If I may be heard, Your Honor.

8   That's my letter.

9            MR. HEBERLIG:  It's redacted to exclude any of ——

10  whatever representations he's talking about —— I don't believe

11  he has any place to be up here, Your Honor.

12           MR. SULLIVAN:  I'm representing this witness on the

13  stand.  Thank you, Your Honor.  To the extent that there are

14  302s or memorializations of interviews of my client with the

15  U.S. Attorney's Office where he said that he did nothing

16  wrong, that's fine.  This is a letter written by counsel as an

17  advocacy piece, not attributable directly or specifically to

18  my client —— making representations for purposes of resolving

19  this case under the evidentiary rules highlighted in that

20  letter, 408, et cetera.

21           It is not directly attributable to my client.  He

22  did not sign this letter.  He did not approve the way that

23  this letter was specifically written.  He understood the

24  general thrust to be that he did nothing wrong.  And if

25  Mr. Heberlig wants to pursue that, he's got 302s where my

1   client specifically said that in meetings with the FBI.  Using

2   my letter is inappropriate for that purpose.

3           MR. HEBERLIG:  Excuse me, Your Honor, but he has

4   testified about this at a prior proceeding.  He said he did

5   adopt this letter.  It's inconceivable to me that his lawyer

6   didn't read it with him.  I'd love to hear a representation

7   from him to that effect.  It is obviously directly relevant.

8   This is his agent and these are —— in 302s at the last

9   hearing —— and every opportunity he denied —— I don't remember

10   what day that was.  That's not my document, it's a 302 that

11   some agent who writes notes —— and they're always wrong.  This

12   is his lawyer's document.

13           MR. SULLIVAN:  That's right, it's my document.

14           MR. HEBERLIG:  And he authorized it.

15           THE COURT:  Objection is overruled.  Is this a good

16   time to break?

17           MR. HEBERLIG:  At the Court's convenience.

18   SIDEBAR DISCUSSION CONCLUDED

19           THE COURT:  We'll take our luncheon recess at this

20   time and come back at 2:00 o'clock.  Don't talk about the

21   case.  Have a nice lunch.

22   JURY ESCORTED OUT OF THE COURTROOM AT 12:45 P.M.

23   LUNCHEON RECESS

24

25

C E R T I F I C A T E

        I, Lisa M. Foradori, RPR, FCRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:_____          _____

                                    Lisa M. Foradori, RPR, FCRR

'

**'13 [2]** 6/11 6/12

# 0

**050 [1]** 68/22
**08-360 [1]** 1/3

# 1

**10 [1]** 4/6
**10 feet [1]** 30/8
**10-minute [1]** 61/8
**1013 [1]** 68/22
**1025 [1]** 94/5
**107 [1]** 1/10
**10:10 [2]** 1/5 1/12
**10:40 [2]** 26/2 26/3
**10:55 [1]** 26/8
**11:51 [2]** 61/9 61/10
**12 [2]** 72/12 74/2
**1200 [2]** 2/21 2/22
**12:05 [1]** 61/14
**12:45 P.M [1]** 96/22
**1301 [1]** 2/23
**1330 [2]** 2/5 2/10
**1339 [1]** 2/23
**14, 2008 [1]** 94/14
**14-107 [1]** 1/10
**15 [1]** 41/7
**150 [1]** 71/8
**16 [1]** 53/21
**160 [1]** 72/8
**16th [9]** 12/16 21/10 40/10 40/13 40/16
49/21 50/1 78/19 82/25
**17th [2]** 83/2 84/25
**18th [2]** 2/21 62/7
**1989 [2]** 64/14 64/16

# 2

**2000 [3]** 66/18 66/19 66/20
**20001 [1]** 3/9
**20004 [1]** 2/16
**2002 [1]** 66/14
**20036 [3]** 2/5 2/11 2/22
**20037 [1]** 3/4
**2004 [1]** 69/9
**2005 [2]** 67/8 69/10
**2006 [3]** 68/2 73/13 78/7
**2007 [20]** 12/16 13/18 40/10 40/13 40/16
49/21 53/21 54/20 66/20 78/10 78/19
79/1 79/22 80/25 82/25 83/11 84/3
85/25 86/17 88/15
**2008 [10]** 62/7 86/19 86/21 87/24 88/25
92/4 92/18 93/9 93/15 94/14
**2013 [2]** 51/11 89/15
**2014 [2]** 1/5 1/11
**202 [9]** 1/23 2/6 2/6 2/11 2/17 2/17 2/23
2/23 3/9
**202-663-8027 [1]** 3/4
**203 [6]** 26/20 45/18 45/20 55/1 56/8
56/11
**20530 [1]** 1/23
**220 [3]** 2/10 79/4 79/16
**2272 [3]** 74/9 74/12 74/14
**2296 [3]** 87/5 87/13 87/17
**2296R [1]** 87/2
**23 [3]** 11/16 18/17 21/23
**2300 [1]** 3/3
**24 [1]** 60/11
**240 [7]** 14/24 14/24 14/25 15/2 15/3
17/22 91/5
**252-7786 [1]** 1/23
**2:00 [1]** 96/20
**2nd, 2008 [1]** 88/25

# 3

**30 [3]** 90/9 90/14 91/20
**30-year [4]** 91/13 92/9 92/12 92/23
**300 [1]** 2/16
**3000 [1]** 2/6
**302 [3]** 50/20 51/8 96/10
**302s [3]** 95/14 95/25 96/8
**3053 [3]** 12/3 12/5 19/10
**30s [1]** 91/22
**30th [1]** 6/12
**31 [3]** 1/5 1/7 1/13
**323 [2]** 29/3 59/12
**3269 [1]** 3/9
**333 [1]** 3/8
**354-3269 [1]** 3/9
**360 [1]** 1/3
**3902 [1]** 2/6

# 4

**408 [1]** 95/20
**4100R [2]** 83/24 84/8
**4177 [1]** 2/17
**4199 [1]** 2/17
**429-3000 [1]** 2/6
**429-3902 [1]** 2/6
**429-4799 [1]** 2/11
**4518 [1]** 28/1
**47 [3]** 40/17 45/2 55/2
**4799 [1]** 2/11
**497B [2]** 20/12 20/14
**497G [3]** 61/5 61/18 61/20
**497H0050 [1]** 12/8
**497K [4]** 16/11 16/11 16/12 16/13
**498B [2]** 9/24 10/5
**49G [1]** 62/2

# 5

**50 [1]** 68/22
**55 [2]** 44/7 44/19
**555 [1]** 1/22
**575 [1]** 2/15

# 6

**60s [1]** 91/25
**628-4177 [1]** 2/17
**628-4199 [1]** 2/17
**63 [1]** 4/7
**6706 [1]** 3/8

# 7

**72 [1]** 60/11
**730-1301 [1]** 2/23
**730-1339 [1]** 2/23
**7786 [1]** 1/23
**7995B [2]** 10/1 10/6
**7th [2]** 2/15 51/11

# 8

**8027 [1]** 3/4
**8:49 a.m [1]** 84/25

# 9

**9th [1]** 6/11

# A

**a.m [8]** 1/5 1/12 26/2 26/3 26/8 61/9
61/10 84/25
**able [19]** 12/18 12/24 14/5 15/17 15/25
16/1 16/1 22/10 27/7 27/9 30/1 32/23
32/24 37/11 37/22 37/22 53/1 87/20
93/18
**able to [1]** 15/25
**about [83]** 6/9 8/23 8/25 9/1 9/10 9/11
11/18 12/5 13/3 13/10 13/16 13/23 13/25 14/15
17/9 17/12 17/15 17/15 17/15 17/18 19/2 23/2
24/8 26/14 26/18 27/15 33/7 33/25 34/4
34/22 37/21 37/23 37/23 41/14 42/11
43/4 43/14 43/24 44/2 45/9 45/22 46/17
48/11 48/15 48/23 49/4 49/20 51/14
51/15 52/3 52/6 52/7 53/9 53/13 53/19
54/11 56/7 57/15 57/25 58/5 58/14
58/15 62/21 64/18 69/18 69/23 71/6
71/18 72/5 72/13 72/24 73/5 73/6 73/14
74/3 76/18 78/18 78/23 79/2 79/5 87/6
90/13 93/3 95/10 96/4 96/20
**above [3]** 13/4 40/7 97/5
**above-titled [1]** 97/5
**absence [1]** 55/7
**Absolutely [1]** 47/17
**abundance [1]** 5/8
**abundantly [1]** 5/21
**according [2]** 7/5 8/16
**account [1]** 34/16
**accurate [1]** 76/10
**accurately [2]** 77/12 88/21
**acted [2]** 93/25
**acting [1]** 43/15
**actions [11]** 55/25 57/19 58/11 58/18
58/18 78/24 81/24 82/8 85/15 85/17
88/15
**active [1]** 77/8
**actual [1]** 40/9
**actually [11]** 25/21 26/19 44/10 51/22
71/10 72/2 73/4 80/9 80/15 81/2 87/19
**Adam [3]** 5/25 51/25 57/14
**additional [1]** 47/18
**addressed [2]** 87/10 88/1
**adjacent [1]** 32/5
**administered [1]** 80/12
**admission [1]** 8/16
**admitted [1]** 68/19
**adopt [1]** 96/5
**advised [1]** 88/15
**advocacy [1]** 95/17
**affirm [1]** 81/5
**affirmatively [1]** 37/15
**African [2]** 12/13 12/14
**after [58]** 5/6 8/10 8/15 11/23 14/24
18/14 19/17 20/3 20/6 26/4 26/24 26/25
27/1 27/17 27/19 27/20 28/10 28/13
28/16 28/17 28/21 28/23 30/24 31/7
34/19 40/25 43/9 43/10 43/18 45/4 48/3
48/11 48/16 49/21 50/1 53/3 53/10
53/12 56/1 56/7 57/24 59/24 60/12
60/18 61/11 64/25 66/9 67/1 78/16
78/19 78/22 83/20 84/20 85/10 89/17
89/23 89/25 92/22
**after-the-fact [1]** 8/15
**afternoon [3]** 10/22 63/23 63/24
**afternoons [1]** 65/8
**again [12]** 6/4 12/19 13/20 16/21 29/5
31/21 35/5 53/3 53/19 64/15 80/23
80/25
**against [1]** 32/5
**agent [7]** 57/25 58/3 62/10 80/2 80/5
96/8 96/11
**agents [7]** 5/10 47/12 58/10 58/24 59/8
60/1 62/16
**ages [1]** 92/4
**ago [2]** 31/18 70/3
**agree [2]** 70/11 89/11
**ahead [6]** 5/3 5/15 15/21 21/15 36/16
61/7
**aid [1]** 73/6
**aided [1]** 3/24
**aim [1]** 49/7
**air [1]** 14/7

**A**

**AK [4]** 40/17 45/2 55/2 55/5
**AK-47 [3]** 40/17 45/2 55/2
**Al [1]** 27/1
**Al-Khazali [1]** 27/1
**all [77]** 5/3 5/12 5/21 7/12 7/20 7/25 9/16 10/12 12/8 13/13 13/13 13/20 16/4 19/19 20/9 20/19 20/22 21/8 24/8 25/3 25/18 26/9 26/10 26/18 28/13 28/15 30/1 30/9 30/11 30/12 31/19 31/20 32/14 33/10 33/20 38/5 40/7 42/23 46/7 46/14 47/9 50/9 50/12 51/9 51/18 52/24 57/1 59/1 59/14 61/16 62/18 62/20 62/22 62/24 63/14 65/10 67/23 70/12 72/23 73/2 73/9 73/11 74/16 74/19 75/2 75/16 78/14 79/18 80/20 82/1 82/21 86/19 87/6 87/9 87/19 87/23 88/14
**allowed [1]** 47/14
**almost [1]** 22/18
**along [2]** 15/19 57/11
**already [6]** 5/13 9/6 28/1 28/18 44/4 89/17
**also [6]** 3/1 43/17 65/10 65/17 72/23
**although [2]** 5/21 88/17
**always [1]** 96/11
**am [8]** 46/5 66/9 67/2 67/7 68/2 92/16 92/20 93/7
**AMERICA [2]** 1/3 1/9
**among [1]** 66/23
**amount [1]** 70/6
**Andrej [3]** 78/12 87/20 93/5
**another [6]** 14/3 44/6 44/19 49/20 73/14 82/16
**answer [4]** 7/8 76/7 77/1 77/2
**answered [3]** 73/21 75/16 84/25
**Anthony [1]** 1/19
**anthony.asuncion [1]** 1/24
**anxiety [1]** 67/11
**any [51]** 6/16 6/25 7/12 8/14 17/3 17/6 18/11 22/10 23/18 23/21 24/2 33/22 35/8 36/5 36/10 36/11 39/18 39/19 39/20 40/10 40/13 40/14 40/16 40/19 43/7 44/20 44/23 45/1 46/19 46/21 48/3 48/6 48/12 50/17 50/18 54/11 55/2 55/5 55/17 62/22 64/23 72/24 73/1 73/19 73/24 76/6 82/7 88/19 93/21 95/9 95/11
**anybody [2]** 9/13 9/14
**anyone [11]** 11/15 18/17 24/5 24/23 34/17 40/11 40/20 56/23 56/23 62/24 63/2
**anything [19]** 5/12 11/6 14/20 20/3 20/6 25/6 33/25 36/18 36/25 37/1 40/17 41/21 43/14 49/9 51/14 55/12 56/8 57/11 63/2
**anyway [1]** 65/23
**apart [2]** 18/16 49/1
**apologize [2]** 25/21 93/13
**apologized [1]** 53/16
**apparently [2]** 25/20 50/16
**appear [4]** 22/13 25/3 27/23 28/5
**APPEARANCES [1]** 1/18
**appeared [9]** 18/1 18/6 19/4 19/15 23/12 25/2 34/25 36/14 54/17
**appears [7]** 12/13 14/7 14/13 28/6 76/3 85/1 94/13
**application [8]** 6/9 67/25 68/4 69/6 72/2 73/15 73/16 78/2
**applied [1]** 68/2
**applying [4]** 68/9 68/11 70/14 71/23
**approach [6]** 5/2 15/10 25/14 46/13 47/8 50/8
**approve [1]** 95/22
**approximate [4]** 15/18 15/20 16/5 16/22

