# TAB B

## DECEASED AND INJURED VICTIMS



    

Ahmed Haithem Ahmed Al Rubia'y **(1)**  
Mahassin Mohssen Kadhum Al-Khazali **(2)**  
Ali Mohammed Hafedh Abdul Razzaq **(4)**  
Mohamed Abbas Mahmoud **(5)**  
Qasim Mohamed Abbas Mahmoud **(6)**

        

Ghaniyah Hassan Ali **(9)**  
Osama Fadhil Abbas **(3)**  
Sa'adi Ali Abbas Alkarkh **(7)**  
Mushtaq Karim Abd Al-Razzaq **(8)**  
Ibrahim Abid Ayash **(10)**  
Hamoud Sa'eed Abttan **(11)**  
Uday Ismail Ibrahiem **(12)**  
Mahdi Sahib Nasir **(13)**  
Ali Khalil Abdul Hussein **(14)**

        

Majed Salman Abdel Kareem Al-Gharbawi **(15)**  
Jennan Hafidh Abid Al-Razzaq **(16)**  
Yasmin Abdul Kidr Salhe **(17)**  
Haydar Ahmad Rabie Hussain Al-Khafaji **(18)**  
Hassan Jaber Salman **(19)**  
Farid Walid Hasoun Al-Kasab **(20)**  
Abdul Amir Raheem Jihan Yasser **(21)**  
Wisam Raheem Fliah Hasan Al-Amiri **(22)**  
Talib Mutluk Diwan **(23)**

       

Adel Jaber Sham'ma Al-Jadiri **(24)**  
Mahdi Abid Khider Abbas Al-Faraji **(26)**  
Fawziyyah Aliwi Hassoon **(27)**  
Ali Hadi Naji Al-Rubaie **(28)**  
Alah Majeed Sghair Zaidi **(29)**  
Jassim Mohammad Hashim **(30)**  
Bara Sadoon Ismail Al-Ani **(31)**  
Sami Hawa Hamud Al-Sabahin **(32)**