# TAB C



Police Kiosk

Bus Stop

GOVERNMENT'S EXHIBIT
U.S. v. Slatten, 14-CR-107
U.S. v. Slough, et al., 08-CR-360
EXHIBIT # 496 B