# TAB D

