# TAB F

# Victim Impact Statement

Your Name:                          Haithem Ahmed Al-Rubaie

Your Loved One's Name:              Mahassen Muhsin Kadhim  also spelled as
                                    Mahassen Mohssen Kadhum Al-Khazali

                                    Ahmed Haithem Ahmed also spelled as
                                    Ahmed Haithem Al Rubia'y

Relationship to the Decedent:       My late wife
                                    My late son

Case:                               1:08 cr 360 (RCL)

Defendant's Name:                   US v Slough, et Al.

Sentencing Date:                    April 13, 2015

In the name of ALLAH the most compassionate the most merciful

"Within ten years - Allah's is the command in the former case and in the latter - and in that day believers will rejoice"

## Victim impact statement form

Name:             Haithem Ahmed Al-Rubaie
Relationship:     Mahassen Muhsin Kadhim        My late wife
                  Ahmed Haithem Ahmed          My Late son
Case no.:         1:08-cr-360 RCL
                  1:14-cr-107 RCL
Re:               United States v. Slough et Al.
Sentencing Date:  April 13, 2015

### To: HE Judge Royce C. Lamberth Esq.

Thanks for giving me this opportunity to express some aspects of my pain and suffering. It is not easy to hold the sweet memories or quit the tragedies. Hard times are so many but I would like to conduct one of them.

On October 20, 2007, about 5 weeks after the accident, it was my birthday anniversary, I was asked to attend at the National Iraqi Assistance Center in Baghdad, inside the Green Zone, there I met an American gentleman, Mr. "R.C." who asked me several questions to fill the "United States Department of State, Claim Form."

The most difficult question I faced was "How much money do you want for the souls of your wife and son?" Really, it was a devastating question, and indescribable moment.

"They are priceless" a third kind Iraqi man said, he was the translator.

"Yes, I know" said the American guy.

I said, would you help me?

"How?" he said.

Imagine you have lost your wife and son in this way, how much money would you ask for?

"No. No.. I cannot even imagine that"

Then how you want me to measure these losses.

"I have a blank and should be filled", he said.

Well, give me an American example about how much should one ask, as someone determined the money price for the victims lost in the terroristic action of Lockerbie, the air disaster. I do not know how much but I will agree with.

"I do not understand this, I need an amount in dollars" he replied.

I said yes. OK.. I will give you a number…. "Two hundred million dollars"

The man wrote the figure 200,000 $  ??!! Actually, I didn't understand the reason why he did that.

He was asked "Do you write two hundred millions in this way?" that what made him correct and write the requested amount, properly.

The other thing Mr. R.C. wanted me to sign the paper, I refused at first, I needed to consult a lawyer before signing these papers.

He said no need it's, simply, just to confirm these information is accurate and truthful.

I said "I will sign, provided you let me write that I keep my rights to file a sue and keeping my rights for compensation"

He took a while and agreed.

He said "I will give you a copy of this document."

When he came back with the document copy, he delivered me 5 out of 6 papers.

I said "these are 5, there is one more missing paper."

He opened his file and gave me the sixth paper. That paper was the one I signed upon.

When I came back home, I read the document carefully, and noticed this statement above my signature saying:

"NOTE: BY SIGNING BELOW, YOU ARE SWEARING THAT THE INFORMATION PROVIDED IN THIS CLAIM IS ACCURATE AND TRUTHFUL. ANYONE WHO ATTEMPTS TO FILE OR CONSPIRES TO FILE, A DUPLICATE OR FRAUDULENT CLAIM AGAINST THE UNITED STATES GOVERNMENT WILL FACE CRIMINAL PROSECUTION"

I wondered, I lost two victims and were killed with cold blood and I am not able to criminally prosecute the murderers, but if I attempt to file a duplicate claim against the united states government will face criminal prosecution. That's so painful.

Now, may the kind audience close their eyes and try to experience living the following situations:

- You are waiting your wife and son to drive you home but they never come.
- You are displaced from your house and living in misery and trying to find any excuse for their delay and continuously calling them but their mobile phones never rung again.
- Three hours of waiting and contacting brothers and friends just to hear any news, in a country full of risks and death events.
- How do you feel when your brother found a burned vehicle and trying to read the numbers in the front plate and you completed the rest numbers, it's my sedan.
- How do you feel when you tightly grasp your remaining daughter and son, and the tears falling on cheeks and mixed together?
- How do you feel when you are approaching the site of your burned vehicle where your love ones spent their last ominous moments breathing smoke and blood?
- How do you feel when you are going to see your love ones face to face in the morgue and find them decapitated and totally charred, and one can hardly identify their features?
- What can you do if you find yourself alone and responsible for growing-up your children? how was it difficult to control and rule everything alone?
- What do you do when you experience the feeling of ignorance for more than seven years and nobody cared about your victims?

Today, we will hear the sentence against the killers of my son, and what so ever it will be, I would like to wonder when the world will live in peace and people feel safe and stop the killing machines.

Many organizations for human rights defending those who are condemned and put in prison, but none of these organizations contacted us or defended the death of thousands of innocent people, at least, in my country.

I love you my sweetheart Mahassin

I love you my talented son Ahmed

May God's Mercy and Peace be upon you..

Haithem

Enclosures attached..

- The document of the National Iraqi Assistance center (6 papers)
- Car receipt

Haithem Al-Kubaie
23. Mar. 2015

FD-597 (Rev 8-11-94)



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __10/27/07_____        item(s) listed below were
☑ Received From
☐ Returned To
Haythem  Ahmed  M. Jawad  Al-Rubaie        ☐ Released To
(Name) ~~Hythem   Ahmed   Mohammed   Aboud~~   Cell # 0790 157 3479    ☐ Seized
(Street Address) __Street #22   District 915, House #258_____
(City) ___Baghdad,  Iraq_____

Description of Item(s): __A SUM OF $3500.00 IS BEING
PROVIDED FOR THE RETENTION OF THE BELOW
DESCRIBED VEHICLE FOR FURTHER FORENSIC
EVALUATION.
         WHITE  KIA, 4 DR.
         VIN # KNAGC2223TA222389_____

"The described vehicle is being provided to the FBI for additional forensic evaluation.  This vehicle will be returned to the owner
at the conclusion of this inquiry."

Received By: __Carolyn J. Murphy_____     Received From: __A. Rubaie_____
                (Signature)                                           (Signature) A. Rubaie
         __Daniel Lindstrom__                              Dr. Haytham
         SA DANIEL LINDSTROM                              Oct. 27th 2007

UNITED STATES DEPARTMENT OF STATE
CLAIMS FORM

_haythemalrubaie@yahoo.com_

وزارة الخارجية الامريكية
إستمارة طلب التعويض

TO: Department of State                    Today's Date: _10/2/67_

_____                    الى: وزارة الخارجية الامريكية
تاريخ اليوم: _____

✓ FROM: Name: _HAYTHEM AHMED AL-Rubaie_

_____        من: الإسم:
_____

Circle one: ⟨Claimant⟩  Attorney /Authorized representative   Parent   Brother/Sister   Son/Daughter
→ [Anyone other than claimant MUST attach proof of authorization or proof of familial relationship.]

ارسم دائرة حول واحد منها: المدّعي      المحامي/الممثل المفوّض      احد الوالدين      الاخ/الاخت      الإبن/الإبنة
(يتوجب على اي شخص غير المدّعي ان يرفق إثبات التفويض او إثبات العلاقة العائلية)

Other: _(wife victim killed) WIFE (Jubea killed and _____)_ : آخر

ADDRESS of person filing claim:                        عنوان مقدم الطلب:
(English): _Al judeyya_ _____ to Babelon Hotel St. Nasirya_
_____ (باللغة العربية):

(a)  I, the above named ⟨claimant⟩/attorney representative, certify that I (or the person on whose behalf I am
making this claim) am a resident of _____ العراق _____

أ. انا، المدّعي / المحامي / الممثل المفوّض المذكور إسمه اعلاه ، أقرّ بأني (او الشخص الذي أقدم هذا الطلب
بالنيابة عنه) من سكان منطقة _____

i hereby make a claim against the UNITED STATES GOVERNMENT for damages, injuries or death
caused by the Department of State or its contractors.

ب. نرفع بموجب هذا طلبا للتعويض ضد حكومة الولايات المتحدة عن متضرر او اصبت ، او وفاة كانت
وزارة الخارجية او المتعاقدين سببا فيها.



UNITED STATES DEPARTMENT OF STATE
CLAIMS FORM

وزارة الخارجية الامريكية
إستمارة طلب التعويض

(c) The property damaged is owned by:     ج. إن الملكية التي تضررت تعود الى:

_____ _____ _____ with the ___ A __ ___ _____

_____ A - N DAMAGED _____

(d) The name of the person injured or killed is:     د. إسم الشخص الذي اصيب او قتل:

_WIFE : Mahassin Mahsin Ibrahim_____

_SON : Ahmed Mushtaq m _____

(e) The incident happened on ___Sep - 1, 2007___ at ___AL - SIDOOR, YARMUK___
                            (Date)            (City/town/neighborhood/highway name &number)

_____ في _____
   (المدينة/البلدة/المحلة/اسم ورقم الطريق السريع)        (التاريخ)     هـ. وقع الحادث يوم

(f) The facts of the incident are as follows:     و. إن وقائع الحادث هي كالآتي:

My wife was having been dropped of
husband at work, he came home from work
and nobody was home, he accessed cell but received
no answer. inquired further later and my standing injury
they found 2 dead bodies at yarmok death hospital.
Her also went to AL wasee service and following
My standing out care.

_____

_____

[Use back of sheet if needed. Be sure to include any photographs, statements from witnesses, documents
proving ownership of damaged or destroyed property, death certificates, medical bills and repair estimates.]

(استخدم الجانب الخلفي من هذه الورقة عند الحاجة. تأكد من إرفاق اي صور ، وإفادات شهود ، ووثائق تثبت
الملكية المتضررة او المدمرة ، وشهادات وفاة ، وفواتير طبية وتقدير لكلفة التصليح).



UNITED STATES DEPARTMENT OF STATE
CLAIMS FORM

وزارة الخارجية الامريكية
إستمارة طلب التعويض

(g) The names and addresses or other contact information of any witnesses: _____
_____

ز. اسماء وعناوين الشهود أو معلومات اخرى للإتصال بأي منهم _____
_____

Mohamed (Hafih Abdulrazaq 07801255221
_____

(h) If the claim is for death, please provide a detailed description of decedent's employment, family
    information, degree of support provided to family by decedent, itemized medical bills and burial
    expenses and any other information that would have a bearing on the damages claimed

ح. إذا كان طلب التعويض عن وفاة ، يرجى تقديم وصفا مفصلا عن عمل المتوفي ، ومعلومات عن عائلته ، ودرجة
    الإعالة التي يوفرها المتوفي الى العائلة ، وفواتير طبية مفصلة وتكاليف الدفن وأي معلومات اخرى قد يكون لها
    صلة بالاضرار المطلوب تعويضها.

HIS WIFE WAS A DERMATOLOGIST AT CONSULTANT ADVISOR CTR FOR
ALLERGY ASTHMA & BEHIND AL-KHARKH HOSPITAL. SHE SUPPORTS
THE IMMEDIATE FAMILY

HIS SON WAS A MEDICAL STUDENT (3RD YEAR)

_____ TOTAL المجموع

(i) If the claim is for personal injury, please provide a detailed description of the nature of the injury, as
    well as any doctor's reports, medical bills, prognosis for future treatment, evidence of lost income, or
    any other evidence or information that would have a bearing on the damages claimed.

ط. إذا كان طلب التعويض عن إصابة شخصية ، يرجى تقديم وصفا مفصلا عن طبيعة الإصابة ، وكذلك اي
    تقارير طبية ، وفواتير طبية ، وتشخيص للعلاج المستقبلي ، ودليل عن الدخل المفقود ، او اي دليل او
    معلومات قد يكون لها صلة بالاضرار المطلوب تعويضها.