**approximately [12]** 15/3 21/4 21/8 27/1 29/24 30/8 33/11 33/14 35/3 58/2 71/18 71/19
**are [36]** 5/19 6/25 12/18 14/2 15/17 15/25 16/1 17/21 22/10 22/12 27/7 30/1 30/11 30/12 30/18 31/4 31/7 32/23 34/4 34/15 37/11 37/22 37/22 40/24 48/25 49/12 50/1 53/9 76/2 81/17 87/19 88/15 88/16 88/19 95/13 96/4
**area [7]** 8/13 19/4 23/19 29/24 45/10 59/15 83/24
**areas [2]** 6/25 70/5
**arguably [1]** 5/18
**arm [1]** 43/3
**armed [5]** 24/2 24/5 24/10 41/23 50/14
**armor [1]** 13/10
**arms [2]** 8/4 34/24
**Armstrong [1]** 2/4
**Army [5]** 64/12 64/18 64/25 66/3 66/9
**around [8]** 28/13 37/2 39/19 42/15 64/14 64/16 86/2 89/21
**arrest [2]** 62/3 62/15
**arrested [1]** 62/9
**arrived [2]** 29/19 30/19
**arriving [1]** 43/18
**as [42]** 5/5 5/9 5/19 6/22 8/14 9/2 10/11 13/3 13/8 15/5 16/24 17/7 22/5 22/5 24/1 24/4 24/25 25/16 27/19 29/6 29/8 36/7 41/16 41/16 42/7 46/9 46/15 46/16 47/10 50/10 56/8 67/5 68/19 69/23 70/17 70/19 71/16 71/19 85/4 94/20 95/16
**ask [52]** 46/20 46/25 47/18 64/3 68/22 76/19
**asked [14]** 6/3 6/15 8/18 8/20 9/3 41/15 56/18 56/20 57/19 68/4 68/7 73/16 76/4 76/19
**asking [4]** 40/24 51/13 69/18 73/18
**aspect [1]** 73/14
**assigned [1]** 70/20
**associated [1]** 39/23
**assume [3]** 13/3 85/5 85/11
**assumption [1]** 7/23
**Asuncion [6]** 1/19 4/6 9/2 10/12 26/10 61/16
**atrocities [1]** 54/9
**attempting [3]** 23/5 31/7 57/18
**attention [2]** 18/25 57/9
**attitude [1]** 52/10
**ATTORNEY'S [4]** 1/21 87/11 88/3 95/15
**attorneys [1]** 5/10
**attributable [2]** 95/17 95/21
**August [2]** 93/15 94/14
**August 2008 [1]** 93/15
**authority [3]** 52/23 52/25 53/1
**authorized [1]** 96/14
**authorizes [1]** 95/1
**auto [1]** 44/8
**automatic [7]** 36/13 38/2 38/4 90/17 90/20 90/25 91/14
**available [2]** 7/19 86/10
**Avenue [2]** 2/3 10/3 3/8
**aware [2]** 60/16 90/10
**away [8]** 14/2 41/2 54/14 57/9 60/23 60/24 61/1 61/24
**awhile [1]** 66/10

**B**

**back [25]** 5/9 9/12 17/25 18/2 19/9 23/8 25/20 26/22 41/4 41/8 43/18 44/4 48/2 48/3 48/7 48/11 53/3 53/4 63/10 65/14 67/7 81/20 82/21 93/13 96/20
**Baghdad [3]** 21/4 78/5 85/24
**Bailey [2]** 2/3
**Ball [1]** 39/12

**ballpark [1]** 29/8
**Baratz [1]** 2/3
**barrier [3]** 29/11 29/13 36/4
**based [10]** 15/3 34/13 39/2 39/5 39/8 39/11 39/16 53/20 66/3 78/2
**bases [1]** 66/24
**basically [1]** 31/9
**be [68]** 5/19 6/21 7/10 8/9 11/16 11/18 11/21 12/13 12/23 12/24 13/9 13/10 13/11 13/22 13/23 13/24 13/25 14/13 16/21 17/4 17/18 18/1 18/6 18/17 19/6 21/20 22/13 25/3 26/9 26/20 27/14 28/5 28/6 34/23 34/25 35/8 36/14 37/11 42/18 42/19 43/22 47/14 53/1 54/17 55/18 57/17 60/6 60/13 60/16 61/15 62/3 63/3 71/7 71/14 75/24 76/17 83/6 84/2 86/6 87/9 88/14 91/20 93/18 94/11 94/22 95/7 95/11 95/24
**Bearcat [3]** 56/1 56/5 56/9
**bearings [1]** 32/11
**became [1]** 60/16
**because [6]** 7/13 8/6 8/10 8/21 42/20 55/19 77/5 77/11
**become [1]** 60/10
**been [33]** 5/13 5/17 7/3 7/5 7/8 7/12 10/10 14/16 14/18 18/1 19/3 26/24 26/24 31/19 37/8 42/17 44/16 45/12 45/14 46/8 48/21 49/11 50/6 50/17 53/10 53/11 56/10 65/21 67/8 76/17 76/23 86/14 91/15
**before [20]** 1/16 8/25 9/4 18/12 26/13 28/8 28/21 28/22 33/22 46/22 47/15 61/8 64/5 64/8 67/1 72/2 81/9 81/12 88/7 89/25
**began [1]** 14/25
**begin [6]** 23/24 28/14 60/9 64/10 85/3 93/8
**begun [1]** 86/3
**behalf [3]** 93/8 94/12 95/2
**behind [6]** 9/9 35/25 36/5 36/10 49/3 57/7
**being [10]** 11/22 11/23 11/25 54/1 57/8 74/1 74/3 78/11 80/12 93/16
**believe [49]** 6/2 6/12 7/16 8/12 11/10 14/7 21/20 25/8 25/12 26/14 27/13 28/7 29/10 29/23 29/24 30/14 30/20 33/7 33/18 35/3 38/4 42/19 44/15 45/12 46/6 46/9 47/1 50/4 50/19 54/2 58/9 59/21 59/23 61/3 68/3 70/9 71/16 77/9 77/11 80/7 80/14 80/19 82/3 89/13 89/22 90/3 91/23 92/6 95/10
**believed [6]** 5/25 7/12 24/5 42/18 59/6 89/5
**believes [1]** 8/9
**belt [2]** 24/15 24/15
**bench [1]** 94/19
**besides [1]** 56/24
**best [5]** 7/18 31/23 49/11 49/12 81/6
**between [5]** 8/22 19/8 33/10 33/11 33/13
**bheberlig [1]** 2/7
**big [1]** 60/10
**biographical [3]** 68/5 69/20 72/23
**Birds [1]** 39/24
**Bishop [2]** 2/2
**bit [4]** 31/22 43/22 87/20 88/12
**black [1]** 15/17
**Blackwater [19]** 6/9 6/17 6/19 6/24 18/7 39/24 64/11 67/2 67/24 69/6 69/21 70/14 71/24 73/14 73/15 75/2 76/16 77/25 78/4
**blow [2]** 85/6 85/12
**body [4]** 12/24 13/3 13/10 49/8
**booked [1]** 62/16
**both [13]** 9/3 14/2 16/19 16/21 23/16

**B**

both... [8] 27/5 27/19 38/23 58/8 58/9
67/21 91/7 91/10
bottom [3] 62/11 84/12 84/12
Brady [1] 5/12
Bravo [1] 9/12
break [2] 45/21 96/16
breaking [1] 18/10
Brian [3] 2/2 7/15 63/25
brief [3] 26/3 46/11 61/10
briefly [3] 5/2 25/14 46/13
bring [3] 5/3 5/15 26/5
broke [1] 18/2
brother [1] 45/15
brought [1] 28/18
Bruce [1] 2/2
building [2] 36/3 37/3
bullets [2] 17/19 18/11
burn [2] 42/14 43/5
bursts [3] 17/15 17/16 17/16
business [1] 57/8

**C**

California [1] 66/12
called [1] 6/19
came [8] 45/25 48/7 49/23 50/3 60/25
67/23 69/6 72/16
camp [8] 21/6 41/5 41/8 48/12 53/4 53/8
54/4 65/23
can [45] 6/22 7/15 9/2 9/20 12/19 12/24
13/20 15/23 16/8 18/22 21/15 24/12
25/22 26/5 26/18 27/11 30/3 31/13
32/20 33/1 33/1 37/14 37/22 38/22
46/13 47/8 51/16 53/13 63/15 63/19
70/16 73/11 74/19 74/22 78/12 79/4
79/18 81/19 83/24 85/2 85/22 88/12
93/4 94/8 94/22
cannot [1] 48/5
car [6] 9/7 9/9 28/7 33/16 34/17 34/19
card [1] 22/18
care [1] 7/7
carried [7] 22/15 22/17 22/19 22/21 90/9
90/14 92/23
carrying [2] 24/16 24/17
cars [2] 31/23 31/25
cartridges [3] 22/10 22/13 22/14
case [8] 50/12 60/23 64/5 88/18 89/20
92/16 95/19 96/21
category [2] 5/17 5/20
caught [2] 18/25 19/20
caused [2] 42/14 92/13
caution [2] 5/8 6/15
cell [2] 34/25 35/1
certain [1] 59/19
certainly [2] 5/7 92/17
certified [1] 75/15
certify [1] 97/3
cetera [1] 95/20
charge [4] 70/20 89/5 90/14 90/15
charges [4] 90/2 90/4 90/8 92/23
Charles [1] 2/2
chase [1] 69/23
checked [1] 6/21
Chief [1] 62/3
children [1] 92/2
choose [1] 85/4
Christopher [1] 1/20
circle [22] 5/24 6/1 8/3 15/15 23/25 24/1
24/2 24/7 24/13 24/14 25/1 26/13 28/25
29/7 31/1 40/4 40/9 40/19 43/25 44/9
45/20 82/11
citizens [1] 90/5
city [1] 70/22

civilians [1] 64/20
clear [15] 5/21 13/13 13/20 16/7 16/16
30/11 30/20 30/20 38/5 38/24 44/10
47/21 48/18 53/20 57/14
cleared [1] 41/6
clearly [1] 36/20
client [4] 95/14 95/18 95/21 96/1
close [2] 30/7 72/16
clothing [1] 42/10
coalition [1] 66/24
Coffield [2] 2/9 2/9
coffieldlawgroup.com [1] 2/12
color [1] 32/17
COLUMBIA [4] 1/1 62/13 87/11 88/4
combat [2] 64/23 73/8
combatants [1] 57/12
come [5] 52/7 55/21 56/23 82/21 96/20
coming [10] 18/18 18/20 18/21 27/8
27/10 27/11 27/13 40/14 59/7 82/17
command [3] 23/5 30/21 30/22
completed [2] 73/21 77/12
completely [4] 29/13 58/12 58/13 75/16
complies [3] 15/22 15/24 16/6
computer [2] 3/24 63/16
computer-aided [1] 3/24
concentration [1] 67/12
concern [5] 76/12 76/14 76/16 76/17
92/13
concerns [4] 5/7 7/2 52/8 76/6
concertina [1] 29/12
CONCLUDED [6] 9/17 25/25 47/6 47/25
51/19 96/18
concrete [2] 29/11 29/12
conditioning [1] 14/7
conducted [1] 95/3
conferences [1] 5/11
confined [1] 65/22
confirmed [1] 5/14
congested [3] 31/2 31/3 34/14
Connecticut [2] 2/5 2/10
connecting [2] 33/12 34/14
connection [1] 18/8
Connolly [1] 2/20
considered [1] 88/16
consistent [6] 18/22 19/5 26/20 28/9
42/22 55/25
Constitution [1] 3/8
consulted [1] 5/9
Consulting [2] 6/20 75/3
Cont'd [3] 10/15 26/11 61/22
contact [2] 32/4 32/7
contacted [1] 93/7
contained [2] 22/8 81/6
continue [2] 34/19 56/13
contract [1] 92/9
convenience [1] 96/17
conversation [25] 41/15 42/3 42/8 42/10
44/2 44/13 44/23 45/1 45/5 46/1 46/2
48/16 48/17 48/19 48/19 48/21 49/6
49/14 50/13 50/16 52/3 53/5 53/7 53/14
54/14
conversations [1] 50/7
convicted [1] 91/18
convoy [22] 18/18 18/20 18/21 18/23
27/11 27/12 27/13 28/24 30/11 30/13
30/16 30/17 36/13 40/14 40/20 40/21
40/24 41/3 49/7 62/24 82/14 85/17
copies [1] 91/8
correct [69] 7/15 7/21 13/5 39/1 62/10
64/3 64/11 64/19 65/1 65/18 66/15
66/21 67/2 67/17 68/9 68/13 69/6 69/10
69/21 69/25 70/7 70/14 70/25 71/6 72/6
72/9 73/17 73/23 74/20 75/3 75/16 76/2
77/3 77/7 77/8 77/21 77/25 78/20 79/22

80/3 80/6 80/23 81/3 81/16 81/24 82/6
82/9 82/25 83/1 83/9 83/22 85/8 85/25
86/11 86/17 87/24 88/23 89/16 90/2
90/12 90/15 91/8 91/11 92/16 92/20
93/15 93/23 94/2 97/4
corrected [1] 90/25
could [37] 10/19 12/7 15/8 16/4 18/1
19/9 25/21 27/25 29/2 29/22 31/19
31/24 32/25 35/11 35/25 36/19 36/20
36/21 37/4 37/16 37/25 38/2 42/23 43/7
46/7 46/7 46/8 46/9 49/24 59/11 61/17
63/10 64/11 68/23 69/13 87/6 94/4
couldn't [3] 18/19 18/19 19/17
counsel [4] 6/16 7/5 46/17 95/16
counseling [2] 7/7 67/21
counterflow [5] 29/1 29/14 29/15 29/19
41/6
country [1] 20/21
couple [3] 9/21 76/22 82/23
courageously [2] 94/1 95/4
course [1] 92/8
COURT [6] 1/1 3/7 3/7 25/14 33/1 46/16
Court's [5] 46/11 57/21 63/17 87/3
96/17
Courthouse [1] 3/8
COURTROOM [5] 26/2 26/8 61/9 61/14
96/22
covered [1] 9/15
CR [2] 1/3 1/10
Crabb [1] 1/19
credibility [2] 5/13 6/18
crime [2] 89/6 90/17
criminal [3] 1/22 53/1 86/6
cross [7] 4/7 6/12 6/13 8/25 31/14 51/10
63/21
cross-examination [4] 4/7 6/13 8/25
63/21
crossed [1] 60/8
crouching [1] 57/7
crystal [1] 47/21
curb [4] 31/9 31/10 31/11 32/5
currently [3] 76/4 76/5 76/22
cut [3] 69/23 89/17 92/15

**D**

D.C [1] 62/18
date [7] 78/25 79/2 79/22 86/24 87/23
93/13 97/7
dated [4] 6/11 75/13 80/25 94/14
dates [1] 92/21
daughter [1] 92/5
David [3] 1/21 2/14 80/2
day [26] 1/7 1/13 38/12 38/16 39/3 39/6
39/9 39/17 40/19 42/15 48/21 59/2 59/3
62/9 62/22 62/25 63/3 63/10 65/8 78/9
78/11 82/23 83/3 83/20 95/6 96/10
days [9] 43/9 43/9 45/4 53/11 53/11
60/18 78/22 81/13 82/23
DC [9] 1/4 1/11 1/23 2/5 2/11 2/16 2/22
3/4 3/9
Deadly [1] 17/23
deal [3] 51/9 89/17 92/15
Dean [1] 39/14
December [1] 6/14
decided [1] 63/5
decision [2] 15/3 34/13
deeper [1] 46/19
defend [1] 86/11
Defendant [5] 1/13 2/2 2/9 2/14 2/20
defendants [3] 1/7 54/2 89/20
defended [2] 81/23 85/17
defense [16] 5/22 6/5 6/12 7/12 7/19
63/15 68/22 74/8 74/14 79/4 79/16
83/24 84/8 87/2 87/17 94/5