_____
_____
_____
_____

UNITED STATES DEPARTMENT OF STATE
CLAIMS FORM

وزارة الخارجية الامريكية
استمارة طلب التعويض

_____

_____

_____

_____ المجموع   TOTAL

(h)  If the claim is for damage to property, please provide a detailed list of what was damaged or destroyed
and the estimates for repair, if damaged, or replacement, if destroyed:

ي. إذا كان طلب التعويض عن اضرار للملكية ، يرجى تقديم قائمة مفصلة بالممتلكات التي تضررت او دُمرت
وتقدير لكلفة التصليح ، إذا كانت قد تضررت او الإستبدال إذا كانت قد دُمرت:

PRICE (السعر)                                                                ITEM (المادة)

$8,000 USD          1996  WHITE  KIA  (Burned/Destroyed)

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____   TOTAL (المجموع )

(i)  I had insurance for the following persons/property:        ك. كان لدي تأمين على الاشخاص / الملكية التالية

_____

_____

_____

(j)  My insurer paid me the following amount for the injuries/damage:

ل. دفعت شركة التأمين لي المبلغ التالي عن الإصابات / الاضرار:

_____

_____

وزارة الخارجية الأمريكية

$200,000,000 USD

$200,000,000 USD

Q.C.

UNITED STATES DEPARTMENT OF STATE
CLAIMS FORM

وزارة الخارجية الامريكية
إستمارة طلب التعويض

The claimant was assisted in completing this claim form by:

استعان المدعي في ملء  إستمارة طلب التعويض بـ :

_____

(الاسم)(Name)


_____
(Contact Information: e-mail, address, phone, etc.)(كيفية الاتصال به: بريد الكتروني ، عنوان ، هاتف ، إلخ.)

# Victim Impact Statement

Your Name:                        Mariam Haithem Ahmed

Your Loved One's Name:            Mahassen Muhsin Kadhim  also spelled as
                                  Mahassen Mohssen Kadhum Al-Khazali

                                  Ahmed Haithem Ahmed also spelled as
                                  Ahmed Haithem Al Rubia'y

Relationship to the Decedent:     My mother
                                  My brother

Case:                             1:08 cr 360 (RCL)

Defendant's Name:                 US v Slough, et Al.

Sentencing Date:                  April 13, 2015

In the name of ALLAH the most compassionate the most merciful

"Within ten years - Allah's is the command in the former case and in the latter - and in that day believers will rejoice"

# Victim impact statement form

| | | |
|---|---|---|
| Name: | Mariam Haithem Ahmed | |
| Relationship: | Mahassen Muhsin Kadhim | My mother |
| | Ahmed Haithem Ahmed | My brother |
| Case no.: | 1:08-cr-360 RCL | |
| | 1:14-cr-107 RCL | |
| Re: | United States v. Slough et Al. | |
| Sentencing Date: | April 13, 2015 | |

### To: HE Judge Royce C. Lamberth Esq.

Thanks for giving me this opportunity to say few words

**Once upon a time ... I had a gorgeous loving mom**
She was to me more than a sister
I was her soul not just a daughter
I still recall our chats and laughter
We used to do everything together
Her heart was my warmest shelter
She was a loving sacrificial mother
Mom was a soulful loving doctor
With patients was kind and tender
To poor and needy was a great helper
Your jovial face I'll always remember
Nothing would be ever harder.. Than to hear you say goodbye...

**Once upon a time ... I had the perfect big brother**
He was like a father very kind and loving
Talking to him was so much comforting
With goodness and peace he was glowing
To become a helpful doctor he was intending
His soul, dreams and thoughts were captivating
My brilliant brother was so astonishing
Haven't you promised?? Together we'd be aging

Why did you go?? How could you be leaving?? .. It is so hard to believe that you are gone...

**Once upon a time..We were a beautiful family**
Dad and Mom taught us to help and give
Not to have the spirit of retaliation but forgive
No matter how hard life would be, we should live
Honored, honest and faithful as always used to live...

Mom and Brother ... until we meet again, Allah's peace and blessings be upon you.

Never expect the indescribable feelings to be described....
How would you feel or imagine your brother being shot leaving him with non-clear facial features?

How would you feel when you know your mother was meant to face her son's death alone, watching her son being slaughtered so crudely so brutally, seeing her little baby dead in her arms??

How would you feel when you know your mom was slaughtered the same Barbaric way???

What would you like the murderers to be judged when you know they didn't have enough by killing your mom and brother, the murderers burned the bodies!!Exploded their car!! How would you feel when you can't identify your own mom and brother bodies????

It feels like my soul is being burned a thousand times a moment..Ending up with me to become a billion time stronger lady, confident and having faith in God's justice, even if it won't be materialized in this life, justice will inevitably be realized in the other life. Eventually none of us is immortal.. We are all going to be judged by the Lord.



## Victim Impact Statement

Your Name:                          Haydar Sattar Ghafel Al Kaabi

Your Loved One's Name:              Ghanieh Hassan Ali also spelled as
                                    Ghaniyah Hassan Ali

Relationship to the Decedent:       My Mother


Case:                               1:08 cr 360 (RCL)

Defendant's Name:                   US v Slough, et Al.

Sentencing Date:                    April 13, 2015

# Victim Impact Statement

Your Name:                              Haydar Sattar Ghafel Al Kaabi

Your Beloved Person's Name:             Ghanieh Hassan Ali

Relationship to the Victim:             My Mother

Case #:                                 1:08-cr-360 (RCL)

Defendant's Name:                       US v Slough, et Al.

Sentencing Date:                        April 13, 2015

**To the Honorable Judge Royce C. Lamberth:**

**How has this crime affected you and those close to you?** (e.g. feelings of anger, rage, blaming self, or family, helplessness, vulnerability, fear, paranoia, hopelessness, frustration, loss of trust and faith in the world)

It has a big impact because it lead to the loss of a desire to live in peace and safety.  My work deteriorated and became less constant and worthwhile.

**How has this crime affected your ability to perform your work, make a living, run a household, go to school, or enjoy any other activities you previously performed or enjoyed?** (e.g. over react to situations, overprotective of family members, socially withdrawn, fear of going out in a world that has been proven unsafe.)

**Reactions feelings toward the criminal justice system:**
(e.g. How the process impacted on you, how you/your family were treated; information on court proceedings and case status; feeling abandoned by the system, defense attorney's insinuations, how it felt enduring the trial, seeing the offender(s)).

The position that the prosecutor took along with the others [who worked with him] showed that justice knows no nationality.  The proof is that the criminal was American and the person defending our rights was American also.

**Recommendations for sentencing (mandatory/maximum):**
(Do you want to be notified what the sentence is, how it computes to actual time served, when this individual comes up for parole?)

I would like to be informed of all steps taken regarding the sentencing of the criminals.

**Financial Impact:**

We know that this extremely stressful period of your life cannot be compensated monetarily; however, you may want the Judge to know what costs you have incurred for restitution purposes. Please provide any documentation/verification of those losses in the form of receipts, canceled checks, insurance claims, etc.

**A.   Damages suffered:**

1.        Value of property lost or destroyed (list items)        _____

2.        Hospital and Medical Expenses        _____

3.        Lost income or wages        _____

## TOTAL  LOSS AMOUNT

**It is not possible to estimate the loss of a mother.**

**B.   Reimbursement received by collateral private sources:**

1.        Property Insurance        _____

2.        Health Insurance including Medical Aid Programs        _____

3.        Reimbursed Income or Wages        _____

4.        Other (list source and amount)        _____

**TOTAL REIMBURSEMENT** _____

March 26, 2015

تصريح الأثر على الضحية

إسمك: حسير ستار غانل الكعبي

إسم الشخص العزيز عليك:   غنياس حسن علي

علاقتك بالمُتوفي:       والدتي

القضية رقم: 1:08-cr-360 (RCL)

إسم المدعى عليه: الولايات المتحدة ضد سلو و آل

تاريخ النُطق بالحُكم: 13 نيسان / أبريل 2015

إلى سعادة القاضي المُحترم رويس سي لامبيرت:

**كيف أثّرت هذه الجريمة عليك وعلى المُقربين منكم؟** (مثل مشاعر الغضب، والغضب الشديد، وإلقاء اللوم
على الذات، أو الأسرة، والشعور بالعجز، والضعف، والخوف، والذعر واليأس والإحباط وفقدان الثقة والإيمان
بالعالم)

لقد أثارت هذه الجريمة مشاعر من الصدف والعجز
واليأس من الحياة الراهنة لأن الأم تفقد الملجأ
الأول والأخير للإنسان ما كان.

كيف أثرت هذه الجريمة على قدرتك على أداء عملك، أو كسب لقمة العيش، وتدبير أمور عائلتك، والذهاب إلى المدرسة، أو التمتع بأي أنشطة أخرى سبق لك أن قمت بأدائها أو التمتع بها؟ (على سبيل المثال المبالغة برد الفعل على بعض الحالات، الحماية المفرطة على أفراد الأسرة، الانعزال اجتماعياً، والخوف من الخروج إلى العالم التي ثبت أنه غير آمن).

كان نأ شرها كبير وذلك لفقدان الرمل بالعيش بسلام وأمان لذلك كان العمل متدني وليس لم اداء ثابت أو قيمة جيدة

**مشاعر ردود الفعل تجاه نظام العدالة الجنائية:**
(على سبيل المثال كيف أثرت عليك هذه العملية، وكيف تمت معاملتك أنت / عائلتك، والمعلومات عن إجراءات المحكمة ووضع القضية؛ شعور بالخذلان من قبل النظام، تلميحات محامي الدفاع، وكيف شعرت بتخبّل المحاكمة، ورؤية الجاني (الجُناة)).

لقد كان موقف حدا مع المدعى العام والذين ؟ ثبتوا أن العدالة ليست لرا جنسي والدليل أن الكا أن جهو أمريكي والمرافئ عن حقنا جهو أمريكي أيضاً

توصيات لإصدار الحكم (إلزامي / كحد أقصى):

(هل تريد أن يتم إعلامك ما هو الحُكم، وكيف يُحتسب مع الوقت الفعلي الذي قضوه بالحجز، وعندما يصل هذا الفرد لمرحلة الإفراج المشروطة؟)

اود ان اعلم بجميع الاطوار المتعلقه باحكم
مع البينات .

الأثر المالي:

نحن نعلم أن هذه الفترة المؤلمة للغاية من حياتك لا يمكن تعويضها مالياً. مع ذلك، قد يرغب القاضي بمعرفة ما هي التكلفة التي تكبدتموها لأغراض ردها لكم. يرجى تقديم أي وثائق / تحقق عن تلك الخسائر على شكل إيصالات، أو الشيكات الملغاة، أو مطالبات التأمين، الخ.

أ.  الأضرار التي تكبدتموها:

1.    قيمة الممتلكات التي فقدتموها أو أُتلفت (يرجى تقديم قائمة بها.)

٢    نفقات مستشفى، أ، طبية _____

3.    خسارة بالدخل والأجور

المبلغ الإجمالي للخسائر: ــــــــــــــــ  لا يمكن تقدير فقدان الام

ب. تعويضات حصلتم عليها من مصادر ضمان خاصة:

1. تأمين أملاك _____

2. تأمين صحي بما في ذلك برامج مساعدة طبية _____

3. تعويض على الدخل أو الأجور: _____

4. غيرها (يرجى تفصيل المصدر والمبلغ) _____

المبلغ الإجمالي للتعويض: ــــــــــــــــــــــــ

التاريخ:                                    التوقيع:

# Victim Impact Statement

Your Name:                           Afrah Sattar Ghafel Al Kaabi

Your Loved One's Name:               Ghanieh Hassan Ali also spelled as
                                     Ghaniyah Hassan Ali

Relationship to the Decedent:        My Mother


Case:                                1:08 cr 360 (RCL)

Defendant's Name:                    US v Slough, et Al.

Sentencing Date:                     April 13, 2015

# Victim Impact Statement

Your Name:                        Afrah Sattar Ghafel Al Kaabi

Your Beloved Person's Name:       Ghanieh Hassan Ali

Relationship to the Victim:       My Mother

Case #:                           1:08-cr-360 (RCL)

Defendant's Name:                 US v Slough, et Al.