**D**

demeanor [5] 43/12 43/14 43/20 49/17 53/17
demonstrate [3] 32/20 32/23 37/12
Demonstrating [1] 37/25
demonstration [2] 37/21 37/23
denied [1] 96/9
Department [7] 57/25 58/4 68/13 80/5 85/7 91/11 91/15
depending [1] 13/11
deployed [1] 78/4
describe [5] 17/21 19/21 37/4 37/6 43/12 44/20 49/8 49/17 53/13 53/17 95/5
described [7] 32/14 38/5 38/8 39/20 58/10 71/16 82/10
describing [2] 10/23 69/24
despite [1] 6/23
destructive [1] 17/22
detail [3] 70/20 71/20 95/5
details [2] 78/14 82/22
detonating [1] 56/11
detonations [1] 26/21
diagnosed [1] 67/2
diagram [1] 15/14
dialogue [1] 5/7
did [241]
didn't [24] 7/22 19/23 25/2 25/9 25/10 31/18 36/24 36/25 44/10 46/6 52/11 61/24 62/22 62/24 63/2 76/13 76/15 77/14 82/4 82/7 85/14 86/9 92/7 96/6
different [3] 41/2 68/21
direct [7] 4/6 10/15 26/11 61/22 71/18 78/18 95/6
directed [2] 92/19 92/24
direction [28] 5/24 11/1 11/4 14/10 14/12 14/13 15/1 17/11 17/18 19/15 27/7 27/10 29/9 29/14 30/1 30/3 30/6 32/12 35/17 36/15 37/4 37/9 37/11 37/24 38/1 40/20 45/12 59/6
directions [1] 41/3
directly [9] 32/5 40/24 40/24 59/18 59/23 85/4 95/17 95/21 96/7
discharge [1] 66/7
discharged [2] 64/25 66/9
disclose [1] 6/5
disclosed [5] 17/5 19/6 6/11
discovery [4] 5/22 50/12 50/13 50/18
discrepancy [2] 8/21 8/23
discretion [1] 91/19
discussion [13] 5/5 9/17 25/16 25/25 46/15 46/21 47/6 47/10 47/25 50/10 51/19 94/20 96/18
discussions [3] 93/8 93/11 93/21
dishdasha [6] 8/11 8/14 9/11 41/17 57/4 57/5
disorder [2] 67/3 76/16
displayed [1] 69/19
disrespect [1] 65/22
disrespectful [1] 65/10
distance [5] 13/12 33/10 33/10 33/13 67/12
DISTRICT [6] 1/1 1/1 1/16 62/13 87/11 88/4
Division [1] 1/22
do [95] 9/5 9/5 10/23 10/25 11/15 11/23 11/23 12/10 12/11 13/16 13/17 14/23 15/13 15/13 15/16 15/21 20/17 20/19 21/8 21/11 21/25 22/1 22/22 22/3 22/5 22/8 22/15 24/25 26/15 26/17 27/3 27/3 27/4 27/4 28/3 28/4 28/7 29/11 31/3 32/17 33/1 33/18 34/10 34/11 35/2 35/13 35/16 37/14 37/22 39/16 39/22

62/4 62/5 63/7 63/9 64/5 69/13 73/7 73/8 73/18 75/21 76/5 76/24 77/23 79/8 79/25 80/1 80/11 80/12 81/7 81/8 83/3 83/5 83/6 84/2 84/13 84/15 84/21 85/3 86/16 86/21 87/9 88/7 91/11 92/2 92/3 94/7 94/11
doc [2] 21/20 21/21
doctor [1] 9/7
document [19] 6/19 7/15 7/18 7/22 68/17 69/4 73/12 75/2 75/9 75/19 75/21 79/7 80/19 81/3 93/4 94/7 96/10 96/12 96/13
does [10] 9/12 9/14 28/5 28/7 50/24 56/23 65/6 65/13 84/23 93/15
doesn't [1] 66/3
doing [4] 17/7 29/8 41/1 47/21
Don [1] 21/25
don't [36] 8/12 8/13 12/18 18/7 20/10 21/17 21/24 22/23 25/7 29/5 39/18 41/22 42/12 43/8 44/16 46/1 47/20 49/5 50/4 56/25 57/13 57/18 57/19 57/20 69/1 72/20 73/1 74/3 74/7 76/1 87/1 92/5 94/22 95/10 96/9 96/20
done [9] 7/18 43/24 54/20 70/6 70/7 71/4 71/10 83/4 93/22
door [3] 23/4 45/19 54/24
DOS [4] 47/2 85/4 85/4 85/7
doublecheck [1] 51/12
down [15] 43/6 45/21 70/17 72/19 73/6 73/6 73/12 75/8 75/9 75/9 76/22 78/12 81/19 85/22 93/4
downstairs [1] 25/22
Dr [1] 27/1
draw [3] 13/9 15/17 16/4
drawn [1] 16/7
dress [1] 41/16
dressed [1] 9/12
DS [1] 47/12
dschertler [1] 2/18
duly [1] 10/10
during [25] 6/13 7/6 11/6 18/16 18/24 27/17 39/20 42/8 44/13 44/23 45/1 49/13 59/3 64/23 65/3 67/24 78/24 86/16 86/21 90/5 90/17 90/20 93/11 93/21 94/1
DUSTIN [8] 1/7 11/20 13/19 19/8 22/3 22/5 28/14 38/6

**E**

e-mail [1] 84/2
each [6] 21/12 27/2 35/24 50/22 50/25 51/5
early [1] 85/24
east [6] 5/23 5/24 6/1 28/25 31/11 31/12
easterly [1] 14/13
eat [1] 44/6
effect [3] 42/13 84/23 96/7
effort [1] 69/21
eight [2] 72/5 92/5
either [3] 29/12 36/3 41/2
elicit [1] 46/18
elicited [1] 46/18
ELMO [1] 16/8
else [12] 9/13 9/14 11/15 17/1 18/17 20/3 20/6 43/14 44/13 49/9 51/14 76/19
else's [1] 46/8
embarrassing [1] 25/17
employed [1] 86/11
employment [2] 64/10 73/16
end [3] 17/19 65/8 78/7
enemy [3] 44/20 44/24 57/12
energetic [1] 43/22
enforcement [1] 80/5

engaged [1] 66/6
engagement [1] 83/20
engulfed [1] 27/24
enlarge [2] 83/24 88/11
enough [1] 34/5
ensure [1] 5/11
entire [1] 85/17
entirely [1] 76/10
equipment [1] 22/20
ESCORTED [5] 26/2 26/8 61/9 61/14 96/22
Esq [1] 1/20
Esquire [15] 1/19 1/19 1/20 1/21 2/2 2/2 2/3 2/3 2/4 2/9 2/14 2/14 2/20 2/20 3/2
estimate [4] 13/24 14/4 31/15 41/7
estimation [1] 13/22
et [1] 95/20
EVAN [2] 1/6 44/6
even [3] 9/4 36/9 72/16
evening [1] 53/11
evenings [1] 50/6
event [4] 6/25 7/12 85/10 93/21
events [4] 26/23 40/2 86/3 88/19
eventually [2] 31/13 78/4
ever [4] 24/20 24/22 55/2 55/5
every [2] 94/1 96/9
Everybody [1] 47/23
everything [1] 19/6
evidence [14] 10/6 12/2 12/6 16/14 20/15 25/19 28/1 61/18 61/21 74/15 79/17 84/9 87/18 89/5
evidentiary [1] 95/19
exact [2] 16/22 42/13
exactly [3] 50/13 56/21 57/19
exaggerated [4] 70/1 70/3 70/4 70/10
exaggeration [4] 70/5 70/9 71/13 72/14
exaggerations [2] 71/16 72/25
examination [11] 4/6 4/7 6/13 8/25 10/15 26/11 61/22 63/21 67/24 71/19 78/18
examined [1] 10/10
excessive [1] 82/8
excited [2] 43/22 49/20
exclude [1] 95/9
exculpatory [1] 47/14
excuse [2] 21/20 96/3
excuses [1] 47/21
exercise [4] 5/8 6/15 13/21 21/11
exhibit [29] 9/24 10/5 12/3 12/5 12/25 15/9 16/10 16/13 19/10 20/12 20/14 28/1 29/3 59/12 61/5 61/18 61/20 62/2 68/20 68/22 74/9 74/14 79/4 79/16 83/24 84/8 87/2 87/17 94/5
exhibits [1] 9/21
exit [1] 23/9
exited [1] 34/24
exiting [2] 24/4 29/13
expect [1] 60/6
experience [4] 68/8 69/9 70/13 72/1
experiencing [1] 67/10
explain [3] 44/7 46/5 52/13
explosions [10] 26/15 26/15 26/20 26/21 27/2 27/9 27/18 27/20 28/11 28/13
expressly [1] 6/3
extent [1] 95/13
extra [1] 6/15
extremely [1] 54/10

**F**

face [1] 35/23
faced [2] 91/13 95/6
facing [8] 32/6 33/5 35/23 36/7 37/5 37/7 37/8 90/2
fact [19] 6/8 6/9 6/10 6/23 8/10 8/15

**F**

fact... [13]  8/20 42/1 47/12 47/12 55/19 60/25 61/24 62/9 71/4 72/11 75/18 77/25 82/23
factor [2]  92/15 92/17
fair [2]  7/23 77/12
fairly [1]  59/19
fall [1]  86/17
fallen [1]  45/18
false [2]  47/13 76/9
falsely [1]  7/1
familiar [3]  17/21 79/9 84/4
family [1]  67/12
far [7]  6/22 12/23 13/8 14/2 22/5 30/15 36/16
fashion [1]  50/18
father [3]  83/7 84/3 84/16
father's [1]  83/9
fault [1]  53/16
Fax [3]  2/6 2/17 2/23
FBI [8]  60/1 60/13 60/16 62/9 62/15 86/3 90/1 96/1
FCRR [3]  97/3 97/8
fed [1]  24/15
federal [1]  68/15
feel [5]  32/7 33/6 53/16 76/13 76/15
feet [7]  9/9 14/4 30/8 33/15 33/15 57/5 57/5
felt [2]  33/25 34/3
few [6]  27/2 45/4 52/5 53/10 53/11 54/3
figure [1]  5/18
files [3]  5/9 6/21 25/19
filled [2]  77/10 81/16
filling [1]  77/6
filter [3]  6/22 50/19 51/8
find [1]  31/13
fine [2]  51/16 95/16
finger [1]  29/5
fire [28]  5/23 11/13 16/5 16/19 17/4 17/11 18/18 23/8 28/6 32/9 32/24 33/7 34/5 38/3 38/6 38/9 38/11 39/3 39/6 39/9 39/12 40/14 40/14 40/17 46/6 57/8 58/15 58/21
firearm [2]  90/17 90/20
firearms [2]  90/23 91/1
fired [25]  5/25 6/3 11/9 11/22 11/24 11/25 17/14 19/3 27/1 32/20 33/22 34/4 34/9 35/3 35/6 35/25 38/12 38/16 38/20 38/24 39/16 54/25 56/7 82/1 91/7
firing [41]  11/16 11/18 11/21 14/9 14/10 14/20 14/24 14/25 15/3 15/5 15/19 16/2 16/22 16/24 17/7 17/17 18/3 18/4 18/8 18/12 18/14 18/17 26/25 28/14 28/14 28/16 34/7 34/10 35/20 36/14 36/21 37/2 37/19 37/24 37/25 44/11 53/21 56/18 57/3 57/4 62/24
firm's [1]  84/20
first [23]  5/21 6/2 20/19 30/12 33/10 42/23 45/21 45/24 48/21 59/1 60/6 66/4 70/17 72/4 73/6 74/16 78/16 87/7 87/21 90/1 90/11 93/11 93/21
fit [1]  5/19
fits [1]  5/16
five [5]  17/12 17/13 17/14 71/4 71/10
flames [1]  27/24
flare [18]  18/24 19/3 19/6 19/7 19/12 20/4 20/7 22/10 22/14 28/18 28/20 42/18 42/18 42/19 42/21 42/21 42/22 42/22
flares [2]  22/16 22/22
flash [19]  19/24 19/24 19/25 20/3 20/6 flashes [8]  23/21 58/23 59/2 59/4 59/5 59/7 59/8 82/16

**F**

flight [1]  90/1
flow [1]  41/6
focus [1]  23/15
follow [1]  18/4
following [1]  79/25
follows [7]  5/5 10/11 25/16 46/15 47/10 50/10 94/20
Foradori [3]  3/7 97/3 97/8
foregoing [1]  97/4
forget [2]  20/21 22/1
forgot [1]  7/1
form [14]  6/20 53/1 70/10 70/25 72/9 73/21 74/7 75/3 75/22 76/20 77/6 77/10 77/11 78/12
formally [3]  62/15 62/16 88/25
formation [2]  30/12 30/13
formations [3]  65/4 65/7 65/9
forth [1]  9/12
forward [2]  49/16 82/23
Foster [1]  7/14
found [1]  6/18
foundation [1]  94/24
four [3]  17/12 17/13 17/14 17/16 30/19 33/7 71/19 72/4 72/5
Fourth [1]  1/22
frags [1]  56/12
Frank [2]  83/9 84/13
fraudulent [1]  78/2
Fredley [1]  2/20
freedom [1]  46/10
friend [1]  45/13
friendly [1]  52/18
From 2000 [1]  66/20
front [9]  12/21 13/14 16/23 30/22 35/22 46/23 69/14 69/19 80/15
Frost [12]  5/25 8/1 8/19 50/21 51/25 52/15 54/7 55/20 56/18 56/24 57/1 57/14
Frost's [1]  8/22
full [2]  10/20 44/8
fully [1]  38/4
fulsome [1]  9/14
further [3]  46/21 63/12 75/9

**G**

gained [1]  90/1
gave [2]  78/20 81/12
general [7]  13/8 17/17 30/3 32/12 59/16 59/17 95/24
generally [3]  16/1 16/23 81/23
gentleman [10]  21/17 21/19 21/19 21/24 21/25 21/25 22/1 22/2 22/4 41/17
gentlemen [3]  9/18 10/20 45/8
Gerard [1]  2/20
get [25]  15/9 26/13 27/20 30/7 30/24 31/9 31/12 31/22 32/6 41/4 43/24 46/20 47/14 50/17 50/20 54/16 57/9 57/9 61/8 69/21 77/18 77/21 77/22 78/14 85/4
getting [2]  41/9 77/16
Giglio [1]  5/12
give [3]  30/13 59/13 86/2
glass [2]  18/2 18/10
glimpse [1]  19/20
go [24]  5/3 5/15 13/20 15/21 19/9 21/11 21/15 21/15 32/7 42/21 46/19 52/1 52/6 52/12 60/23 60/24 61/1 61/7 61/24 65/24 69/16 70/18 75/8 80/9
goes [3]  22/5 84/11 95/4
going [29]  9/1 11/6 21/12 25/3 25/18 26/1 29/6 29/7 29/15 30/2 31/13 34/15 37/11 43/6 46/5 46/19 46/21 46/22 47/7 47/13 48/2 52/1 52/1 52/6 52/20 61/1 78/14 82/21 86/14
good [9]  9/18 9/19 10/17 10/18 35/5

**G**

got [7]  31/25 41/8 48/3 48/23 71/15 86/16 95/25
gotten [2]  77/11 91/24
Government [11]  1/3 1/10 1/19 4/4 8/5 9/24 12/2 46/21 61/4 68/20 92/16
Government's [13]  10/5 12/2 12/5 16/13 19/10 20/12 20/14 28/1 29/2 59/11 61/18 61/20 62/2
Grand [12]  5/22 6/10 6/11 7/23 9/3 88/7 88/16 88/18 89/1 89/8 89/12 89/14
GRANNIS [1]  2/21
grape [1]  49/15
Gray [2]  44/7 44/19
great [3]  87/21 92/13 95/5
Green [1]  41/4
grenades [1]  56/12
gross [1]  72/14
ground [2]  45/17 45/18
GROUP [1]  2/9
grow [2]  92/7 92/10
Guard [5]  66/14 66/17 66/19 69/9 69/25
guess [2]  31/11 43/22
guidance [1]  47/8
gun [6]  24/11 24/15 29/21 40/11 44/11 91/5
gunfire [3]  36/13 41/1 82/17
guy [5]  8/11 41/16 41/18 50/14 50/15
guys [1]  52/11
gymnastics [1]  5/18