Sentencing Date:                  April 13, 2015

**To the Honorable Judge Royce C. Lamberth:**

**How has this crime affected you and those close to you?** (e.g. feelings of anger, rage, blaming self, or family, helplessness, vulnerability, fear, paranoia, hopelessness, frustration, loss of trust and faith in the world)

Self-blame and the loss of confidence and trust in the world.

**How has this crime affected your ability to perform your work, make a living, run a household, go to school, or enjoy any other activities you previously performed or enjoyed?** (e.g. over react to situations, overprotective of family members, socially withdrawn, fear of going out in a world that has been proven unsafe.)

The crime stirred feelings of weakness, paralysis and despair for a life of safety- because the mother is considered the first and last refuge for safety and tenderness.

**Reactions feelings toward the criminal justice system:**
(e.g. How the process impacted on you, how you/your family were treated; information on court
proceedings and case status; feeling abandoned by the system, defense attorney's insinuations, how it
felt enduring the trial, seeing the offender(s)).

I was impressed with the position taken by the prosecutors and their support for us.
They treated us very well and for that I extend to them all of my respect and
appreciation.

They were keeping me abreast of the procedures in the case.  I was not cross-
examined by the defense attorney but seeing the criminals, the killers was the most
difficult period in my life.

**Recommendations for sentencing (mandatory/maximum):**
(Do you want to be notified what the sentence is, how it computes to actual time served, when this
individual comes up for parole?)

I would like to be informed of all of the details of the sentencing. I also hope that the
court [panel] passes a just sentence and not free them [defendants].

**Reactions feelings toward the criminal justice system:**
(e.g. How the process impacted on you, how you/your family were treated; information on court proceedings and case status; feeling abandoned by the system, defense attorney's insinuations, how it felt enduring the trial, seeing the offender(s)).

I was impressed with the position taken by the prosecutors and their support for us. They treated us very well and for that I extend to them all of my respect and appreciation.

They were keeping me abreast of the procedures in the case.  I was not cross-examined by the defense attorney but seeing the criminals, the killers was the most difficult period in my life.

**Recommendations for sentencing (mandatory/maximum):**
(Do you want to be notified what the sentence is, how it computes to actual time served, when this individual comes up for parole?)

I would like to be informed of all of the details of the sentencing. I also hope that the court [panel] passes a just sentence and not free them [defendants].

**Financial Impact:**

We know that this extremely stressful period of your life cannot be compensated monetarily; however, you may want the Judge to know what costs you have incurred for restitution purposes. Please provide any documentation/verification of those losses in the form of receipts, canceled checks, insurance claims, etc.

**A.     Damages suffered:**

1.            Value of property lost or destroyed (list items)          _____

2.            Hospital and Medical Expenses                                    _____

3.            Lost income or wages                                                  _____

## TOTAL  LOSS AMOUNT

**It is not possible to estimate the value of a mother.**

**B.     Reimbursement received by collateral private sources:**

1.            Property Insurance                                                    _____

2.            Health Insurance including Medical Aid Programs     _____

3.            Reimbursed Income or Wages                                   _____

4.            Other (list source and amount)                                 _____

## TOTAL REIMBURSEMENT                               _____

March 26, 2015

تصريح الأثر على الضحية

إسمك: اسراح ستار غافل الكعبي

إسم الشخص العزيز عليك: غنية حسن علي

علاقتك بالمتوفي: والدتي

القضية رقم: (RCL) 1:08-cr-360

إسم المدعى عليه: الولايات المتحدة ضد سلو و آل

تاريخ النُطق بالحُكم: 13 نيسان / أبريل 2015

إلى سعادة القاضي المُحترم رويس سي لامبيرت:

كيف أثّرت هذه الجريمة عليك وعلى المُقربين منكم؟ (مثل مشاعر الغضب، والغضب الشديد، وإلقاء اللوم على الذات، أو الأسرة، والشعور بالعجز، والضعف، والخوف، والذعر واليأس والإحباط وفقدان الثقة والإيمان بالعالم)

انقاد اللوم على الذات
و فقدان الثقة والإيمان بالعالم

**كيف أثرت هذه الجريمة على قدرتك على أداء عملك، أو كسب لقمة العيش، وتدبير أمور عائلتك، والذهاب إلى المدرسة، أو التمتع بأي أنشطة أخرى سبق لك أن قمت بأدائها أو التمتع بها؟** (على سبيل المثال المبالغة في رد الفعل على بعض الحالات، الحماية المفرطة على أفراد الأسرة، الإنعزال إجتماعياً، والخوف من الخروج إلى العالم التي ثبت أنه غير آمن).

الانعزال اجتماعياً والخوف من الخروج الى العالم التي ثبت أنه غير آمن

**مشاعر ردود الفعل تجاه نظام العدالة الجنائية:**
(على سبيل المثال كيف أثرت عليك هذه العملية، وكيف تمت معاملتك أنت / عائلتك، والمعلومات عن إجراءات المحكمة ووضع القضية؛ شعور بالخُذلان من قبل النظام، تلميحات محامي الدفاع، وكيف شعرت بتخذُل المحاكمة، ورؤية الجاني (الجُناة)).

لقد أثار اعجابي موقف محاميّ المدعي العام ولوقوفهم معنا وكانت معاملتهم لي كبيرة جداً وأقدم لهم كل الاحترام والتقدير

وكانوا يطلعوني على إجراءات القضية ولم يتم استجوابي من قبل محامي الدفاع وكانت اصعب الاوقات في حياتي هي رؤية (الجناة)(القتلة)

**توصيات لإصدار الحكم (إلزامي / كحد أقصى):**

(هل تريد أن يتم إعلامك ما هو الحُكم، وكيف يُحتسب مع الوقت الفعلي الذي قضوه بالحجز، وعندما يصل هذا الفرد لمرحلة الإفراج المشروط؟)

اود اعلامي بجميع تفاصيل الحكم

وأرجو من هيئت المحكمه ان تحكم بالعدل

ولا يتم الافراج عنهم

الأثر المالي:

نحن نعلم أن هذه الفترة المؤلمة للغاية من حياتك لا يمكن تعويضها مالياً. مع ذلك، قد يرغب القاضي بمعرفة ما هي التكلفة التي تكبدتموها لأغراض ردها لكم. يرجى تقديم أي وثائق / تحقق عن تلك الخسائر على شكل إيصالات، أو الشيكات الملغاة، أو مطالبات التأمين، الخ.

أ.   الأضرار التي تكبدتموها:

1.   قيمة الممتلكات التي فقدتموها أو أُتلفت (يرجى تقديم قائمة تكبدتموها ....)

٢   نفقات مستشفـ. أو طبية  _____

3.   خسارة بالدخل أو الأجور

المبلغ الإجمالي للخسائر: ------------------------ ~~لا يمكن تقدير فقدان الأمم~~

ب. تعويضات حصلتم عليها من مصادر ضمان خاصة:

1. تأمين أملاك  _____

2. تأمين صحي بما في ذلك برامج مساعدة طبية  _____

3. تعويض على الدخل أو الأجور:  _____

4. غيرها (يرجى تفصيل المصدر والمبلغ)  _____

المبلغ الإجمالي للتعويض: --------------------------

التوقيع:                                 التاريخ:

# Victim Impact Statement

Your Name:                          Majid Selman Abdulkareem also spelled as
                                    Majed Salman Abdell Kareem Al-Gharbawi

Your Loved One's Name:              Osama Fadel Abbas also spelled as
                                    Osama Fadhil Abbas

Relationship to the Decedent:       Friend


Case:                               1:08 cr 360 (RCL)

Defendant's Name:                   US v Slough, et Al.

Sentencing Date:                    April 13, 2015

Your Excellency Judge Royce C. Lamberth,

      Those days were the most difficult days in my life when I was injured with 150 fragments in my body, chest, belly, and my sides, and lost one of my dearest friends at work, Osama Fadel Abbass. I had feelings of fear, strong anger, and hopelessness when I saw my friend being killed for no reason.

Sir Judge,
 After the incident (attack), I've stayed at home for more than a year and haven't gone to work. I have spent all the money that I have on my medical treatment and my family that consists of my wife, two children, and my elderly mother. I have a psychological complex of going outside to the street because it was proved that it's not safe. I still have a fragment in my right foot, suffer from nightmares about the incident, which I can't forget, and feeling of uselessness for not being ability to get a job to help my family.

Sir Judge, thank you very much for you for achieving justice and thank you for those who helped in implementing that.

Thank you very much.
Majid Selman Abdulkareem
March 28, 2015

الاسم :ماجد سلمان عبدالكريم
اسم الشخص العزيز عليك :اسامة فاضل عباس
علاقتك بالمتوفي:صديقه
رقم القضية:08;1-Rcl)cr-360)
اسم المدعي عليه:الولايات المتحدة ضد سلو وال
تاريخ النطق بالحكم :١٣ نيسان /ابرل ٢٠١٥

سعادة القاضي المحترم رويس سي لامبيرت
لقد كانت تلك الايام من اصعب ايام حياتي حيث اصبت في الحادثة ب ١٥٠ شضية في جسمي في الصدر و البطن و الاطراف
و فقدتُ اعز صديق في عملي وهو اسامة فاضل عباس حيث انتابتني مشاعر الذعر و الغضب الشديد و اليأس من الحياة وانا
اشاهد مقتل صديقي اسامة فاضل و بدون سبب
سيدي القاضي
بعد الحادثة بقيت جليس البيت لمدة اكثر من سنة و من دون مزاولة اي عمل لكسب لقمة العيش حيث صرفت كل مدخراتي على
علاجي و اسرتي المكونة من زوجتي و اطفالي الاثنين و والدتي وهي كبيرة السن واصبح عندي عقدة الخروج الى الشارع بعد
ان ثبت انه غير امن و لحد الان اعاني من احدى الشضايا في قدمي الايمن و كذالك من الكوابيس للحادثة التي لم تفارق مخيلتي
و شعور بالعجز في توفير لقمة العيش لعائلتي
سعادة القاضي
اشكركم كثيراً على تطبيق العدالة و كل من ساهم في تطبيقها


مع الشكر و التقدير
الموقع
ماجد سلمان عبدالكريم

# Victim Impact Statement

Your Name:            Abdulwahab Abdulkader Abdulwahab also spelled as
                      Abdul Wahab Abdul Qader Abdul Wahab

Case #:               1:08-cr-360 (RCL)

Defendant's Name:     US v Slough, et Al.

Sentencing Date:      April 13, 2015

To His Excellency Judge Royce C. Lamberth,

Greetings,

I am one of the BlackWater company's victims. My name is Abdulwahab Abdulkader Abdulwahab and had been attacked by the company that is mentioned above and my right arm was injured in Al-Nisour Square in Baghdad on September, 16th. 2007. And the followings are the consequences of this attack on me;

1- Psychological effects:
I've been through very difficult situation of fears and psychological depression, because my arm was broken totally and I was afraid of doing the surgery due to its seriousness. After the surgery, I had treatment for 7 months and I had fears that I will not have my arm back again to its normal situation as it was before the attack. I was frustrated, angry, and worried because I couldn't use my arm like before, such as carrying heaving things or luggage. In addition to that, my arm has become distorted. And until now, sometimes I feel pain in my arm, especially during winter time and I have to take painkiller medication to reduce the pain.

2- Health effects:
I still have some fragments in my right arm and in my left leg under skin, and those cause pain.

3- Financial effect:
My car was damaged and couldn't be used again, plus the expenses and cost of the treatment and medications. I lost my job because of the long period of time of my treatment, whereas I had to stay at home and not to go to work. Also, the inability to get a new job because of the injury of my right arm.


I would like to thank the U.S. Government, U.S. Department of Justice, and the FBI for taking care of us as victims, the case, and their good treatment for us when we were in the United States. And for their care and concerns about our safety while we were there (in the U.S.), and for achieving justice and punishing those criminals. Also, I would like to thank the jurors, who were regular people from public for their reaction with us when testimony was given in your decent court, and for their opinions and inputs. Additionally, I would like to thank his Excellent, Judge Royce C. Lamberth for achieving justice in the United States of America, the land of justice and freedom.