**H**

had [87]  5/13 5/17 6/8 6/17 7/16 8/19 18/5 18/13 19/3 19/3 31/8 32/3 34/25 41/15 41/15 42/3 42/15 42/16 42/20 43/5 43/24 44/7 44/21 45/5 45/15 45/16 46/5 48/17 49/8 49/15 50/12 52/1 52/5 52/7 52/8 52/9 52/9 53/16 54/6 54/6 54/6 54/8 54/9 54/11 54/11 54/13 54/20 54/24 54/24 55/11 55/20 55/21 56/11 57/8 57/19 57/20 59/8 59/19 60/9 64/2 64/5 70/1 70/3 70/5 70/6 74/4 75/15 76/5 76/6 76/23 77/5 77/12 80/9 83/4 83/5 86/3 89/5 89/20 90/23 90/24 91/1 91/15 91/19 91/20 93/22
half [2]  64/18 64/25
hall [2]  44/5 45/10
hand [8]  10/23 11/4 11/8 11/10 25/8 25/12 27/15 56/12
Hang [1]  69/12
happen [1]  34/15
happened [12]  17/24 23/7 23/23 34/17 34/22 48/24 49/8 51/14 51/15 78/15 78/16 78/19
happening [2]  28/12 36/12
happens [7]  25/24 28/11 28/16 28/20 29/18 31/6 32/2
happy [1]  75/24
hard [2]  21/21 36/24
HARRIS [1]  2/21
has [6]  8/4 8/5 46/18 86/14 95/11 96/3
have [79]  6/19 6/21 6/22 7/3 7/5 7/7 7/8 7/12 7/21 7/22 8/1 8/18 8/20 8/25 12/7 14/16 14/18 15/8 17/13 18/1 25/19 25/20 25/21 26/24 26/24 31/19 32/11 34/15 35/7 35/14 37/8 39/18 41/11 41/22 42/17 44/16 45/4 45/12 45/14 45/18 46/8 46/24 48/3 48/12 48/21 50/6 50/17 51/7 53/4 53/10 53/11 56/10 57/13 57/16 59/18 63/12 64/7 65/7 65/21 67/8 68/20 69/13 74/2 75/19 76/4 76/4 76/6 76/6 76/17 76/19 76/19 76/22 76/22 76/22 77/11 91/24 92/2 92/10

**H**

have... [1] 96/21
having [5] 10/10 21/21 56/7 67/11 67/11
he [189]
he's [7] 9/1 9/14 47/13 47/21 80/5 95/10 95/25
head [7] 13/9 13/11 13/22 13/24 23/24 29/9 55/21
headed [1] 24/18
heading [11] 24/4 24/12 24/13 24/19 25/1 29/16 30/6 32/11 37/11 44/4 82/13
headline [2] 84/19 84/19
health [10] 7/2 7/3 7/8 67/14 73/19 73/25 74/2 76/6 76/23 77/5
hear [16] 9/6 9/10 9/11 11/22 11/23 14/21 18/22 19/23 25/9 25/10 27/4 27/6 36/13 40/16 48/5 96/6
heard [42] 1/7 2/14 8/9 8/10 8/15 11/20 13/19 14/9 14/20 15/19 16/1 16/20 16/20 16/22 18/14 18/16 19/8 20/9 22/3 22/5 22/15 25/5 25/6 27/20 28/14 38/6 38/15 38/21 38/24 41/12 41/17 43/9 44/15 44/17 47/23 49/4 51/23 54/2 55/23 56/7 60/20 95/7
hearing [7] 6/14 26/15 45/2 55/2 64/5 88/19 96/9
Heberlig [6] 2/2 4/7 7/14 63/25 94/21 95/25
helicopter [1] 40/8
helicopters [3] 39/19 39/22 40/3
Helig [1] 45/14
help [2] 25/4 69/14
here [28] 6/19 6/25 9/2 9/21 12/21 13/10 13/24 13/25 16/24 19/13 69/2 70/8 70/12 70/17 72/21 72/24 72/25 73/6 74/17 75/9 76/1 79/5 79/21 81/13 83/25 88/4 88/8 95/11
hereby [2] 79/24 81/5
hiding [1] 9/9
high [1] 70/21
higher [4] 52/23 52/25 87/20 88/12
highlight [9] 69/1 70/16 72/20 74/17 79/4 80/20 81/22 87/6 94/8
highlighted [1] 95/19
him [60] 6/3 7/15 8/15 8/20 8/21 11/21 14/24 15/3 22/2 25/6 25/7 30/4 35/1 35/3 35/11 35/12 35/15 35/20 35/25 36/5 36/6 36/8 36/18 36/20 36/20 37/12 41/15 41/16 41/20 42/3 43/20 43/24 44/11 45/16 45/22 45/25 46/6 47/13 47/19 47/22 49/13 50/15 50/15 50/25 51/13 51/16 57/9 57/15 57/19 57/20 59/19 59/21 83/20 84/25 85/2 85/10 85/14 86/11 96/6 96/7
himself [1] 95/3
hire [1] 86/9
hired [3] 67/2 77/25 86/8
his [73] 6/4 6/9 7/5 7/23 8/8 11/22 11/23 11/25 13/22 13/23 14/24 14/24 15/3 20/21 21/17 21/21 21/24 21/25 22/1 22/1 22/5 22/15 22/20 24/11 24/17 24/20 24/22 29/21 34/24 36/7 36/7 37/5 37/5 37/24 38/1 39/17 41/25 42/4 42/12 42/13 42/14 42/24 42/25 43/3 43/12 43/14 43/20 44/7 44/7 44/8 44/8 45/15 46/8 46/10 49/2 49/15 50/23 52/13 53/17 54/8 54/13 54/14 54/14 54/18 57/5 57/5 57/9 62/10 95/2 95/2 96/5 96/8 96/12
history [1] 69/24
hit [12] 17/25 18/5 19/3 19/13 19/14 29/17 32/3 33/16 33/18 35/11 35/12 35/19

holder [1] 22/19
holding [1] 37/24
hole [1] 43/5
home [3] 66/10 85/24 86/17
honest [1] 76/17
Honor [32] 5/6 5/24 8/8 9/19 9/20 10/4 10/14 12/1 20/11 25/15 46/13 46/16 47/7 50/8 50/11 50/20 55/7 55/13 56/13 63/13 63/19 68/19 69/14 74/9 79/13 84/5 87/14 94/17 95/7 95/11 95/13 96/3
HONORABLE [1] 1/16
honorably [2] 94/1 95/4
hood [1] 32/9
hook [1] 23/5
hours [1] 60/12
how [56] 7/13 11/3 11/21 12/23 12/23 12/23 13/11 14/2 17/11 17/13 17/21 18/20 22/15 22/19 23/11 24/15 27/23 29/9 30/7 30/15 31/3 31/15 31/25 32/20 32/23 34/4 36/16 37/5 37/12 37/19 37/19 37/21 37/23 38/6 38/8 39/25 41/4 43/12 43/14 45/24 45/24 46/1 46/4 46/5 48/11 49/5 49/17 52/14 52/16 53/17 54/16 58/2 66/19 72/24 73/6 84/23
however [2] 6/15 85/5
huge [1] 47/3
hundred [1] 45/15

**I**

I'd [15] 21/11 23/12 31/17 38/17 64/10 68/22 74/9 75/19 75/24 79/3 79/13 84/5 87/13 94/16 96/6
I'll [7] 51/11 61/4 68/21 70/11 76/17 81/22 94/19
I'm [48] 7/16 13/1 13/1 18/2 18/4 19/23 20/21 21/20 21/21 22/23 25/2 25/4 27/9 30/16 30/20 30/21 31/17 33/5 33/5 33/15 37/17 38/18 40/5 40/23 41/22 45/14 45/23 47/7 47/7 48/5 49/24 51/1 54/2 54/4 55/15 56/21 57/24 59/19 60/18 60/19 63/25 64/11 67/19 75/19 86/15 86/24 88/9 95/12
I've [1] 64/2
ID [1] 22/18
identify [3] 15/6 68/21 82/4
Imagine [1] 84/18
Immediately [1] 60/5
imminent [1] 63/3
impact [4] 6/17 33/6 35/14 35/18
impacted [1] 35/16
impacting [1] 5/12
impacts [2] 18/9 18/11
impeached [1] 94/22
impeachment [2] 94/22 95/6
important [5] 77/16 77/19 77/23 77/24 83/3
impression [1] 24/25
in 2002 [1] 66/14
in 2006 [1] 68/2
inaccuracies [1] 72/25
inappropriate [1] 96/2
incident [27] 43/10 45/4 48/22 50/2 52/6 52/7 52/21 52/22 53/10 53/23 56/1 57/24 58/5 59/24 60/10 60/10 60/11 60/12 78/16 78/22 78/24 82/24 82/24 89/6 90/6 90/21 94/2
incidentally [1] 39/14
including [2] 5/22 60/1
incoming [4] 40/14 58/15 58/21 82/17
inconceivable [1] 96/5
indicating [12] 12/22 13/25 25/13 29/9 33/8 70/18 72/21 74/17 75/9 79/5 83/25 94/9
individual [2] 21/12 30/9

individuals [4] 13/8 40/1 42/8 48/3
indulge [1] 8/14 36/5
indulgence [4] 46/11 57/21 63/17 87/3
information [8] 7/22 8/24 68/5 69/20 70/24 72/24 75/7 81/5
Initially [1] 11/22
inquired [1] 8/5
inside [2] 10/23 34/17
instance [1] 52/12
instant [1] 11/5
instinctive [2] 34/9 35/6
instinctive-type [1] 34/9
insurgents [3] 44/20 44/24 62/22
intend [1] 50/20
interact [1] 30/9
interaction [1] 48/6
interactions [4] 48/3 48/12 54/11 55/21
interchanged [1] 46/7
interested [1] 88/18
international [2] 60/10 60/11
interviews [1] 95/14
into 2008 [1] 86/19
investigate [1] 86/3
investigating [2] 80/13 86/23
investigation [10] 53/2 60/7 86/6 86/11 86/13 86/14 88/17 89/2 92/20 92/25
investigators [3] 78/20 78/23 80/10
Invitation [1] 88/6
invited [1] 89/8
involve [1] 68/12
involved [4] 22/24 60/14 60/17 90/17
Iraq [4] 66/21 67/1 67/7 84/19
Iraqi [9] 24/2 24/5 24/10 29/20 30/25 31/7 36/6 40/11 90/5
is [124]
isn't [2] 76/11 77/12
issue [1] 6/8
issued [3] 62/6 91/10 91/15
issues [2] 73/19 73/25
it [233]
it's [41] 5/21 6/19 6/25 8/21 8/23 14/7 16/22 16/22 16/25 18/22 20/23 27/8 27/10 27/11 28/13 28/15 31/2 46/9 47/20 49/11 50/5 51/7 61/3 67/18 70/11 75/13 76/11 79/9 79/11 80/25 88/1 88/3 94/14 95/2 95/2 95/6 95/6 95/9 96/5 96/10 96/13
its [1] 19/19
itself [1] 11/12
IV [1] 2/9

**J**

Janet [1] 2/14
jeopardy [1] 54/17
Jeremy [10] 2/3 3/2 4/5 8/2 10/9 10/21 26/6 51/25 61/12 79/24
Jimmy [2] 39/9 53/19
job [13] 54/18 67/25 68/9 68/11 69/6 69/21 77/11 77/14 77/16 77/17 77/20 77/24 91/11
jobs [1] 66/10
John [2] 1/19 62/10
JOHNSON [1] 2/4
join [2] 64/16 66/17
joined [2] 64/14 66/14
joining [1] 64/11
Joseph [1] 1/21
Jr [1] 1/19
judge [4] 1/16 19/17 62/3 91/19
judgment [1] 11/14
July [4] 1/5 1/11 6/12 93/15
July 30th [1] 6/12
jump [1] 9/2
June [2] 87/24 88/25
June 2nd, 2008 [1] 87/24

**J**

jurors [1] 69/14
jury [31] 1/15 5/3 5/15 5/23 6/10 6/11
7/23 9/3 10/20 12/8 12/19 26/2 26/5
26/8 27/25 45/8 46/23 47/15 61/9 61/14
68/23 74/22 79/19 88/7 88/16 88/18
89/1 89/9 89/12 89/14 96/22
just [79] 5/11 7/17 9/6 9/20 11/8 12/18
13/13 13/20 13/21 13/24 14/1 15/8 16/7
16/16 16/20 19/22 21/11 21/13 21/15
25/2 25/8 25/18 27/14 27/14 27/19
28/10 29/5 29/5 29/22 29/22 30/11 31/6
31/12 31/18 32/1 32/11 32/20 33/20
34/5 34/9 35/6 38/5 38/22 38/23 38/24
39/20 42/1 42/12 43/16 44/10 45/21
46/9 47/16 48/5 48/18 50/14 52/4 52/24
53/19 57/13 57/14 57/24 60/23 61/24
62/20 63/17 66/3 68/21 69/23 70/8
74/16 79/4 79/21 80/20 83/24 87/6
87/20 93/16 94/25
justifiable [1] 60/4
justification [1] 35/5
justify [4] 55/24 55/25 57/18 58/18
Justin [1] 45/14

**K**

Kastigar [1] 6/13
Kavanaugh [1] 1/20
keep [3] 31/13 55/22 55/25
Keith [2] 20/23 20/24
Khazali [1] 27/1
Kia [10] 10/23 14/15 14/16 14/18 26/25
27/21 27/22 27/23 27/24 28/9
kick [1] 66/3
kids [2] 92/7 92/10
killed [1] 41/20
killing [1] 90/5
kills [1] 84/20
kind [5] 8/24 36/24 39/22 46/3 52/10
knew [2] 35/17 54/13
know [44] 7/17 8/22 8/25 12/13 14/6
14/17 18/7 18/21 19/6 20/20 21/3 21/8
21/13 21/17 21/24 21/25 22/1 22/2 22/3
22/8 22/15 34/14 34/23 35/18 36/8
36/19 39/16 39/22 42/17 46/3 46/10
47/20 49/11 50/4 50/24 52/7 52/10
55/24 57/3 57/5 65/16 72/1 82/24 92/5
knowledge [2] 39/18 81/7
known [2] 42/20 67/5
knows [1] 46/16
Korea [1] 64/22
Krueger [4]  50/22 51/25 54/8 55/20