Abdulwahab Abdulkader Abdulwahab
March 30, 2015

الــى ســعادة القاضي روي ســي لامـبرت
تحيــة واحـترام
ووتــر أنــا احد ضحـايا شـركة بـلاك
الاسـم عبـد الوهـاب عبد القـادر عبدالوهاب
فـي ٢٠٠٧ مـن شــهر سـبتمبر فـي سـنة ١٦ تعرضـة الـى إصـابة مـن قبـل الشـركة المـذكورة أعـلاه فـي يـوم
سـاحة النسـور فـي ذراعـي الأيمـن وكانـت النتـائج كـل الآتـي
التضــرر النفســي ١:
ي الأيمـن بالتهشـم وخوفـي مـن اجـراءمررت بحالة صعبة من الخوف والكآبة النفسية نظراً لتعرض عظم ذراع
العمليـة الجراحيـة لخطورتهـا وبعـد العمليـة قضيـت فـترة سـبعة أشـهر مـن العـلاج بالاضـافة مـن خوفـي
لعـدم رجـوع يـدي لحالتهـا الطبيعيـة لحيـن فـترة العـلاج وانتـابني شـعور بالاحبـاط والغضـب والقلـق
متعـة كمـا كانـت بالسـابق بالاضـافة علـىالنفسي وعـدم قـدرتي علـى اسـتعمال يـدي وحمـل الأثقـال او الأ
ذلـك تشـوه ذراعـي الأيمن بسـبب الإصـابة ولحـد هـذه الحضـة أعـاني مـن الـم فـي بعـض الأحيـان وخاصـة فـي
.فـترة الشـتاء مـن مـا يضطرنـي الـى اخـذ حبـوب مسـكنة لتخفيـف الالـم

التضــرر الصحـي ٢:
جلي اليسرة وحياناً تسبب الم تحت الجلد او لا يـزال هنـاك شـظايا فـي اجـزاء مـن جسـم وخاصـة فـي ذراعـي الأيمـن ور
الطبقـة الـتي تحـت الجلـد
التضــرر المــادي ٣:
تضــرر سـيارتي وعـدم إمكانيـة اسـتعمالها مـرة اخـرى بالاضـافة لتكـاليف العـلاج مـن عمليـة وعقـاقير
طبيـة وكـذلك فقـداني للعمـل بسـبب الفـترة الطويلـة الـتي قضيـتها فـي المـنزل جـراء الإصـابة
. كـني مـن الحصـول علـى وظـائف بسـبب الإصـابة وتضـرر يـدي اليمـنىوكـذلك عـدم تـم

وانا اشكر حكومة الولايات المتحدة الأمريكية ووزارة العدل ومكتب التحقيقات الفدرالية على اهتمامها بالقضية وعلى اهتمامهم
تنـا والحـرص علـى سـلامتنابنا كضحايا وعلى معاملتهم الحسنة اثناء وجودنا في الولايات المتحدة الامريكية ومتابع
وكـذلك علـى تحقيـق العـدل ومعاقبـت الجنـاة بالقـانون وكـذلك اشـكر هيئـة المحلفيـن وهـم نـاس مـن عامـة
الشـعب علـى تفـاعلهم فـي يـوم ادلاء الشـهادة فـي محكمتكـم الموقـرة وإعطـاء الـرئي فـي الحكـم وكـذلك
يـة والعدالـة الولايـاتاشكر سـعادة القاضي روي سـي لامـبرت علـى تحقيـق العـدل فـي بـلاد الحـر
.المتحـدة الامـريكي

# Victim Impact Statement

Your Name:                        Husam Abdulrahman Khadim Zeboon Alsa'adi

Your Loved One's Name:            Mahdi Saheb Nasir also spelled as
                                  Mahdi Sahib Nasir

Relationship to the Decedent:     My Childhood Friend and Neighbor

Case:                             1:08 cr 360 (RCL)

Defendant's Name:                 US v Slough, et Al.

Sentencing Date:                  April 13, 2015

Your Excellency Judge Royce C. Lamberth,

This incident had a negative impact on me, psychologically more than financially. If the judge wants to know what was the cost of this incident to compensate us, unfortunately the damages were psychological ones and they are priceless (uncompensatable). Can you help me keep these nightmares away from me? Can you help me stop hearing the voice of victims, who I've helped? Whenever I ride my motorcycle, I still fear that something is going to happen again. I still remember it as if it has happened now. I became almost crazy and my family has suggested for me to see a psychiatrist. And because my family has limited income, my father had to sell a land that we own to afford the expenses of the doctor and medications. Then I started my sessions with this doctor, because I was afraid of going out, I didn't want to go to work, I hated lights and noises and even my daughters noises.

Now, I am a disabled person, who can't have a big family anymore, or another child and in our traditions and customs, this is a big shame for me. I've become a very angry person with high tempers and unbearable even for my wife. I've become suspicious of any and everything and I can't sleep unless I take sleep aid pills. Everything in my life stopped since this incident (attack). And I could have left my job, but I had to keep it because of my parents and my kids' conditions, and my bad financial situation. You want to know what I have lost and as you see, I have lost a lot. I feel there is a heavy burden on my chest until today.

I hear voices, and ringing in my ears every day. I panic whenever I see someone moves fast on the street. I am not like before, that young ambitious man, who jokes with his friends, bears his daughters' noise, and excuses his wife for being busy with our daughters. Sometimes I wish death to myself, all therapy sessions and medications were useless and haven't helped that much. I feel I am a burden on my family because they've lost a lot for me.

Reaction towards the criminal justice system:

It was a normal process of the court, but there was some delay in the process. The court was fair with It was a normal functioning of the court, but it was some delay the defendants and this is what's expected from your decent court. I was treated very well from your working team that was responsible for my protection. But I don't hide from you that I was still feeling that I will be killed, I don't know why but that feeling never left me. But I had not expected the good treatment from you.

**Financial impact:**

How this crime has affected your ability to work; unfortunately, the answer is too long and can't be answered briefly. The psychological effect has been and still there as I explained before. I still have fears and I have thoughts that I could bury another friend of mine, because I have lost my childhood friend in that attack, unfortunately. He was my neighbor and brother, I saw the lighter that I've given to him as a gift in his birthday covered with his blood.

Now, I make up and create problems with friends, who are alive not dead, so they can leave me alone. Now, I live by myself alone with a family that prevents talking to me because of my anger. I pay my father money to take my daughters to the park, because I can't go through that street, where the incident (attack) happened. I cannot stand my work but I cannot do anything about it because I need it. Sometimes, I feel depressed and create excuses in order not to go to work. Every day, I tell myself that today maybe will be my last day, and will see my childhood friend.


Thank you.

Husam Abdulrahman Khadim Zeboon Alsa'adi
March 28, 2015

حسام عبد الرحمن كاظم زبون الساعدي بغداد/ العراق

# تصريح اثر الضحيه

| | |
|---|---|
| اسمك | حسام عبد الرحمن كاظم زبون الساعدي |
| اسم الشخص العزيز عليك | مهدي صاحب ناصر(الضحيه ) |
| علاقتك بالمتوفي | صديق الطفوله وجاري |
| القضيه رقم | 1:08-cr-360(RCL) |
| اسم المدعي عليه | الولايات المتحده سلووال |
| تاريخ النطق بالحكم | 13.04.2015 |

م/ الى سعاده القاضي المحترم رويس سي لامبيرت

**كيف اثرت هذه الجريمه عليك وعلى المقربين منك؟**

لقد كان وقع الحادث علي له اثر سلبي من الناحيه النفسيه اكثر ماهو ماديا. يود حضور القاضي معرفه ماهي التكلفه التي تكبتها لغراض ردها. للاسف الاضرار التي تكبتها هي نفسيا والتي بدورها لا تقدر بثمن. هل تستطيعون ابعاد الكوابيس عني؟ هل تستطيعون ابعاد صدى اهات اللاشخاص التي اسعفتهم. لازلت اشعر بالخوف وانا علي دراجتي ان يحدث الامر ثانيا. اني اتذكر المشهد وكانه حدث الان. لقد كنت شبه مجنون فاقترحت لي العائله طبيب نفسيا وانا ليست من ميسوري الحال فقام ابي ببيع ارض له كي يتنسى عليه الذهاب الي الطبيب وشراء الادويه وغير ذالك .بدات بالجلسات عند الطبيب النفسي لاني كنت اخاف الخروج خارج المنزل كنت لا اود الذهاب للعمل كنت اكره الضوء والضجيج وحتى اصوات بناتي . اني الان انسان عاجز لا استطيع تكوين اسره كبير بعد الان. الاستطيع الحصول على طفل اخر وهذا الشي في عاداتنا وتقاليدنا نقص كبير. زوجتي بدات تضجر مني لقد اصبحت لا اطاق اصبحت عصبي المزاج اصبحت اشك في اي وكل شي. لاستطيع النوم الا بحبوب الفاليوم. لقد توقف كل شي بحدوث الحادث. لولا ضروف ابي وامي واطفالي لما تركت العمل. اني مجبر عليه لضروفي المادية السيئه. تودون معرفه ماذا خسرت كما ترون لقد خسرت الكثير. ليومنا هذا وانا احس بثقل في صدري. اني اسمع اصوات كل يوم واسمع طنين في اذني لا يهداء يوما. اي حركه سريعه تصدر من اي شخص في الشارع اصاب بالرعب. الان لم اكن كما كنت شاب طموح اومازح اصدقائي اتحمل صوت بناتي اعذر زوجتي لانشغالها ببناتنا. بعض الاحيان اتمنى الموت لنفسي. جميع الجلسات والعلاج الطبيعي والادويه وغيرها لم تجدي نفعا كبيرا. احس انني اصبحت ثقيل على اسرتي. لقد خسرو الكثر لاجلي.

حسام عبد الرحمن كاظم زبون الساعدي بغداد/ العراق

## مشاعر ردود الفعل تجاه نظام العداله الجنائيه:

لقد كان سير المحكمه طبيعي ولكنه لا يخلو من بعض التاخير وكانت المحكمه منصفه نوعا ما على الجناه وهذا ماعهدناه على محكمتكم الموقره. لقد كانت معاملتي جيده من قبل فريق العمل المكلف بمراقبتي الا اني لا اخفيكم سرا كنت اشك اني سوف اعرف لاعرف لماذا كان يراودني ذالك الاحساس الا اني لم اكن اتوقع حسن المعامله .

## الاثر المالي:

يود حضر القاضي معرفه ماهي التكلفه التي تكبتها لغراض ردها. للاسف الاضرار التي تكبتها. هي نفسيا والتي بدورها لا تقدر بثمن. هل تستطيعون ابعاد الكوابيس عني؟ هل تستطيعون ابعاد صدى اهات اللاشخاص التي اسعفتهم. لازلت اخاف وانا في دراجتي ان يحدث الامر ثانيا. اني اتذكر المشهد وكانه حدث الان. اني كنت شبه مجنون فاقترحت لي العائله طبيب نفسيا وانا ليست من ميسوري الحال فقام ابي ببيع ارض وبدات بالجلسات عند الطبيب النفسي لاني كنت اخاف الخروج خارج المنزل كنت لا اود الذهاب للعمل. كنت اكره الضوء والضجيج وحتى صوت بناتي . اني الان انسان عاجز لا استطيع تكوين اسره كبير بعد الان. زوجتي بدات تضجر مني لقد اصبحت لا اطاق اصبحت عصبي المزاج اصبحت اشك في اي وكل شي. لاستطيع النوم الا بحبوب الفاليوم التي لاستطيع النوم دونها؟  لقد توقف كل شي بحدوث الحادث. لولا ضرزف ابي وامي واطفالي لما تركت العمل. اني مجبر عليه لضروفي الماديا السيئه. تودون معرفه ماذا خسرت كما ترون لقد خسرت الكثير. ليومنا هذا وانا احس بثقل في صدري.