**L**

lack [1] 11/14
ladies [3] 9/18 10/19 45/8
Lambert [1] 62/4
LAMBERTH [1] 1/16
landed [1] 35/19
lane [5] 29/1 29/1 29/14 29/17 31/14
lap [2] 44/8 44/8
laptop [1] 19/10
last [9] 6/14 22/1 71/17 72/5 74/2 76/24
80/18 81/13 96/8
lasted [1] 86/13
late [2] 91/22 91/25
later [2] 89/15 93/16
latitude [1] 46/25
law [2] 2/9 80/5
lawful [1] 82/8
lawyer [5] 86/8 86/9 86/10 95/2 96/5
lawyer's [2] 94/23 96/12
lawyers [7] 7/12 92/19 92/24 93/1 93/7

lead [1] 51/16
leader [2] 70/17 70/19
lean [1] 33/7
leaned [1] 54/25
learn [2] 60/13 86/3
learned [2] 90/12 92/22
least [5] 16/17 19/4 19/14 46/25 60/3
leave [1] 72/20
leaving [3] 24/1 44/3 45/10
led [2] 66/6 92/15
left [11] 10/22 14/16 14/18 32/15 32/16
35/21 37/5 37/8 56/5 65/17 65/23
legitimate [1] 82/2
length [1] 36/17
less [3] 23/11 38/13 52/13
let [8] 21/13 26/22 40/25 45/21 53/3
57/23 82/22 83/6
let's [16] 53/9 61/7 68/17 71/17 72/19
73/14 74/16 75/8 76/5 76/9 79/21
80/18 80/20 83/23 88/11 93/3
letter [23] 86/22 87/9 87/23 88/6 88/23
88/24 88/25 89/8 89/20 89/23 89/25
94/11 94/23 95/1 95/1 95/2 95/8 95/16
95/20 95/22 95/23 96/2 96/5
letters [1] 89/21
liberty [16] 1/6 2/9 39/6 43/18 44/6
44/17 45/5 45/13 45/17 46/9 46/10
48/17 48/19 54/24 54/24 54/25
license [2] 84/20 85/3
lie [16] 57/14 57/17 59/15 59/25 70/10
70/11 71/2 71/13 71/14 73/9 75/18
76/11 77/3 77/18 77/21 85/20
lied [1] 6/9 58/13 58/15 69/24 70/3
70/4 74/4 74/5 75/22 77/10 77/22
lies [4] 71/17 81/16 81/17 82/19
life [1] 73/8
lifts [1] 84/20
like [16] 21/11 22/18 30/25 32/17 35/1
40/17 42/21 42/22 43/20 44/19 46/3
52/10 53/16 64/10 76/15 79/3
limit [1] 85/14
Linda [1] 2/3
line [16] 13/9 16/5 16/19 16/19 17/4 88/7
lines [2] 57/11 74/1
link [2] 45/16 45/16
Lisa [3] 3/7 97/3 97/8
list [1] 21/16
literally [1] 25/18
little [8] 31/22 37/17 39/24 75/8 78/15
87/20 88/12 93/16
living [3] 45/11 49/1 49/2
LLP [5] 2/4 2/9 2/15 2/21 3/3
located [1] 16/24
location [2] 15/18 58/21
long [10] 11/3 17/11 23/11 31/15 31/18
31/19 31/19 41/4 49/11 66/19
look [10] 23/3 36/13 68/17 69/4 69/5
71/17 74/7 75/19 75/21 76/22
looked [5] 14/9 18/5 18/6 32/17 35/1
looking [5] 23/15 23/16 23/18 35/14
88/9
looks [2] 73/5 84/4
losing [1] 54/18
lot [12] 5/17 9/15 42/7 43/17 43/21 44/4
48/2 48/9 56/4 56/17 57/8 59/23
love [1] 96/6
lower [1] 88/9
lunch [2] 61/8 96/21
luncheon [2] 96/19 96/23
lying [1]  59/6

**M**

M-203 [5] 26/20 45/18 45/20 55/1 56/11

M-240 [4] 14/24 14/25 14/25 91/5
M-4 [5] 14/25 33/21 44/8 45/17 91/3
machine [4] 24/10 24/15 29/20 91/5
made [7] 15/3 25/8 25/12 29/23 32/4
58/2 86/10
mag [1] 46/8
magazines [2] 45/17 46/7
mail [1] 84/2
maintained [2] 93/25 95/3
major [1] 92/15
make [11] 7/17 7/18 14/1 15/23 17/6
35/8 52/24 57/25 62/20 70/8 79/24
making [3] 25/18 59/14 95/18
man [15] 8/11 8/15 8/17 9/10 9/12 9/12
21/6 41/16 41/23 46/3 48/12 53/4 53/8
54/4 57/4
man's [1] 49/8
managing [1] 70/20
mandatory [6] 90/9 90/15 91/14 92/9
92/12 92/23
manner [1] 70/9
many [4] 17/13 39/25 58/2 72/16
map [2] 29/6 30/1
March [2] 69/9 69/10
Marine [2] 83/18 83/19
mark [5] 22/3 29/22 51/22 51/24 56/5
marked [1] 15/9
marker [2] 15/17 16/4
Martin [1] 1/20
material [2] 8/6 8/21
materials [3] 6/17 7/13 7/14
math [1] 72/8
Matt [1] 21/19
matter [4] 13/8 42/1 86/23 97/5
Matthew [3] 2/2 51/22 51/25
may [36] 5/2 5/18 5/24 6/11 6/17 7/10
10/7 10/12 15/10 21/20 25/14 26/9
26/10 41/22 44/16 45/12 45/13 50/6
50/8 51/11 53/11 54/17 56/10 57/13
57/16 59/18 61/15 61/16 63/20 65/21
68/24 76/17 85/4 89/15 93/18 95/7
maybe [6] 25/3 30/8 31/17 33/15 37/16
60/18
mayor [1] 70/22
McGee [1] 45/13
me [39] 6/18 7/11 7/15 19/15 20/5 21/20
23/13 25/3 26/22 30/23 32/5 33/6 34/5
36/7 36/20 40/25 42/12 44/6 45/12
45/15 45/21 46/5 49/6 53/3 55/24 57/4
57/20 59/18 67/23 73/3 73/18 75/21
75/23 76/13 82/22 83/6 83/16 96/3 96/5
Mealy [7]  22/3 50/21 51/22 51/24 52/14
54/7 55/20
mean [12] 30/16 31/3 37/21 41/19 48/18
52/22 52/25 55/23 65/6 65/13 86/15
89/4
means [3] 29/15 65/20 71/20
meant [1] 55/24
meantime [1] 5/4
measure [1] 13/12
mechanical [1] 3/24
medic [1] 21/22
Medical [2] 6/20 75/3
medication [1] 67/21
meet [2] 7/14 53/23
meeting [3] 54/19 90/1 90/11
meetings [1] 96/1
member [1] 83/11
members [3] 23/8 54/3 58/19
memorializations [1] 95/14
memory [2] 62/16 93/18
mental [11] 5/18 7/2 7/3 7/7 67/14 73/19
73/25 74/2 76/6 76/23 77/5
mention [3] 44/23 45/1 55/5

Case 1:14-cr-00107-RCL Document 248 Filed 01/07/16 Page 105 of 110

**M**

mentioning [1] 55/2
mess [2] 44/5 45/10
message [1] 84/13
met [1] 64/7
metal [1] 19/14
Michael [1] 2/3
might [6] 6/21 17/18 42/17 60/22 68/8
72/1 76/19
military [8] 64/10 66/24 68/8 70/13
70/21 83/12 83/15 83/17
mind [10] 11/6 18/8 49/19 56/23 59/10
59/14 60/3 60/8 60/22 75/23
mindset [1] 60/20
mine [2] 45/13 49/3
minimum [5] 90/9 90/15 92/9 92/12
92/23
minute [4] 23/12 31/17 61/8 81/22
minutes [1] 41/7
misconduct [2] 65/1 66/6
missed [2] 65/4 65/8
missions [7] 71/8 71/20 71/21 72/4 72/8
72/12 72/17
mistake [1] 87/5
moment [4] 15/8 63/17 82/22 93/18
month [1] 72/12
months [3] 72/5 74/3 86/13
more [17] 23/11 34/8 35/6 38/12 38/14
38/16 38/17 38/19 38/20 38/24 52/12
55/24 58/6 60/24 61/8 65/15 74/1
morning [7] 7/14 9/18 9/19 10/17 10/18
84/19 85/10
mornings [1] 65/7
mosque [1] 73/2
most [2] 31/5 70/13
Motley [1] 80/3
mountain [1] 25/19
move [5] 9/20 31/21 31/23 31/25 67/23
Moved [1] 66/12
movement [3] 11/4 19/19 19/21
movements [3] 10/23 11/8 11/10
moves [2] 12/2 35/8
moving [6] 9/24 17/10 20/11 31/4 61/17
86/19
Mr [46] 4/6 4/7 6/16 7/11 7/14 8/1 8/5
9/2 10/12 10/17 21/2 26/10 39/3 39/6
42/23 43/18 44/15 44/17 45/5 45/13
45/19 48/4 48/7 48/13 48/17 48/17
48/19 48/24 49/5 49/17 49/22 50/5
51/13 51/23 53/21 54/3 54/7 54/7 54/24
54/24 54/25 55/20 59/18 61/16 94/21
95/25
Mr. [58] 5/23 6/16 7/1 8/1 8/9 8/10 8/15
8/16 8/19 9/3 9/6 14/9 14/20 15/13
15/19 16/1 16/20 16/20 16/22 18/14
18/16 20/9 20/17 22/15 25/5 25/6 26/14
34/24 36/14 36/16 37/5 37/10 38/9
38/12 38/15 38/21 38/25 39/9 39/12
41/12 41/17 43/9 44/15 49/6 50/21
51/21 53/5 53/15 54/2 54/2 54/7 54/8
55/20 55/20 55/20 61/24 62/20 69/18
Mr. Ball [1] 39/12
Mr. Frost [3] 8/1 54/7 55/20
Mr. Heard [23] 8/9 8/10 8/15 14/9 14/20
15/19 16/1 16/20 16/20 16/22 18/14
18/16 20/9 22/15 25/5 25/6 38/15 38/21
41/12 41/17 43/9 44/15 54/2
Mr. Jimmy [1] 39/9
Mr. Krueger [2] 54/8 55/20
Mr. Mealy [1] 55/20
Mr. Ridgeway [14] 5/23 6/16 7/1 8/16
8/19 9/3 9/6 15/13 20/17 26/14 51/21
61/24 62/20 69/18

Mr. Slatten [2] 48/50/2
Mr. Slough [10] 36/14 36/16 37/5 37/10
38/9 38/12 38/25 53/5 53/15 54/2
Mr. Wahab [1] 34/24
much [4] 12/23 23/16 34/4 34/8
Mudd [1] 1/21
murder [1] 54/9
Murphy [10] 8/1 8/19 8/22 21/20 50/21
51/22 51/25 52/14 54/7 55/20
music [1] 20/21
must [1] 45/18
muzzle [8] 23/21 58/23 59/2 59/3 59/5
59/6 59/8 82/16
my [48] 8/8 8/18 13/10 13/10 13/11
14/18 14/19 14/25 14/25 18/8 19/4
19/14 19/15 23/3 25/20 32/3 32/4 32/7
32/16 33/21 35/17 46/24 49/19 53/16
55/25 57/18 58/18 58/18 60/8 67/12
72/8 77/2 81/6 84/18 87/5 91/21 92/5
92/5 93/1 93/10 95/8 95/14 95/18 95/21
95/25 96/2 96/10 96/13
myself [1] 28/15

**N**

N.W [1] 2/15
name [15] 10/20 20/21 21/5 21/17 21/21
21/24 21/25 22/1 22/2 46/8 62/10 74/19
75/5 80/2 83/9
National [6] 66/14 66/17 69/9 69/25
near [3] 44/5 45/11 57/5
nearby [1] 19/15
need [4] 47/8 55/22 55/24 75/21
needed [6] 50/21 51/24 77/15 77/17
77/20 77/24
negative [1] 73/2
nervous [3] 43/13 43/16 60/21
never [2] 6/2 80/17
New [3] 66/12 78/9 78/11
next [12] 17/24 23/23 28/11 29/12 31/6
31/10 32/2 33/6 34/22 36/6 36/12 54/24
nice [1] 96/21
NICHOLAS [1] 1/12
Nick [2] 21/19 54/12
night [3] 25/18 53/23 66/1
Nisur [19] 39/19 43/18 50/3 51/14 51/15
58/11 78/15 78/24 82/1 83/4 86/4 89/6
90/5 90/20 90/23 91/7 91/14 93/23 94/2
no [84] 1/3 1/10 6/4 7/2 7/4 7/8 8/7 8/21
9/25 10/2 10/5 11/12 12/5 14/22 15/7
16/13 17/5 17/20 18/10 19/17 20/8
20/14 21/7 23/20 23/22 24/21 24/24
27/9 30/10 33/24 34/2 35/10 36/9 36/9
36/20 36/20 39/4 39/7 39/10 39/13
40/15 40/18 40/22 42/1 42/16 44/12
44/25 45/3 52/5 52/22 55/4 55/4 56/25
57/8 58/12 59/3 59/4 61/6 61/20 62/1
62/23 63/1 63/4 63/12 64/24 66/8 66/16
73/10 74/4 74/10 74/14 76/2 76/8 77/2
79/14 79/16 84/6 84/8 86/9 87/15 87/17
89/13 91/19 94/24
Nodded [1] 37/15
noncommissioned [2] 65/11 65/22
nonetheless [1] 63/5
north [8] 24/5 24/7 24/13 26/13 29/1
29/7 30/25 40/7
northbound [4] 29/16 29/17 31/14 37/7
northerly [2] 29/14 37/11
not [120]
notes [2] 65/3 96/11
nothing [13] 5/14 5/16 36/25 37/1 49/19
83/4 83/21 85/5 85/11 85/18 93/22
95/15 95/24
notified [1] 89/1
November [1] 62/7

November 18th [4] 62/10
now [35] 10/22 15/13 15/25 18/16 18/24
20/17 22/5 22/24 24/1 34/23 35/20
37/22 43/17 48/2 50/16 52/14 53/3
56/17 66/3 67/23 71/13 71/15 72/19
77/10 77/25 78/14 80/18 81/15 82/19
85/20 85/24 86/19 89/19 90/20 91/18
number [4] 16/10 19/10 68/21 74/11
NW [6] 1/22 2/5 2/10 2/21 3/3 3/8

**O**

o'clock [1] 96/20
oath [5] 8/2 80/12 81/2 81/9 81/12
objection [19] 9/23 9/25 10/2 12/2 16/12
20/12 46/17 51/17 55/6 55/13 61/4 61/6
61/18 74/10 79/14 84/6 87/15 94/18
96/15
obligation [1] 88/20
observation [1] 29/23
observations [11] 17/6 28/20 30/24
34/22 37/23 39/2 39/5 39/8 39/11 39/17
43/4
observe [13] 16/1 23/3 27/3 27/4 34/19
36/10 36/14 36/23 39/19 44/11 53/21
59/2 59/3
observed [16] 8/2 14/24 23/7 23/8 24/9
24/10 26/19 26/20 27/1 27/17 29/18
37/12 38/8 40/7 53/20 58/21
observing [2] 26/15 58/15
obstruct [1] 29/13
obstructing [1] 36/18
obstruction [1] 29/10
obtained [2] 6/17 7/13
obviously [4] 5/6 94/25 95/6 96/7
occasion [2] 64/2 65/15
occupant [1] 34/23
occupants [1] 33/22
occur [2] 42/6 53/7
occurred [4] 50/3 62/13 62/18 82/24
occurs [1] 26/23
October [2] 75/13 85/25
October 2007 [1] 85/25
October 31st, 2006 [1] 75/13
odd [1] 66/10
of 2004 [1] 69/9
of 2006 [1] 78/7
of 2007 [9] 12/16 40/10 40/13 40/16
49/21 53/21 78/10 82/25 86/17
of 2008 [4] 86/21 92/4 92/18 93/9
of 2013 [1] 89/15
off [4] 10/22 11/12 42/21 54/6
offense [2] 66/4 91/19
offer [5] 74/9 79/13 84/5 87/13 94/16
office [5] 1/21 25/20 87/11 88/4 95/15
officer [6] 24/10 29/20 30/25 31/8 65/11
65/22
officers [1] 80/13
Official [1] 3/7
officials [2] 68/13 70/21
oh [6] 28/13 36/19 44/19 46/3 55/19
88/9
okay [34] 6/6 13/6 13/16 15/17 20/19
21/6 21/14 21/18 22/8 25/23 26/22 27/7
37/10 37/14 40/10 44/13 45/24 48/8
48/23 49/11 52/3 56/15 64/23 66/19
67/25 69/1 69/18 70/4 70/11 78/16
84/11 88/10 93/3 93/20
once [5] 31/22 41/6 41/8 43/20 58/6
one [47] 6/8 8/4 8/9 14/3 21/4 23/3 23/4
23/8 24/4 24/7 25/22 28/19 41/11 42/20
44/5 45/14 49/20 50/12 60/9 60/13
60/15 60/25 63/17 64/2 65/4 65/15
65/16 68/7 69/12 70/16 70/19 71/7
72/11 73/6 73/15 76/5 76/24 78/19