## كيف اثرت هذه الجريمه على قدرتك على اداء عملك او كسب لقمه العيش.

للاسف هذا السوال شرحه يطول الا اني سوف احاول الاختصار. لقد كان ولازال التاثير نفسيا كما وضحت سابقا. لازال اشعر بالخوف لازالت اتخيل اني ممكن ان ادفن احد اصاقاءي لاني للاسف فقدت في تلك الجريمه صديقي الطفوله. لقد كان اخي وجاري لقد رايت في ذاك الحادث الولاعه التي اهديتها له في عبد ميلاده ملطخه بدمه. الان انا افتعل المشاكل كي يتركوني اصدقاءي ولكن احياء وليست اموات. الان انا اعيش وحديا بين عائله تتجنب الحديث معي لعصبيتي. ادفع النقود لابي كي يذهب مع بناتي للمنتزه. لا استطيع المرور بذاك الشارع الي حدثت فيه الواقعه. لاطيق عملي الا اني قليل الحيله. احيانا اخلق الاعذار عندما اشعر بالاكتئاب كي لا اذهب للعمل. كل يوم اقول لنفسي هل ياترى اليوم هو اخر يوم هل ياترى اليوم التي صديق طفولتي.

## الاضرار التي تكبتموها: الاضرار مدرجه اعلاه

1. قيمه الممتلكات التي اتلفت ...............

## 2. خساره في الدخل...................

3. المبلغ الاجمالي للخسائر: ذلك راجع للمحكمه الموقره

حسام عبد الرحمن كاظم زبون الساعدي بغداد/ العراق

**تعويضات حصلتم عليها من مصارد ضمان خاصه:**

لم احصل على تعويض من اي جهه سواء كانت حكوميه او خاصه. اود ان اقول هنا لقد كنتم مصار الضمان الخاص لدينا. لم اشك للحضه واحده بكم الا ان بلاك ووتر خذلتنا ولا اعني بقولي هذا التعميم امريكا بشكل عام. عندما زرت امريكا حستت لاول مره اني كنت في حلم وماريته كان حلم لان امريكا بدت لي ليست بلاك وتر كما كنت اتخيلها.

| | | |
|---|---|---|
| تامين املاك | | لايوجد |
| امين صحي بما في ذلك برامج مساعده طبيه | | لايوجد |
| تعويض على الدخل او الاجور | | لايوجد |
| غيرها من تعويضات | | لايوجد |

**المبلغ الاجمالي للتعويض: الامر راجع للمحكمه الموقره**

**التوصيات لاصدار الحكم: اني ارغب في الحصول على نتيجه الحكم خطيا مع كامل التقدير.**

*التاريخ  والتوقيع:*

28.03.2015

# Victim Impact Statement

Your Name:            Mohammed Hassan Mohammed Asker also spelled as
                      Mohammed Hassan Mohammed Askar Al Arakawazi

Case #:               1:08-cr-360 (RCL)

Defendant's Name:     US v Slough, et Al.

Sentencing Date:      April 13, 2015

# Victim Impact Statement

Your Name:          Mohammed Hassan Mohammed Asker

Case #:             1:08-cr-360 (RCL)

Defendant's Name:   US v Slough, et Al.

Sentencing Date:    April 13, 2015

**To the Honorable Judge Royce C. Lamberth:**

I am the victim and witness Mohammed Hasan Mohammed Asker, on September 16th.,2007, I was driving my red Volkswagen car, which I was using it to work as a taxi, and I was on my way from Alkahtaan square to Al- Nisur square in Baghdad. And I was shot by a U.S military convoy and due to that incident (attack), I was hospitalized. Since then I am suffering from a very difficult psychological situation that affected negatively my social life, in addition to the feeling of abandonment, despair, weakness, and frustration toward my family and my three kids. I hope that your Justice looks into my situation and compensates me for that.

Thank you with appreciation.

Mohammed Hassan Mohammed Asker
March 27, 2015

تحية الى سيادة القاضي المحترم....

اني المصاب والشاهد (محمد حسن محمد عسكر) بتاريخ 2007/09/16 حيث كنت استقل سيارتي نوع فولكسواجن حمراء اللون اعمل بها تاكسي متوجها من ساحة قحطان الى ساحة النسور تعرضت لجريمة اطلاق نار من قبل رتل عسكري امريكي وعلى اثرها رقدت في المستشفى ومنذ ذلك الوقت وانا اعاني من حالة نفسية صعبة جدا تركت اثرا سلبيا على حياتي الاجتماعية والشعور بالخذلان واليأس والضعف والاحباط تجاه عائلتي واطفالي الثلاثة راجيا من عدالتكم انصافي والنظر بأمري وتعويضي.....

ولكم جزيل الشكر والتقدير....

# Victim Impact Statement

Your Name:                    Hasan Jaber Selman also spelled as
                              Hasan Jaber Salman

Case:                         1:08 cr 360 (RCL)

Defendant's Name:             US v Slough, et Al.

Sentencing Date:              April 13, 2015

To the Honorable Judge Royce C. Lamberth:

I was shot by the American Blackwater company in Iraq on September, 17th., 2007. I had injuries all over my body because of this criminal incident ( attack), and it has affected my health and made me feel helpless, fearful and frightened, lost trust in others, frustrated, and unsecured. It also has affected my family, especially after this incident (attack), where many innocent people were killed and attacked.
This crime has affected my work and life, whereas I've become sick with a chronic disease, diabetes. This crime has caused a deficiency in my kidney function and vision, and has an effect on my personal life.

My continuous feelings of fears have affected my daily life activities and work. My weak performance and limited ability to work professionally, has affected my income and made me lose wages. There was no free medical service or insurance to cover for my expensive treatment or surgery and I had to pay by myself

Honorable Judge,

I have lost a lot of money because of my medical treatment and as you are seeing the difficult security situation that we are living in Iraq.  I was hurt a lot by this crime that was conducted by those criminals that you have in your court. This attack has cost me about 500k $ between medical treatments, damaged car, and my son's "Hussam" surgery.  His left lung had to be removed due to the shots and injuries from the attack. We had to take him abroad Iraq for treatment to more than five countries; Switzerland, Turkey, Iran, Dubai, Jordan, Syria, in addition to Iraq.

My family and I are fully confident that your decent and honorable court and the team in the United States Department of Justice are working hard for the victims, justice, and to make the right sentencing decision against defendants who have committed this crime.

I would like to thank you and your honorable team in the court, and also special thanks to the United States Department of Justice for their hard and sincere work to prove the truth.

Additionally, I would like to thank the jurors, prosecutors, the United States government, and the United States people.


Thank you.


Hasan Jaber Selman
April 1, 2015

بسم الله الرحمن الرحيم

الى سعادة القاضي رويس سي لامبيرت

الاسم : المصاب حسن جابر سلمان

القضية رقم : rcl360

لقد تعرضت الى اطلاق نار من قبل قوات بلاك ووتر الامريكية في العراق بتاريخ 2007/9/17 وأدى الحادث الاجرامي الى اصابتي بعدة اصابات في جميع انحاء جسمي وقد اثر هذا الحادث على صحتي ومشاعري العجز وكذلك اثرت على اسرتي والخوف والذعر والاحباط وفقدان الثقة بالامان خاصة بعد هذا الحادث المؤلم والذي أدى الى وفاة واصابة ناس ابرياء لا ذنب لهم .

وان هذه الجريمة قد اثرت بشكل سلبي على حياتي وعملي حيث ادت الى اصابتي بمرض مزمن هو مرض السكري الذي تسبب بعجز في النظر والكلى واثر على حياتي الخاصة. حيث تتنابني هواجس الرعب والخوف باستمرار واثر على سلوك عملي اليومي والاداء الضعيف في العمل مما ادى وائر بشكل مباشر في كسب الرزق مما سبب خسارة في الدخل والاجور من خلال تحديد حركتي اليومية وعدم قدرتيعلى العمل بصورة صحيحة.

حيث لم تكن هناك مساعدات طبية مجانية او تامين صحي بل ان تلك الاشياء ادفع فيها مبالغ طائلة من اجل ان احصل على العلاج واجراء عمليات جراحية باهضة الثمن.

سيدي القاضي المحترم

لقد فقدت الكثير من  الاموال بسبب تلقي العلاج وانتم تعلمون كيف نعيش في وضع امني صعب في العراق وقد تضررت كثيرا من جراء هذه الجريمة التي اقترفها المجرمون الماثلين امام المحكمة الموقرة حيث تم صرف مبالغ طائلة تقدر بمبلغ خمسمائة الف دولار امريكي نفقات علاج وتدمير سيارتي وكذلك نفقات علاج ولدي المصاب حسام حسن جابر من قبل شركة بلاك ووتر الامنية وقد تم رفع الرئة اليسرى لولدي حسام لاصابته باطلاقات نارية في صدره مما استدعى علاجنا خارج العراق ولاكثر من خمسة دول منها سويسرا وتركيا ودبي وايران والاردن وسوريا وكذلك العراق.

نحن وعائلتي على ثقة تامة من ان محكمتكم الموقرة والمحترمة وكذلك فريق العمل في وزارة العدل الامريكية يعملون من اجل الضحايا والحق واصدار القرار العادل بحق الجناة الذين اقترفوا هذه الجريمة .

اقدم شكري وتقديري لسعادتكم واعضاء المحكمة المحترمين وكذلك الشكر الموصول لفريق العمل في وزارة العدل الامريكية المخلصين الذين عملوا بجد واخلاص في اظهار الحقيقة وكذلك الشكر للاخوان المدعين العامين في المحكمة وفريق المحلفين والشكر للشعب الامريكي والحكومة الامريكية

المصاب المحامي

حسن جابر سلمان

احد ضحايا عناصر شركة بلاك ووتر

# Victim Impact Statement

Your Name:                     Haider Ahmed Rabee Alkafaji also spelled as
                               Haydar Ahmad Rabie Hussain Al-Khafaji

Case:                          1:08 cr 360 (RCL)

Defendant's Name:              US v Slough, et Al.

Sentencing Date:               April 13, 2015

Honorable Judge Royce C. Lambeth,

I am Haider Ahmed Rabee Alkafaji, I was born in 1975 and I am one of the victims who was injured in Nisur crime (attack) in Baghdad by the security company, Blackwater, on September, 16th. 2007. I was working as a taxi driver at that time, and my left leg was injured and has many fragments in it, as well as my right leg, which have caused nerve damage in my left leg. I still suffer until now from a pain and numbness in my feet, and cannot walk for long distances or stand for long hours because of the fragments in my legs.

At the time when this crime and the shooting by members of this company happened, I went through a period of panic and fear because I have never been in such a situation in my whole life before, and I have not seen such an ugly crime like this one where innocent people are shot randomly and killed. I have lived very difficult moments during that time, and until now whenever I pass by that area, I remember that ugly crime and I don't think that I will ever forget that scene in my life.

Regarding my family, they were shocked when they heard the news. This caused my wife to go through a bad psychological time that led to the inability to have children any more.  I have only one daughter that was three years old at the time. We have seen many doctors to have surgeries, including IVF (In Vitro Fertilization) process that we had in Kurdistan, north of Iraq and in Baghdad, but they were unsuccessful procedures, and we are still trying.  I cannot travel outside Iraq to have these surgeries done because of my financial situation.

Finally, I would like to thank you, prosecutors, and any person who helped us in this case and all of their efforts.


Haider Ahmed Rabee Alkafaji
March 28, 2015

السيد القاضي المحترم

تحية طيبة

انـي المـواطن (حيـدر احمـد ربيـع حسـين) مـن مواليـد ١٩٧٥ ، أحـد المصـابين بجريمـة سـاحة النسـور التـي ارتكبتهـا شـركة (بـلاك ووتـر) الامنيـة وكنـت اعمـل فـي وقتهـا سـائق تكسـي . بتـاريخ ٢٠٠٧/٩/١٦ حـدثت جريمـة سـاحة النسـور وتعرضـت لعـدة اصـابات فـي الحـادث منهـا طلـق نـاري وشـظايا فـي سـاقي الايسـر وكـذلك القـدم اليمنـى ممـا ادى الـى تلـف العصـب المسـاعد للقـدم اليسـرى ولحـد الان اعـاني مـن الام وخـدر ولا اسـتطيع السـير او الوقوف لمدة طويلة بسبب بقايا الشظايا بداخلها ،

وفـي وقـت وقـوع الجريمـة واطـلاق النـار مـن قبـل عناصـر الشـركة مـررت بحالـة هلـع وذعـر وخـوف شـديد لانـني لـم امـر طـوال حيـاتي فـي موقـف مشـابه ولـم ارى علـى الواقـع مثـل بشـاعة هـذه الجريمـة حيـث الرمـي العشـوائي علـى المـواطنين العـزل وسـقوط الضـحايا وعشـت فـي وقتهـا لحظـات صعبـة وكـان المـوت قريـب منـي جـداً لـولا مشـيئة الله سـبحانه وتعـالى . ولحـد هـذه اللحظـة كلمـا مـررت مـن تلـك المنطقـة تـذكرت تلـك الجريمـة البشـعة ولا اعتقد اني سوف انسى هذا المنظر طوال حياتي .