O

one... [9]  82/13 82/23 84/11 86/24 90/8 91/3 91/5 92/22 93/17
only [10]  25/20 71/4 71/10 74/8 79/3 82/23 83/23 87/2 89/14 95/3
ONORATO [1]  2/15
opened [2]  45/19 54/24
opening [1]  23/4
operate [2]  85/3 85/4
opinion [1]  52/11
opportunity [3]  41/11 64/2 96/9
opposite [1]  45/12
oral [1]  58/7
order [2]  30/18 86/8
orient [1]  12/18
oriented [1]  35/18
originally [1]  16/21
other [20]  5/10 7/22 18/10 27/2 35/21 35/24 41/8 47/22 48/19 49/13 50/16 52/11 54/3 64/7 66/23 68/8 71/15 73/19 73/24 75/7
others [2]  44/16 51/24
otherwise [1]  67/5
our [22]  5/6 5/9 6/21 7/18 18/23 21/21 21/21 21/22 32/8 32/11 34/13 36/13 40/24 44/5 45/11 48/25 55/22 61/7 65/23 65/23 68/20 96/19
out [35]  5/18 12/24 13/21 22/24 22/25 23/24 23/24 26/2 28/17 28/18 28/19 28/21 28/23 29/6 29/8 29/13 30/1 41/9 44/4 44/8 45/19 49/19 50/15 57/9 58/20 59/17 61/9 66/1 66/3 77/3 77/6 77/10 83/21 91/24 96/22
outline [1]  25/20
over [16]  5/13 14/9 16/8 22/6 23/3 24/11 24/17 29/21 31/14 32/8 33/7 36/14 54/25 63/15 85/6 85/12
overall [2]  38/11 76/12
overhear [1]  52/4
overheard [3]  59/18 59/19 59/21
overruled [2]  55/14 96/15
overwhelming [1]  76/13
own [1]  85/14

P

P.M [2]  61/14 96/22
page [11]  4/3 7/6 51/11 68/22 72/20 72/23 80/18 80/19 81/19 81/20 84/12
palace [1]  21/5
palaces [1]  21/5
paper [1]  69/13
paragraph [9]  69/2 69/8 69/19 70/12 71/15 87/7 87/21 88/11 88/14
Pardon [3]  20/5 73/3 83/16
parked [1]  31/10
parking [5]  42/7 43/17 43/21 44/4 48/2 48/9 56/4 56/17 59/23
part [9]  13/3 14/5 21/6 21/23 31/5 33/18 42/23 43/3 66/21
particular [2]  42/1 42/24
passenger [1]  54/23
past [6]  7/4 7/6 8/24 32/1 32/7 77/6
Patarini [1]  62/10
Patrick [1]  1/20
Patriot's [9]  42/7 43/17 43/21 44/4 48/2 48/9 56/4 56/17 59/23
pattern [1]  66/6
PAUL [2]  1/6 63/25
Pause [4]  46/12 57/22 63/18 87/4
pen [20]  18/24 19/3 19/6 19/7 19/12 20/4 20/7 22/10 22/13 22/15 22/21 28/18 28/20 42/18 42/18 42/19 42/21 42/21 42/22 42/22

people [8]  8/9 8/25 9/8 11/11 15/2 63/8 83/3
per [3]  72/4 72/5 72/12
perceive [3]  11/15 17/3 18/17
perceived [4]  11/18 11/21 35/8 63/3
percent [1]  45/15
perform [1]  71/24
performed [1]  72/2
performing [1]  72/16
Perhaps [1]  94/8
period [4]  11/7 18/16 71/5 71/11
permission [1]  33/1 65/18
person [8]  20/19 21/13 21/13 24/6 24/20 24/22 30/2 80/9
person's [1]  9/9
personally [1]  44/10
personnel [1]  85/4
Peter [1]  10/21
phone [1]  35/1 35/1
phonetic [2]  34/24 45/14
phrase [1]  40/25
picked [2]  58/20 59/17
picture [4]  20/17 20/22 21/2 21/9
piece [3]  19/14 42/24 95/17
PILLSBURY [1]  3/2
PITTMAN [1]  3/3
place [2]  82/7 95/11
placed [1]  62/15
planning [2]  46/21 94/21
play [1]  50/6
played [2]  50/2 92/17
playing [3]  49/22 50/4 50/5
plead [1]  50/23
please [14]  10/19 12/8 16/9 16/10 19/10 29/3 33/4 63/16 74/23 80/19 80/21 88/12 88/14 94/5
pocket [2]  22/5 22/8
point [49]  11/19 12/19 12/24 13/21 17/25 18/19 18/24 21/15 22/24 24/3 24/4 24/7 24/20 24/22 30/13 31/20 34/3 34/18 39/2 39/5 39/8 39/11 39/20 40/2 40/4 40/10 40/13 40/16 40/19 41/11 42/20 44/5 48/12 51/21 51/23 52/14 53/9 58/20 59/3 60/9 60/13 60/15 60/25 76/12 86/16 86/21 90/10 93/17 94/1
pointing [2]  40/11 40/11
points [2]  38/6 38/8
poker [5]  49/22 50/2 50/4 50/5 50/6
police [6]  24/2 24/6 24/10 29/20 30/25 31/8
policeman [1]  36/6
popped [1]  49/15
porthole [1]  44/8
portion [6]  72/19 74/17 79/25 84/12 87/6 94/9
positively [1]  15/5
possession [1]  7/17
possible [2]  92/19 92/24
possibly [1]  56/11
post [3]  65/17 65/23 67/3
posttraumatic [1]  76/15
potential [2]  90/4 90/8
pouch [1]  22/9
Poulus [2]  21/19 54/12
power [1]  17/22
preparation [1]  5/11
present [5]  3/1 5/10 44/13 56/20 56/21
presented [1]  6/10
presumably [1]  13/6
pretty [1]  23/16
prevented [1]  92/10
previously [2]  10/10 46/17
print [1]  25/22
prior [12]  7/23 21/10 26/25 27/19 64/2

prison [2]  91/20 91/24
private [1]  71/20
probably [1]  46/2
problem [1]  47/3
problems [2]  46/20 67/12
proceed [6]  10/13 26/10 28/25 46/22 61/16 63/19
proceeding [1]  96/4
proceedings [2]  3/24 97/5
produced [1]  3/24
professional [4]  7/4 67/14 76/23 77/5
proffered [1]  7/11
prompted [1]  49/5
proper [1]  31/14
prosecutor [2]  68/17 69/5
prosecutors [11]  86/22 87/10 88/3 89/4 89/17 90/1 90/11 93/7 93/12 93/22 93/25
protection [1]  70/21
protective [1]  68/12
provide [2]  47/22 70/21
provided [6]  5/22 7/13 50/17 66/23 72/24 78/23
providing [3]  47/13 47/21 68/12
PSD [1]  71/20
PSTD [1]  67/16
PTSD [8]  6/8 67/5 67/18 67/19 73/16 73/24 74/3 77/8
publish [4]  27/25 68/23 74/22 79/18
published [1]  12/7
pull [9]  29/2 59/11 61/4 72/19 79/4 83/23 87/1 87/20 94/4
Puma [1]  12/14
pumped [2]  54/25 55/11
pumping [1]  45/20
purporting [1]  70/12
purports [1]  69/8
purpose [1]  96/2
purposes [1]  95/18
pursue [5]  52/20 52/22 92/19 92/24 95/25
pursued [2]  93/1 93/2
put [4]  16/17 29/22 34/24 88/12

Q

qualified [1]  68/9
quarters [3]  45/11 49/2 49/2
question [12]  8/18 13/1 36/24 37/17 40/23 46/25 49/25 58/22 73/22 74/1 76/1 76/4
questionnaire [1]  7/1
questions [5]  63/12 64/3 73/15 75/16 76/2
quick [1]  23/13
quickly [1]  31/4
quite [5]  13/2 30/20 30/21 40/5 45/14

R

raised [1]  46/17
range [1]  60/12
ranking [1]  70/21
rather [2]  11/5 43/13
Raven [3]  11/16 18/17 21/23
Re [1]  88/7
react [1]  20/9
reacted [2]  20/9 54/16
reaction [1]  44/17
read [3]  85/2 88/21 96/6
reads [1]  84/19
realize [2]  60/9 60/25
really [3]  30/16 46/19 46/20
rear [3]  13/16 23/4 30/22
reasons [1]  65/4

**R**

**recall [30]** 5/24 9/13 20/10 22/19 22/23 23/9 29/11 32/17 40/1 40/2 41/22 42/2 43/5 43/8 44/16 54/1 56/25 57/13 57/17 57/18 57/19 57/20 58/2 64/6 64/9 73/18 74/1 74/3 80/8 83/3
**received [28]** 6/23 10/3 10/6 12/4 12/6 16/12 16/14 20/13 20/15 45/6 50/12 61/19 61/21 67/16 67/19 74/2 74/13 74/15 79/15 79/17 84/7 84/9 86/22 87/16 87/18 88/23 89/19 89/20
**receiving [4]** 17/19 58/15 86/24 88/24
**recent [2]** 70/13 77/6
**recess [8]** 26/1 26/3 26/4 61/8 61/10 61/11 96/19 96/23
**recognize [11]** 12/10 15/14 20/17 21/12 28/3 62/2 79/7 84/2 87/9 94/7 94/11
**recognized [1]** 95/1
**recollection [1]** 49/12
**record [8]** 5/5 25/16 46/15 47/10 50/10 68/21 94/20 97/4
**recorded [1]** 3/24
**rectangle [2]** 15/23 16/16
**red [7]** 16/4 16/19 19/22 19/24 19/25 20/3 20/6
**redacted [1]** 95/9
**refer [2]** 42/24 58/23
**reference [1]** 85/7
**referenced [1]** 8/11
**referred [2]** 41/16 42/13
**referring [5]** 41/17 42/17 47/1 47/11 59/16
**refresh [1]** 93/18
**regarding [7]** 17/6 28/20 30/24 42/4 45/5 54/14 58/4
**regret [1]** 34/10
**regular [1]** 41/6
**reintroduce [1]** 10/19
**related [3]** 56/8 89/6 90/4
**relating [1]** 48/19 55/12
**relation [1]** 35/21 37/4 38/15
**relevant [1]** 96/7
**remember [36]** 8/14 9/5 10/24 22/17 25/7 26/15 28/12 29/10 36/12 39/25 42/12 43/14 44/14 45/9 45/22 45/25 46/1 49/5 49/9 49/13 53/13 54/5 56/23 57/1 58/14 64/5 78/11 80/11 80/12 83/6 86/16 86/21 86/24 88/24 93/16 96/9
**remembered [1]** 9/7
**remembering [1]** 21/21
**remembers [1]** 9/8
**remorseful [1]** 53/15
**repeat [6]** 13/1 25/11 49/24 58/22 78/25 92/21
**repeatedly [1]** 50/13
**rephrase [2]** 37/16 40/23
**replies [2]** 7/2 7/4
**reported [1]** 6/18
**Reporter [2]** 3/7 3/7
**represent [2]** 63/25 86/8
**representation [1]** 96/6
**representations [2]** 95/10 95/18
**represented [3]** 11/10 72/9 94/3
**representing [1]** 95/12
**resolution [2]** 92/19 92/24
**resolving [1]** 95/18
**respect [3]** 6/7 7/1 59/5
**respond [2]** 46/4 46/4
**responds [1]** 7/1
**response [3]** 6/4 41/21 82/2
**responsibly [2]** 94/1 95/4
**responsive [1]** 6/21
**rest [1]** 71/15

**restriction [2]** 62/5 65/3
**resume [1]** 10/7
**resumed [3]** 4/5 26/6 61/12
**retired [1]** 83/19
**retractable [1]** 22/18
**returned [3]** 56/4 67/1 85/24
**review [1]** 6/16
**rid [1]** 85/5
**Ridgeway [29]** 3/2 4/5 5/23 6/16 7/1 8/2 8/5 8/16 8/19 8/20 8/25 9/3 9/6 10/9 10/17 10/21 15/13 20/17 21/2 26/6 26/14 47/12 51/21 61/12 61/24 62/20 69/18 79/24 84/13
**Ridgeway's [2]** 6/18 94/23
**rifle [1]** 91/3
**right [108]**
**road [5]** 16/25 17/1 31/11 31/12 32/6
**Robert [1]** 22/4
**roof [4]** 32/9 33/13 33/19 33/19
**room [6]** 3/8 50/25 51/6 51/21 53/24 54/8
**rooms [1]** 44/5 48/25 50/22
**rough [2]** 13/22 15/14
**roughly [1]** 77/24
**rounds [12]** 17/13 32/9 33/7 35/3 35/16 45/2 45/18 45/20 55/1 55/3 55/11 56/11
**route [2]** 28/23 29/6
**row [2]** 48/25 49/2
**rows [2]** 49/1 49/2
**ROYCE [2]** 1/16 62/4
**RPR [3]** 3/7 97/3 97/8
**rules [1]** 95/19
**run [1]** 31/8
**running [4]** 9/12 40/20 40/21 41/2
**runs [1]** 47/2

**S**

**said [53]** 8/10 8/16 8/23 25/7 41/18 41/25 42/12 45/15 46/5 46/9 46/18 48/6 49/4 49/15 49/18 50/14 50/14 50/21 51/3 51/5 52/1 52/5 52/12 53/14 53/16 54/6 54/8 54/13 54/22 54/23 55/11 57/7 65/4 65/10 65/17 70/16 70/19 71/4 71/19 72/4 72/14 73/24 74/3 78/9 82/1 85/2 85/14 85/16 85/18 94/25 95/15 96/1 96/4
**same [14]** 13/21 13/23 15/1 15/4 18/6 28/15 30/18 42/8 42/10 54/19 59/25 62/9 83/2 89/21
**saving [1]** 73/8
**saw [22]** 11/3 11/8 15/3 16/21 19/5 19/12 20/3 20/6 25/6 26/25 29/20 30/2 30/3 35/17 37/19 38/6 42/20 43/20 57/4 59/8 82/10 84/18
**say [44]** 8/12 8/13 9/1 17/12 17/15 18/20 23/12 27/3 27/4 31/3 31/11 31/17 35/13 37/1 38/12 38/14 38/15 38/17 38/19 38/23 41/21 41/23 42/1 46/7 46/9 47/13 51/14 51/23 52/4 52/22 55/12 55/19 57/6 57/11 58/13 59/15 60/11 64/15 70/4 77/12 81/15 82/7 82/19 85/20
**saying [10]** 14/20 44/18 45/22 45/25 49/13 55/18 57/1 59/19 59/21 73/2
**says [8]** 8/7 8/21 8/23 50/13 75/20 79/24 81/5 85/3
**schematic [1]** 15/14
**Schertler [2]** 2/14 2/15
**schertlerlaw.com [1]** 2/18
**Scott [1]** 2/4
**screen [3]** 12/19 69/18 88/12
**Screening [1]** 6/20 75/3
**screw [1]** 52/10
**scrutiny [1]** 88/16
**search [1]** 7/18