امـا بخصـوص عـائلتي فقـد تعرضـوا الـى صـدمة كبيـرة عنـد سـماع الخبـر ممـا تسـبب بحـدوث سـوء فـي حالتهـا النفسـية ادى ذلـك الـى انقطـاع الانجـاب ولـدي طفلـة كـان عمرهـا ثـلاث سـنوات وراجعنـا عـدة اطبـاء لاجـراء العمليـات ومنهـا اطفـال الانابيـب فـي اقليـم كوردسـتان وبغـداد ولـم تـنجح ولـم اتمكـن ماديـاً مـن السـفر خـارج العـراق لغـرض اجـراء العمليـات الجراحيـة . وختامـاً اتقـدم بالشـكر الجزيـل لسـيادتكم والادعـاء العـام وكـل مـن سـاهم في هذه القضية وقدم المساعدة لنا بما بذلوه من جهد .

مــــــع التقديـــــر .

المواطن
حيدر احمد ربيع حسين الخفاجي
٢٠١٥/٣/

# Victim Impact Statement

Your Name:                     Jasim Mohammed Hashim Mohammed also spelled
                               as Jassim Mohammad Hashim

Case:                          1:08 cr 360 (RCL)

Defendant's Name:              US v Slough, et Al.

Sentencing Date:               April 13, 2015

Honorable Judge,

I am Jasim Mohammed Hashim Mohammed, an employee at Ministry of Interior. I was injured in an incident (attack) by Blackwater in Nisur square in Baghdad on September 16th., 2007. I was shot in my head and severely injured, which caused a damage in the skull, on the right side of my forehead . A surgery had been done to the brain, skull was opened and the membranes (meningitis) in my brain were replaced. This is has led to the current complications that I am having now, which are the continuous epileptic seizures, the continuous headaches, and dizziness. According to the medical reports, more complications might happen in the future.

The injury caused a psychological problem for me and has affected my daily life situation and my relationship with my family, close relatives, and my workmates. I cannot stand working every day because of my injury. But I am still working until now, and facing these medical and psychological problems, and waiting for my retirement because of the injury. I was in an official duty that day when I was injured in this incident (attack). Based on the medical reports, I have become 70% disabled. I am now not able to carry my weapon for my employment, which was KBC 733 (Glock) that was given to me by Ministry of Interior.

I have attached my medical reports that document my situation.


Jasim Mohammed Hashim Mohammed
March 31, 2015



Attachments:
A hospital note documenting his health conditions.
A doctor note documenting  the injury.
A hospital note the day he was taken to the hospital because of the attack.

بسم الله الرحمن الرحيم

تحية وتقدير الى حضرة القاضي العادل المحترم :

أني المصاب ( جاسم محمد هاشم محمد ) منتسب في وزارة الداخلية ، أُصبت في حادث في ساحة النسور من قبل شركة ( بلاك وتر ) بتاريخ ١٦ / ٩ / ٢٠٠٧ وكانت الأصبة في رأسي بأطلا قات نارية وكانت الأصبة بالغة في رأسي من ما أدت الى فقدان وتهشم عضم الجمجمه في المنطقة الجبهوية اليمنى وأجرية عملية فتح الجمجمة وترقيع اخشية السحايا للدماغ من ماأدت الى مضاعفات حالية ، نوبات صرع متكررره ، مع نوبات دوار وصداع مستمر وحسب تقارير الأطباء لا تخلوا الحاله من مضاعفات مستقبلية من ما أدت الأصابة الى حاله نفسية بحيث لا أطيق العمل في الدوام اليومي بسبب اصابتي المؤثره على حالتي اليوميه والمؤثره مع أفراد الأصدقاء في العمل ومع أفراد عائلتي وأسرتي المقربين الي ومازلت لحد الأن مستمر في العمل وانا أواجه هذه الحالات النفسية والمرضية وأنا ما زلت أنتضر أمر أحالتي الى التقاعد بسبب الأصابة لكوني كنت مكلف في الواجب الرسمي في العمل وتعرضت الى هذا الحادث المريب لكوني حصلت على حالة عجز ٧٠ % حسب حالتي والتقارير الطبية التي ثبتت ذالك وفي هذا الحين من وقت الأصابة فقده مني السلاح الشخصي التابع الى وزارة الداخلية وكان نوع السلاح مسدس (كلوك ، المرقم KBC ٧٣٣) وهذه هي حالتي المرفقة أليكم ومع تحياتي لكم بالشكر والتقدير .........

- المرفقات
- نسبة العجز
- التقارير الطبية



**Ministry of health**
**Baghdad health directory**
**Kadhimiyah Educational hospital**

وزارة الصحة
دائرة صحة بغداد / الكرخ
مستشفى الكاظمية التعليمي

اسم المريض : ........ حسام كريم الهاشمي ........ اسم الطبيب المعالج د. عبد الكريم الأحسائي .........

تاريخ الدخول ٥ / ١٠ / ٢٠١١   التشخيص ........... تاريخ الخروج ٦ / ١٠ / ٢٠١١

a 35 yrs old pt. presented
trauma to head with # skull
a cranioplasty was done to him

اسم الطبيب المقيم                     التاريخ   / / ٢٠١

بسم الله الرحمن الرحيم

((وإذا مرضت فهو يشفين))

**Dr. Ihssan S. Nema**
**Neurosurgeon**
M. B. Ch. B., F. I. B. M. S.
Stereotactic Neurosurgery (Sweden)
Brain Tumor Surgery Charing cross hospital - London
Spinal Surgery Charing cross hospital - London
ATLS , Hillingdon Hospital - London

الدكتور
**إحسان صبحي البلداوي**
جراح اختصاص
شهادة البورد (الدكتوراه) في جراحة الدماغ والعمود الفقري والاعصاب
زميل المجلس العراقي للاختصاصات الطبية
استاذ مساعد - فرع الجراحة - كلية طب النهرين
تدريب جراحة الدماغ - م. جارنك كروس/لندن
تدريب جراحة العمود الفقري - م جارنك كروس/لندن
طب الطوارئ م هلكتن - لندن
جراحة الدماغ المجسمة السويد

الاسم : [illegible] العمر [illegible] التاريخ [illegible] / ١١ / ٢٠

[illegible]

[illegible]

[illegible]

bullet inj to the head with

recent attack of fits

He needs following treatment

Depakin [illegible] X3

[signature]

الكاظمية - باب الدروازة - خلف البريد - داخل فرع النقارات
الدوام مساءً طيلة ايام الاسبوع (السبت صباحاً) الجمعة عطلة العيادة
رقم التسجيل ٢٦٨٠٨ في ١٩٩٨/٩/٣٠ / هاتف الحجز ٠٧٩٠٥٦٩٥٤٨٧
E-mail: ihssansubhe2006@yahoo.com

| قه الا: | فحص الدم | الضغط | النبض | تاريخ المراجعة | الشهر | الشهر |
|---|---|---|---|---|---|---|
| | | | | | تموز | ك ٢ |
| | | | | | آب | شباط |
| | | | | | أيلول | آذار |
| | | | | | ت١ | نيسان |
| | | | | | ت٢ | مايس |
| | | | | | ك١ | حزيران |

صورة

الاسم الثلاثي ــــ هاك ـــــــــ

التولــــــد ـــــــ

الجنـــــس ـــــــ

العنــــوان ـــــ

هوية الاحوال المدينة ـــــــــــــ

التقرير الطبي الصادر من ــــ الكاـــ

رقم التقرير ـــــ ٧ ٤ ٤ ٤ ١ ٤ ـــــ

تاريخ التقرير ـ ٢ / ٨ / ١٤ م

اللجنة الطبية

اوصت اللجنة الطبية بمنحه البطاقة الدوائية واثبت فيه

العلاج ادناه شهرياً :

Tegretal 200 Thrld.

عضو     رئيس اللجنة     عضو

حاشية حسن عبدالرضا



Republic of Iraq
Ministry of Interior
Agency Of Ministry for Administration
affairs

No:
Date:

جمهورية العراق
وزارة الداخلية
الوكالة لإدارة شؤون الداخلية
مديرية الخدمات الطبية
اللجان الطبية / علاج الجرحى

العدد : ١٢٦١٥
التاريخ : ٢٠١٤/٩/٤

الى / مستشفى النضمية التعليمي
م / طبي

تحية طيبة
يرجى اليكم مسيرة ( جسد محمد هشم ) المصاب . المواليد (١٩٩٧) لغرض فحصه
وتزويده بتقرير طبي وبيان مدى لاستفاده من علاجه ... خارج العراق وطبيعة العلاج
واعلامنا ... مع التقدير

الدكتور
مدير الخدمات الطبية
٢٠١٤ / ٩ /

خاص بالمستشفى :
المستشفى /
المصاب /
التاريخ لصدور /

(( التقرير الطبي ))

[handwritten medical notes]

ختم وتوقيع
رئيس اللجنة



بسم الله الرحمن الرحيم

جمهورية العراق

وزارة الصحة
د. أ. ق ف ١٠ / ٨ / ٩٦٧
التاريخ ١٨ / ٨ / ٢٠٠٨م

الى / وزارة الداخلية / وكالة الوزارة للشؤون الادارية والمالية
مكتب الوكيل المساعد لشؤون الرعاية الاجتماعية والصحية
الرعاية الصحية

اشارة الى كتابكم المرقم ( ٢٠٠٣ ) والمؤرخ ـــي   ١ / ٧ / ٢٠٠٨م.
اجتمعت اللجنة الطبية بتاريخ ١٢ / ٨ / ٢٠٠٨م
فحصت اللجنة الطبية السيد ( جاسم محمد هاشم ) واعطي بحقه القرار الطبي الآتي :-

ش . م ....
ـ فقدان عظمي بالقحف من الناحية الجبهوية اليمنى مع نوبات صرع .
ـ حسب كتاب م . الكاظمية التنظيمي العدد ٧٧٤٠ في ١٢ / ٨ / ٢٠٠٨م.
ـ قررت اللجنة الطبية :ـ
ـ يصنف الى الدرجة الثالثة حسب المادة ١٢٦ / بيان ول ص الرقم ٣١ لسنة ١٩٨٠م.
ـ قرار العجز :ـ
ـ نسبة العجز :ـ      ٧٠ % ( سبعون بالمائة) .
ـ مدة العجز :ـ      دائمية .
ـ صلاحيته للوظائف العامة :ـ      البسيطة .
ـ علاقة الاصابة بالخدمة :ـ   حسب قرار المجلس التحقيقي ,. ( انتهى القرار ) .

صورة طبق الاصل

رئيس اللجنة الطبية

رئيس اللجنة .      عضو      عضو      عضو

منقول

# Victim Impact Statement

Your Name:                    Sami Hawas Hammod Al-Dulaimi  also spelled as
                              Sami Hawa Hamud Al-Sabahin

Case:                         1:08 cr 360 (RCL)

Defendant's Name:             US v Slough, et Al.

Sentencing Date:              April 13, 2015

# Victim Impact Statement

Your Name:                    Sami Hawas Hammod Al- Dulaimi

Case #:                        1:08-cr-360 (RCL)

Defendant's Name:          US v Slough, et Al.

Sentencing Date:            April 13, 2015

**To the Honorable Judge Royce C. Lamberth:**

This incident has affected me and my family especially directly, and there was feelings of helplessness, anger, disappointment, fear, frustration, and loss of confidence. Psychologically, I've become sick with chronic high blood pressure.  As for my family, they have been directly affected, especially on my youngest son.  He has become sick with chronic diabetes, because of his fears when he saw me in front him unconscious with injuries and blood covering my body in the hospital. Also, my mother when she witnessed the event, she was scared and frightened.  Due to that, she was hospitalized, and after short time from that, she passed away as a reason for seeing that incident.