**seat [3]** 41/3
**seated [3]** 7/10 26/9 61/15
**second [4]** 6/7 11/5 69/12 81/20
**seconds [4]** 17/12 17/13 17/14 27/2
**section [1]** 72/21
**security [7]** 6/20 66/23 70/20 71/8 71/20 75/3 84/20
**sedan [1]** 82/13
**see [74]** 11/25 12/24 13/16 14/9 14/10 15/25 18/9 18/11 19/7 19/16 19/19 20/3 20/6 22/5 22/10 23/18 23/21 24/2 24/5 24/20 24/22 27/4 27/6 27/9 27/20 27/22 28/14 31/7 32/8 33/6 33/22 34/17 35/16 35/18 36/5 36/20 36/21 36/24 36/25 37/1 39/3 39/6 39/9 39/12 40/11 40/20 41/1 41/8 43/9 43/17 48/24 56/1 56/5 62/4 62/22 62/24 63/2 64/23 67/14 73/1 74/19 76/2 76/19 76/24 79/21 79/23 79/25 81/7 84/12 84/13 84/21 87/12 88/7 92/7
**seeing [6]** 40/1 40/3 45/2 55/5 82/16 92/10
**seem [2]** 31/18 93/15
**seemed [2]** 31/18 53/18
**seen [7]** 7/3 28/7 35/14 41/15 42/15 76/23 77/5
**semiautomatic [1]** 38/3
**send [1]** 95/1
**sense [1]** 54/16
**sent [3]** 45/16 84/3 94/12
**sentence [6]** 70/17 90/9 91/14 92/9 92/12 92/23
**sentenced [1]** 91/20
**separation [1]** 42/9
**September [21]** 12/16 13/18 21/10 40/10 40/13 40/16 49/21 50/1 53/21 54/20 78/19 78/22 79/1 79/22 80/25 82/25 83/2 83/11 84/3 84/25 88/15
**September 16 [1]** 53/21
**September 16, 2007 [2]** 13/18 88/15
**September 16th [9]** 12/16 21/10 40/10 40/13 40/16 49/21 50/1 78/19 82/25
**September 16th, 2007 [1]** 54/20 83/11
**September 17, 2007 [1]** 84/3
**September 17th [2]** 83/2 84/25
**September 18, 2007 [3]** 79/1 79/22 80/25
**September 18th, two [1]** 78/22
**sequence [3]** 26/23 28/10 40/2
**serious [1]** 60/6
**seriously [1]** 5/8
**served [1]** 64/12
**service [3]** 6/23 66/21 68/8
**services [2]** 68/12 74/2
**setting [3]** 22/25 23/10 23/14
**seven [3]** 50/11 71/4 71/10
**several [8]** 32/9 54/25 54/25 56/21 60/18 70/24 71/7 86/13
**shall [1]** 56/13
**share [1]** 52/11
**SHAW [1]** 3/2
**shed [1]** 55/22
**shoot [3]** 8/2 8/15 63/5
**shooters [1]** 59/20
**shooting [16]** 8/13 8/20 9/5 9/7 9/8 9/13 9/13 37/12 48/11 49/23 50/15 53/4 57/12 60/4 63/7 84/20
**short [4]** 17/15 26/1 27/2 86/8
**shortly [1]** 28/17
**shot [12]** 8/6 8/9 8/12 8/21 9/15 11/1 11/4 34/19 37/22 44/21 49/6 82/4
**shots [1]** 9/8 9/9 82/1
**should [9]** 7/2 7/5 7/8 8/22 8/24 33/3 34/15 47/14 55/17
**shoulder [3]** 24/11 24/17 29/21

**S**

shouldn't [1] 35/6
show [1] 68/8
showed [3] 7/15 42/12 68/18
showing [1] 75/23
sic [3] 62/2 67/16 84/23
side [8] 6/22 31/11 31/12 32/6 32/16 37/8 52/13 56/5
SIDEBAR [12] 5/5 9/17 25/16 25/25 46/15 47/6 47/10 47/25 50/10 51/19 94/20 96/18
sidewalk [2] 36/3 36/4
sign [1] 95/22
signal [2] 25/8 25/13
signature [2] 75/11 80/23
signed [3] 62/3 80/15 81/9
signifying [1] 82/16
silver [2] 22/13 22/13
similar [3] 25/13 81/12 89/20
since [1] 49/12
single [1] 82/4
sir [407]
sitting [1] 54/23
SLATTEN [24] 1/12 2/20 39/3 44/15 48/4 48/7 48/13 48/17 48/24 49/6 49/22 50/2 50/5 50/14 50/21 50/22 50/24 51/2 51/3 51/5 51/13 51/23 52/12 54/3
Slatten's [1] 49/17
sleeping [1] 67/11
sleeve [6] 42/4 42/12 42/14 42/24 43/3 43/4
SLOUGH [14] 1/6 2/2 36/14 36/16 37/5 37/10 38/9 38/12 38/22 38/25 53/5 53/15 54/2 63/25
slumped [1] 49/15
small [1] 65/23
smelled [2] 19/5 42/21
smoked [3] 8/11 8/16 41/18
so [76] 7/24 8/18 9/15 11/13 13/8 13/13 13/13 13/20 13/25 14/1 16/7 16/16 17/13 19/9 21/6 26/18 27/14 27/14 28/10 28/10 28/15 28/20 29/5 29/22 30/8 30/11 30/14 31/13 31/15 31/17 31/20 32/11 32/11 33/10 33/20 34/15 35/18 37/7 37/10 38/5 38/5 38/24 40/6 44/10 45/21 48/18 48/23 49/11 52/3 53/19 55/24 57/14 61/24 62/15 67/14 67/23 68/3 68/17 70/12 71/7 73/2 73/9 76/15 77/18 83/2 85/5 85/10 85/11 85/16 87/23 88/25 89/13 89/22 90/3 91/23 91/24
solely [1] 34/13
solemn [1] 49/20
some [37] 18/18 29/10 29/11 29/11 30/12 31/23 31/23 32/4 46/20 46/25 48/12 49/13 50/16 54/14 56/5 57/24 59/25 61/8 65/3 65/8 66/10 66/23 67/16 67/19 68/4 70/5 70/6 70/7 71/15 75/7 81/22 86/16 86/21 90/10 94/21 95/5 96/11
somebody [2] 9/8 46/8
somehow [1] 60/22
someone [2] 49/7 66/3
something [6] 5/18 19/14 36/4 47/14 55/18 77/18
sometime [6] 64/14 64/16 67/8 85/24 89/23 89/25
somewhat [2] 37/9 53/15
somewhere [2] 19/13 60/12
son [1] 92/5
soon [1] 53/4
sorry [13] 13/1 19/23 20/21 21/20 38/18 45/23 47/7 48/5 49/24 51/1 67/19 88/9

93/22
sort [5] 29/6 29/11 32/4 67/12 94/22
sought [1] 7/7
sounded [2] 40/17 42/21
sounds [3] 79/2 79/2 90/13
south [14] 2/16 12/13 12/14 14/13 15/14 24/1 24/4 24/14 24/19 25/1 31/13 40/6 55/1 55/1
southbound [3] 29/1 29/15 29/16
southeast [1] 23/16
southwest [6] 8/3 23/17 59/9 59/15 59/20 82/17
space [1] 30/12
speak [2] 41/11 43/24
speaking [1] 81/23
specific [4] 8/14 58/20 74/3 83/6
specifically [10] 9/5 9/6 9/8 9/11 9/13 55/10 57/4 95/17 95/23 96/1
specifics [1] 81/22
spent [1] 64/18
spoke [2] 58/23 64/7
squad [2] 70/17 70/19
Square [19] 39/19 43/18 50/3 51/14 51/15 58/11 78/15 78/24 82/2 83/4 86/4 89/6 90/5 90/21 90/23 91/8 91/14 93/23 94/2
stand [6] 10/7 26/7 33/3 61/13 90/25 95/13
standing [2] 33/5 36/6
standstill [3] 31/5 31/16 32/3
star [1] 20/21
start [5] 13/11 46/2 76/1 76/5 79/21
started [6] 31/8 31/20 41/1 46/1 54/6 90/3
starting [1] 20/19
State [7] 57/25 58/4 68/12 80/6 85/7 91/11 91/15
statement [16] 57/25 78/20 78/23 79/11 79/25 80/8 80/15 81/6 81/10 81/15 81/18 81/23 82/4 82/7 82/22 85/20
statements [7] 7/23 47/14 55/6 55/7 58/3 58/7 58/7
states [7] 1/1 1/3 1/9 1/16 64/12 87/10 88/14
stating [1] 10/20
stationed [1] 64/21
Stebbings [1] 22/4
stenography [1] 64/15
step [3] 26/22 31/6 31/6
step-by-step [1] 31/6
STEPTOE [1] 2/4
steptoe.com [1] 2/7
Steven [1] 2/20
sticks [1] 49/19
still [2] 18/14 56/17
stipulate [1] 20/23
stop [2] 18/4 28/16
stopped [4] 18/3 18/8 18/14 44/5
stories [1] 55/22
story [3] 52/13 55/12 55/15
straight [1] 55/22
strap [1] 23/6
street [5] 1/22 2/15 2/21 3/3 34/14
stress [2] 67/3 76/16
strike [3] 36/8 51/22 89/23
stuff [1] 73/4
stuff's [1] 73/2
subject [4] 6/13 49/22 50/2 88/6
submitted [4] 70/25 80/8 81/10 81/15
subsequent [1] 9/4
Suburbans [1] 18/7
such [1] 58/3
suffer [1] 73/24
suffered [1] 73/16

sufficient [1] 89/5
suggest [1] 55/17
Suite [3] 2/10 2/16 2/22
Sullivan [3] 3/2 6/16 7/11
summarize [2] 69/8 70/13
summer [4] 86/21 92/4 92/18 93/8
superior [1] 65/14
supplied [1] 69/20
suppose [1] 36/17
sure [34] 7/17 13/2 13/3 14/1 18/2 18/4 22/23 25/2 25/4 25/18 27/14 30/5 30/16 30/21 33/15 37/18 40/5 40/6 41/22 45/15 50/1 52/24 54/3 54/4 56/22 58/23 60/8 60/18 60/19 62/20 70/8 75/19 86/15 86/24
surprise [1] 84/18
suspected [2] 56/10 86/7
Sustained [2] 47/4 55/8
swear [2] 81/5 81/9
switch [2] 16/8 63/15
sworn [1] 10/10
symptoms [1] 67/10
system [1] 68/20

**T**

take [26] 11/3 16/4 23/11 26/1 31/6 41/4 52/23 53/3 61/7 61/8 63/10 68/17 73/6 73/11 74/7 75/8 78/12 78/16 81/19 82/22 83/2 85/22 86/2 93/4 94/19 96/19
taken [4] 20/22 21/2 21/9 34/15
takes [1] 28/24
taking [4] 49/7 52/25 69/4 69/5
talk [9] 50/21 51/24 52/2 52/6 52/12 53/19 73/14 93/3 96/20
talked [7] 14/15 27/14 57/15 65/14 69/23 71/18 78/18
talking [6] 34/4 52/9 53/9 56/7 57/24 95/10
tall [2] 12/23 13/11
tanker [2] 6/1 6/3
target [6] 15/6 86/22 88/17 89/1 89/23 89/25
tconnolly [1] 2/24
team [3] 21/22 23/8 58/19
teammates [1] 41/9
tell [40] 6/22 17/9 18/19 19/2 23/2 23/7 24/8 24/12 25/5 25/5 26/18 27/7 27/9 27/11 29/6 29/17 32/2 34/22 35/11 35/25 38/2 38/22 41/14 42/11 42/23 43/4 43/7 44/2 45/8 45/24 48/15 48/23 49/4 52/3 54/5 54/11 54/19 55/9 65/20 75/21
telling [2] 83/3 83/6
terms [3] 38/11 40/7 48/20
terribly [1] 25/17
testified [9] 5/25 8/2 10/11 11/1 15/25 26/14 62/21 89/14 96/4
testify [4] 88/7 88/20 89/8 89/11
testifying [1] 81/13
testimony [5] 8/9 8/22 46/18 65/3 88/18
than [8] 18/10 38/13 38/22 38/24 58/6 60/24 64/7 65/15
Thank [8] 10/1 10/4 10/14 47/5 75/25 79/19 80/21 95/13
that [493]
that's [43] 6/4 7/13 7/21 8/24 13/5 13/14 23/12 29/1 29/9 29/20 39/1 47/2 51/7 51/16 51/17 64/20 66/8 67/5 68/22 69/19 70/24 71/6 71/9 72/8 72/13 73/9 73/23 74/19 75/11 77/7 81/12 82/6 82/9 83/1 83/22 84/16 85/18 87/21 88/10 95/8 95/16 96/10 96/13
the dishdasha [1] 41/17
their [5] 7/16 8/4 41/9 50/22 92/4

## T

**them [20]** 8/4 32/1 32/1 35/18 36/10 45/18 46/6 46/25 52/2 52/6 52/10 52/12 52/18 55/11 59/5 73/18 74/3 76/17 80/15 82/13
**then [14]** 19/16 26/22 28/14 28/18 28/25 49/12 57/3 60/20 62/3 62/16 66/14 72/5 80/2 95/4
**there [62]** 5/19 6/25 13/12 13/12 13/18 18/7 18/8 18/18 18/24 22/6 22/24 23/1 29/10 30/12 31/10 31/20 33/25 36/6 36/11 36/18 36/25 36/25 36/25 37/1 42/3 42/8 44/15 44/15 45/16 48/6 48/14 49/21 50/1 50/7 50/14 51/21 51/23 52/5 52/5 54/1 54/3 54/14 55/21 56/17 56/21 56/24 57/7 57/8 58/20 59/19 60/6 69/15 69/16 70/17 74/20 78/9 78/11 80/2 81/17 83/21 84/12 95/13
**there's [5]** 28/17 50/16 75/5 80/2 84/13
**thereafter [2]** 53/4 92/18
**therefore [1]** 88/16
**Thereupon [11]** 10/5 10/8 12/5 16/13 20/14 61/12 61/20 74/14 79/16 84/8 87/17
**these [10]** 7/13 7/13 27/17 28/10 28/13 40/3 58/7 58/10 76/2 96/8
**they [38]** 7/16 8/18 8/20 17/7 17/15 22/12 23/9 23/14 29/15 31/23 31/24 32/12 33/12 35/19 35/19 39/22 39/23 39/24 41/2 45/18 46/18 46/18 48/7 49/1 49/2 50/21 51/24 52/7 52/11 52/20 54/8 54/9 54/13 65/2 72/1 76/19 82/20 89/5
**they're [4]** 23/5 46/22 47/12 96/11
**thing [8]** 15/4 23/23 28/11 34/9 36/12 45/22 46/3 67/13
**things [13]** 5/19 9/14 12/19 34/14 49/13 66/23 68/7 70/6 70/7 70/16 70/19 71/16 78/19
**think [17]** 5/19 8/13 9/10 9/15 9/23 25/22 45/13 46/1 46/17 46/19 47/11 47/12 56/8 60/22 69/18 78/9 94/22
**thinking [5]** 17/18 34/6 34/8 59/15 90/25
**third [3]** 7/6 80/19 88/11
**this [161]**
**Thomas [1]** 2/20
**those [22]** 8/6 8/9 11/10 17/3 17/19 23/4 27/20 34/14 58/24 59/6 62/15 70/6 70/7 80/12 82/19 90/4 91/1 91/7 91/10 93/8 93/11 93/21
**thought [3]** 6/20 18/1 60/24
**threat [5]** 11/11 17/4 25/3 35/9 63/3
**threatened [5]** 34/1 90/14 92/9 92/12 92/22
**threats [5]** 23/18 58/16 82/2 82/10 95/5
**three [13]** 6/25 7/4 14/4 17/16 17/16 27/1 30/19 33/7 33/15 35/3 55/11 76/24 90/24
**three feet [2]** 14/4 33/15
**through [11]** 5/9 5/17 11/6 13/21 21/11 21/12 21/15 25/19 28/25 93/12 93/22
**thrust [1]** 95/24
**time [41]** 6/2 11/3 11/15 12/1 15/18 17/17 21/21 25/21 28/14 28/15 31/18 31/18 34/4 34/5 36/19 39/20 42/3 44/23 45/1 49/11 50/5 53/3 53/9 56/18 57/24 59/25 68/23 76/15 77/10 85/1 86/2 87/13 88/23 89/11 89/14 89/19 89/21 91/22 94/16 96/16 96/20
**times [8]** 49/21 50/1 58/2 70/6 70/24 71/5 71/7 71/10
**timing [1]** 48/20
**title [1]** 75/2
**titled [1]** 97/5