This incident (attack) has affected my work and my income, because of the injuries and fragments in my body, especially in my left thigh (leg). Also the tissues and muscles in my right thigh (leg) were damaged, and my eye was injured and this affected my vision and the ability to concentrate. I was in the hospital for the inability to move or work because I had a deep injury (L17cm -W6cm), and the fragments, which are still in my body until now. Additionally, my car, which was my only source of income, was damaged and because of the expensive medical treatments, I had to sell my house that I was living in it with my family that consists of seven people, and move to a small apartment, in order to be able to pay for my treatment and living expenses.

My family and I have felt despair, very frustrated, and helplessness because of the unfair decision that was made in the civil case. We were cheated by the Iraqi attorneys and the American attorney (Susan Berk), who did not help us.  Whereas she alleged that she will defend us and defend our rights, but then she cheated on us, and she has made us sign on papers we did not know what is their content. That is why we have felt despair and frustrated, because we have not been compensated financially or morally after the incident.

Financially, I have lost $250,000 for selling my house, $50,000 in loss of income, and my hospital expenses were $50,000 between surgeries and medical treatments. The total cost is $350,000, and for your information, I have given all the receipts, documents, and pictures to the Iraqi attorneys and the American attorney, Susan Berk.

Thank you.

Sami Hawas Hammod Al- Dulaimi
March 28, 2015

تصريح الأثر على الضحية

إسمك: سامي حوائل حجج و مضحى الد ليصي

القضية رقم: (RCL) 1:08-cr-360

إسم المدعى عليه: الولايات المتحدة ضد سلو و آل   و  ابيقان ليبرتي و دانسن هيد
و نيكو لد س سلف نبث

تاريخ النُطق بالحكم: 13 نيسان / أبريل 2015

إلى سعادة القاضي المُحترم رويس سي لامبيرت:

**كيف أثرت هذه الجريمة عليك وعلى المُقربين مِنكُم؟** (مثل مشاعر الغضب، والغضب الشديد، وإلقاء اللوم
على الذات، أو الأسرة، والشعور بالعجز، والضعف، والخوف، والذعر واليأس والإحباط وفقدان الثقة والإيمان
بالعالم)

أثرت بجورة مباشنة علي وعلا عائلتي بجوره خاصه و السقور
الحزو والغضب الشديد و الباس و الاحباط و الخوف و فقدان الثقه بالذ
بسبب حالتي الصحيه و النفسيه اصبحت يعولون ضغط لدم المزمن
بالنسبت لحالتي تأثرت بجوره مباشره و خاصه ابني الكبير حين
يبيت بجوز؟ السكرايه الدم المزمن بسبب هوفه من رويى منظري
ما مته و انا محمن علي مساهدت الجروحي و الرماء تسمل ملي و المسته
كذلك و الدلي عندها شاهدت، كادت تأثرت ط و أصابها
لذ عر و الخوف و عما أثرها نقلت الا المستشفا و لجدقت
قصيرت لوَ فين و الدثي من أثر مساهدت ا كادت

**كيف أثرت هذه الجريمة على قدرتك على أداء عملك، أو كسب لقمة العيش، وتدبير أمور عائلتك، والذهاب إلى المدرسة، أو التمتع بأي أنشطة أخرى سبق لك أن قمت بأدائها أو التمتع بها؟** (على سبيل المثال المبالغة برد الفعل على بعض الحالات، الحماية المفرطة على أفراد الأسرة، الإنعزال إجتماعياً، والخوف من الخروج إلى العالم التي ثبت أنه غير آمن).

أثرت هذه الجريمة على عملي و مصدر رزقي و ذلك لا مجال بها بجهد بلاء قاتم مشطا با في .حسب دقا مهم في فخذي با يسر وفقدان جزء من الاسير والحفاظ شيئا إجبية كو جسم يا لملل الفخذ لا يمن دما للتركيز في الرذ با لد صابت عيني وقودي في المشفا دعما استطاعتنا الركيد العمل بترميم سيارتي التي هس مصدر رزقي لو هيد بسبب رقودي م والعلاج المكلز لك توقفت الحلاج دالمطا دمشت مشقة بسخب للاعيار

**مشاعر ردود الفعل تجاه نظام العدالة الجنائية:**
(على سبيل المثال كيف أثرت عليك هذه العملية، وكيف تمت معاملتك أنت / عائلتك، والمعلومات عن إجراءات المحكمة ووضع القضية؛ شعور بالخذلان من قبل النظام، تلميحات محامي الدفاع، وكيف شعرت بتحمّل المحاكمة، ورؤية الجاني (الجُناة)).

شعرت بالخذلان والاهباط واليأس، لشدد ر أنا وعائلتي ذلك لحرم أنصارنا في لركوة المدرسة وقم التحايل علينا من قبل محامي راحتلة و المسيحة الامريكية (رسوم نبريطا) لما لم تنصفنا هيئت أدعت الدفاع علينا علا حق هنا وهي هنالت علينا وهجلنا نوتح كلا اوراق نجهل مضمونها لهذا سخرنا بالا هباط والخذلان لحرم أتمسا فنا وكو بعوبحنا عن الد هسرر الماديت والمعنوية التي نجحت عنا امحا دمت .

**الأثر المالي:**

نحن نعلم أن هذه الفترة المؤلمة للغاية من حياتك لا يمكن تعويضها مالياً. مع ذلك، قد يرغب القاضي بمعرفة ما هي التكلفة التي تكبدتموها لأغراض ردها لكم. يرجى تقديم أي وثائق / تحقق عن تلك الخسائر على شكل إيصالات، أو الشيكات الملغاة، أو مطالبات التأمين، الخ.

**أ. الأضرار التي تكبدتموها:**

1. قيمة الممتلكات التي فقدتموها أو أتلفت (يرجى تقديم قائمة ___ ... ، ٥ > ١ الفـــ دولار عن سبح دار كــت ... اله)

٢. نفقات مستشفى، أو طبية   ___ ... ، ٥ الفت دولار عن الحلبات دالعلار ج

3. خسارة بالدخل أو الأجور   ___ ... ، ٥ الفت دولار

المبلغ الإجمالي للخسائر: ------------- ... ٥٠ ... دولار ٥ الفت دولار

علما بأن المجولات و الرتايا والجورقت سلبت ان لجامين الجراننين و الحاست سنورنيــ

**ب. تعويضات حصلتم عليها من مصادر ضمان خاصة:**

1. تأمين أملاك   لا يوجد

2. تأمين صحي بما في ذلك برامج مساعدة طبية   لا يوجد

3. تعويض على الدخل أو الأجور:   لا يوجد

4. غيرها (يرجى تفصيل المصدر والمبلغ)   لا يوجد

المبلغ الإجمالي للتعويض: --------------------

التوقيع:   سامي حوالي محمو محمد لراله

التاريخ:

# Victim Impact Statement

Your Name:                          Serhan Diab Abdulmuna'm Alzubaidi also spelled as
                                    Sarhan Dheyab Abdulmunem

Your Loved One's Name:              Many People Including a Doctor and His Mother

Relationship to the Victim:         Childhood Friends, Workmates, and My Neighbor

Case:                               1:08 cr 360 (RCL)

Defendant's Name:                   US v Slough, et Al.

Sentencing Date:                    April 13, 2015

Honorable Judge Royce C. Lamberth,

The psychological impact of this incident (attack) on me was more than the financial impact. Unfortunately, I could not fill out this form (statement) in one day just like my other colleagues in this case did, because of the ugliness of the scene of this incident that I witnessed. This form made me recall everything I have seen on that disastrous day. It has taken me couple of days to fill it out because I could not describe my feelings and I am not good with expressing these feelings.

My psychological damages are more than the financial ones, because financial loss can be compensated, but not the loss of a human, you know what I mean by saying that. I feel guilty for not being able to help the doctor and his poor mother in the incident, I could not do anything.  Fortunately, I am here now writing this statement to you, otherwise I could have been with the dead people now, who were killed unfortunately by your company. I was sick on that day and did not have the desire to go to work but I had to, life is expensive here. I saw my friends being killed and the weather was foggy and bad.  I was afraid and stayed in my police booth, I was unable to move or think. I saw many things on that day.  I saw a mother crying for her son, who was a doctor and she had a feeling that he would be killed. She was unable to move, and her son was trying to get her out of that damned car, but I was unable to move and help him. So I gave up and just watched. The mother cried and hugged her son as she was telling him "don't go, don't go, we will be killed".  The son was telling her "get out of the car, we'll be killed", she was hugging him and begging him not to go. The son was killed by you then the mother started crying crazily and then she was killed, too. The damned car was exploded and they were burned inside the car, and I am watching the scene without doing anything. I just hid in that booth, and since then I learned that life is worthless and I will be killed one day anyway. I still hear that women and her son's voices until now.  I still tell myself that I am coward.   They died because of me, because I did not help them.  But I could not help them, because I was unable to move, and I was thinking of my mother and my kids.

Today, my mother and I do not go out because we are scared that same thing happen to us, I do not want to die in such an ugly way. My wife tells me sometimes that I was talking and saying unclear things during my sleep in the night and I was sweating. What hard days these days were. I still dream and imagine some scenes as if it has just happened. I cannot forget the smell of that day, or its bitter taste. I still remember how that mother and her son were taken out of their car and they were totally burned. Let me share a secret with you about me, after that incident I was afraid and I get scared when I go to the bathroom.  I cannot close my eyes, I cannot stay alone by myself in a room, whether it is dark or not.

When I told my relatives about the story of the mother and her son, they advised me to see a psychiatrist.  I told them that I am not crazy and I do not have the money to spend it on these things. I try to tell my feelings to my wife, but she cannot do anything about it.   I cannot do anything too, because I am unable neither financially nor morally to help myself.

The court process was normal but sometimes there were some delays. I hope the honorable judge can understand our problems by putting himself in our positions.

The judge wants to know the cost of this incident to pay us back, but unfortunately the damages were psychological and this is cannot be compensated.

I am like any other Iraqi who has to work to make his living, and we do not have our simplest rights. The incident had an effect on me because it made me realize, that I will die one day in that booth or elsewhere. Honorable Judge, how would I be able to do any work now or live if I quit this work? Do you have an alternative in a country, where you cannot predict what is going to happen in the morning or evening?

What are the damages:  It is mentioned above.

The total loss: I will leave it to the court to decide.

Any other compensation that you've received from other sources:
I haven't received any compensation from anyone whether government or private parties.

Any recommendations:
I would highly appreciate it if I can have a written copy of the sentencing order.


Thank you.