**to [907] [11:66:2250**
**Toby [2]** 20/23 20/24
**today [2]** 9/10 62/21
**together [1]** 48/25
**told [15]** 44/6 46/6 46/6 49/6 52/9 55/10 57/20 59/8 59/18 59/25 72/11 83/5 83/20 93/11 93/21
**tone [2]** 41/25 42/1
**took [4]** 5/7 50/15 54/13 54/14
**top [11]** 34/25 69/2 70/12 74/17 76/5 79/4 79/21 80/20 80/20 81/2 87/6
**topic [2]** 67/23 78/18
**torso [1]** 13/6
**tossing [1]** 56/11
**total [1]** 72/12
**totally [1]** 26/13
**touch [1]** 34/3
**touching [2]** 32/8 33/12
**tour [1]** 64/23
**tow [12]** 22/24 22/25 23/6 23/10 23/14 23/24 28/17 28/18 28/19 28/21 28/23 29/8
**toward [1]** 82/13
**towards [3]** 41/3 45/12 52/18
**towing [1]** 30/21
**town [2]** 65/25 66/1
**tracer [2]** 42/14 42/15
**traffic [13]** 23/24 24/1 24/13 24/14 28/25 30/25 31/9 31/20 32/7 40/4 40/9 44/9 82/11
**training [1]** 73/7
**transcript [3]** 1/15 3/24 97/4
**transcription [1]** 3/24
**transcripts [1]** 5/23
**transition [1]** 15/2
**transitioned [1]** 14/25
**traumatic [1]** 67/3
**traveling [1]** 30/4
**treated [2]** 7/3 76/23
**treating [1]** 52/14
**treatment [3]** 67/16 67/19 77/8
**trial [3]** 1/15 5/10 6/21
**trouble [1]** 67/11
**truck [2]** 6/1 6/3
**trucks [1]** 41/9
**true [4]** 59/1 64/20 66/8 76/9
**truth [1]** 81/6
**truthful [1]** 58/10
**truthfully [1]** 75/15
**try [1]** 92/15
**trying [6]** 24/25 31/9 31/12 32/1 32/6 57/9
**turn [6]** 32/7 33/6 34/5 80/9 80/18 81/19
**turned [3]** 5/13 34/9 37/7
**turning [1]** 34/6
**turret [9]** 12/21 13/14 13/16 13/21 14/2 19/4 19/13 32/8 32/21
**two [22]** 5/19 6/8 8/3 8/3 8/12 8/19 22/13 30/19 30/20 33/15 40/1 49/1 49/3 55/11 69/13 72/5 78/22 81/13 90/23 91/1 92/2 92/5
**two feet [1]** 33/15
**type [12]** 12/10 12/15 18/6 22/18 29/10 34/9 36/4 46/3 71/23 72/1 90/2
**types [1]** 18/22
**typical [1]** 30/16
**typically [4]** 22/15 22/17 50/6 65/7

## U

**U.S [4]** 1/21 3/8 88/3 95/15
**unarmed [2]** 8/4 63/7
**under [11]** 8/2 23/12 41/7 62/15 68/15 68/20 77/8 85/3 88/15 88/19 95/19
**understand [15]** 14/1 26/22 28/10 41/19

**468/28:2140:3/62/210/11:74:2250 63/7 63/9 68/11 70/8 71/23 86/15 90/3
**understanding [5]** 8/8 46/24 90/2 91/21 93/10
**understood [9]** 60/3 86/6 89/4 89/19 90/4 90/8 91/13 91/18 95/23
**unit [1]** 14/7
**UNITED [6]** 1/1 1/3 1/9 1/16 64/12 87/10
**unjustified [1]** 82/5
**unreasonable [1]** 82/8
**until [3]** 11/4 34/4 91/24
**up [31]** 8/4 13/12 19/13 22/25 23/5 23/10 23/14 25/18 28/18 29/2 45/25 49/23 50/3 59/11 61/4 67/23 69/2 72/20 74/17 79/4 79/21 83/23 84/12 87/1 87/20 88/12 92/7 92/10 93/13 94/4 95/11
**upset [4]** 52/7 52/20 53/18 54/10
**us [36]** 16/21 17/9 19/2 21/13 23/2 23/7 24/8 26/18 29/6 29/13 29/17 31/6 32/1 32/2 32/7 32/21 32/23 34/22 37/12 38/23 39/20 41/14 42/11 43/4 44/2 45/24 48/15 48/23 49/4 52/3 52/5 52/9 53/13 65/20 72/11 85/5
**usdoj.gov [1]** 1/24
**use [2]** 18/7 33/20
**used [2]** 33/21 90/20
**uses [1]** 18/23
**using [4]** 29/5 90/17 91/14 96/1

## V

**Vance [1]** 45/13
**vantage [5]** 14/19 39/2 39/5 39/8 39/11
**Vargas [1]** 59/18
**various [3]** 38/5 38/8 82/10
**vehicle [43]** 11/8 12/10 12/15 13/4 14/5 15/18 16/17 18/3 18/5 18/5 18/9 23/5 23/6 23/9 23/9 28/3 30/7 30/21 30/22 32/3 32/4 32/4 32/8 32/8 32/10 32/14 32/19 32/24 33/6 33/11 33/11 33/14 33/23 33/25 34/23 34/24 34/25 37/7 37/8 39/14 45/19 57/7 57/10
**vehicle's [1]** 36/17
**vehicles [17]** 17/2 17/3 17/6 17/8 17/10 18/6 23/4 23/4 23/24 29/9 30/19 31/10 31/12 34/3 34/13 36/10 36/11
**verbally [1]** 25/7
**version [1]** 88/19
**very [10]** 5/7 5/7 9/14 31/2 31/3 43/16 43/16 47/24 77/6 88/18
**viable [1]** 47/13
**vicinity [2]** 59/16 59/17
**video [4]** 45/5 45/17 45/22 45/24
**view [2]** 14/19 36/18
**violence [1]** 90/18
**visibly [1]** 54/10
**visiting [1]** 70/22
**visually [1]** 42/22
**volume [1]** 38/11

## W

**Wagler [1]** 39/14
**Wahab [1]** 34/24
**waist [3]** 13/10 13/23 13/24
**walking [4]** 31/8 44/3 45/11 48/25
**want [11]** 7/17 14/1 15/13 27/14 47/18 52/24 62/20 70/8 72/1 78/15 83/2
**wanted [5]** 52/12 57/3 57/5 77/14 92/7
**wants [2]** 50/17 95/25
**warrant [1]** 62/3
**was [278]**
**was 2000 [1]** 66/18
**Washington [10]** 1/4 1/11 1/23 2/5 2/11 2/16 2/22 3/4 3/9 62/18

Case 1:14-cr-00107-RCL Document 260 Filed 01/07/15 Page 110 of 110

# W

**wasn't [7]** 34/8 36/9 49/19 49/20 60/8 76/12 76/12
**watch [2]** 25/8 25/13
**Watson [12]** 39/9 45/19 53/19 53/21 54/5 54/6 54/16 54/19 55/2 55/5 55/10 56/7
**Watson's [2]** 53/23 55/6
**wave [1]** 32/1
**waving [1]** 32/1
**way [21]** 19/5 19/15 19/17 22/17 22/19 23/9 23/12 24/18 30/3 31/13 33/5 40/25 43/5 43/7 49/20 55/17 76/3 80/20 84/11 94/13 95/22
**WCoffield [1]** 2/12
**we [126]**
**we'll [4]** 20/23 51/9 61/7 96/19
**we're [20]** 13/13 13/20 16/7 16/16 20/11 26/1 30/11 31/5 31/5 33/20 38/5 38/24 44/10 46/19 48/18 53/20 57/14 61/17 78/14 82/21
**we've [3]** 5/14 7/18 50/12
**weapon [13]** 11/22 11/23 11/25 24/20 24/22 33/13 33/20 35/17 37/24 38/1 39/17 44/7 54/14
**weapons [6]** 18/23 90/15 91/7 91/10 91/14 91/19
**week [4]** 60/19 71/7 72/4 72/5
**weekend [1]** 6/2
**weekly [1]** 70/24
**weeks [1]** 43/10
**welcome [1]** 88/17
**well [35]** 5/9 9/3 17/15 24/8 25/5 26/22 27/11 27/19 28/17 29/19 30/12 30/18 35/23 36/24 37/7 40/25 42/7 46/5 47/20 47/24 48/11 52/9 54/6 54/13 55/17 56/23 61/4 70/4 71/19 75/23 76/19 82/21 83/6 86/16 93/3
**went [13]** 5/8 5/9 5/17 19/15 19/16 19/17 44/7 50/22 50/24 51/5 54/8 66/10 67/14
**were [133]**
**were right [1]** 45/11
**west [2]** 32/6 40/6
**westerly [3]** 36/15 37/9 38/1
**what [125]**
**what's [6]** 22/8 23/23 28/1 28/11 29/6 36/12
**whatever [2]** 6/4 95/10
**whatsoever [1]** 91/19
**when [56]** 7/8 8/10 10/22 14/1 14/9 18/20 20/9 21/8 23/7 23/14 23/18 25/6 27/3 29/17 29/19 29/19 29/20 29/23 30/18 30/24 31/3 32/3 34/6 35/20 35/25 37/1 37/10 40/7 41/25 42/6 44/17 45/19 45/19 48/7 48/11 49/17 52/22 55/23 56/3 56/4 56/20 57/14 58/10 58/13 58/23 59/6 59/14 59/15 59/21 60/3 60/16 60/20 66/17 73/21 80/8 84/18
**where [36]** 12/19 13/8 13/10 13/21 13/22 16/1 16/17 19/7 19/12 19/16 20/22 21/2 22/12 22/21 23/14 24/12 26/23 29/22 35/16 35/19 35/20 35/21 36/21 37/2 44/6 46/22 48/23 50/13 52/3 53/7 58/21 59/1 64/21 65/24 95/15 95/25
**Whereupon [1]** 26/6
**whether [15]** 5/18 6/3 8/5 8/7 8/20 9/1 27/11 35/11 38/2 39/16 40/6 41/23 42/23 43/7 72/1
**which [19]** 6/17 8/22 9/24 14/10 14/12 19/17 24/18 27/7 27/9 29/14 30/3 30/20 33/20 34/3 37/8 68/21 70/9 80/19 95/3

**while [9]** 35/18 46/9 49/9 54/1 54/18 56/17 65/17 70/21 78/15
**white [12]** 9/9 10/23 14/15 14/16 26/25 27/21 27/22 27/23 27/24 28/9 32/19 82/13
**who [22]** 5/10 8/3 9/5 9/8 11/18 13/18 17/18 18/19 20/20 21/13 34/23 38/15 38/20 39/22 44/13 46/25 54/1 56/20 56/21 56/24 86/22 96/11
**why [19]** 11/13 12/18 15/2 18/4 27/3 29/5 34/12 35/4 35/13 42/19 52/19 57/5 58/17 59/17 69/1 72/20 74/7 76/1 87/1
**will [4]** 8/9 9/6 85/6 85/11
**William [2]** 2/9 3/2
**willing [2]** 77/18 77/21
**WILTSHIRE [1]** 2/21
**wiltshiregrannis.com [1]** 2/24
**window [2]** 17/25 17/25
**windshield [1]** 18/1
**WINTHROP [1]** 3/2
**wire [1]** 29/12
**wish [1]** 63/10
**within [13]** 11/5 19/4 19/13 27/2 28/15 34/5 45/4 48/25 53/10 53/11 54/4 60/11 74/2
**without [9]** 9/23 12/1 16/12 20/11 47/11 61/3 61/18 65/18 87/5
**witness [17]** 4/3 5/11 10/10 15/10 15/22 15/24 16/6 26/7 40/13 61/4 61/13 74/8 79/3 83/23 87/1 94/4 95/12
**witness's [1]** 5/12
**witnessed [3]** 38/12 54/9 54/9
**woman [1]** 9/7
**word [1]** 43/23
**words [3]** 35/21 42/13 85/10
**work [1]** 71/23
**worked [3]** 66/10 83/15 83/17
**works [1]** 84/11
**worth [1]** 6/4
**would [69]** 8/12 8/13 12/23 12/24 13/1 13/9 13/10 13/11 13/11 13/13 13/22 13/23 13/24 13/25 14/4 14/15 14/18 14/21 16/21 17/12 17/13 17/15 17/21 25/11 26/24 26/24 31/15 31/23 35/14 37/5 37/8 38/12 38/14 38/15 38/19 38/23 40/23 41/7 42/1 43/12 43/22 46/18 46/20 46/24 48/21 49/17 53/1 53/10 53/17 56/10 58/22 60/6 60/11 60/13 60/16 60/24 65/7 67/7 68/12 69/14 71/7 71/14 75/23 77/11 78/25 91/24 92/10 92/21 93/13
**wouldn't [1]** 31/23
**wounded [1]** 43/7
**wounding [1]** 90/5
**writes [1]** 96/11
**written [8]** 45/17 58/7 78/23 81/2 84/13 95/2 95/16 95/23
**wrong [10]** 7/16 83/4 83/21 85/5 85/11 85/18 93/23 95/16 95/24 96/11
**wrote [3]** 65/3 84/18 84/23

# Y

**yeah [5]** 37/21 41/18 52/17 56/14 93/1
**year [13]** 6/14 7/7 64/18 64/25 71/7 83/3 90/9 90/14 91/13 92/9 92/12 92/23 93/17
**Year's [2]** 78/9 78/11
**years [5]** 7/4 50/11 76/24 86/14 91/20
**yes [232]**
**yesterday [12]** 5/7 10/22 14/15 26/14 65/3 67/24 68/18 69/5 69/24 71/16 72/11 72/14
**York [1]** 66/12
**you [659]**

**you'd [4]** 5/11 71/7 71/10 89/17
**you'll [2]** 9/10 9/11
**you're [15]** 13/3 14/1 15/25 16/24 24/4 29/7 32/11 32/21 40/6 48/11 51/13 66/9 68/9 72/18 73/2
**you've [6]** 16/7 28/7 32/14 38/5 38/8 71/15
**your [135]**
**yourself [1]** 10/19
**YouTube [4]** 45/5 45/16 45/22 48/18

# Z

**Zone [1]** 41/5