Serhan Diab Abdulmuna'm Alzubaidi
March 20, 2015

سرحان ذياب عبد المعنم عوده الزبيدي بغداد/ العراق

# تصريح اثر الضحيه

| اسمك | سرحان ذياب عبد المعنم عوده الزبيدي |
|---|---|
| اسم الشخص العزيز عليك | اشخاص كثيرون من ضمنهم دكتور وامه |
| علاقتك بالمتوفي | اصدقاء طفوله, اصدقاء بالعمل, وجاري |
| القضبه رقم | 1:08-cr-360(RCL) |
| اسم المدعي عليه | الولايات المتحده سلووال |
| تاريخ النطق بالحكم | 13.04.2015 |

م/ الى سعاده القاضي المحترم رويس سي لامبيرت

***كيف اثرت هذه الجريمه عليك وعلى المقربين منك؟***

لقد كان وقع الحادث علي له اثر سلبي من الناحيه النفسيه  اكثر ماهو ماديا. انا لاسف لبشاعه المنظر لم استطع ان املي هذه الاوراق بيوم واحد كباقي زملائي . لقد اثارت هذه الاوراق ماريت في ذاك اليوم المشؤم. لقد ملئت هذه الاستماره لعده ايام بعض الاحيان لا استطيع وصف  شعوري لاني لاجيد التعبير. اضراي هي نفسيا اكثر ماهي ماديا. كل شي خسارته ماديا ممكن يتعوض الا خساره النفس. وانتم تعلمون ماذا اقصد. اني احس بعقد الذنب لاني لم استطع اسعف الدكتور  وامه المساكين. لم استطع اعمل اي شي. لحسن حظي انا الان هنا اكتب لكم والا لما كنت انا الان في عداد الاموات التي قتلتهم شركتكم للاسف. في ذاك اليوم كنت مريضا وليس لديه اي رغبه في العمل الا ان لقمه العيش غاليا عندنا. عندما رايت اصدقائي يقتلون والجو كان ضبابا خفت وبقيت ملازم كابينتي المروريه لانها كانت تحس سوف يقتل و هي ايضا كانت لاتستطيع الحركه. لقد اريت ام تبكي على ابنها الطبيب لانها كانت تحس سوف يقتل و هي ايضا كانت لاتستطيع الحركه. لقد كان ابنها يود اخراجها من تلك السياره اللعينه. لم اكن قادر  على الحركه لامساعدته فاكتفيت بالنظر. بكت الام وحضنت ابنها وكانها تقول له لالا تذهب سوف نقتل. الابن يقول لها اخرجي سوف نقتل و هي تحضنه وتوسل بيه ان لا يذهب. قتل الابن من قبلكم والام تبكي مذهوله وقتلت الام ايضا وتفجرت السياره اللعينه وتفحموا بداخلها وانا اراقب المشهد  دون ان احرك ساكن. في ذالك اليوم عرفت ان الدنيا صفر واني مقتول لا محال. اختبئت في تلك الكابينه.  لهذا اليوم وانا اسمع اصوات تلك الام وابنها لحد الان اسمع نفسي تقول لي انت جبان انت السبب لماذا لم تسعفهم. لم استطع لقد كنت عاجز. كنت افكر باطفالي بامي. الان هذا اليوم انا وامي لا نخرج لاني اخاف من تكرار المشهد. انا لا اريد الموت بهذه الطريقه البشعه. بعض الاحيان تقول لي زوجتي لقد كنت تهذي ليله امس بكلاما غير مفهوم وكنت تعرق . ماقسى تلك الايام. اني لازلت احلم واتخيل المنظر وكانه حدث قبل بره هه من الوقت. لانسى رائحه ذالك اليوم وطعمه المر.

سرحان ذياب عبد المعنم عوده الزبيدي بغداد/ العراق

لازلت اتذكر كيف اخرجو تلك الام وابنها الطبيب. لقد كانو متفحمين. لا خفيكم سرا انا اخاف عند دخولي
الحمام. لا استطيع اغماض عيني خوف ان ابقى وحدي في غرفه سواء كانت مضلمه او غير ذلك. عندما
رويت قصه الام والابن  نصحوني المقربين بالطبيب النفساني فقلت لهم باني ليس مجنون وليس لديه النقود
الكافيه لاصرفها على مثل هذا المواضيع. اني احاول ايصال ماشعر بيه لزوجتي الا انها لاحوله ولا قوه. انا
نفسي لا استطيع نفسي لا ماديا ولا معنويامساعده نفسي.

**مشاعر ردود الفعل تجاه نظام العداله الجنائيه**

لقد كان سير المحكمه طبيعي ولكنه لا يخلو من بعض التاخير. اتمنى من سياده القاضي ان يفهم مشاكلنا ان
يضع نفسه محلنا.

**الاثر المالي:**

يود حضر القاضي معرفه ماهي التكلفه التي تكبتها لغرض ردها. للاسف الاضرار التي تكبتها هي نفسيا. لا
تقدر بثمن.

**كيف اثرت هذه الجريمه على قدرتك على اداء عملك او كسب لقمه العيش.**

ان حالي كحال اي عراقي مجبور على  العمل كي يعيش. ابسط حقوقنا هي ليست ملك لنا. لقد اثر ذلك الحادث
علي لانه جعلني اعرف اني سوف اموت يوما ما في تلك الكابينه او غيرها. قل لي سياده القاضي اي عمل
ممكن اجيده الان وكيف سوف اعيش لو تركت ذاك العمل. هل لديك بديل في بلد لاتعرف صباحه من مساءه؟

**الاضرار التي تكبتموها:** اسبق ذكرها

**1.قيمه الممتلكات التي اتلفت .............**

**2. خساره في الدخل.......................**

**3. المبلغ الاجمالي للخسائر:** ذلك راجع للمحكمه الموقره

**تعويضات حصلتم عليها من مصادر ضمان خاصه:**

لم احصل على تعويض من اي جهه سواء كانت حكوميه او خاصه.

| | |
|---|---|
| تامين املاك | لايوجد |
| امين صحي بما في ذلك برامج مساعده طبيه | لايوجد |
| تعويض على الدخل او الاجور | لايوجد |

سرحان ذياب عبد المعنم عوده الزبيدي بغداد/ العراق

| | |
|---|---|
| غيرها من تعويضات | لايوجد |

المبلغ الاجمالي للتعويض: الامر راجع للمحكمه الموقره

التوصيات لاصدار الحكم: اني ارغب في الحصول على نتيجه الحكم خطيا مع كامل التقدير.

التاريخ والتوقيع:

02.03.2015

سرحان ذياب
الزبيدي

# Victim Impact Statement

Your Name:                          Hussein Ali Abbass

Your Loved One's Name:              Martyr Sa'adi Ali Abbass also spelled as
                                    Sa'Aid Ali Abbas Alkarkh

Relationship to the Victim:         Brother

Case:                               1:08 cr 360 (RCL)

Defendant's Name:                   US v Slough, et Al.

Sentencing Date:                    April 13, 2015

# Victim Impact Statement

| | |
|---|---|
| Your Name: | Hussein Ali Abbass |
| Your Loved One: | Martyr Sa'adi Ali Abbass |
| Relationship: | Brother |
| Case#: | 1:08-cr-360 (RCL) |
| Defendant's Name: | US v Slough, et Al. |
| Sentencing Date: | April 13, 2015 |

**To the Honorable Judge Royce C. Lamberth:**

**How has this crime affected you and those close to you?** (e.g. feelings of anger, rage, blaming self, or family, helplessness, vulnerability, fear, paranoia, hopelessness, frustration, loss of trust and faith in the world)

Yes, my family and I have been through all these feelings mentioned above.

**How has this crime affected your ability to perform your work, make a living, run a household, go to school, or enjoy any other activities you previously performed or enjoyed?** (e.g. over react to situations, overprotective of family members, socially withdrawn, fear of going out in a world that has been proven unsafe.)

Yes, all these things have affected my ability and my family's ability.

**Reactions feelings toward the criminal justice system:**
(e.g. How the process impacted on you, how you/your family were treated; information on court proceedings and case status; feeling abandoned by the system, defense attorney's insinuations, how it felt enduring the trial, seeing the offender(s)).

I felt the court was fair and will have the right sentencing against the defendants, and make them pay compensation to victims' families.

**Recommendations for sentencing (mandatory/maximum):**
(Do you want to be notified what the sentence is, how it computes to actual time served, when this individual comes up for parole?)

Yes, I want to know the outcome.

**Financial Impact:**

We know that this extremely stressful period of your life cannot be compensated monetarily; however, you may want the Judge to know what costs you have incurred for restitution purposes. Please provide any documentation/verification of those losses in the form of receipts, canceled checks, insurance claims, etc.

**A.      Damages suffered:**

The loss of my brother who was the only source of income for the family.

My Volkswagen car model 1993 with a license plate number (48384) that was damaged and destroyed totally in the attack.

My brother was working as a laborer and his monthly income was about $20,000 in addition to other financial loss, like the cost of the funeral, which was about $20,000. So the total loss is about $50,000, in addition to his monthly income that he used to earn every month.

There were no hospital expenses.

**B.      Reimbursement received by collateral private sources:**

| | | |
|---|---|---|
| 1. | Property Insurance | None |
| 2. | Health Insurance including Medical Aid Programs | None |
| 3. | Reimbursed Income or Wages | None |
| 4. | Other (list source and amount)<br>His wife has received amount of money from the American Attorney, but I don't know how much she had received. | |

Thank you.

Hussein Ali Abbass
April 4, 2015

تصريح الاثر على الضحية

أسمك/ حسين علي عباس

اسم الشخص العزيز عليك / الشهيد سعدي علي عباس

علاقتك بالمتوفي / شقيقي

القضية رقم (RCL)1:08-cr-360 /

اسم المدعي عليه / الولايات المتحدة ضد سلو و أل

تاريخ النطق بالحكم : 13 نيسان / أبريل 2013

الى/ سعادة القاضي المحترم ويس سي لامبيرت

كيف اثرت هذه الجريمة عليك و على المقربين منك ؟

مثل / مشاعر الغضب و الغضب الشديد و القاء اللوم على الذات و الاسرة و الشعور بالعجز و الضعف و الخوف و الذعر و اليأس و الاحباط و فقدان الثقة و الايمان بالعالم .

نعم اثرت جميع هذه النقاط علي و على جميع افراد عائلتي .

كيف اثرت هذه الجريمة على قدرتك على اداء عملك او كسب لقمة العيش و تدبير امور عائلتك و الذهاب الى المدرسة او التمتع باي أنشطة اخرى سبق ل كان فيها او التمتع بها ؟

على سبيل المثال / المبالغة برد الفعل على بعض الحالات و الحماية المفرطة على افراد الاسرة , الانعزال اجتماعيا , و الخوف من الخروج الى العالم الذي ثبت انه غير امن .

نعم جميع الامثلة هذه اثرت على قدرتي وقدرة عائلتي .

مشاعرك و ردود الفعل اتجاه نظام العدالة الجنائية ؟

على سبيل المثال / كيف اثرت عليك هذه العملية و كيف تتم معاملتك انت و عائلتك و المعلومات عن اجراءات المحكمة ووضع القضية , شعورك بالخذلان من قبل النظام ,تلميحات محامي الدفاع وكيف شعرت بتحمل المحاكمة و رؤية الجناة .

شعرت بأن المحكمة عادله و سوف تحكم بالحق على الجناة و اخذ تعويض منهم لافراد العائلة .

توصيات لاصدار الحكم ( الزامي / كحد اقصى )

هل تريد ان يتم اعلامك ما هو الحكم و كيف يحتسب مع الوقت الفعلي الذي قضوه بالحجز و عندما يصل هذا الفرد لمرحلة الافراج المشروط ؟

نعم اريد معرفة ذلك .

الأثر المالي :-

نحن نعلم ان هذه الفترة المؤلمة للغاية من حياتك لايمكن تعويضها ماليا مع ذلك قذ يرغب القاضي بمعرفة ما هي التكلفة التي تكبدتموها لاغراض ردها لكم يرجى تقديم اي وثائق / تحقق من تلك الخسائر على شكل ايصالات او الشيكات الملغاة او مطالبات التأمين ... الخ .

أ-    الاضرار التي تكبدتموها .

فقدان الشهيد الذي كان هو المعين الوحيد للعائلة و هو كاسب .

1-   قيمة الممتلكات التي فقدتموها او اتلفت / يرجى تقديم قائمة .\

السيارة المرقمة 48384 ديالى فحص مؤقت نوع فولكس واكن فنتو موديل 1993 دمرت بشكل نهائي .

2- نفقات مستشفى او طبية

لاتوجد

3- خسارة بالدخل او الاجور

كان شقيقي يعمل كاسبا ودخله في الشهر ما يقارب 20,000 ألف دولار و كذلك الخسارة المادية من اقامة مجلس عزاء للشهيد و الذي كلف اكثر من 20,000 دولار .

المبلغ الاجمالي للخسائر ...................50,000 خمسون الف دولار عدى الدخل الشهري الذي كان يكسبه الشهيد من عمله .

ب- تعويضات حصلتم عليها من مصادر ضمان خاصة
1- تأمين املاك

لايوجد

2- تأمين صحي بما في ذلك برامج مساعدة طبية

لايوجد

3- تعويضات على الدخل او الاجور .

لايوجد

4- غيرها / يرجى تفصيل المصدر و المبلغ .

تم استلام زوجته مبلغ لا اعرف قيمته بالضبط من المحامية الامريكية .

| التوقيع | التاريخ |
|---|---|
| حسين علي عباس | 2015/4/4 |